IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

LULA WILLIAMS, GLORIA TURNAGE,
GEORGE HENGLE, DOWIN COFFY, and
FELIX GILLISON, JR., *on behalf of themselves
and all individuals similarly situated*, :

                Plaintiffs,

v.

BIG PICTURE LOANS, LLC; MATT MARTORELLO;
ASCENSION TECHNOLOGIES, INC.;
DANIEL GRAVEL; JAMES WILLIAMS, JR.;
GERTRUDE MCGESHICK; SUSAN MCGESHICK;
and GIIWEGIIZHIGOOKWAY MARTIN,

                Defendants.
_____ /

Civil Case No. 3:17-cv-00461-REP

Hon. Robert E. Payne

**AFFIDAVIT OF GIIWEGIIZHIGOOKWAY MARTIN**

      I, Giiwegiizhigookway Martin, affirm that I have personal knowledge of the matters set forth in this Affidavit and if I am called as a witness I will testify competently to these matters based on my personal knowledge:

      1.     I am currently the Vice-Chairwoman of the Lac Vieux Desert Band of Lake Superior Chippewa Indians ("LVD"), a federally recognized Indian tribe. I was elected to this position in November 2016.

      2.     My role as Vice-Chairwoman of LVD is demanding and requires particularized attention to the needs of the LVD community. I am best able to understand how to represent the Tribal community and Tribal members when I am present in the community, conversing with Tribal members in person and attending LVD Council meetings. It is my duty to preside over LVD Council meetings in the Chairman's absence.

      3.     My position on LVD Council also requires me to attend meetings with local, state, and federal government bodies to represent my constituency on a host of government issues, including health care, law enforcement, environmental issues, education and childcare, land protection, economic development, cultural preservation, and housing. If I am unable to represent the LVD community at these, LVD's concerns will go unheard at key meetings on the provision of essential government services and during time-sensitive tribal consultations on upcoming policy and legislative changes that may have a substantial effect on LVD.

4. I currently reside of the LVD Reservation in Watersmeet, Michigan. Watersmeet, Michigan is located in rural Northern Michigan, approximately 1,200 miles from Richmond, Virginia. In fair weather, it would take over 18 hours of uninterrupted car travel from Watersmeet to Richmond.

5. I have a diagnosed medical condition that prohibits me from travelling by airplane and from other confinement. I would likely be unable to travel 18 hours in a single day.

6. Travelling to and from Richmond, Virginia for trial-related proceedings would impose a great burden on me and my community in the following ways:

   a. Travel would be expensive and time-consuming as the travel alone would likely take me four days round trip, and I would likely need one or two days onsite to prepare for a deposition or other testimony.
   b. The cost of travel for a 5 to 7 day trip including lodging and meal fees would a burden financially, as well as the extended time away from my governmental responsibilities.;
   c. Spending time away from my community gravely affects my ability to represent Tribal members. As an elected official, it is my duty to my constituents to be present and available in my community as much as is possible as well as to represent my constituents at meetings and consultations with local, state, and federal government bodies; and
   d. Culturally, maximizing my time spent in my community and home is of utmost importance to me. The emotional burden of spending time away from my home and my culture compounds the other issues listed above.

7. I have already been required to devote in excess of 40 hours of my time to coordinate personnel, collect records and participate in discussions related to this lawsuit which has detracted from my duties as an Executive Officer of LVD.

8. I have never resided in Virginia.

9. I do not own property in Virginia.

10. I maintain no bank accounts in Virginia.

11. I do not have employees and offices in Virginia or engage in business in Virginia.

12. I have not personally met, contacted, spoken with, or had any interactions of any kind with any of the named Plaintiffs in the above captioned matter: Lula Williams, George Hengle, Gloria Turnage, Dowin Coffy, and Felix Gillison, Jr.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

By: _Giiwegiizhigookway Martin_ (signature)
Giiwegiizhigookway Martin

Sworn and subscribed before me _Jill A. Maxfield_ Notary Public,
On this _28_ day of _September_, 2017, in the county of _Gogebic_.