**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Richmond Division

LULA WILLIAMS, GLORIA TURNAGE,
GEORGE HENGLE, DOWIN COFFY, and
FELIX GILLISON, JR., *on behalf of themselves*
*and all individuals similarly situated*, :

          **Plaintiffs,**

v.                          Civil Action No. 3:17cv00461-REP

BIG PICTURE LOANS, LLC; MATT MARTORELLO;
ASCENSION TECHNOLOGIES, INC.;
DANIEL GRAVEL; JAMES WILLIAMS, JR.;
GERTRUDE MCGESHICK; SUSAN MCGESHICK;
and GIIWEGIIZHIGOOKWAY MARTIN,

          **Defendants.**

_____ /

**DEFENDANT ASCENSION TECHNOLOGIES, LLC'S**
**FINANCIAL INTEREST DISCLOSURE STATEMENT**

Defendant Ascension Technologies, LLC ("Ascension"), by counsel, submits this financial interest disclosure statement under protest. Ascension submits this statement as required by the September 1, 2017 order of the Court and Local Rule 7.1 of the Eastern District of Virginia. Nothing about the submission of this financial interest disclosure statement is intended to waive sovereign immunity.

1. Pursuant to Local Rule 7.1 of the Eastern District of Virginia, Ascension discloses that:

   a. Ascension has no parent, subsidiary, or affiliate entities (corporate or otherwise) that have issued stock or any other form of securities, and no publicly held entity owns 10% or more of its stock.

   b. The following are parties in the partnerships, general or limited, or owners or members of non-publicly traded entities such as LLCs or other closely held entities:

Ascension is wholly owned by Tribal Economic Development Holdings, LLC. Tribal Economic Development Holdings, LLC, is wholly owned by the Lac Vieux Desert Band of Lake Superior Chippewa Indians, a federally recognized Indian tribe.

**ASCENSION TECHNOLOGIES, LLC**

By: /s/David N. Anthony
David N. Anthony
Virginia State Bar No. 31696
*Counsel for Ascension Technologies, LLC*
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, VA 23219
Telephone: 804-697-5410
Facsimile: 804-698-5118
Email: david.anthony@troutmansanders.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 2nd day of October, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will then send a notification of such filing (NEF) to the following:

Kristi C. Kelly
Andrew J. Guzzo
Casey S. Nash
KELLY & CRANDALL PLC
3925 Chain Bridge Road, Suite 202
Fairfax, VA  22030
Telephone: 703-424-7570
Facsimile: 703-591-0167
Email: kkelly@kellyandcrandall.com
Email: aguzzo@kellyandcrandall.com
Email: casey@kellyandcrandall.com
*Counsel for Plaintiffs*

David F. Herman
Jonathan P. Boughrum
Richard L. Scheff
MONTGOMERY MCCRACKEN WALKER & RHOADS LLP
123 S Broad Street
Philadelphia, PA 19109
Telephone: 215-772-1500
Facsimile: 215-772-7620
Email: dherman@mmwr.com
Email: jboughrum@mmwr.com
Email: rscheff@mmwr.com
*Counsel for Defendant Matt Martorello*

James W. Speer
VIRGINIA POVERTY LAW CENTER
919 E. Main Street, Suite 610
Richmond, VA  23219
Telephone: 804-782-9430
Facsimile: 804-649-0974
Email: jay@vplc.orga
*Counsel for Plaintiffs*

/s/David N. Anthony
David N. Anthony
Virginia State Bar No. 31696
*Counsel for Ascension Technologies, LLC*
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, VA 23219
Telephone: 804-697-5410
Facsimile: 804-698-5118
Email: david.anthony@troutmansanders.com

32913251