**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | |
|---|---|
| **LULA WILLIAMS, GLORIA TURNAGE, GEORGE HENGLE, DOWIN COFFY and FELIX GILLISON, JR.,** *on behalf of themselves and all individuals similarly situated,*<br><br>      **Plaintiffs,**<br><br>v.<br><br>**BIG PICTURE LOANS, LLC, MATT MARTORELLO, ASCENSION TECHNOLOGIES, INC., DANIEL GRAVEL, JAMES WILLIAMS, JR., GERTRUDE MCGESHICK, SUSAN MCGESHICK, and GIIWEGIIZHIGOOKWAY MARTIN,**<br><br>      **Defendants.** | **Civil Action No.: 3:17-cv-00461-REP** |

## JOINT MOTION FOR DISMISSAL OF DEFENDANT DANIEL GRAVEL

Plaintiffs LULA WILLIAMS, GLORIA TURNAGE, GEORGE HENGLE, DOWIN COFFY and FELIX GILLISON, JR., jointly with Defendant DANIEL GRAVEL, by counsel, hereby move the Court for the Dismissal of Defendant Daniel Gravel without prejudice. A proposed Dismissal Order is attached as Exhibit 1. A copy of the Dismissal Order with counsels' original signatures is being circulated and will be submitted to the Court forthwith.

WHEREFORE, the parties respectfully request that the Court enter an order dismissing the Complaint against Daniel Gravel without prejudice.

Respectfully submitted this 13th day of October, 2017.

By: /s/ David N. Anthony
David N. Anthony
Virginia State Bar No. 31696
*Counsel for Defendant Daniel Gravel*
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, VA 23219
Telephone: (804) 697-5410
Facsimile: (804) 698-5118
Email: david.anthony@troutman.com

By: /s/ Kristi Kelly
Kristi Cahoon Kelly
Andrew Joseph Guzzo
*Counsel for Plaintiffs*
KELLY & CRANDALL PLC
3925 Chain Bridge Road, Suite 202
Fairfax, VA 22030
Telephone: 703-424-7576
Facsimile: 703-591-0167
Email: kkelly@ kellyandcrandall.com
Email: aguzzo@kellyandcrandall.com