IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| LULA WILLIAMS, GLORIA TURNAGE, GEORGE HENGLE, DOWIN COFFY and FELIX GILLISON, JR., *on behalf of themselves and all individuals similarly situated,*<br><br>Plaintiffs,<br><br>v.<br><br>BIG PICTURE LOANS, LLC, MATT MARTORELLO, ASCENSION TECHNOLOGIES, INC., DANIEL GRAVEL, JAMES WILLIAMS, JR., GERTRUDE MCGESHICK, SUSAN MCGESHICK, and GIIWEGIIZHIGOOKWAY MARTIN,<br><br>Defendants. | Civil Action No.: 3:17-cv-00461-REP |

## DISMISSAL ORDER

THIS DAY CAME the Plaintiffs LULA WILLIAMS, GLORIA TURNAGE, GEORGE HENGLE, DOWIN COFFY, and FELIX GILLISON, JR., and the Defendant DANIEL GRAVEL, by counsel, and hereby move the Court to dismiss without prejudice all claims against DANIEL GRAVEL, in the above-styled action.

UPON CONSIDERATION, of the representations of counsel and for other good cause shown, it is, hereby ORDERED, ADJUDGED, and DECREED that the Complaint against DANIEL GRAVEL is DISMISSED without prejudice.

Entered this 17th day of October, 2017.

/s/ REP
The Hon. Robert E. Payne
United States District Judge

32614319v1

WE ASK FOR THIS:

_____
Kristi Cahoon Kelly /VSB 72791
Andrew Joseph Guzzo
KELLY & CRANDALL PLC
3925 Chain Bridge Road, Suite 202
Fairfax, VA 22030
Telephone: 703-424-7576
Facsimile: 703-591-0167
Email: kkelly@ kellyandcrandall.com
Email: aguzzo@kellyandcrandall.com
*Counsel for Plaintiffs*

_____
David N. Anthony
Virginia State Bar No. 31696
*Counsel for Defendant Daniel Gravel*
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, VA 23219
Telephone: (804) 697-5410
Facsimile: (804) 698-5118
Email: david.anthony@troutmansanders.com

2

32614319v1