IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

LULA WILLIAMS, et al.,
on behalf of themselves
and all individuals
similarly situated,

    Plaintiffs,

v.                          Civil Action No. 3:17cv461

BIG PICTURE LOANS, LLC,
et al.,

    Defendants.

## ORDER

Having considered the plaintiffs' MOTION TO SEAL (ECF No. 88), and for good cause shown, and the requirements of Local Civil Rule 5 and the decisions in Ashcraft, et al. v. Conoco, Inc., 218 F.3d 288 (4th Cir. 2000), In re Knight Publishing Co., 743 F.2d 231 (4th Cir. 1984) and Stone v. Univ. of Maryland, 855 F.2d 178 (4th Cir. 1988) having been met, it is hereby ORDERED that the plaintiffs' MOTION TO SEAL (ECF No. 88) is granted and PLAINTIFFS' MEMORANDUM IN OPPOSITION TO DEFENDANTS BIG PICTURE LOANS, LLC AND ASCENSION TECHNOLOGIES, INC.'S MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION and Exhibits 1-30, and 32 thereto (ECF No. 83) are filed

under seal; provided that appropriately redacted versions thereof are filed in the public record.

It is so ORDERED.

                                            /s/ REP
                                      Robert E. Payne
                                      Senior United States District Judge

Richmond, Virginia
Date: December 28, 2017