IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

LULA WILLIAMS, et al.,
on behalf of themselves and all
individuals similarly situated,

    Plaintiffs,

v.                               Civil Action No. 3:17-cv-461

BIG PICTURE LOANS, LLC, et al.,

    Defendants.

## ORDER

Having previously ruled on the claims of privilege asserted by defendants Big Picture Loans, LLC, Ascension Technologies, LLC, James Williams, Jr., Gertrude McGeshick, Susan McGeshick, and Giiwegiizhigookway Martin, see Order (ECF No. 111), it is hereby ORDERED that the following motions are denied as moot:

(1) PLAINTIFFS' MOTION TO COMPEL DOCUMENTS WITHHELD ON THE BASIS OF ATTORNEY-CLIENT PRIVILEGE (ECF No. 51);

(2) DEFENDANTS BIG PICTURE LOANS, LLC, ASCENSION TECHNOLOGIES, LLC, JAMES WILLIAMS, JR., GERTRUDE MCGESHICK, SUSAN MCGESHICK, AND GIIWEGIIZHIGOOKWAY MARTIN'S MOTION FOR PROTECTIVE ORDER TO PROTECT PRIVILEGED ATTORNEY-CLIENT COMMUNICATIONS (ECF No. 61); and

(3) TRIBAL DEFENDANTS' MOTION FOR LEAVE TO FILE SUR-REPLY (ECF

No. 77) in opposition to PLAINTIFFS' MOTION TO COMPEL DOCUMENTS WITHHELD ON THE BASIS OF ATTORNEY-CLIENT PRIVILEGE (ECF No. 51).

It is so ORDERED.

/s/ REP
Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: February 27, 2018