IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

LULA WILLIAMS, et al.,
on behalf of themselves and all
individuals similarly situated,

    Plaintiffs,

v.                                  Civil Action No. 3:17-cv-461

BIG PICTURE LOANS, LLC, et al.,

    Defendants.

**ORDER**

For the reasons that will be set forth in a forthcoming Memorandum Opinion, it is hereby ORDERED that DEFENDANTS BIG PICTURE LOANS AND ASCENSION TECHNOLOGIES' MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION (ECF No. 22) is denied.

It is further ORDERED that the facts and legal contentions are adequately presented in the materials before the Court and oral argument would not aid the decisional process.

As all pending motions to dismiss have been resolved, it is further ORDERED that the parties shall communicate with chambers to set a pretrial and trial schedule in this action.

It is so ORDERED.

                                  /s/    _REP_
                              Robert E. Payne
                              Senior United States District Judge

Richmond, Virginia
Date: June 26, 2018