THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| LULA WILLIAMS, GLORIA TURNAGE, GEORGE HENGLE, DOWIN COFFY, and FELIX GILLISON, JR., *on behalf of themselves and all individuals similarly situated,* : : : : : | |
| Plaintiffs, : | CIVIL ACTION NO. 3:17-cv-461 |
| v. : : | |
| BIG PICTURE LOANS, LLC, MATT MARTORELLO, ASCENSION TECHNOLOGIES, INC., DANIEL GRAVEL, JAMES WILLIAMS, JR., GERTRUDE MCGESHICK, SUSAN MCGESHICK, and GIIWEGIIZHIGOOKWAY MARTIN, : : : : : : : | |
| Defendants. : : | |

## **DEFENDANT MATT MARTORELLO'S MOTION TO STAY**

Defendant Matt Martorello ("Martorello") by counsel, hereby moves to stay proceedings. The reasons in support of this motion are set forth in the accompanying memorandum.

WHEREFORE, Matt Martorello respectfully requests that the Court: (1) grant his Motion to Stay; and (2) grant him such other and further relief as may be required.

                                          **MATT MARTORELLO**

                                          By:/s/ Timothy J. St. George
                                          David N. Anthony
                                          Virginia State Bar No. 31696
                                          Timothy J. St. George
                                          Virginia State Bar No. 77349
                                          TROUTMAN SANDERS LLP
                                          1001 Haxall Point
                                          Richmond, Virginia 23219
                                          Telephone: (804) 697-5410
                                          Facsimile: (804) 698-5118
                                          Email: david.anthony@troutmansanders.com
                                          Email: tim.stgeorge@troutmansanders.com

                Richard L. Scheff (PA ID No. 35213) (PHV)
                Jonathan P. Boughrum (PA ID No. 91019) (PHV)
                David F. Herman (PA ID No. 318518)(PHV)
                MONTGOMERY MCCRACKEN
                WALKER & RHOADS, LLP
                1735 Market Street, 19th Floor
                Philadelphia, PA  19103
                Telephone:  215.772.7502
                Email:  rscheff@mmwr.com

*Counsel for Matt Martorello*

## CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will then send a notification of such filing (NEF) to the following:

Kristi Cahoon Kelly
Andrew Joseph Guzzo
KELLY & CRANDALL PLC
3925 Chain Bridge Road, Suite 202
Fairfax, VA  22030
Telephone: 703-424-7576
Facsimile: 703-591-0167
Email: kkelly@ kellyandcrandall.com
Email: aguzzo@kellyandcrandall.com
*Counsel for Plaintiffs*

Karrie Sue Wichtman
Justin A. Gray
ROSETTE, LLP
25344 Red Arrow Highway
Mattawan, MI 49071
Telephone: (269) 283-5005
Facsimile: (517) 913-6443
Email: kwichtman@rosettelaw.com
Email: jgray@rosettelaw.com

James Wilson Speer
VIRGINIA POVERTY LAW CENTER
919 E Main Street, Suite 610
Richmond, VA  23219
Telephone: 804-782-9430
Facsimile: 804-649-0974
Email: jay@vplc.org
*Counsel for Plaintiffs*

*/s/* Timothy J. St. George
Timothy J. St. George
Virginia State Bar No. 77349
*Counsel for Defendant Matt Martorello*
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, VA  23219
Telephone: (804) 697-1254
Facsimile: (804) 698-5118
Email: tim.stgeorge@troutmansanders.com