IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

LULA WILLIAMS, et al.,
on behalf of themselves and all
individuals similarly situated,

    Plaintiffs,

v.                                      Civil Action No. 3:17-cv-461

BIG PICTURE LOANS, LLC, et al.,

    Defendants.

**ORDER**

Having considered BIG PICTURE LOANS, LLC AND ASCENSION TECHNOLOGIES, LLC'S RESPONSE TO JULY 3, 2018 ORDER REGARDING DOCUMENTS UNDER SEAL (ECF No. 133), and finding that the unsealing agreed to therein would be in the interest of justice because the unsealed information is necessary to the decisional process and will make intelligible to the public the Court's forthcoming Memorandum Opinion disposing of that motion, it is hereby ORDERED that the Clerk shall unseal entirely the following documents: ECF Nos. 34, 34-1, 34-2, 34-3, 34-4, 34-8, 34-10, 34-11, 90, 91-8, 91-9, 91-11, 91-13, 91-17, 91-18, 91-26, 91-27, 91-28, 91-30, 106, 106-1, 106-7, 106-8, 106-9, 106-11, 106-13, 106-16, and 106-17. See Response at 4-5.

Furthermore, it is ORDERED that Plaintiffs or Big Picture and Ascension—whichever party originally filed the document

noted—shall re-file the following documents with redactions consistent with those described: ECF Nos. 23-24, 23-29, 23-31, 23-34, 83-2, 83-4, 83-5, 83-6, 83-7, 83-8, 83-11, 83-13, 83-15, 83-16, 83-17, 83-22, 83-23, 83-24, 83-25, 83-26, 83-30, 83-32, 102-3, 102-4, 102-5, 102-6, 102-7, 102-11, 102-13, and 102-22. See id. at 5-8.

All other documents not referenced in this Order shall remain sealed.

It is so ORDERED.

/s/ REP
Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: July 25, 2018