IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number __3:17-cv-000461__, Case Name __Williams, et al v. Big Picture Loans, LLC, et al__
Party Represented by Applicant: __Lula Williams, et al__

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) __Matthew Wessler__
Bar Identification Number __985241__   State __DC__
Firm Name __Gupta Wessler PLLC__
Firm Phone # __202-888-1741__   Direct Dial # __202-888-1741 ext. 102__   FAX # __202-888-7792__
E-Mail Address __matt@guptawessler.com__
Office **Mailing** Address __1900 L Street NW, Suite 312, Washington DC 20036__

Name(s) of federal court(s) in which I have been admitted __please see attached addendum__

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ____ am not __X__ a full-time employee of the United States of America, and if so, request exemption from the admission fee.
_____
(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

_____   __9/6/18__
(Signature)                         (Date)
Leonard A. Bennett                  37523
(Typed or Printed Name)             (VA Bar Number)

Court Use Only:

Clerk's Fee Paid _____ or Exemption Granted _____

The motion for admission is GRANTED _____ or DENIED _____

_____   _____
(Judge's Signature)                (Date)

## ADDENDUM OF COURT ADMISSIONS
## FOR MATTHEW WESSLER

| Name of Bar/Court | Bar No. (if any) | Date admitted | Status |
|---|---|---|---|
| District of Columbia Bar | 985241 | 12/8/2008 | Active |
| Massachusetts Bar | 664208 | 5/12/2006 | Active |
| District Court for the District of Columbia | | 04/04/2011 | Active |
| Supreme Court of the United States | | 3/8/2010 | Active |
| U.S. Court of Appeals for the First Circuit | 1172759 | 11/3/2015 | Active |
| U.S. Court of Appeals for the Second Circuit | | 10/10/2014 | Active |
| U.S. Court of Appeals for the Third Circuit | | 6/8/2006 | Active |
| U.S. Court of Appeals for the Fourth Circuit | | 5/8/2014 | Active |
| U.S. Court of Appeals for the Eighth Circuit | | 9/11/2015 | Active |
| U.S. Court of Appeals for the Ninth Circuit | | 12/4/2009 | Active |
| U.S. Court of Appeals for the Tenth Circuit | | 9/3/2014 | Active |