IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number **3:17-cv-00461-REP**, Case Name **Williams et al v. Big Picture Loans, LLC**
Party Represented by Applicant: **Plaintiffs Lula Williams, et al.**

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) **Elizabeth Anne Adams**
Bar Identification Number **49175**        State **Washington**
Firm Name **TERRELL MARSHALL LAW GROUP PLLC**
Firm Phone # **(206) 816-6603**      Direct Dial # _____      FAX # **(206) 319-5450**
E-Mail Address **eadams@terrellmarshall.com**
Office **Mailing** Address **936 North 34th Street, Suite 300, Seattle, Washington 98103-6689**

Name(s) of federal court(s) in which I have been admitted **See Attached**

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ____ am not **X** a full-time employee of the United States of America, and if so, request exemption from the admission fee.

_____
(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

_____       **9/6/18**
(Signature)                            (Date)
**Leonard A. Bennett**                 **37523**
(Typed or Printed Name)                (VA Bar Number)

Court Use Only:

Clerk's Fee Paid _____ *or* Exemption Granted _____

The motion for admission is GRANTED _____ *or* DENIED _____

_____       _____
(Judge's Signature)                    (Date)

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

*Williams et al v. Big Picture Loans, LLC et al.*

Case No. 3:17-cv-00461-REP-RCY

Attachment to Elizabeth Anne Adams Application for Admission *Pro Hac Vice*

**Federal Court Admissions**

| COURT | DATE OF ADMISSION |
|---|---|
| USDC Western District of Washington | 07/30/2015 |
| USDC Eastern District of Washington | 01/26/2018 |
| USDC Northern District of California | 04/12/2017 |