IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number __3:17-cv-00461-REP__, Case Name __Williams et al v. Big Picture Loans, LLC__
Party Represented by Applicant: __Plaintiffs Lula Williams, et al.__

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) __Beth Ellen Terrell__
Bar Identification Number __26759__   State __Washington__
Firm Name __TERRELL MARSHALL LAW GROUP PLLC__
Firm Phone # __(206) 816-6603__   Direct Dial # _____   FAX # __(206) 319-5450__
E-Mail Address __bterrell@terrellmarshall.com__
Office **Mailing** Address __936 North 34th Street, Suite 300, Seattle, Washington 98103-6689__

Name(s) of federal court(s) in which I have been admitted __See Attached__

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ____ am not __X__ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

_____
(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

_____    XXXXX 9/6/18
(Signature)                         (Date)
Leonard A. Bennett                  37523
(Typed or Printed Name)             (VA Bar Number)

Court Use Only:

Clerk's Fee Paid _____ or Exemption Granted _____

The motion for admission is GRANTED _____ or DENIED _____

_____    _____
(Judge's Signature)                 (Date)

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

*Williams et al v. Big Picture Loans, LLC et al.*

Case No. 3:17-cv-00461-REP-RCY

Attachment to Beth Ellen Terrell Application for Admission *Pro Hac Vice*

**Federal Court Admissions**

| COURT | DATE OF ADMISSION |
|---|---|
| USDC Western District of Washington | 07/28/1997 |
| USDC Eastern District of Washington | 01/12/2001 |
| USDC Northern District of California | 04/05/2005 |
| USDC Central District of California | 03/30/2009 |
| USDC Eastern District of California | 09/24/2010 |
| USDC Southern District of California | 09/20/2011 |
| 2nd Circuit Court of Appeals | 11/14/2017 |
| 4th Circuit Court of Appeals | 04/19/2017 |
| 6th Circuit Court of Appeals | 03/31/2015 |
| 7th Circuit Court of Appeals | 03/31/2015 |
| 9th Circuit Court of Appeals | 01/22/2001 |
| 10th Circuit Court of Appeals | 03/23/2012 |