# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number 3:17-cv-00461-REP , Case Name Williams, et al. v. Big Picture Loans, LLC, et al.

Party Represented by Applicant: Plaintiffs

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

## PERSONAL STATEMENT

FULL NAME (no initials, please) Eleanor Michelle Drake

Bar Identification Number 0387366          State Minnesota

Firm Name Berger Montague

Firm Phone # 612-594-5999          Direct Dial # 612-594-5933          FAX # 612-584-4470

E-Mail Address emdrake@bm.net

Office **Mailing** Address 43 SE Main Street, Suite 505, Minneapolis, MN 55414

Name(s) of federal court(s) in which I have been admitted See Attachment.

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ____ am not __X__ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

(Signature)          (Date) 9/11/18

Kristi C. Kelly          72791

(Typed or Printed Name)          (VA Bar Number)

Court Use Only:

Clerk's Fee Paid _____ *or* Exemption Granted _____

The motion for admission is GRANTED _____ *or* DENIED _____

(Judge's Signature)          (Date)

Attachment to E. Michelle Drake *Pro Hac Vice* Application

Federal Courts Admitted In:

U.S. Supreme Court
U.S.C.A. Eighth Circuit
U.S.C.A. First Circuit
U.S.C.A. Seventh Circuit
U.S.C.A. Ninth Circuit

U.S.D.C. D. Minnesota
U.S.D.C. N.D. Georgia
U.S.D.C. E.D. Wisconsin
U.S.D.C. W.D. Texas
U.S.D.C. W.D. Wisconsin
U.S.D.C. E.D. Michigan
U.S.D.C. C.D. Illinois
U.S.D.C. S.D. Texas
U.S.D.C. D. Colorado
U.S.D.C. W.D.N.Y.