IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| LULA WILLIAMS, et al. | : |
| | : |
| Plaintiffs, | : |
| | : |
| v. | : Civil Action No. 3:17-cv-00461 (REP) |
| | : |
| | : |
| BIG PICTURE LOANS, LLC, et al., | : |
| | : |
| Defendants. | : |

## NOTICE OF APPEARANCE

Elizabeth W. Hanes of Consumer Litigation Associates, P.C., 763 J. Clyde Morris Blvd., Suite 1-A, Newport News, Virginia, 23601, hereby notes her appearance as counsel in this case on behalf of Plaintiffs, Lula Williams, et al.

Please copy her with all matters in this case.

By:   */s/ Elizabeth W. Hanes*

Elizabeth W. Hanes, VSB #75574
**CONSUMER LITIGATION ASSOCIATES, P.C.**
763 J. Clyde Morris Blvd., Ste. 1-A
Newport News, VA 23601
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
Email: elizabeth@clalegal.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of September, 2018, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

By: */s/ Elizabeth W. Hanes*

Elizabeth W. Hanes, VSB #75574
**CONSUMER LITIGATION ASSOCIATES, P.C.**
763 J. Clyde Morris Blvd., Ste. 1-A
Newport News, VA 23601
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
Email: elizabeth@clalegal.com