**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | |
|---|---|
| LULA WILLIAMS, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | Civil Action No. 3:17-cv-461 (REP) |
| ) | |
| BIG PICTURE LOANS, LLC, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFFS' MOTION FOR CLASS CERTIFICATION OF**
**CLAIMS AGAINST DEFENDANT MATT MARTORELLO**

Plaintiffs, on behalf of themselves and all other similarly situated individuals, pursuant to Rule 23 of the Federal Rules of Civil Procedure, respectfully move to certify their claims against Defendant Matt Martorello, for the reasons identified in the concurrently filed memorandum of law in support of this motion.

Respectfully submitted,
**PLAINTIFFS**

By: */s/ Kristi C. Kelly*
Kristi C. Kelly, Esq., VSB #72791
Andrew J. Guzzo, Esq., VSB #82170
Casey Nash, Esq., VSB #84261
KELLY & CRANDALL, PLC
3925 Chain Bridge Road, Suite 202
Fairfax, VA 22030
(703) 424-7572
(703) 591-0167 Facsimile
Email: kkelly@kellyandcrandall.com
Email: aguzzo@kellyandcrandall.com
Email: casey@kellyandcrandall.com
*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on the 14th of September 2018, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

                 _____/s/_____
                  Kristi Cahoon Kelly, Esq. (VSB #72791)
                  KELLY & CRANDALL, PLC
                  3925 Chain Bridge Road, Suite 202
                  Fairfax, VA 22030
                  Tel: 703-424-7572
                  Fax: 703-591-0167
                  Email: kkelly@ kellyandcrandall.com
                  *Counsel for the Plaintiffs*