# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Richmond Division

| | |
|---|---|
| **LULA WILLIAMS**, *et al.*, ) | |
| ) | |
| **Plaintiffs,** ) | |
| v. ) | Civil Action No. 3:17-cv-461 (REP) |
| ) | |
| **BIG PICTURE LOANS, LLC**, *et al.*, ) | |
| ) | |
| **Defendants.** ) | |

### PLAINTIFFS' MOTION TO COMPEL INFORMATION WITHHELD ON THE BASIS OF ATTORNEY-CLIENT PRIVILEGE

Plaintiffs, by counsel, pursuant to Rule 37 of the Federal Rules of Civil Procedure and the Court's Order dated January 22, 2019 (Dkt. 320), move for an order compelling production of all documents withheld by Defendant Matt Martorello on the basis of attorney-client privilege and the attorney work product doctrine, as well as any documents subsequently identified by Martorello as part of his renewed search to identify responsive documents.

For the reasons explained in the Memorandum in Support filed contemporaneously herewith, Plaintiffs request the Court to grant this motion and enter an order: (1) compelling the production of all documents withheld on Martorello's privilege logs, (2) requiring Martorello to disclose all advice (written or oral) received from any attorneys regarding: (i) the legality of the tribal business model, (ii) the legality of the LVD's lending operations, (iii) the restructure, (iv) any litigation involving any similar business models, including but not limited to any litigation involving CashCall, John Reddam, Scott Tucker, Charles Hallinan, Think Finance, and Kenneth Rees, and (3) finding a waiver of privilege and work product as to: (i) any evidence destroyed as part of the sale of Bellicose Capital to the LVD, including any documents retrieved by Martorello and any attorneys who represented his companies; and (ii) any communications or information

1

created in the planning of or in furtherance of the spoliation.

                                                    Respectfully submitted,
                                                    **PLAINTIFFS**

                                           By: _/s/ Kristi C. Kelly_____
                                                         Counsel

Kristi C. Kelly, Esq., VSB #72791
Andrew J. Guzzo, Esq., VSB #82170
Casey S. Nash, Esq., VSB #84261
KELLY & CRANDALL, PLC
3925 Chain Bridge Road, Suite 202
Fairfax, VA 22030
Telephone: (703) 424-7572
Fax: (703) 591-0167
Email: kkelly@kellyandcrandall.com
Email: aguzzo@kellyandcrandall.com
Email: casey@kellyandcrandall.com

Leonard A. Bennett, Esq., VSB #37523
Craig C. Marchiando, Esq., VSB #89736
Elizabeth W. Hanes, Esq., VSB #75574
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Blvd., Ste. 1-A
Newport News, VA 23601
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
Email: lenbennett@clalegal.com
Email: craig@clalegal.com
Email: elizabeth@clalegal.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

      I hereby certify that on the 28th of January, 2019, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

                                                                   _____/s/_____
                                              Kristi Cahoon Kelly, Esq. (VSB #72791)
                                              KELLY & CRANDALL, PLC
                                              3925 Chain Bridge Road, Suite 202
                                              Fairfax, VA 22030
                                              Tel: 703-424-7572
                                              Fax: 703-591-0167
                                              Email: kkelly@ kellyandcrandall.com
                                              *Counsel for the Plaintiffs*