IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

LULA WILLIAMS, et al.,

    Plaintiffs,

v.                                    Civil Action No. 3:17-cv-461

BIG PICTURE LOANS, LLC,
et al.,

    Defendants.

**ORDER**

Having reviewed the JOINT STATUS REPORT REGARDING ESI PROTOCOL (ECF No. 451), it is hereby ORDERED that the parties shall have until May 13, 2019 to complete the ESI Protocol and to submit to the Court for resolution any disputes over aspects of the Protocol as to which they cannot agree. To that end, on May 13, 2019, the parties shall file: (1) the ESI Protocol on which they have agreed; and (2) a list of topics as to which they are in disagreement and, as to the topics therein listed, the Plaintiffs shall file their Statement of Position on May 16, 2019; the Defendant shall file his response on May 21, 2019; and the Plaintiffs shall file their reply on May 24, 2019.

    It is so ORDERED.

                                              /s/    REP
                                  Robert E. Payne
                                  Senior United States District Judge

Richmond, Virginia
Date: April 5, 2019