IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

LULA WILLIAMS, et al.,

    Plaintiffs,

v.                                      Civil Action No. 3:17-cv-461

BIG PICTURE LOANS, LLC,
et al.,

    Defendants.

**ORDER**

Having considered DEFENDANT'S MOTION TO FILE PROPOSED SUR-REPLY AND CERTAIN EXHIBITS IN OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL INFORMATION WITHHELD ON THE BASIS OF ATTORNEY-CLIENT PRIVILEGE UNDER SEAL (ECF No. 456), the motion is denied as moot because the Court denied DEFENDANT MARTORELLO'S MOTION FOR LEAVE TO FILE A SUR-REPLY IN OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL INFORMATION WITHHELD ON THE BASIS OF ATTORNEY-CLIENT PRIVILEGE (ECF No. 453).

    It is so ORDERED.

                                        /s/     REP
                                  Robert E. Payne
                                  Senior United States District Judge

Richmond, Virginia
Date: April 5, 2019