IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| LULA WILLIAMS, *et al.*, : | |
| : | |
| Plaintiffs, : | |
| : | |
| v. : | Civil Action No.: 3:17-cv-00461-REP |
| : | |
| BIG PICTURE LOANS, LLC, *et al.*, : | |
| : | |
| Defendants. : | |

**DEFENDANT MATT MARTORELLO'S MOTION TO STRIKE
PLAINTIFFS' REPLY IN SUPPORT OF MOTION TO COMPEL INFORMATION
WITHHELD ON THE BASIS OF ATTORNEY-CLIENT PRIVILEGE
AND RELATED EXHIBITS (ECF NO. 395 )**

Defendant Matt Martorello ("Martorello") respectfully requests that the Court strike Plaintiffs' Reply In Support of Motion to Compel Information Withheld On The Basis Of Attorney-Client Privilege and related exhibits, ECF Nos. 395, because Plaintiffs' reply raises new arguments, cites new authority, and relies on new exhibits that were not raised in or attached to Plaintiffs' original motion. Because Martorello was denied leave to file a sur-reply, Martorello has been denied the opportunity to respond to Plaintiffs' new arguments and evidence to his significant prejudice. This includes both denying Martorello an opportunity to respond to Plaintiffs' new exhibits consisting of documents that were produced after his response date but before Plaintiffs' reply date and to present evidence that rebuts Plaintiffs' new arguments and exhibits taken from the very same document productions (produced after his response date) as Plaintiffs' new reply exhibits. Absent Martorello being provided an opportunity to respond to the new arguments and alleged evidence in Plaintiffs' Reply and to present the new evidentiary

materials that were not available at the time of his response, Plaintiffs' Reply and related exhibits should be stricken.

For the reasons set forth in the accompanying Memorandum in Support, the Court should grant the Motion.

Respectfully submitted,

MATT MARTORELLO

By: /s/ M. F. Connell Mullins, Jr.
M. F. Connell Mullins, Jr. (VSB No. 47213)
Email: cmullins@spottsfain.com
Hugh McCoy Fain, III (VSB No. 26494)
Email: hfain@spottsfain.com
John Michael Erbach (VSB No. 76695)
Email: jerbach@spottsfain.com
Spotts Fain PC
411 East Franklin Street, Suite 600
Richmond, Virginia 23219
(804) 697-2000 (Telephone)
(804) 697-2100 (Facsimile)

Michael C. Witsch (admitted *pro hac vice*)
Jonathan P. Boughrum (admitted *pro hac vice*)
Richard L. Scheff (admitted *pro hac vice*)
ARMSTRONG TEASDALE, LLP
1500 Market Street
12th Floor, East Tower
Philadelphia, PA 19102
Telephone: 215.246.3479
Facsimile: 215.569.8228
Email: mwitsch@armstrongteasdale.com
Email: jboughrum@ armstrongteasdale.com
Email: rscheff@ armstrongteasdale.com

Michelle Lynne Alamo (admitted *pro hac vice*)
ARMSTRONG TEASDALE, LLP
4643 S. Ulster Street, Suite 800
Denver, CO 80237
Telephone: 720.722.7189
Facsimile: 720.200.0679
Email: malamo@armstrongteasdale.com

Paul Louis Brusati (admitted *pro hac vice*)
Tod Daniel Stephens (admitted *pro hac vice*)
ARMSTRONG TEASDALE, LLP
7700 Forsyth Blvd., Suite 1800
St. Louis, MO 63105
Telephone: 314.552.6602
Facsimile: 314.613.8522
Email: pbrusati@armstrongteasdale.com
Email: tstephens@armstrongteasdale.com

*Counsel for Defendant Matt Martorello*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 12th of April, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will then send a notification of such filing (NEF) to all counsel of record.

By: /s/ M. F. Connell Mullins, Jr.
M. F. Connell Mullins, Jr. (VSB No. 47213)
Email: cmullins@spottsfain.com
Hugh McCoy Fain, III (VSB No. 26494)
Email: hfain@spottsfain.com
John Michael Erbach (VSB No. 76695)
Email: jerbach@spottsfain.com
Spotts Fain PC
411 East Franklin Street, Suite 600
Richmond, Virginia 23219
(804) 697-2000 (Telephone)
(804) 697-2100 (Facsimile)
*Counsel for Matt Martorello*
