IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

LULA WILLIAMS, *et al.*,

              Plaintiffs,

v.                                   Civil Action No. 3:17-cv-00461 (REP)

BIG PICTURE LOANS, LLC, *et al.*,

              Defendants.

### ORDER

For good cause shown, this Court hereby grants Plaintiffs' Consent Motion for Extension of the Deadline for TranDotCom Filing. It is hereby ordered that TranDotCom Solutions, LLC, in accordance with the requirements outlined in the Court's March 13, 2019 Order (ECF No. 416), shall segregate and preserve the data for production and file a pleading certifying the same on or before April 19, 2019.

It is so ORDERED.

                                                  /s/ *REP*
                                         Robert E. Payne
                                         Senior United States District Judge

Richmond, Virginia.
Date: April 15, 2019.