IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

LULA WILLIAMS, et al.,

    Plaintiffs,

v.                            Civil Action No. 3:17-cv-461

BIG PICTURE LOANS, LLC,
et al.,

    Defendants.

**ORDER**

For the reasons set forth in the accompanying Memorandum Opinion, it is hereby ORDERED that:

(1) The PLAINTIFFS' MOTION TO COMPEL INFORMATION WITHHELD ON THE BASIS OF ATTORNEY-CLIENT PRIVILEGE (ECF No. 340) is granted in part and denied in part; and

(2) By May 20, 2019, counsel shall submit a proposed order scheduling depositions and a new briefing schedule with all discovery and briefing on the spoliation issue to be completed by August 30, 2019; and

(3) By June 14, 2019, the plaintiffs shall file any motion to compel production of documents that Martorello claims are covered by the work-product doctrine; Martorello shall file a response to that motion by June 28, 2019; and the plaintiffs shall file a reply by July 12, 2019.

1

Further, having considered DEFENDANT MATT MARTORELLO'S MOTION TO STRIKE PLAINTIFFS' REPLY IN SUPPORT OF MOTION TO COMPEL INFORMATION WITHHELD ON THE BASIS OF ATTORNEY-CLIENT PRIVILEGE AND RELATED EXHIBITS (ECF No. 464) and the supporting, opposing, and reply memoranda, it is hereby ORDERED that the motion is denied.

It is so ORDERED.

/s/ REP
Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: May 3, 2019