# EXHIBIT B

```
                                                    1
                    **ROUGH DRAFT**


 1    UNCERTIFIED TRANSCRIPT IN THE MATTER OF:

 2    --------------------------------------------------

 3    WILLIAMS, ET AL.

 4    VS.

 5    BIG PICTURE LOANS, ET AL.

 6    --------------------------------------------------

 7    GALLOWAY, ET AL.

 8    VS.

 9    BIG PICTURE LOANS, ET AL.

10    --------------------------------------------------

11              The following transcript of

12    proceedings, or any portion thereof, in the

13    above-entitled matter, taken on May 26, 2020, is

14    being delivered UNEDITED and UNCERTIFIED by the

15    court reporter.

16              The purchaser agrees not to disclose

17    this uncertified and unedited transcript in any

18    form (written or electronic) to anyone who has no

19    connection to this case.

20              This is an unofficial transcript,

21    which should NOT be relied upon for purposes of

22    verbatim citation of testimony.

23              This transcript has not been checked,
```

24 proofread or corrected.  It is a draft

                                              2
                    **ROUGH DRAFT**

 1 transcript, NOT a certified transcript.  As such,

 2 it may contain computer-generated mistranslations

 3 of stenotype code or electronic transmission

 4 errors, resulting in inaccurate or nonsensical

 5 word combinations, or untranslated stenotype

 6 symbols which cannot be deciphered by

 7 non-stenotypists.  Corrections will be made in

 8 the preparation of the certified transcript,

 9 resulting in differences in content, page and

10 line numbers, punctuation and formatting.

11           This uncertified and unedited

12 transcript contains no appearance page,

13 certificate page, index or certification.

14             - - -

15              THE VIDEOGRAPHER:  We are now on

16 the record.  This begins video one in the

17 deposition of Joette Pete in the matter of Lula

18 Williams, et al. versus Big Picture Loans, LLC.

19              Today is Tuesday, May 26, 2020.

20 The time is 10:12 a.m.  This deposition being

21 taken remotely at the request of Armstrong

22 Teasdale.  The videographer is Daniel Katz.  The

17   A.      I think he worked for Rosette.  I'm not
18 sure.
19   Q.      Okay.  So you interacted with him in
20 his capacity as someone who worked for Rosette?
21   A.      No.
22   Q.      Did you not interact with him at all?
23   A.      I just know the name.
24   Q.      Just know the name.  Okay.

                                                          59
                         **ROUGH DRAFT**

 1   A.      I can't remember.
 2   Q.      Okay.  Do you know what the words
 3 spoliation means?
 4   A.      Exfoliation?
 5   Q.      Not exfoliation.  Spoliation,
 6 s-p-o-l-i-a-t-i-o-n?
 7   A.      No.  What does it mean?
 8   Q.      Do you have any personal knowledge
 9 about how Red Rock stored its data?
10   A.      No.
11   Q.      Do you have any personal knowledge
12 about how Duck Creek stored its data?
13   A.      No.
14   Q.      Do you have any personal knowledge --
15 strike that.

```
16              Have you ever heard of a company called
17 SourcePoint?
18      A.      Yes.
19      Q.      What's SourcePoint?
20      A.      SPVI.
21      Q.      And what did it do?
22      A.      I don't remember.
23      Q.      Do you -- did you ever perform any
24 services for SourcePoint?
```

                                          60
                    **ROUGH DRAFT**

```
 1      A.      No.
 2      Q.      Did you ever -- were you ever involved
 3 in the day-to-day operations of SourcePoint?
 4      A.      Nope.
 5      Q.      Do you know -- do you have any personal
 6 knowledge about how SourcePoint stores its data?
 7      A.      No.
 8      Q.      Have you ever heard of a company called
 9 Bellicose?
10      A.      Yes.
11      Q.      What's Bellicose?
12      A.      Matt Martorello's company.
13      Q.      And what did it do?  What did it do?
14      A.      They originated the loans.
```

15    Q.        How do you know that?

16    A.        Because that's how it was set up.

17    Q.        How do you know that Bellicose

18 originated the loans?

19    A.        From the documents that I read.

20    Q.        What documents did you read that said

21 that?

22    A.        Documents that I provided to the FBI

23 and to you.

24    Q.        Okay.  And so whatever documents that

                                                    61
                         **ROUGH DRAFT**

1 say that Bellicose originated the loans you gave

2 to the FBI and to Mr. Cooperstein?

3     A.        Yes.  I gave everything.

4     Q.        Are there any other documents that you

5 have which you contend show that Bellicose

6 originated the loans?

7     A.        No.

8     Q.        Okay.  Do you have any personal

9 knowledge about how Bellicose stored its data?

10    A.        No.

11    Q.        Do you have any personal knowledge of

12 how Bellicose originated the loans?

13    A.        No.