# EXHIBIT C

**(Video File Submitted to Clerk's Office on Thumb Drive Under Seal)**