IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| LULA WILLIAMS, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | Civil Action No. 3:17-cv-461 (REP) |
| | ) | |
| BIG PICTURE LOANS, LLC, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

| | | |
|---|---|---|
| RENEE GALLOWAY, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | Civil Action No. 3:18-cv-406 (REP) |
| | ) | |
| BIG PICTURE LOANS, LLC, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## PLAINTIFFS' EXHIBIT LIST

The Plaintiffs, by counsel and pursuant to the Court's Orders (ECF Nos. 730 & 746), hereby submit the following list of proposed Exhibits they may use at the hearing scheduled for July 21, 2020 in the above-captioned mater:

| Ex. No. | Date | Description | Bates No. |
|---|---|---|---|
| 1 | Jul. 2011 | Exclusivity Agreement and Letter of Intent | JPB 00382-387 |
| 2 | Aug. 24, 2011 | Email from R. Rosette fw Tasks for Oct 1 Launch | ROS002-0000681 - 692 |
| 3 | Aug. 24, 2011 | Email from R. Rosette fw Next Steps | ROS002-0000693 - 699 |
| 4 | Aug. 26, 2011 | Email Correspondence between M. Martorello and F. Richardson | Rosette_Revised 52496 - 524501 |

1

| 5 | Sep. 7, 2011 | Email from F. Richardson re Update on LVD Bellicose VI Transaction | ROS002-0001889 |
| --- | --- | --- | --- |
| 6 | Sep. 13, 2011 | Email from F. Richardson re Security Agreement | ROS002-0000493 - 494 |
| 7 | Sep. 14, 2011 | Tribal Resolution, Resolution #2011-041 | LVD-DEF006014 - 6015 |
| 8 | Sep. 19, 2011 | Email F. Richardson re Red Rock Servicing Agreement and License Application | ROS002-0000523 - 561 |
| 9 | Oct. 21, 2011 | Email Correspondence re LVD Approving Me | ROS002-0000073 - 77 |
| 10 | Oct. 22, 2011 | Email Correspondence re Proposed Resolution | ROS002- 0000148 - 153 |
| 11 | Oct. 25, 2011 | Servicing Agreement Between Red Rock and Bellicose | Martorello_026256 - 26295 |
| 12 | Nov. 11, 2011 | Email from J. Weddle re Proposed Closing Checklists | Rosette_Revised 002168 - 2175 |
| 13 | Nov. 13, 2011 | Email Correspondence re Our Call this Morning- Follow-Up Items | ROS002-1218 |
| 14 | Mar. 22, 2012 | Email from C. Mansfield | CM 000869 – 870 |
| 15 | Jun. 16, 2012 | Email from S. Merritt to M. Martorello and F. Richardson | FR0000068 |
| 16 | Jun. 19, 2012 | Email M. Martorello to K. Wichtman | Rosette_Revised 044598 – 44605 |
| 17 | Jun. 19, 2012 | Email Correspondence re Amendment to Servicing Agreements | ROS002-0001913 - 1914 |
| 18 | Jul. 13, 2012 | Email between M. Martorello and K. Wichtman | Rosette 046397 - 46398 |
| 19 | Jul. 25, 2012 | Kentucky Attorney General Cease and Desist Letter | Rosette 43268 – 43270 |
| 20 | Jul. 31, 2012 | Amended and Restated Servicing Agreement between Duck Creek Tribal Financial and SourcePoint VI | Martorello_003474 - 3512 |
| 21 | Aug. 1, 2012 | Tribal Loan Management Invoice | ROS002-01918 |
| 22 | Aug. 1, 2012 | Tribal Loan Management Side-Letter Agreement | ROS002-01919 - 1921 |
| 23 | Aug. 21, 2012 | North Carolina Attorney General Letter | Rosette 041123 – 41126 |
| 24 | Sep. 14, 2012 | Arkansas Attorney General Letter | Rosette 040488 – 40489 |
| 25 | Dec. 21, 2012 | Email from M. Martorello | Martorello_038989 - 38992 |
| 26 | Apr. 16, 2013 | Email between M. Martorello, R. Rosette and J. Weddle | Rosette_Revised 048497 - 48513 |

