# EXHIBIT 19


| | |
|---|---|
| From: | Scott Merritt <smerritt@answersetc.com> |
| To: | Karrie Wichtman; Flint Richardson (Flint@wsedge.biz) (Flint@wsedge.biz); Nicole St. Germain |
| Sent: | 10/21/2011 8:16:56 PM |
| Subject: | RE: LVD approving me |

Thanks, Karrie. I did hear back from Matt today regarding the 'old' book of business. They still intend on operating this in full-force – that means originating new loans from the tribe.  Not sure why Jennifer thinks any different. This is good news, as it is ongoing new revenue.

Thanks,

**Scott Merritt | Managing Partner** | Vancouver | WA| 98682 |
office  800-275-1418 x136| fax 817.595.8819 | smerritt@tribeloans.com |



**From:** Karrie Wichtman [mailto:kwichtman@rosettelaw.com]
**Sent:** Friday, October 21, 2011 8:40 AM
**To:** Flint Richardson (Flint@wsedge.biz) (Flint@wsedge.biz); Scott Merritt; Nicole St. Germain
**Subject:** FW: LVD approving me

FYI – see Jennifer's message below.



**Karrie S. Wichtman, Attorney**
**Rosette, LLP**
**Attorneys at Law**
Boji Tower
124 West Allegan St. – Suite 1400
Lansing, MI 48933
517.367.7040 – Office
480.242.6959 - Cell
517.913.6443 – Fax
kwichtman@rosettelaw.com
www.rosettelaw.com

CONFIDENTIAL COMMUNICATION: THIS MESSAGE IS A CONFIDENTIAL ATTORNEY COMMUNICATION ONLY FOR USE BY THE INTENDED RECIPIENT.  ANY INADVERTENT RECEIPT SHALL NOT CONSTITUTE A WAIVER OF ATTORNEY-CLIENT OR WORK PRODUCT PROTECTION.  IF RECEIVED IN ERROR, PLEASE NOTIFY KARRIE S. WICHTMAN IMMEDIATELY AND DELETE THIS MESSAGE.  THANK YOU FOR YOUR COOPERATION.


**From:** weddlej@gtlaw.com [mailto:weddlej@gtlaw.com]
**Sent:** Friday, October 21, 2011 10:44 AM
**To:** Karrie Wichtman
**Subject:** RE: LVD approving me

Yes.  We just finished a team call and are trying to quickly come to conclusion on the documents.  I'll be sending things as they get done.

As I mentioned to you the other day, we're looking at two servicing agreements, one for the new business "Red Rock"

and one for the old business, Castle. We're thinking there should appropriately be two separate incentive payments to the tribe of $5,000 for each business. Are there wire instructions so Matt could arrange for the money to be wired to the tribe at closing?

Jennifer H. Weddle
Shareholder, Co-Chair American Indian Law Practice Group
Greenberg Traurig | 1200 17th Street, Suite 2400 | Denver, Colorado 80202
Tel 303.572.6565 | Fax 720.904.7665
weddlej@gtlaw.com | www.gtlaw.com

## Greenberg Traurig

**USA LAW FIRM OF THE YEAR, CHAMBERS GLOBAL AWARDS 2007**

ALBANY · AMSTERDAM · ATLANTA · AUSTIN · BOSTON · CHICAGO · DALLAS · DELAWARE · DENVER · FORT LAUDERDALE · HOUSTON · LAS VEGAS · LONDON* · LOS ANGELES · MIAMI · NEW JERSEY · NEW YORK · ORANGE COUNTY · ORLANDO · PALM BEACH COUNTY · PHILADELPHIA · PHOENIX · SACRAMENTO · SAN FRANCISCO · SHANGHAI · SILICON VALLEY · TALLAHASSEE · TAMPA · TYSONS CORNER · WASHINGTON, D.C. · WHITE PLAINS
*OPERATES AS GREENBERG TRAURIG MAHER LLP

**STRATEGIC ALLIANCES WITH INDEPENDENT LAW FIRMS**
MILAN · ROME · ZURICH

---

**From:** Karrie Wichtman [mailto:kwichtman@rosettelaw.com]
**Sent:** Friday, October 21, 2011 8:21 AM
**To:** Weddle, Jennifer H. (Shld-Den-LT)
**Subject:** Re: LVD approving me

Good morning Jen,

Can I expect to receive docs sometime this morning? I know your working hard to get them done but I do need some time to perform a complete review while leaving time for discussion between the parties.

Sincerely,

Karrie
--------------------------
Sent using BlackBerry


**From**: weddlej@gtlaw.com [mailto:weddlej@gtlaw.com]
**Sent**: Thursday, October 20, 2011 08:20 AM
**To**: Karrie Wichtman
**Subject**: RE: LVD approving me

Karrie - This version of the articles of organization is still unsigned. Can you please track down a signed version? Thanks so much.

