# EXHIBIT 20

| | |
|---|---|
| **From:** | smerritt@tribeloans.com |
| **To:** | Matt Martorello |
| **CC:** | Flint Richardson |
| **Sent:** | 6/16/2012 5:15:51 AM |
| **Subject:** | Re: Second Tribe |

Matt - I'm confident that we can find you a backup partner. I do believe that LVD values you as a partner, though. If you have any info to the contrary, I would like to discuss. We're your advocate so will act on your behalf regardless.

Let's get on the phone Monday if you're able. I think there are a few directions we can go.

-S

------Original Message------
From: Matt Martorello
To: Scott Merritt
Cc: Flint Richardson
Subject: Second Tribe
Sent: Jun 15, 2012 9:57 PM

Hey guys, I think I'd like to find a second tribal client. While I like the exclusivity and very much like the relationship with LVD, I am concerned about the long term as I think they likely have motives not aligned with an exclusive servicing arrangement, and I think they are starting to feel underpaid as the heat comes on at the federal level.

To have a second tribal client, even if just a small portfolio, provides so much needed comfort. In fact, one with experience already and solid like LVD is, with the regulatory side down and onsite managers and potential staff, etc.

I'd like to do the exact same deal with a back up tribe. I know you guys got it taken care of, let me know what are options.

Sent via BlackBerry by AT&T

Confidential                                                                                                                                          FR0000068