# EXHIBIT 40



# INVOICE

**DATE:** August 1, 2012
Invoice: LVD-082012

**FOR:** Consulting Services Rendered

**BILL TO:** Lac Vieux Desert Band of
Chippewa Indians
Attention: Tribal Chairman
P.O. Box 249
Watersmeet, MI 49969

| DESCRIPTION | AMOUNT |
|---|---|
| Total amount owed for professional services from June 2011 through July 2012. Services included the development of all Tribal Consumer financial services laws and associated regulatory framework for review and consideration by the Tribal client. Services also include the review, evaluation and comment on all agreements from a financial and legal standpoint with corresponding recommendations for potential changes for consideration to the Tribal client. | $ 960,000.00 |
| Amount due September 20, 2012 | 40,000.00 |
| **Balance Forward** | $ 920,000.00 |
| ($40,000 each month for September 2012 through August 2014, each payment due on the 20th of each month - 24 consecutive monthly payments.) | |

**Payment to be Remitted Via:**
Bank: Mutual of Omaha
Account Name: Tribal Loan Management, LLC
Account: Redacted
Routing: Redacted

ROS002-0001918