IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

JOETTE PETE,

    Movant,

v.                                            Misc. No. 3:19-mc-26

BIG PICTURE LOANS, LLC, *et al.*,

    Respondents.

---

LULA WILLIAMS, *et al.*,

    Plaintiffs,

v.                                            Civil Action No. 3:17-cv-461

BIG PICTURE LOANS, LLC, *et al.*,

    Defendants.

---

RENEE GALLOWAY, *et al.*,

    Plaintiffs,

v.                                            Civil Action No. 3:18-cv-406

BIG PICTURE LOANS, LLC, *et al.*,

    Defendants.

**ORDER**

For the reasons set forth on the record during the conference call on June 5, 2020, it is hereby ORDERED that:

(1) By June 8, 2020, Defendant Matt Martorello ("Martorello") shall file a supplement to MATT MARTORELLO'S MOTION UNDER RULE 30(d)

FOR FURTHER DEPOSITION BASED ON CONDUCT THAT IMPEDED QUESTIONING AND FOR EXPEDITED RULING (3:19-mc-26, ECF No. 23; 3:17-cv-461, ECF No. 747; 3:18-cv-406, ECF No. 391) (the "Motion") consisting of written questions he seeks to ask Joette Pete ("Pete");

(2) By June 8, 2020, Martorello shall certify that he has given the list of questions that is the subject of paragraph (1) to the U.S. Attorney for the Western District of Michigan and to the FBI office in Detroit, Michigan;

(3) By June 11, 2020, the Plaintiffs shall file their response to the Motion and objections to the list of questions that is the subject of paragraph (1);

(4) By June 17, 2020, the United States shall file a statement of position; and

(5) By June 20, 2020, Martorello shall file his reply.

It is further ORDERED that the Clerk shall send a copy of this ORDER to the U.S. Attorney for the Western District of Michigan.

It is so ORDERED.

/s/ REP
Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: June 8, 2020