IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| JOETTE PETE, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:19-mc-26 (REP) |
| | ) | |
| BIG PICTURE LOANS, et al., | ) | |
| | ) | |
| Respondents. | ) | |
| LULA WILLIAMS, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:17-cv-461 (REP) |
| | ) | |
| BIG PICTURE LOANS, LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| RENEE GALLOWAY, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:18-cv-406 (REP) |
| | ) | |
| BIG PICTURE LOANS, LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

The undersigned counsel certifies that on this 8th day of June, 2020, a copy of:

- Matt Martorello's Motion Under Rule 30(d) For Further Deposition Based On Conduct That Impeded Questioning And For Expedited Ruling, Memorandum in Support, and supporting exhibits [PUBLIC VERSION];

- Matt Martorello's Supplemental Memorandum In Support Of Motion Under Rule 30(d) For Further Deposition Based On Conduct That Impeded Questioning And For Expedited Ruling (ECF 23 & 24, 747 & 748, 391 & 392, Respectively); and

- Order, ECF 768

were served on the United States Attorney for the Western District of Michigan, Andrew B. Birge, and the Special Agent in Charge of the Detroit Field Office of the Federal Bureau Investigation, Steven M. D'Antuono, via electronic mail as follows:

Andrew B. Birge
US Attorney's Office
330 Ionia Ave NW
PO Box 208
Grand Rapids, MI 49503-2549
andrew.birge@usdoj.gov

Special Agent in Charge Steven M. D'Antuono
Detroit Field Office
Federal Bureau of Investigation
477 Michigan Ave., 26th Floor
Detroit, MI 48226
smdantuono@fbi.gov

By:/s/  *John M. Erbach*
John M. Erbach (VSB No. 76695)
jerbach@spottsfain.com
SPOTTS FAIN PC
411 East Franklin Street, Suite 600
Richmond, Virginia 23219
Telephone: (804) 697-2000
Facsimile:  (804) 697-2100

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that on this 8th day of June, 2020, the foregoing was filed using the Court's CM/ECF system, thereby serving a copy on all counsel of record electronically.

By: */s/ John M. Erbach*
John M. Erbach (VSB No. 76695)
Email: jerbach@spottsfain.com
SPOTTS FAIN PC
411 East Franklin Street, Suite 600
Richmond, VA 23219
(804) 697-2000 (Telephone)
(804) 697-2100 (Facsimile)
