# Exhibit 51

| | |
|---|---|
| **From:** | Matt Martorello |
| **To:** | Karrie Wichtman; Justin Martorello; Daniel Gravel |
| **Subject:** | RE: NY decision |
| **Date:** | Wednesday, October 1, 2014 8:38:49 AM |

Agreed. I think there's nothing to proceed on and a whole lot to take away as LVD grows and refines it's business for the long term: tribal investment, adoption, perhaps more on-res activity (which I think he got wrong), tribal owned bank/ACH, etc.

Let's get the take aways together and bake them in to see this thing to long term. I thought this was an excellent result.


-------- Original message --------
From: Karrie Wichtman <kwichtman@rosettelaw.com>
Date:10/01/2014 11:26 AM (GMT-04:00)
To: Matt Martorello <mattm@bellicosevi.com>, Justin Martorello <justinm@bellicosecapital.com>, Daniel Gravel <DanielG@bellicosevi.com>
Cc:
Subject: RE: NY decision

Matt,

I haven't had an opportunity read it all the way through but initial thoughts from David Bernick at Dechert are as follows:

"Very thorough and remarkably neutral. Substantively, it is hard to argue with most of it, because most of it well captures the issues. I think we should call it a win without embracing it and without gloating, because it is a win but it has several points with which we disagree. Also seems to me that Sullivan will have a hard time getting rid of the case soon. Lots of quotable material."

We are preparing a memo summarizing the opinion as I write this and rest assured that NAFSA is on top of this as well.

Sincerely,


Karrie S. Wichtman, Partner
ROSETTE, LLP
Michigan Office
Attorneys at Law
25344 Red Arrow Highway
Mattawan, Michigan 49071
269.283.5005 Office
517.913.6443 Facsimile
480.242.6959 Cell
kwichtman@rosettelaw.com
rosettelaw.com

CONFIDENTIAL COMMUNICATION: THIS MESSAGE IS A CONFIDENTIAL ATTORNEY COMMUNICATION ONLY FOR USE BY THE INTENDED RECIPIENT.  ANY INADVERTENT RECEIPT SHALL NOT CONSTITUTE A WAIVER OF ATTORNEY-CLIENT OR WORK PRODUCT PROTECTION.  IF RECEIVED IN ERROR, PLEASE NOTIFY KARRIE S. WICHTMAN IMMEDIATELY AND DELETE THIS MESSAGE.  THANK YOU FOR YOUR COOPERATION.

**From:** Matt Martorello [mailto:mattm@bellicosevi.com]
**Sent:** Wednesday, October 1, 2014 11:20 AM
**To:** Justin Martorello; Daniel Gravel; Karrie Wichtman
**Subject:** RE: NY decision

This is the first time we haven't seen the BS one sided arguments against tribal lending.  Bottom of page 13 even says (in fact the tribes might even be right!)... NY will be on an immediate press release to spin this. I hope that NAFSA is doing so right now as well.

Karrie something that really struck me was they mention the citizenship of the participants a lot.   At council we talked about adoption. It seems like an excellent next step, not to mention an honor to me personally as well.


-------- Original message --------
From: Justin Martorello <justinm@bellicosecapital.com>
Date:10/01/2014 11:15 AM (GMT-04:00)
To: Matt Martorello <mattm@bellicosevi.com>, Daniel Gravel <DanielG@bellicosevi.com>, Karrie Wichtman <kwichtman@rosettelaw.com>
Cc:
Subject: RE: NY decision

The appeal failed to overturn the denied PI.  What happens next?


**From:** Matt Martorello
**Sent:** Wednesday, October 1, 2014 11:00 AM
**To:** Justin Martorello; Daniel Gravel; Karrie Wichtman
**Subject:** Fwd: NY decision


-------- Original message --------
From: Brian Jedwab <bjedwab@platinumlp.com>
Date:10/01/2014 10:53 AM (GMT-04:00)
To: Matt Martorello <mattm@bellicosevi.com>
Cc: Ben Radinsky <bradinsky@platinumlp.com>
Subject: NY decision

turtletalk.files.wordpress.com/2014/10/13-3769_opn.pdf

Brian D. Jedwab, Managing Director
Platinum Credit Management, LP
152 West 57th Street, 54th Floor | New York, New York 10019
office: 212.581.0500 | fax: 516.706.7300 | cell: 917.992.7700
bjedwab@platinumlp.com

```
***
We are pleased to announce that, as of October 20th, 2014, we will be moving
to
our new office at:
Platinum Partners
250 West 55th Street, 14th Floor, New York, NY 10019
T: 212.582.2222 | F: 212.582.2424
***
THIS E-MAIL IS FOR THE SOLE USE OF THE INTENDED RECIPIENT(S) AND MAY CONTAIN
CONFIDENTIAL AND PRIVILEGED INFORMATION.ANY UNAUTHORIZED REVIEW, USE,
DISCLOSURE
OR DISTRIBUTION IS PROHIBITED. IF YOU ARE NOT THE INTENDED RECIPIENT, PLEASE
CONTACT THE SENDER BY REPLY E-MAIL AND DESTROY ALL COPIES OF THE ORIGINAL E-
MAIL.
```
**This email and any files transmitted with it are confidential and may contain privileged or copyrighted information. You must not present this message to another party without gaining permission from the sender. If you are not the intended recipient you must not copy, distribute or use this email or the information contained in it for any purpose other than to notify us. If you have received this message in error, please notify the sender immediately, and delete this email from your system.**

**This email and any files transmitted with it are confidential and may contain privileged or copyrighted information. You must not present this message to another party without gaining permission from the sender. If you are not the intended recipient you must not copy, distribute or use this email or the information contained in it for any purpose other than to notify us. If you have received this message in error, please notify the sender immediately, and delete this email from your system.**