# Exhibit 52

| | |
|---|---|
| **From:** | Matt Martorello |
| **To:** | Karrie Wichtman |
| **Subject:** | Re: Payday US Offer Deactivation Notice |
| **Date:** | Tuesday, October 29, 2013 4:28:04 PM |

Not directly,  but like my email said all the marketing entities are just about closing up shop, rates on things have skyrocketed, capture just cut us down by 200k a month in buying debt, most of the servicers like spvi have literally gone out of business.  It's impossible to buy any volume, debt providers are asking what would happen to everything if the ruling in NY were upheld (certain death and all vendors including spvi, banks, ACH processors, bureaus etc would all obviously shut down if it were considered off reservation activity), and the class actions against banks and personal threats of enforcement against individuals by regulators all has everyone spooked.  No joke, several of the biggest servicers have shut down.  Though I bet they come back if things end well.

Desperately hoping that Rule 19 works and a favorable outcome on the appeal!


-------- Original message --------
From: Karrie Wichtman <kwichtman@rosettelaw.com>
Date: 10/29/2013 2:40 PM (GMT-07:00)
To: Matt Martorello <mattm@bellicosevi.com>
Subject: Re: Payday US Offer Deactivation Notice


Is this one our vendor companies?

Sent from my iPhone

On Oct 29, 2013, at 3:24 PM, "Matt Martorello" <mattm@bellicosevi.com> wrote:

> -------- Original message --------
> From: Sam Lepore <snlepore@yahoo.com>
> Date: 10/29/2013 11:54 AM (GMT-07:00)
> To: Matt Martorello <mattm@bellicosevi.com>
> Subject: Fw: Payday US Offer Deactivation Notice
>
>
> Hey Matt-
>
> Issues in the US with Payday?  You seeing this?
>
>
>
> Thanks,
>
> **Sam Lepore**
> Cell: 856.297.6827
> Email: sam@samlepore.com
> www.samlepore.com

CONFIDENTIAL                                                                                                                    ROSETTE_REVISED 045573

facebook.com/SouthJerseyRealEstateTrends
twitter.com/samlepore



----- Forwarded Message -----
**From:** Leadnomics <partner-platform@leadnomics.com>
**To:** snlepore@yahoo.com
**Sent:** Tuesday, October 29, 2013 1:47 PM
**Subject:** Payday US Offer Deactivation Notice

October 29th, 2013

As most of you are aware, the current regulatory climate in the US has resulted in significantly less lead buying in the US Payday Market. Unfortunately, this has impacted our ability to provide our publishers with a compelling offer. Therefore, after careful deliberation, we have decided to suspend lead generation activities within the US Payday market, **effective Friday, November 1.**

We will continue to focus on offers that perform better for you including Payday UK, Auto Insurance, and our newest vertical, Health Insurance.

Your account manager is available to answer any questions you might have. We thank you for your trust and

CONFIDENTIAL

ROSETTE_REVISED 045574

patronage in the past, and look forward to working with you again in the future.

**Our All-new Payday UK Offer**

# CashAdvancer UK

We are very pleased to announce our re-entry into the UK payday market with our premier offer, **CashAdvancer UK**. Our team has been working tirelessly to create and optimize this offer to ensure high conversion rates and EPCs, and we've already been seeing great results.

CashAdvancer UK is completely mobile optimized and features a brand-new form design. Reach out to your account manager to get set up to run this today.

As always, we are here when you need us.

Sincerely,

*The Leadnomics Partner Platform Team*

Visit Us Online | Like Us on Facebook | Follow Us on

CONFIDENTIAL

ROSETTE_REVISED 045575

Twitter | Check Out Our Blog

Copyright © 2013. All Rights Reserved.

**Forward this email**

This email was sent to snlepore@yahoo.com by partner-platform@leadnomics.com |
Update Profile/Email Address | Instant removal with SafeUnsubscribe™ | Privacy Policy.

Leadnomics | 2929 Arch St | Philadelphia | PA | 19104

\*\*This email and any files transmitted with it are confidential and may contain privileged or copyrighted information. You must not present this message to another party without gaining permission from the sender. If you are not the intended recipient you must not copy, distribute or use this email or the information contained in it for any purpose other than to notify us. If you have received this message in error, please notify the sender immediately, and delete this email from your system.\*\*

\*\*This email and any files transmitted with it are confidential and may contain privileged or copyrighted information. You must not present this message to another party without gaining permission from the sender. If you are not the intended recipient you must not copy, distribute or use this email or the information contained in it for any purpose other than to notify us. If you have received this message in error, please notify the sender immediately, and delete this email from your system.\*\*

CONFIDENTIAL
ROSETTE_REVISED 045576