# Exhibit 53

| | |
|---|---|
| **From:** | Matt Martorello |
| **To:** | Karrie Wichtman |
| **Subject:** | RE: LVD and legal bills |
| **Date:** | Friday, November 8, 2013 6:02:44 AM |

Between us, very candidly…

At this moment in time, I'm not about to even give Think the time of day.  I have very good reason to believe they conspire to harm me and they explicitly seek to put SPVI (me personally) out of business (and indirectly LVD).

RRTL  is down now about 55% from where it was in July and standing on thin ice with 1 TPPP Ach provider under constant attacks every day.  As you know, I was very adamant about LVD not belonging on the suit, as we are nothing but a warm body to take some blows on Think Finance's behalf.   Last thing I'm going to do after getting steamrolled on my recommendation to stay away (though I certainly was willing to pledge financial support if not a plaintiff as I told Curry) is to add insult to injury buying pledging capital towards the litigation.   Especially when it only goes to Think's pocket, an agency I am certain is out to harm us.

And considering:
   a)   where this puts us (i.e. SPVI is about to be discovered and will need extreme resources to defend itself against all kinds of aiding and abetting and "true lender" claims to come in Q1),
   b)    and the very significant possibility that should we even survive long enough to get there, I will have to defend myself even personally (in more than civil matters), with no ongoing business or revenue at all should the decision be made in the appeal that the activity is in fact OFF reservation (a certain end to the industry).  Or if LST folds I still have those battles to face now on account of the suit.

Think should be paying me about a $3mm legal reserve for my forthcoming legal bills from this action, which I would've not had to prepare for had LVD not joined as a Plaintiff.  These funds reserved, and the funds they are asking for need to go to back into your business given the shrinking capital providers and inability to access funding.  Not to the pockets of Think Finance.  They should also pay LVD $1mm if they want LVD to remain a Plaintiff on the case.  As there is a huge value added that everyone keeps ignoring, which is that LVD is a shield for Think Finance.

Curry is an innocent bystander in all of this by the way, and that is unfortunate.  I haven't shared any of the above with him or anyone outside the circle.

To be clear though, I'm not holding a grudge about it against LVD for putting me in this situation.  I believe their decision was not fully informed and was with a good heart for the best for what's right for their sovereignty, and I certainly hope for the most positive outcome and have tried to help in that regard where I could.  The time, the risk, and the blows to follow are way more compensation than we need to put forth here.  Think is now 30 times the size of RRTL.  This was their fight to finance, and they should be sending thank you emails every day for RRTL being listed as a plaintiff.

I advise them to go ask Sherry or one of the other NAFSA tribes to join as a Plaintiff instead as the

results would be far more fruitful.

Just being 100% up front on this with you and LVD.  I do seriously think LVD should tell Think they'll drop as a plaintiff unless Think pays them $1mm.  ☺

All that said ☺, this reply isn't' for Eric.  I guess you can just tell Eric that for several reasons, LVD is just not in a position at this time to contribute any further than we already are, and that we are in fact paying an equal and significant share of the Rosette bills today related to the matter.

---

**From:** Karrie Wichtman [mailto:kwichtman@rosettelaw.com]
**Sent:** Thursday, November 7, 2013 8:55 AM
**To:** Matt Martorello
**Subject:** Fwd: LVD and legal bills

See below. I said I would forward the message below to you from Eric Lau. Please let me know how you would like me to respond or if you would rather respond directly to Eric.

Sincerely,

Karrie

Sent from my iPhone

Begin forwarded message:

> **From:** Eric Lau <eric.lau@macfarlanegp.com>
> **Date:** November 5, 2013 at 11:16:31 AM CST
> **To:** Karrie Wichtman <kwichtman@rosettelaw.com>
> **Cc:** Saba Bazzazieh <sbazzazieh@rosettelaw.com>, Rob Rosette <rosette@rosettelaw.com>
> **Subject: RE: LVD and legal bills**
>
> No issue with forwarding.  Thank you.
>
> ---
>
> **From:** Karrie Wichtman [mailto:kwichtman@rosettelaw.com]
> **Sent:** Tuesday, November 05, 2013 11:06 AM
> **To:** Eric Lau
> **Cc:** Saba Bazzazieh; Rob Rosette
> **Subject:** Re: LVD and legal bills
>
> Good Morning Eric,
>
> Unless you have any objections, I will forward your email request to our SPVI Servicer to begin the discussion of an LVD contribution to the litigation expenses. I will keep you posted as to responses received and progress made.

Sincerely,

Karrie

Sent from my iPhone

On Nov 5, 2013, at 11:52 AM, "Eric Lau" <eric.lau@macfarlanegp.com> wrote:

> Rob, Saba and Karrie,
>
> The Dechert bills are rolling in and they are significant. Can LVD or its servicer provide any support? Currently Otoe is pulling the weight in paying the bills for the lawsuit.
>
> Eric K. Lau
> General Counsel
> MacFarlane Group, Inc.
> PHONE/FAX: (913) 312-3320
> MOBILE: (816) 520-7421
> EMAIL: eric.lau@macfarlanegp.com
> ==========================================
> CONFIDENTIALITY NOTICE: This e-mail and any attachments are confidential and may also be privileged. If you are not the named recipient, please notify the sender immediately and delete the contents of this message without disclosing the contents to anyone, using them for any purpose, or storing or copying the information in any medium.

**This email and any files transmitted with it are confidential and may contain privileged or copyrighted information. You must not present this message to another party without gaining permission from the sender. If you are not the intended recipient you must not copy, distribute or use this email or the information contained in it for any purpose other than to notify us. If you have received this message in error, please notify the sender immediately, and delete this email from your system.**