# Exhibit 57

From: Kim Anderson
Date: Thu Jan 09 2014 11:18:09 GMT+1100 (AEDT)
Subject: RE: DOJ filing DO NOT FORWARD - Urgent
To: Demetris Papademetriou

Just got off a 911 call with their team. Options are coming live as early as this evening for the tribal portfolios. It remains to be seen however what type of implications/repercusions the decree will have on the remaining ODFIs/TPPs. Kim Anderson, CEO l Longitude Partners, Inc Direct: 813-505-2019 l Fax: 877-684-3010 Email: kim@longitudeinc.com l Web: www.longitudeinc.com The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message. This communication does not reflect an intention by the sender or the sender's client or principal to conduct a transaction or make any agreement by electronic means. Nothing contained in this message or in any attachment shall satisfy the requirements for a writing, and nothing contained herein shall constitute a contract or electronic signature under the Electronic Signatures in Global and National Commerce Act, any version of the Uniform Electronic Transactions Act or any other statute governing electronic transactions -----Original Message----- From: Demetris Papademetriou [mailto:dpapademetriou@middlemarchllc.com] Sent: Wednesday, January 08, 2014 7:12 PM To: Kim Anderson Cc: Sasha Grutman Subject: Re: DOJ filing DO NOT FORWARD - Urgent thanks Kim. Let's stay in touch on this. it obviously has major implications for matt since he has no other processors. _____
Demetris Papademetriou Middlemarch Partners W 212-913-9660 C 917-620-8727 > On Jan 8, 2014, at 5:47 PM, "Sasha Grutman" wrote: > > Yes I heard from Vincent. He says it is going to scuttle everything although it feels to me like it helps state by state. We should discuss ASAP. > > Sasha Grutman > 917-734-4180 > > Sent from my iPhone > >> On Jan 8, 2014, at 5:07 PM, "Kim Anderson" wrote: >> >> Four Oaks and LST just went down with immediate implications. Matt/Castle is apparently unable to process tonight. More as I hear it. >> >> Kim Anderson, CEO l Longitude Partners, Inc >> Direct: 813-505-2019 l Fax: 877-684-3010 >> Email: kim@longitudeinc.com l Web: www.longitudeinc.com >> The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message. This communication does not reflect an intention by the sender or the sender's client or principal to conduct a transaction or make any agreement by electronic means. Nothing contained in this message or in any attachment shall satisfy the requirements for a writing, and nothing contained herein shall constitute a contract or electronic signature under the Electronic Signatures in Global and National Commerce Act, any version of the Uniform Electronic Transactions Act or any other statute governing electronic transactions >> >> From: Kim Anderson >> Sent: Wednesday, January 08, 2014 4:56 PM >> To: Matt Martorello (mattm@bellicosevi.com) >> Subject: DOJ filing DO NOT FORWARD >> >> FYI >> >> Kim Anderson, CEO l Longitude Partners, Inc >> Direct: 813-505-2019 l Fax: 877-684-3010 >>

1