# Exhibit 58

| | |
|---|---|
| **From:** | Matt Martorello |
| **To:** | Robert Rosette; Karrie Wichtman; giizhigookway; Jim Williams (Chairman); Justin Martorello |
| **Subject:** | Fwd: ACH Pre-Application |
| **Date:** | Wednesday, February 12, 2014 4:19:53 PM |
| **Attachments:** | image003.jpg<br>image002.jpg |
| **Importance:** | High |

Read this thread.  We need to do something about this.

-------- Original message --------
From: Jeff Halloran
Date:02/12/2014 7:34 PM (GMT-04:00)
To: Matt Martorello ,James Dowd
Cc: 'Jeff Voyles' ,'Kate Spilde'
Subject: RE: ACH Pre-Application

OCC was there for 2 days and we were represented in the room. It was made clear for the record, your business is perfectly legal. And now off the record if the bank so much as processes a single transaction The DOJ will be relentless in shutting them down under the full weight of the US government. I am paraphrasing but that is pretty much the essence of it. So in order to prevent tribes from doing short term lending and knowing they can't stop you, they went after your source who they could threaten and prosecute. And made it clear they would be sure to go after each Director and Officer personally.

If you could come up with a blanket immunity clause almost to the point of a full restraining order for the bank and all of its Directors and Officers from the DOJ and OCC – we may be able to re-engage. But the bank is about $50,000 into this and they believe it is a losing battle. Sorry, this is just what I have been told.

Best Regards,

*Jeff Halloran*
**DIRECTOR**
+1 (416) 804-4007
**SKYPE: JEFF_HALLORAN**
**MSN:** JEFFHALLORAN@ROGERS.COM



**From:** Matt Martorello [mailto:mattm@bellicosevi.com]
**Sent:** February-12-14 4:20 PM
**To:** jeff@mt-exchange.com; James Dowd
**Cc:** 'Jeff Voyles'; 'Kate Spilde'
**Subject:** RE: ACH Pre-Application

What if we can get a written statement from the OCC telling Moody Bank that they can

CONFIDENTIAL
ROSETTE_REVISED 036580

process for LVD and their will be no negative repercussions for doing so?  Or something in writing that directly alleviates their concerns here?  DOJ or OCC, let us know what statement is needed and from who and we will go and ask for the letter to explicitly approve in advance a relationship between LVD and Moodys.

It will be a day or two before we can get to the attached application but hope to do so soon.


-------- Original message --------
From: Jeff Halloran
Date:02/12/2014 5:10 PM (GMT-04:00)
To: James Dowd ,Matt Martorello
Cc: 'Jeff Voyles' ,'Kate Spilde'
Subject: ACH Pre-Application

Hello everyone. A couple things.

First, I am writing to follow up about the progress with Moody's Bank. At this time there seems to be so much heat on the banks that Moody's is not going to move forward at this time.  Some of the banks are being informally threated with prosecution or at the very least censure from the OCC. Until there is more clarity, Moody's is taking a "wait and see approach."  We all realize that the business you are in is legal and even needed but that does not seem to be preventing the government from aggressively applying pressure. And although you legitimately maintain a sovereign status the banks unfortunately do not, making them the weak link and consequently where the government is applying the pressure.

The second, and hopefully more positive note is I have another alternative I am pursuing and they seem to have stepped up. So please find attached their pre-application. I know we have all been there before but it is part of the process. So if you could this filled in and back to me and I will get it to them immediately and follow up diligently so no time is wasted.

Thanks for your patience and understanding.


Best Regards,

*Jeff Halloran*
**DIRECTOR**
**+1 (416) 804-4007**
**SKYPE: JEFF_HALLORAN**
**MSN: <u>JEFFHALLORAN@ROGERS.COM</u>**



**This email and any files transmitted with it are confidential and may contain privileged or copyrighted information. You must not present this message to another party without gaining