# Exhibit 59



| | | | | | | | | | WHOIS |
|---|---|---|---|---|---|---|---|---|---|
| HOME | DOMAINS | WEBSITES | HOSTING | CLOUD | EMAIL | SECURITY | WHOIS | SUPPORT | LOGIN 0 |

# bigpictureloans.com

Updated 1 second ago

**Interested in similar domains?**

| hugepictureloans.com | Buy Now |
|---|---|
| hugepictureloans.net | Buy Now |
| bipilo.net | Buy Now |
| largepictureloans.com | Buy Now |
| bigpictureloansonline.com | Buy Now |

## Domain Information

| Domain: | bigpictureloans.com |
|---|---|
| Registrar: | GoDaddy.com, LLC |
| Registered On: | 2013-09-18 |
| Expires On: | 2023-09-18 |
| Updated On: | 2017-11-14 |
| Status: | clientDeleteProhibited<br>clientRenewProhibited<br>clientTransferProhibited<br>clientUpdateProhibited |
| Name Servers: | kip.ns.cloudflare.com<br>ulla.ns.cloudflare.com |

## Registrant Contact

| Organization: | Big Picture Loans, LLC |
|---|---|
| State: | MI |
| Country: | US |
| Email: | Select Contact Domain Holder link at https://www.godaddy.com/whois/results.aspx?domain=bigpictureloans.com |

## Administrative Contact

| Email: | Select Contact Domain Holder link at https://www.godaddy.com/whois/results.aspx?domain=bigpictureloans.com |
|---|---|

## Technical Contact

| Email: | Select Contact Domain Holder link at https://www.godaddy.com/whois/results.aspx?domain=bigpictureloans.com |
|---|---|

## Raw Whois Data

```
Domain Name: bigpictureloans.com
Registry Domain ID: 1828037274_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Updated Date: 2017-11-14T16:33:16Z
Creation Date: 2013-09-18T15:57:40Z
```

.space $~~24.88~~ $1.48

**BUY NOW**

*Offer ends 31st January 2019

**On Sale!**



.MOBI @ $4.48 ~~$14.88~~



```
    Registrar Registration Expiration Date: 2023-09-18T15:57:40Z
    Registrar: GoDaddy.com, LLC
    Registrar IANA ID: 146
    Registrar Abuse Contact Email: abuse@godaddy.com
    Registrar Abuse Contact Phone: +1.4806242505
    Domain Status: clientTransferProhibited
    http://www.icann.org/epp#clientTransferProhibited
    Domain Status: clientUpdateProhibited
    http://www.icann.org/epp#clientUpdateProhibited
    Domain Status: clientRenewProhibited
    http://www.icann.org/epp#clientRenewProhibited
    Domain Status: clientDeleteProhibited
    http://www.icann.org/epp#clientDeleteProhibited
    Registrant Organization: Big Picture Loans, LLC
    Registrant State/Province: MI
    Registrant Country: US
    Registrant Email: Select Contact Domain Holder link at
    https://www.godaddy.com/whois/results.aspx?domain=bigpictureloans.com
    Admin Email: Select Contact Domain Holder link at
    https://www.godaddy.com/whois/results.aspx?domain=bigpictureloans.com
    Tech Email: Select Contact Domain Holder link at
    https://www.godaddy.com/whois/results.aspx?domain=bigpictureloans.com
    Name Server: KIP.NS.CLOUDFLARE.COM
    Name Server: ULLA.NS.CLOUDFLARE.COM
    DNSSEC: signedDelegation
    URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
    >>> Last update of WHOIS database: 2019-01-10T19:00:00Z <<<

    For more information on Whois status codes, please visit
    https://www.icann.org/resources/pages/epp-status-codes-2014-06-16-en

    Notes:

    IMPORTANT: Port43 will provide the ICANN-required minimum data set per
    ICANN Temporary Specification, adopted 17 May 2018.
    Visit https://whois.godaddy.com to look up contact data for domains
    not covered by GDPR policy.

    The data contained in GoDaddy.com, LLC's WhoIs database,
    while believed by the company to be reliable, is provided "as is"
    with no guarantee or warranties regarding its accuracy.  This
    information is provided for the sole purpose of assisting you
    in obtaining information about domain name registration records.
    Any use of this data for any other purpose is expressly forbidden without the
    prior written
    permission of GoDaddy.com, LLC.  By submitting an inquiry,
    you agree to these terms of usage and limitations of warranty.  In particular,
    you agree not to use this data to allow, enable, or otherwise make possible,
    dissemination or collection of this data, in part or in its entirety, for any
    purpose, such as the transmission of unsolicited advertising and
    and solicitations of any kind, including spam.  You further agree
    not to use this data to enable high volume, automated or robotic electronic
    processes designed to collect or compile this data for any purpose,
    including mining this data for your own personal or commercial purposes.

    Please note: the registrant of the domain name is specified
    in the "registrant" section.  In most cases, GoDaddy.com, LLC
    is not the registrant of domain names listed in this database.
```

related domain names

godaddy.com    icann.org    cloudflare.com    internic.net

## Domains

Register Domain Name
Transfer Domain Name
View Domain Pricing

## Hosting & Products

Linux Hosting
Windows Hosting
WordPress Hosting

## Infrastructure

Datacenter Details
Hosting Security
24 x 7 Servers Monitoring

## Follow Us

LOGIN     OR     CREATE AN ACCOUNT

Whois Lookup

Name Suggestion Tool

Free with Every Domain

Domain Offers

Linux Reseller Hosting

Windows Reseller Hosting

Dedicated Servers

Managed Servers

Cloud Hosting

Website Builder

Business Email

Enterprise Email

G Suite

SSL Certificates

Sitelock

Backup and Recovery

**Support**

View Knowledge Base

Contact Support

Report Abuse

About Whois

Copyright © Whois.com. All rights reserved    Privacy Policy | Legal Agreement