| 27 | Jul. 15, 2013 | Email from M. Matorello to K. Wichtman | Rosette 040858 – 40859 |
|---|---|---|---|
| 28 | Jul. 23, 2013 | Email between M. Martorello, K. Wichtman and J. Galloway | Rosette_Revised 053992 - 53993 |
| 29 | Aug. 9, 2013 | Email between M. Martorello, K. Wichtman and J. Weddle | Rosette 046605 -466070 |
| 30 | Aug. 9, 2013 | Email between M. Martorello and K. Wichtman | Rosette_Revised 049125 - 49128 |
| 31 | Aug. 12, 2013 | Email between M. Martorello, R. Rosette and S. Bazzazieh | Rosette 041064 - 41090 |
| 32 | Sep. 4, 2013 | Email between Martorello, J. Martorello, S. Bazzazieh, and K. Wichtman | Rosette 046388 - 46389 |
| 33 | Sep. 18, 2013 | Big Picture Loans Domain Name Registration | |
| 34 | Sep. 29, 2013 | Email between M. Martorello and K. Wichtman | Rosette 047091 - 47092 |
| 35 | Sep. 30, 2013 | Email between M. Icardo, M. Ho and A. Amin | PHEN0002897 - 2916 |
| 36 | Oct. 3, 2013 | Email from Giizhigookway | Rosette 006300 - 6309 |
| 37 | Oct. 14, 2013 | Email from M. Martorello to R. Rosette | Rosette_Revised 048536 |
| 38 | Oct. 14, 2013 | Email from M. Martorello re SPVI Equity Transfer to LVD | JPB 00988 |
| 39 | Oct. 15, 2013 | Letter from D. Gravel to Phenomenon Marketing | PHEN0004113 |
| 40 | Oct. 22, 2013 | Email between A. Kazeminejad, J. Martorello and S. Miller | PHEN0003893 -3903 |
| 41 | Oct. 29, 2013 | Email between M. Martorello and K. Wichtman | Rosette 045573 |
| 42 | Nov. 8, 2013 | Email from M. Martorello | Rosette 052787 – 52789 |
| 43 | Dec. 31, 2013 | Email between M. Martorello and St. Germain | Rosette_Revised 052247 - 52248 |
| 44 | Jan. 6, 2014 | Email between M. Martorello and R. Rosette | LVD-DEF00018126 - 18133 |
| 45 | Jan. 8, 2014 | Email between M. Martorello and R. Rosette | Rosette_Revised 052155 - 52156 |
| 46 | Jan. 9, 2014 | Email between K. Anderson and D. Papademetriou | Middlemarch 001003 |
| 47 | Feb. 7, 2014 | Email from D. Papademetriou to M. Martorello | Middlemarch 001295-1325 |
| 48 | Feb. 12, 2014 | Email from M. Martorello | Rosette 036580 - 36582 |
| 49 | Jul. 22, 2014 | Email between K. Wichtman, D. Gravel, M. Martorello and Giizhigookway | Rosette_Revised 058406 - 58409 |