Jennifer H. Weddle
Shareholder, Co-Chair American Indian Law Practice Group
Greenberg Traurig | 1200 17th Street, Suite 2400 | Denver, Colorado 80202
Tel 303.572.6565 | Fax 720.904.7665
weddlej@gtlaw.com | www.gtlaw.com

## Greenberg Traurig

**USA LAW FIRM OF THE YEAR, CHAMBERS GLOBAL AWARDS 2007**

ALBANY · AMSTERDAM · ATLANTA · AUSTIN · BOSTON · CHICAGO · DALLAS · DELAWARE · DENVER · FORT LAUDERDALE · HOUSTON · LAS VEGAS · LONDON* · LOS ANGELES · MIAMI · NEW JERSEY · NEW YORK · ORANGE COUNTY · ORLANDO · PALM BEACH COUNTY · PHILADELPHIA · PHOENIX · SACRAMENTO · SAN FRANCISCO · SHANGHAI · SILICON VALLEY · TALLAHASSEE · TAMPA · TYSONS CORNER · WASHINGTON, D.C. · WHITE PLAINS
*OPERATES AS GREENBERG TRAURIG MAHER LLP

**STRATEGIC ALLIANCES WITH INDEPENDENT LAW FIRMS**
MILAN · ROME · ZURICH

---

Tax Advice Disclosure: To ensure compliance with requirements imposed by the IRS under Circular 230, we inform you that any U.S. federal tax advice contained in this communication (including any attachments), unless otherwise

CONFIDENTIAL
ROS002-0000074

specifically stated, was not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any matters addressed herein.

The information contained in this transmission may contain privileged and confidential information.  It is intended only for the use of the person(s) named above. If you are not the intended recipient,  you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. To reply to our email administrator directly, please send an email to postmaster@gtlaw.com.

---

**From:** Karrie Wichtman [mailto:kwichtman@rosettelaw.com]
**Sent:** Wednesday, October 19, 2011 6:40 PM
**To:** Weddle, Jennifer H. (Shld-Den-LT)
**Subject:** Fw: LVD approving me

Here you go Jen. I think these docs are what you asked for.
-------------------------
Sent using BlackBerry


**From**: Karrie Wichtman
**Sent**: Monday, October 10, 2011 05:42 PM
**To**: mattm@bellicosevi.com <mattm@bellicosevi.com>; Flint Richardson <flint@wsedge.biz>
**Cc**: smerritt@answersetc.com <smerritt@answersetc.com>; weddlej@gtlaw.com <weddlej@gtlaw.com>; Van Hoffman <vfhoffman@gmail.com>; Rob Rosette; Hannah Bobee
**Subject**: RE: LVD approving me

Good Evening Matt,

Please find the attached Consumer Financial Services Regulatory Code, and accompanying Tribal Council Resolution which amends the former Tribal Lending Regulatory Code sent previously, along with the revised Consumer Financial Services Vendor License Application.  Also attached is executed Tribal Resolution 2001-041 which creates the Red Rock Tribal Lending Enterprise, as well as a copy of the executed Articles of Organization and the Operating Agreement approved under Resolution 2011-041.

I understand your concerns with regard to licensing and the sharing of shareholder information.  Jennifer is correct that it is the Tribe's wish to make the licensing process as simple as possible.  I will speak to Jennifer, however, in an effort to clarify – does the C-Corp own Bellicose?  Is it the parent company and Bellicose is a subsidiary?  Without actually having reviewed the corporate charter, off the top of my head, and dependent upon the answers to my questions, I would say that at the very least the Board of Directors of Bellicose and you as the majority shareholder would need to submit licensing applications under the umbrella of Bellicose as a Vendor.  In addition, the CEO, CFO, COO and General Manager, if any, will need to be included in that licensing exercise.  Consumer Financial Services Employee Licenses will need to be issued for those individuals that you specify as having primary management functions in relation to the Servicing Agreement, as you indicated this would probably be you and the other person you referenced. In any event, I can assure that any information received by the Tribal Consumer Financial Services Regulatory Agent will be kept in the strictest of confidences and not released without the individuals permission or other event that may require the release of such information.  Additionally, on the Lending side – if things are not the same as the Servicer side- separate licensing will also need to be completed.  The ACH provider that you choose to create a business relationship with on behalf of the Red Rock Tribal Lending Enterprise will also need to be licensed. I know it sounds like a daunting task but the License Application is very simple and shouldn't take more than a few minutes to complete.  I am sure that you understand that the Tribe needs to have these regulatory measures in place so that it can be sure who it is dealing with and remain in compliance with its own laws which in turn serves everyone involved by strengthening the entire business model.