3

| 50 | Aug. 2014 | Chippewa Valley Bank Account Agreement | Chippewa Valley Bank 017222 - 17226 |
|---|---|---|---|
| 51 | Aug. 14, 2014 | Email between M. Martorello and J. Williams | LVD-DEF00020786 - 20787 |
| 52 | Aug. 18, 2014 | Email between M. Martorello and St. Germain | Rosette_Revised 052619 - 52620 |
| 53 | Aug. 25. 2014 | Email between M. Martorello and R. Rosette | Rosette_Revised 048520 |
| 54 | Aug. 25, 2014 | Email between M. Martorello and K. Wichtman | Rosette 043435 - 43436 |
| 55 | Aug. 25, 2014 | Email between M. Martorello and K. Wichtman | Rosette 043437 - 43457 |
| 56 | Aug. 26, 2014 | Email between M. Martorello, K. Wichtman, D. Gravel and Giizhigookway | Rosette 045267 - 45271 |
| 57 | Aug. 26, 2014 | Email between M. Martorello, K. Wichtman, D. Gravel and Giizhigookway | Rosette 045272 - 45277 |
| 58 | Aug. 26, 2014 | Email from M. Martorello to J. Williams | Rosette_Revised 048541 - 48555 |
| 59 | Aug. 26, 2014 | Tribal Resolution # T2014-066 | LVD-DEF00000089 – 91 |
| 60 | Sep. 15, 2014 | Email between M. Martorello and K. Wichtman | Rosette_Revised 040179 - 40180 |
| 61 | Oct. 1, 2014 | Email between M. Martorello, K. Wichtman, J. Martorello and B. Jedwab | Rosette_Revised 053383 - 53385 |
| 62 | Oct. 1, 2014 | SunUp Financial's Operating Agreement | Liont_03895 - 3919 |
| 63 | Oct. 10, 2014 | Email between M. Martorello, K. Wichtman and B. McFadden | Rosette_Revised 043659 - 43664 |
| 64 | Nov. 4, 2014 | Email between M. Martorello and K. Wichtman | Rosette 001130 - 1133 |
| 65 | Nov. 11, 2014 | Email between M. Martorello and K. Wichtman | Rosette_Revised 044075 - 44078 |
| 66 | Nov. 14, 2014 | Email from K. Wichtman to D. Gravel | Rosette_Revised 058681- 58683 |
| 67 | Nov. 24, 2014 | Letter from Colorado Attorney General to Red Rock | PROD 03B CASE DISCUSSION PRIV_007 |
| 68 | Dec. 1, 2014 | Email from K. Wichtman | LVD-DEF00000115 - 118 |
| 69 | Dec. 2, 2014 | Email between M. Martorello and K. Wichtman | Rosette_Revised 043485 – 43490 |
| 70 | Dec. 16, 2014 | Email from M. Martorello to J. Williams | PROD 03B CASE DISCUSSION PRIV_0075 |
| 71 | Jan. 9, 2015 | Email from M. Martorello to K. Wichtman and J. Martorello | Rosette_Revised 040216 - 40217 |

| 72 | Feb. 2015 | Big Picture's First Amended Operating Agreement | LVD-DEF0003299 - 3238 |
|---|---|---|---|
| 73 | Feb. 4, 2015 | Ascension's Operating Agreement | LVD-DEF000000295 - 301 |
| 74 | Feb. 4, 2015 | Tribal Resolution #T2015-09 | LVD-DEF00002565 - 2566 |
| 75 | Feb. 5, 2015 | Tribal Resolution #T2015-10 | LVD-DEF00000239 - 242 |
| 76 | Feb. 9, 2015 | Eventide's Operating Agreement | Martorello_004581 - 4598 |
| 77 | Feb. 10, 2015 | SourcePoint VI Letter re Assignment | LVD-DEF00013646 - 13648 |
| 78 | Feb. 19, 2015 | Letter from V. Klingman | LVD-DEF00000287 - 301 |
| 79 | Feb. 19, 2015 | Ascension Technologies Meeting Minutes | LVD-DEF00000229 - 230 |
| 80 | Feb. 23, 2015 | Email between M. Martorello, K.Wichtman and J. Martorello | Rosette_Revised 053118 - 53121 |
| 81 | Feb. 24, 2015 | Email between K. Wichtman and J. Martorello | Rosette_Revised 035776 - 35780 |
| 82 | Jun. 1, 2015 | Named Plaintiff Hengle's Loan Agreement | |
| 83 | Jun. 9, 2015 | Email between McFadden, J. Martorello, K.Wichtman and others | LVD-DEF 00023203 - 23206 |
| 84 | Jun. 10, 2015 | Email between J. Martorello, B. McFadden, K. Wichtman and Others | LVD-DEF 00018733 - 18736 |
| 85 | Jul. 9, 2015 | Email from M. Martorello to J. Williams | 01B BELLICOSE PRIV_0194-203 |
| 86 | Aug. 17, 2015 | Email from J. Williams to M. Martorello | 01B BELLICOSE PRIV_0060 |
| 87 | Aug. 26, 2015 | Email between M. Martorello and S. Liang | Liont_05387 - 5388 |
| 88 | Aug. 31, 2015 | Email from J. Martorello to J. Williams | 01B BELLICOSE PRIV_0288-291 |
| 89 | Sep. 3, 2015 | Email between M. Martorello, T. Gibbs, and Others | Rosette_Revised 043995 - 43999 |
| 90 | Sep. 9, 2015 | Email from M. Martorello to J. Williams | 019 BELLICOSE PRIV_0299-302 |
| 91 | Sep. 14, 2015 | Agreement and Plan of Merger | Martorello_000096 - 116 |
| 92 | Sep. 14, 2015 | Loan and Security Agreement | Martorello_000067 - 95 |
| 93 | Oct. 2, 2015 | Email from M. Martorello to Z. Emanuelli | Liont_09845 - 9846 |
| 94 | Nov. 18, 2015 | Email from J Martorello to J Williams | 01B BELLICOSE PRIV_0017-20 |