In answer to your question with regard to employees who may be elevated to C-level positions, this would probably constitute a change substantial enough to at least warrant the Licensing Application to completed by that individual.  I don't think the whole entity will need to undergo re-licensure until the two year expiration of the license.

I hope I have answered all of your questions and included all of the items that you in order to assist in moving forward towards close.  Jennifer and I will let you know after we have spoken what we come up with

regard to make things easy and efficient for everyone involved.

Sincerely,



**Karrie S. Wichtman, Attorney**
**Rosette, LLP**
**Attorneys at Law**
Boji Tower
124 West Allegan St. – Suite 1400
Lansing, MI 48933
517.367.7040 – Office
480.242.6959 - Cell
517.913.6443 – Fax
kwichtman@rosettelaw.com
www.rosettelaw.com

CONFIDENTIAL COMMUNICATION: THIS MESSAGE IS A CONFIDENTIAL ATTORNEY COMMUNICATION ONLY FOR USE BY THE INTENDED RECIPIENT.  ANY INADVERTENT RECEIPT SHALL NOT CONSTITUTE A WAIVER OF ATTORNEY-CLIENT OR WORK PRODUCT PROTECTION.  IF RECEIVED IN ERROR, PLEASE NOTIFY KARRIE S. WICHTMAN IMMEDIATELY AND DELETE THIS MESSAGE.  THANK YOU FOR YOUR COOPERATION.


**From:** mattm@bellicosevi.com [mailto:mattm@bellicosevi.com]
**Sent:** Monday, October 10, 2011 6:42 PM
**To:** Flint Richardson
**Cc:** Karrie Wichtman; smerritt@answersetc.com
**Subject:** RE: LVD approving me

Karrie, can you talk with Jennifer please about the # of license applications you need?  She'd mentioned the Tribe will probably want to keep this as simple, and as cheap, as possible.  We have 10%+ owners that are shareholders in a C-corp that basically do absolutely nothing.  It wouldn't be a problem, but some are celebrity type individuals that I'd like to keep their information out of circulation.  I am the only shareholder that is involved in Bellicose.

As for C-level employees, it's just me and one other person (right now).  I'm curious if in the future we elevate employees to C-level positions if we'd need to fill out license applications for that person with the Tribe?

Yes Flint, but we have that on ice until we get this one locked up.  I forgot to mention this, but we basically just want Bellicose to have to provide express written consent to allow a specific additional servicer to the Tribe and something like an annual renewal on their authorization to participate.  We won't be making any profit on this at all, we're doing it as friends and there is no upside for us.  However, in the extremely unlikely event someone over there (or with another lender we are gearing up for later on) got a little crazy, then we want the ability to not re-instate the right to compete for that party for the following year.  I'll email Jennifer to add something like this into the Service Agreement.

Regards,

**Matt Martorello**
Mobile: 773-209-7720
Email: MattM@BellicoseVI.com



**From:** Flint Richardson [mailto:flint@wsedge.biz]
**Sent:** Monday, October 10, 2011 6:31 PM
**To:** mattm@bellicosevi.com
**Cc:** kwichtman@rosettelaw.com; smerritt@answersetc.com
**Subject:** RE: LVD approving me

CONFIDENTIAL                                                                                                                    ROS002-0000076

Matt – Karrie will be responding with the final license application.  However, it is anyone with GT 10% interest, and any key employees (CEO, COO, CFO that are involved with the business as well).

She will also be sending to you the new ordinance.

Do you know if the other USVI company is still interested in LVD – she asked me but I was unaware of where they stood.

Thanks.


**Flint Richardson** | **CPA** | Chandler | AZ| 85225 |
office 480.889.4888 | fax 480.889.8997 | **flint@wsedge.biz** |



\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

**IRS CIRCULAR 230 DISCLOSURE**:  To ensure compliance with Treasury Department regulations, we inform you that any U.S. federal tax advice contained in this correspondence (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties that may be imposed under the U.S. Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.


**From:** mattm@bellicosevi.com [mailto:mattm@bellicosevi.com]
**Sent:** Monday, October 10, 2011 11:31 AM
**To:** flint@wsedge.biz
**Subject:** LVD approving me

Did you get my question about:
1. License applications for new vendor entities

Jennifer made it sound like they'll only want to do a background on me personally, and that there was a shorter form vs. the form they use for their casino employees.  Just send whatever and I'll get it back to you tonight.

**Regards,**

**Matt Martorello**
Mobile: 773-209-7720
Email: MattM@BellicoseVI.com