| 95 | Nov. 18, 2015 | Email from J Martorello to J Williams | 01B BELLICOSE PRIV_0554-5 |
|---|---|---|---|
| 96 | Dec. 5, 2015 | Email from M Martorello to S. Chopra and Z. Emanuelli | Martorello_009773-9775 |
| 97 | Dec. 31, 2015 | Excerpt from Bellicose Tax Return | Martorello_004895 |
| 98 | Jan. 4, 2016 | Email from J Martorello to J Williams | 01B BELLICOSE PRIV_0015-16 |
| 99 | Jan. 14, 2016 | Email between K. Wichtman, J. Martorello and M. Martorello | Rosette_Revised 020473 - 20477 |
| 100 | Jan. 14, 2016 | Email between M. Martorello, K. Wichtman, Williams, J. Martorello, T. Gibbs, and B. McFadden | Rosette_Revised 043978 - 43985 |
| 101 | Jan. 14, 2016 | Email Between J. Martorello, K. Wichtman and M. Martorello | Rosette_Revised 050593 - 50596 |
| 102 | Jan. 19, 2016 | Email between K. Wichtman, J. Martorello and J. Williams | CW_00001 - 10 |
| 103 | Jan. 22, 2016 | Ascension Delegation of Authority Policy | LVD-DEF00002881 - 2884 |
| 104 | Feb. 8, 2016 | Text message from M. Martorello | Justin_Martorello 00844 |
| 105 | Feb. 9, 2016 | Email between B. McFadden and K. Bunn | LVD-DEF00010055 - 10057 |
| 106 | Feb. 16, 2016 | Intratribal Servicing Agreement between Big Picture Loans and Ascension | LVD-DEF00002335 - 2348 |
| 107 | Feb. 16, 2016 | Co-Managers Request Log | LVD-DEF00000569 - 570 |
| 108 | Feb. 24, 2016 | Email from L. Talkington to M. Matorello | Martorello_005525 – 5538 |
| 109 | Feb. 22, 2016 | Named Plaintiff Coffy's Loan Agreement | |
| 110 | Mar. 2, 2016 | Email between S. Chopra and M. Martorello | Martorello_009769-9782 |
| 111 | Apr. 18, 2016 | Email between L. McGreevy and M. Martorello | OLA_0000020 |
| 112 | Jul. 21, 2016 | Email from C. Mansfield | CM0000578 |
| 113 | Aug. 25, 2016 | Email from S. Liang | Martorello_004879-4921 |
| 114 | Nov. 16, 2016 | Eventide Distributions | Martorello_003596 |
| 115 | Dec. 7, 2016 | Email between M. Goyal to M. Martorello | Martorello_011445 - 11450 |
| 116 | Jan. 11, 2017 | Email from M. Martorello re Bellicose Capital Valuation | Martorello_008958 - 8969 |

| | | | |
|---|---|---|---|
| 117 | Feb. 15, 2017 | Tribal Resolution # T2017-006 | LVD-DEF00019340 - 19342 |
| 118 | Mar. 10, 2017 | Email between M. Martorello, A. Rane and R. Hackett | Martorello_011671 - 11679 |
| 119 | Apr. 5, 2017 | Chippewa Valley Bank Account Agreement | Chippewa Valley Bank 017227 - 17230 |
| 120 | Sep. 28, 2017 | Michelle Hazen Affidavit | |
| 121 | Oct. 10, 2017 | Excerpt from Big Picture's First Amended and Supplemented Response to Plaintiff Williams's First Set of Interrogatories | |
| 122 | Oct. 11, 2017 | Excerpt from Ascension's First Amended and Supplemented Response to Plaintiff Lula Williams's First Set of Interrogatories | |
| 123 | Dec. 21, 2017 | Declaration of Matt Martorello | |
| 124 | Mar. 2018 | Bluetech Irrevocable Trust Income Statement | Martorello_017532 |
| 125 | Jul. 20, 2018 | Declaration of Michelle Hazen | |
| 126 | Sep. 13, 2018 | Declaration of Michelle Hazen | |
| 127 | Jan. 30, 2019 | M. Martorello's Supplemental Text Message Production | |
| 128 | Feb. 15, 2019 | Corporate Defendants' Reply Brief in Fourth Circuit | |
| 129 | Aug. 20, 2019 | Declaration of Joette Pete and its exhibits | |
| 130 | Dec. 12, 2019 | Letter from Loeb & Loeb to K. Wichtman | |
| 131 | . Dec. 13, 2019 | Letter from Rosette to B. Given | |
| 132 | . Dec. 16, 2019 | Eventide's Demand for Arbitration | |
| 133 | | Excerpts from J. Martorello Text Message Production | Justin_Martorello_00135 – 161 |
| 134 | | Bellicose/SPVI Employee Profiles and Departments | Martorello_005441-5448 |

Respectfully submitted,

7

Date: June 3, 2020　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　Kristi C. Kelly, Esq., VSB #72791
　　　　　　　　　　　　　　　　Andrew J. Guzzo, Esq., VSB #82170
　　　　　　　　　　　　　　　　Casey S. Nash, Esq., VSB #84261
　　　　　　　　　　　　　　　　KELLY GUZZO, PLC
　　　　　　　　　　　　　　　　3925 Chain Bridge Road, Suite 202
　　　　　　　　　　　　　　　　Fairfax, VA 22030
　　　　　　　　　　　　　　　　Telephone: (703) 424-7572
　　　　　　　　　　　　　　　　Facsimile: (703) 591-0167
　　　　　　　　　　　　　　　　Email: kkelly@kellyguzzo.com
　　　　　　　　　　　　　　　　Email: aguzzo@kellyguzzo.com
　　　　　　　　　　　　　　　　Email: casey@kellyguzzo.com

　　　　　　　　　　　　　　　　Leonard A. Bennett, VSB #37523
　　　　　　　　　　　　　　　　CONSUMER LITIGATION ASSOCIATES, P.C.
　　　　　　　　　　　　　　　　763 J. Clyde Morris Blvd., Ste. 1-A
　　　　　　　　　　　　　　　　Newport News, VA 23601
　　　　　　　　　　　　　　　　Telephone: (757) 930-3660
　　　　　　　　　　　　　　　　Facsimile: (757) 930-3662
　　　　　　　　　　　　　　　　Email: lenbennett@clalegal.com

　　　　　　　　　　　　　　　　E. Michelle Drake
　　　　　　　　　　　　　　　　John G. Albanese
　　　　　　　　　　　　　　　　BERGER MONTAGUE PC
　　　　　　　　　　　　　　　　43 SE Main Street, Suite 505
　　　　　　　　　　　　　　　　Minneapolis, MN 55414
　　　　　　　　　　　　　　　　Telephone: (612) 594-5999
　　　　　　　　　　　　　　　　Facsimile: (612) 584-4470
　　　　　　　　　　　　　　　　Email:  emdrake@bm.net
　　　　　　　　　　　　　　　　Email:  jalbanese@bm.net

　　　　　　　　　　　　　　　　Beth E. Terrell
　　　　　　　　　　　　　　　　Jennifer Rust Murray
　　　　　　　　　　　　　　　　Elizabeth A. Adams
　　　　　　　　　　　　　　　　TERRELL MARSHALL LAW GROUP PLLC
　　　　　　　　　　　　　　　　Email:  bterrell@terrellmarshall.com
　　　　　　　　　　　　　　　　Email:  jmurray@terrellmarshall.com
　　　　　　　　　　　　　　　　Email:  eadams@terrellmarshall.com
　　　　　　　　　　　　　　　　936 North 34th Street, Suite 300
　　　　　　　　　　　　　　　　Seattle, WA 98103
　　　　　　　　　　　　　　　　Telephone: (206) 816-6603
　　　　　　　　　　　　　　　　Facsimile: (206) 319-5450

　　　　　　　　　　　　　　　　*Attorneys for Plaintiffs and Proposed Classes*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 3, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

_____/s/_____<br>
Kristi C. Kelly, Esq., VSB #72791<br>
KELLY GUZZO, PLC<br>
3925 Chain Bridge Road, Suite 202<br>
Fairfax, VA 22030<br>
Telephone: (703) 424-7572<br>
Facsimile: (703) 591-0167<br>
Email: kkelly@kellyguzzo.com