# Exhibit 63

**From:** Matt Martorello
**To:** Karrie Wichtman; Justin Martorello
**Subject:** RE: 2014 08 22 TC Resolution 2014____ Approving Chorus Loans_final.docx
**Date:** Monday, August 25, 2014 11:27:30 AM
**Attachments:** BigPicture_DesignsR03_20130923.pdf
Big Picture Brand Pyramid.pdf

---

Ok, sorry for the run around here Karrie... Chorus has been sold. Attached is another really great brand with just as much energy, money and time spent into developing. Assuming LVD buys SPVI, BigPictureLoans.com would be an excellent domain. If LVD doesn't buy SPVI, then FirstNationLoans.com is the domain we can provide (which we haven't yet gotten around to build out/design).

-----Original Message-----
From: Karrie Wichtman [mailto:kwichtman@rosettelaw.com]
Sent: Monday, August 25, 2014 11:58 AM
To: Matt Martorello; Justin Martorello
Subject: 2014 08 22 TC Resolution 2014____ Approving Chorus Loans_final.docx

**This email and any files transmitted with it are confidential and may contain privileged or copyrighted information. You must not present this message to another party without gaining permission from the sender. If you are not the intended recipient you must not copy, distribute or use this email or the information contained in it for any purpose other than to notify us. If you have received this message in error, please notify the sender immediately, and delete this email from your system.**

PHENOMENON®

BELLICOSE \\ 2013.09.23

# Big Picture Site Designs

Confidential ©2013 PHENOMENON

# BIG PICTURE LOANS

HOME | APPLY NOW | CUSTOMER LOGIN | REQUIREMENTS | FAQ | CONTACT

LIFE IN PERSPECTIVE.
When you need a loan, it's easy to get hung up on the immediate problem and lose sight of the bigger picture. We're here to help so you can focus on what really matters: your family, your loved ones, and your life.
With Big Picture Loans, you can keep it all in perspective.
LET'S GET STARTED

APPLY TODAY
GET CASH!
Fast & Easy. Apply In Minutes.

APPLY NOW

## YOUR BIG PICTURE

Request new loans, complete your application or make a payment.

LOG IN

## APPLY NOW!

**Submit your secure application in less than 2 minutes.**

First Name — Your First Name

Last Name — Your Last Name

me@example.com — Your Email Address

NEXT STEP

**Safe, Secure and Simple!**

Have Questions? 1-888-945-2727

Home | Apply Now | Customer Login | Requirements | Rates | FAQ
Educational Resources | Contact Us | Privacy Policy | Terms of Website Use

BigPictureLoans.com | ©2013 | All Rights Reserved | 1.888.945.2727

First time BigPictureLoans.com customers typically qualify for a loan of $200 to $1,000. Red Rock Tribal Lending, LLC (D.B.A. BigPictureLoans.com) is a tribal enterprise wholly owned and operated by the Lac Vieux Desert Band of Lake Superior Chippewa Indians, a federally recognized American Indian tribe and sovereign government. Applicable tribal and federal law shall govern any agreement entered into as a result of your loan application. BigPictureLoans.com's contents do not signify a solicitation or offer for loans in all areas. Areas of operation may change with or without notice. Services mentioned on this website may or may not be available in your particular area. Each communication or transaction conducted via BigPictureLoans.com will be deemed to have occurred in BigPictureLoans.com's Lac Vieux Desert Band of Lake Superior Chippewa Indians offices, regardless of the location where you accessed or viewed this website. All content existing and/or submitted to and in association with this website will be considered BigPictureLoans.com's copyrighted property. All communications with the company are deemed confidential. Any unauthorized reproduction, distribution, or disclosure is prohibited without the company's express written consent.

**Consumer Notice:**
Big Picture loans should be used for short-term financial needs only, not as a long-term financial solution. Individuals with credit difficulties should seek credit counseling.



BIG PICTURE LOANS
HOME
APPLY NOW
CUSTOMER LOGIN
REQUIREMENTS
FAQ
CONTACT
LIFE IN PERSPECTIVE.
When you need a loan, it's easy to get hung up on the immediate problem and lose sight of the bigger picture. We're here to help so you can focus on what really matters: your family, your loved ones, and your life.
With Big Picture Loans, you can keep it all in perspective.
LET'S GET STARTED
APPLY TODAY
GET CASH!
Fast & Easy. Apply In Minutes.
APPLY NOW
YOUR BIG PICTURE
Request new loans, complete your application or make a payment.
LOG IN
APPLY NOW!
Submit your secure application in less than 2 minutes.
First Name
Your First Name
Last Name
Your Last Name
me@example.com
Your Email Address
NEXT STEP
Safe, Secure and Simple!
Have Questions? 1-888-945-2727
Home | Apply Now | Customer Login | Requirements | Rates | FAQ
Educational Resources | Contact Us | Privacy Policy | Terms of Website Use
BigPictureLoans.com | ©2013 | All Rights Reserved | 1.888.945.2727
First time BigPictureLoans.com customers typically qualify for a loan of $200 to $1,000. Red Rock Tribal Lending, LLC (D.B.A. BigPictureLoans.com) is a tribal enterprise wholly owned and operated by the Lac Vieux Desert Band of Lake Superior Chippewa Indians, a federally recognized American Indian tribe and sovereign government. Applicable tribal and federal law shall govern any agreement entered into as a result of your loan application. BigPictureLoans.com's contents do not signify a solicitation or offer for loans in all areas. Areas of operation may change with or without notice. Services mentioned on this website may or may not be available in your particular area. Each communication or transaction conducted via BigPictureLoans.com will be deemed to have occurred in BigPictureLoans.com's Lac Vieux Desert Band of Lake Superior Chippewa Indians offices, regardless of the location where you accessed or viewed this website. All content existing and/or submitted to and in association with this website will be considered BigPictureLoans.com's copyrighted property. All communications with the company are deemed confidential. Any unauthorized reproduction, distribution, or disclosure is prohibited without the company's express written consent.
Consumer Notice:
Big Picture loans should be used for short-term financial needs only, not as a long-term financial solution. Individuals with credit difficulties should seek credit counseling.

CONFIDENTIAL ROSETTE_REVISED 043440



BIG PICTURE LOANS
HOME
APPLY NOW
CUSTOMER LOGIN
REQUIREMENTS
FAQ
CONTACT
LIFE IN PERSPECTIVE.
When you need a loan, it's easy to get hung up on the immediate problem and lose sight of the bigger picture. We're here to help so you can focus on what really matters: your family, your loved ones, and your life.
With Big Picture Loans, you can keep it all in perspective.
LET'S GET STARTED
APPLY TODAY
GET CASH!
Fast & Easy. Apply In Minutes.
APPLY NOW
YOUR BIG PICTURE
Request new loans, complete your application or make a payment.
LOG IN
APPLY NOW!
Submit your secure application in less than 2 minutes.
First Name
Your First Name
Last Name
Your Last Name
me@example.com
Your Email Address
NEXT STEP
Safe, Secure and Simple!
Have Questions? 1-888-945-2727
Home | Apply Now | Customer Login | Requirements | Rates | FAQ
Educational Resources | Contact Us | Privacy Policy | Terms of Website Use
BigPictureLoans.com | ©2013 | All Rights Reserved | 1.888.945.2727
First time BigPictureLoans.com customers typically qualify for a loan of $200 to $1,000. Red Rock Tribal Lending, LLC (D.B.A. BigPictureLoans.com) is a tribal enterprise wholly owned and operated by the Lac Vieux Desert Band of Lake Superior Chippewa Indians, a federally recognized American Indian tribe and sovereign government. Applicable tribal and federal law shall govern any agreement entered into as a result of your loan application. BigPictureLoans.com's contents do not signify a solicitation or offer for loans in all areas. Areas of operation may change with or without notice. Services mentioned on this website may or may not be available in your particular area. Each communication or transaction conducted via BigPictureLoans.com will be deemed to have occurred in BigPictureLoans.com's Lac Vieux Desert Band of Lake Superior Chippewa Indians offices, regardless of the location where you accessed or viewed this website. All content existing and/or submitted to and in association with this website will be considered BigPictureLoans.com's copyrighted property. All communications with the company are deemed confidential. Any unauthorized reproduction, distribution, or disclosure is prohibited without the company's express written consent.
Consumer Notice:
Big Picture loans should be used for short-term financial needs only, not as a long-term financial solution. Individuals with credit difficulties should seek credit counseling.

CONFIDENTIAL ROSETTE_REVISED 043441



# BIG PICTURE LOANS

HOME
APPLY NOW
CUSTOMER LOGIN
REQUIREMENTS
FAQ
CONTACT
LIFE IN PERSPECTIVE.
When you need a loan, it's easy to get hung up on the immediate problem and lose sight of the bigger picture. We're here to help so you can focus on what really matters: your family, your loved ones, and your life.
With Big Picture Loans, you can keep it all in perspective.
LET'S GET STARTED
APPLY TODAY
GET CASH!
Fast & Easy. Apply In Minutes.
APPLY NOW
YOUR BIG PICTURE
Request new loans, complete your application or make a payment.
LOG IN
APPLY NOW!
Submit your secure application in less than 2 minutes.
First Name
Your First Name
Last Name
Your Last Name
me@example.com
Your Email Address
NEXT STEP
Safe, Secure and Simple!
Have Questions? 1-888-945-2727

Home | Apply Now | Customer Login | Requirements | Rates | FAQ
Educational Resources | Contact Us | Privacy Policy | Terms of Website Use

BigPictureLoans.com | ©2013 | All Rights Reserved | 1.888.945.2727

First time BigPictureLoans.com customers typically qualify for a loan of $200 to $1,000. Red Rock Tribal Lending, LLC (D.B.A. BigPictureLoans.com) is a tribal enterprise wholly owned and operated by the Lac Vieux Desert Band of Lake Superior Chippewa Indians, a federally recognized American Indian tribe and sovereign government. Applicable tribal and federal law shall govern any agreement entered into as a result of your loan application. BigPictureLoans.com's contents do not signify a solicitation or offer for loans in all areas. Areas of operation may change with or without notice. Services mentioned on this website may or may not be available in your particular area. Each communication or transaction conducted via BigPictureLoans.com will be deemed to have occurred in BigPictureLoans.com's Lac Vieux Desert Band of Lake Superior Chippewa Indians offices, regardless of the location where you accessed or viewed this website. All content existing and/or submitted to and in association with this website will be considered BigPictureLoans.com's copyrighted property. All communications with the company are deemed confidential. Any unauthorized reproduction, distribution, or disclosure is prohibited without the company's express written consent.

**Consumer Notice:**
Big Picture loans should be used for short-term financial needs only, not as a long-term financial solution. Individuals with credit difficulties should seek credit counseling.

CONFIDENTIAL ROSETTE_REVISED 043442

BIG PICTURE LOANS

HOME | APPLY NOW | CUSTOMER LOGIN | REQUIREMENTS | FAQ | CONTACT

## Apply Now and get an answer in minutes!

It only takes a few moments to apply; it's simple, quick & completely confidential. Fill out the information below and submit your application to find out if you're approved.

Norton SECURED powered by VeriSign

### Customer Information

First Name: John

Last Name: Doe

Street Address: 12345 Some St

Apartment #: 123

City

Zip Code

State: Select

Length at Address: Year(s) Month(s)

Cell Phone

Home Phone

E-Mail

E-Mail Confirm

SSN

SSN Confirm

Date of Birth: -- -- ----

Driver's License or State ID #

ID State: Select

Do you rent or own your home?

Rent Own

### Financial Information

Employer Name

Income Type: Select

Employer Phone

Length at Employer: Year(s) Month(s)

How often do you receive income? Select

How do you receive income? Select

How are you paid when your pay date falls on a non-business day? Select

What was the take home amount of your last check?*

* Alimony, child support and/or separate maintenance income need not be revealed if you do not wish to have it considered as a basis for repaying this obligation

### Bank Information

John Smith 1001

PAY TO THE ORDER OF $

DOLLARS

Your Bank

FOR

⑆012345678⑆ 123456789⑈ 1001

ABA or Bank Routing Number

Bank Account Number

Check Number

Account Type: Select

How long have you had this account? Year(s) Month(s)

ABA Number

Account Number

Bank Name

Bank Phone

### Debit Card (optional)

Set up a debit card profile today, and you may qualify for instant funding on future loans.

Debit Card Number

Expiration Date: MM YYYY

### Disclosure

**CONSENT TO ELECTRONIC COMMUNICATIONS:**

You must consent to transact business with **Red Rock Tribal Lending, LLC d/b/a BalanceCredit.com** through electronic communications in order for us to process your loan request. The following terms and conditions govern electronic communications in connection with your loan request, Loan Agreement (if approved) and any communications regarding your account with us (the "Consent").

By electronically signing this Consent, you are confirming that you have agreed to the terms and conditions of the Consent and that you have downloaded or printed a copy of this Consent for your records.

You agree that:

- Any disclosure, notice, record or other type of information that is provided to you in connection with your transaction with us, including but not limited to, the Loan Agreement, this Consent, the Truth in Lending disclosures set forth in the Loan Agreement, change-in-terms notices, fee and transaction information, statements, delayed disbursement letters, notices of adverse action, and transaction information (collectively, "Communications"), may be sent to you

**Click Here**

☐ By clicking here you consent to Electronic Delivery as detailed above and you acknowledge that your computer satisfies the hardware and software requirements within the disclosure and you can access PDF files.

**Click Here**

☐ By clicking here you verify the information given in connection with this loan application is true and accurate to be the best of your knowledge, and you give us consent to obtain information about you from a consumer reporting agency or other sources as detailed in the disclosures. You also acknowledge that you have read and agree to our Privacy Policy.

**Click Here**

☐ I agree that if CastlePayday.com is unable to approve my loan application, I would like it to help me find a lender who will fund my loan.

SUBMIT FOR CASH

Home | Apply Now | Customer Login | Requirements | Rates | FAQ
Educational Resources | Contact Us | Privacy Policy | Terms of Website Use

BigPictureLoans.com | ©2013 | All Rights Reserved | 1.888.945.2727

First time BigPictureLoans.com customers typically qualify for a loan of $200 to $1,000. Red Rock Tribal Lending, LLC (D.B.A. BigPictureLoans.com) is a tribal enterprise wholly owned and operated by the Lac Vieux Desert Band of Lake Superior Chippewa Indians, a federally recognized American Indian tribe and sovereign government. Applicable tribal and federal law shall govern any agreement entered into as a result of your loan application. BigPictureLoans.com's contents do not signify a solicitation or offer for loans in all areas. Areas of operation may change with or without notice. Services mentioned on this website may or may not be available in your particular area. Each communication or transaction conducted via BigPictureLoans.com will be deemed to have occurred in BigPictureLoans.com's Lac Vieux Desert Band of Lake Superior Chippewa Indians offices, regardless of the location where you accessed or viewed this website. All content existing and/or submitted to and in association with this website will be considered BigPictureLoans.com's copyrighted property. All communications with the company are deemed confidential. Any unauthorized reproduction, distribution, or disclosure is prohibited without the company's express written consent.

**Consumer Notice:**
Big Picture loans should be used for short-term financial needs only, not as a long-term financial solution. Individuals with credit difficulties should seek credit counseling.

# BIG PICTURE LOANS

HOME | APPLY NOW | CUSTOMER LOGIN | REQUIREMENTS | FAQ | CONTACT

## APPLY NOW!

**Glad to see you're back!**
**Sign in to get started!**

me@example.com
Your Email Address

ex. 123111222
Your SSN

NEXT STEP

**Safe, Secure and Simple!**

Call us now, at 1-888-945-2727

Home | Apply Now | Customer Login | Requirements | Rates | FAQ
Educational Resources | Contact Us | Privacy Policy | Terms of Website Use

BigPictureLoans.com | ©2013 | All Rights Reserved | 1.888.945.2727

First time BigPictureLoans.com customers typically qualify for a loan of $200 to $1,000. Red Rock Tribal Lending, LLC (D.B.A. BigPictureLoans.com) is a tribal enterprise wholly owned and operated by the Lac Vieux Desert Band of Lake Superior Chippewa Indians, a federally recognized American Indian tribe and sovereign government. Applicable tribal and federal law shall govern any agreement entered into as a result of your loan application. BigPictureLoans.com's contents do not signify a solicitation or offer for loans in all areas. Areas of operation may change with or without notice. Services mentioned on this website may or may not be available in your particular area. Each communication or transaction conducted via BigPictureLoans.com will be deemed to have occurred in BigPictureLoans.com's Lac Vieux Desert Band of Lake Superior Chippewa Indians offices, regardless of the location where you accessed or viewed this website. All content existing and/or submitted to and in association with this website will be considered BigPictureLoans.com's copyrighted property. All communications with the company are deemed confidential. Any unauthorized reproduction, distribution, or disclosure is prohibited without the company's express written consent.

**Consumer Notice:**
Big Picture loans should be used for short-term financial needs only, not as a long-term financial solution. Individuals with credit difficulties should seek credit counseling.

BIG PICTURE LOANS

HOME | APPLY NOW | CUSTOMER LOGIN | REQUIREMENTS | FAQ | CONTACT

APPLY NOW!

You have questions?
Here is some information that may provide the answers!

## REQUIREMENTS

### Apply online in under a few minutes!

- You must have steady income of at least $700.00 per month.
- You must be able to show a verifiable source of income.
- You must have an open bank account in good standing.
- You must be reachable by phone.
- You must be at least 18 years old and a US citizen.

### How the process works

1. Review the terms of website use and privacy policy.
2. Fill out the application using our secure website and submit.
3. Electronically sign your loan documents.
4. Print out your loan documents and retain for your files.
5. A customer service representative may call to verify your information and employment.
6. If you loan is approved, Castle Payday will deposit the loan proceeds into your bank account or mail you a check the next business day, depending on your funding selection.

Home | Apply Now | Customer Login | Requirements | Rates | FAQ
Educational Resources | Contact Us | Privacy Policy | Terms of Website Use

BigPictureLoans.com | ©2013 | All Rights Reserved | 1.888.945.2727

First time BigPictureLoans.com customers typically qualify for a loan of $200 to $1,000. Red Rock Tribal Lending, LLC (D.B.A. BigPictureLoans.com) is a tribal enterprise wholly owned and operated by the Lac Vieux Desert Band of Lake Superior Chippewa Indians, a federally recognized American Indian tribe and sovereign government. Applicable tribal and federal law shall govern any agreement entered into as a result of your loan application. BigPictureLoans.com's contents do not signify a solicitation or offer for loans in all areas. Areas of operation may change with or without notice. Services mentioned on this website may or may not be available in your particular area. Each communication or transaction conducted via BigPictureLoans.com will be deemed to have occurred in BigPictureLoans.com's Lac Vieux Desert Band of Lake Superior Chippewa Indians offices, regardless of the location where you accessed or viewed this website. All content existing and/or submitted to and in association with this website will be considered BigPictureLoans.com's copyrighted property. All communications with the company are deemed confidential. Any unauthorized reproduction, distribution, or disclosure is prohibited without the company's express written consent.

**Consumer Notice:**
Big Picture loans should be used for short-term financial needs only, not as a long-term financial solution. Individuals with credit difficulties should seek credit counseling.

BIG PICTURE LOANS

HOME | APPLY NOW | CUSTOMER LOGIN | REQUIREMENTS | FAQ | CONTACT

APPLY NOW!

You have questions?
Here is some information that may provide the answers!

# FAQ

**Q: How much can I borrow from Big Picture?**
A: The amount you can borrow is contingent upon your income level and various underwriting criteria.

**Q: How quickly will I receive my loan from Big Picture?**
A: If all the pertinent information is received by 8:00 p.m. EST and can be verified, you will generally receive your money the next business day.

**Q: Will someone from Big Picture contact me after I've submitted my loan application?**
A: If you have applied between 9:00 a.m. and 8:00 p.m. EST on business days (Monday-Friday, except for holidays) and included all necessary information, you should expect to hear from us within 15 minutes. Otherwise you will hear from us within one business day. We will call or email you for missing information.

**Q: How will I know if I'm approved for a loan?**
A: The amount you can borrow is contingent upon your income level and various underwriting criteria.

**Q: Once paid off, when can I apply for another loan?**
A: You can apply for a new loan any time after your current loan is paid off. We may ask you to prove your previous loan has been paid in full, unless the previous loan was paid more than three business days prior to applying for a new loan.

**Q: What is required to obtain a Big Picture loan?**
A: Qualifying is easy. You merely need to meet the following minimum requirements:

Currently receive regular income of at least $700/month
Be at least 18 years of age and a U.S. resident
Have an active bank account in good standing

Even bankruptcy, bounced checks, charge-offs and other credit problems won't prevent you from receiving a loan from Castle Payday. Other requirements may apply. Castle Payday loans are not available in all states. States serviced by Castle Payday may change from time to time with or without notice.

**Q: Does Big Picture's status as a tribal entity have any effect on my loan?**
A: The Lac Vieux Desert Band of Lake Superior Chippewa Indians is a federally recognized American Indian tribe with governmental headquarters in Watersmeet, Michigan. Castle is an economic arm of the tribe, created by the Lac Vieux Desert Band of Lake Superior Chippewa Indians' tribal council, which operates under tribal law for the tribe's benefit. As such, Castle is an entity with tribal sovereign immunity from lawsuits. The tribe, through its economic-development arm doing business as Castle, is dedicated to serving its customers efficiently and effectively. For any customer disputes that may arise, the tribe established the Tribal Dispute Resolution Procedure. For more information on the Tribal Dispute Resolution Procedure, please refer to your loan documents or contact Castle.

**Q: Do either the laws of my state of residence or where I am applying for a loan govern my loan agreement?**
A: No. Your loan agreement will be governed by and construed in accordance with the laws of the Lac Vieux Desert Band of Lake Superior Chippewa Indians, and to the extent applicable, the laws of the United States. The laws of your state of residence or the state where you enter into a transaction with CastlePayday will not apply to any agreement you enter into with us. Indian tribes are sovereign and are not obligated to adhere to state law absent congressional authorization.

Home | Apply Now | Customer Login | Requirements | Rates | FAQ
Educational Resources | Contact Us | Privacy Policy | Terms of Website Use

BigPictureLoans.com | ©2013 | All Rights Reserved | 1.888.945.2727

First time BigPictureLoans.com customers typically qualify for a loan of $200 to $1,000. Red Rock Tribal Lending, LLC (D.B.A. BigPictureLoans.com) is a tribal enterprise wholly owned and operated by the Lac Vieux Desert Band of Lake Superior Chippewa Indians, a federally recognized American Indian tribe and sovereign government. Applicable tribal and federal law shall govern any agreement entered into as a result of your loan application. BigPictureLoans.com's contents do not signify a solicitation or offer for loans in all areas. Areas of operation may change with or without notice. Services mentioned on this website may or may not be available in your particular area. Each communication or transaction conducted via BigPictureLoans.com will be deemed to have occurred in BigPictureLoans.com's Lac Vieux Desert Band of Lake Superior Chippewa Indians offices, regardless of the location where you accessed or viewed this website. All content existing and/or submitted to and in association with this website will be considered BigPictureLoans.com's copyrighted property. All communications with the company are deemed confidential. Any unauthorized reproduction, distribution, or disclosure is prohibited without the company's express written consent.

**Consumer Notice:**
Big Picture loans should be used for short-term financial needs only, not as a long-term financial solution. Individuals with credit difficulties should seek credit counseling.

BIG PICTURE LOANS

HOME | APPLY NOW | CUSTOMER LOGIN | REQUIREMENTS | FAQ | CONTACT

APPLY NOW!

**Reach out!**
**Feel free to contact us any time!**

# CONTACT US

**Customer Service**
Phone: 1-888-945-2727
Fax: 1-866-269-3526

**For Questions, Comments or Complaints:**
Email: support@BigPictureLoans.com

**Hours of Operation:**
Mon-Thu, 8 a.m. to 8 p.m. EST
Fri, 8 a.m. to 6 p.m. EST
Sat-Sun, 9 a.m. to 6 p.m. EST

**Mailing Address:**
CastlePayday.com
Attn: Customer Support
PO Box 704
Watersmeet, MI 49969

Home | Apply Now | Customer Login | Requirements | Rates | FAQ
Educational Resources | Contact Us | Privacy Policy | Terms of Website Use

BigPictureLoans.com | ©2013 | All Rights Reserved | 1.888.945.2727

First time BigPictureLoans.com customers typically qualify for a loan of $200 to $1,000. Red Rock Tribal Lending, LLC (D.B.A. BigPictureLoans.com) is a tribal enterprise wholly owned and operated by the Lac Vieux Desert Band of Lake Superior Chippewa Indians, a federally recognized American Indian tribe and sovereign government. Applicable tribal and federal law shall govern any agreement entered into as a result of your loan application. BigPictureLoans.com's contents do not signify a solicitation or offer for loans in all areas. Areas of operation may change with or without notice. Services mentioned on this website may or may not be available in your particular area. Each communication or transaction conducted via BigPictureLoans.com will be deemed to have occurred in BigPictureLoans.com's Lac Vieux Desert Band of Lake Superior Chippewa Indians offices, regardless of the location where you accessed or viewed this website. All content existing and/or submitted to and in association with this website will be considered BigPictureLoans.com's copyrighted property. All communications with the company are deemed confidential. Any unauthorized reproduction, distribution, or disclosure is prohibited without the company's express written consent.

**Consumer Notice:**
Big Picture loans should be used for short-term financial needs only, not as a long-term financial solution. Individuals with credit difficulties should seek credit counseling.

CONFIDENTIAL ROSETTE_REVISED 043447



BIG PICTURE LOANS

HOME | APPLY NOW | CUSTOMER LOGIN | REQUIREMENTS | FAQ | CONTACT

## APPLY NOW!

New Customer Pricing Terms

AMOUNT YOU WANT TO BORROW: $400
$200
$1000
ANNUAL PERCENTAGE RATE*
888 %
BORROWING $400 + 1ST FINANCE CHARGE
TOTAL TO PREPAY LOAN IN FULL ON OR BEFORE YOUR 1ST DUE DATE. $540.00

## Payment Schedule for selected Loan Amount

| Payment | Principle Balance | Fee Balance | Total Due | Amount to Payoff |
|---|---|---|---|---|
| 1 | $400.00 | $140.00 | $140.00 | $540.00 |
| 2 | $400.00 | $140.00 | $140.00 | $540.00 |
| 3 | $400.00 | $140.00 | $140.00 | $540.00 |
| 4 | $400.00 | $140.00 | $140.00 | $540.00 |
| 5 | $400.00 | $140.00 | $140.00 | $540.00 |
| 6 | $400.00 | $140.00 | $165.00 | $540.00 |
| 7 | $375.00 | $131.25 | $156.25 | $506.25 |
| 8 | $350.00 | $122.50 | $147.50 | $472.50 |
| 9 | $325.00 | $113.75 | $138.75 | $438.75 |
| 10 | $300.00 | $105.00 | $130.00 | $405.00 |
| 11 | $275.00 | $96.25 | $121.25 | $371.25 |
| 12 | $250.00 | $87.50 | $112.50 | $337.50 |
| 13 | $225.00 | $78.75 | $103.75 | $303.75 |
| 14 | $200.00 | $70.00 | $95.00 | $270.00 |
| 15 | $175.00 | $61.25 | $86.25 | $236.25 |
| 16 | $150.00 | $52.50 | $77.50 | $202.50 |
| 17 | $125.00 | $43.75 | $68.75 | $168.75 |
| 18 | $100.00 | $35.00 | $60.00 | $135.00 |
| 19 | $75.00 | $26.25 | $51.25 | $101.25 |
| 20 | $50.00 | $17.50 | $42.50 | $67.50 |
| 21 | $25.00 | $8.75 | $33.75 | $33.75 |

* Your APR may vary based on when your first pay date is scheduled. The APR calculation above is based on payments being made every 14 days.

APRs and payment amounts may vary based on loan term. Complete disclosures of APR, fees & other payment terms are contained in your loan agreement.

Home | Apply Now | Customer Login | Requirements | Rates | FAQ
Educational Resources | Contact Us | Privacy Policy | Terms of Website Use

BigPictureLoans.com | ©2013 | All Rights Reserved | 1.888.945.2727

First time BigPictureLoans.com customers typically qualify for a loan of $200 to $1,000. Red Rock Tribal Lending, LLC (D.B.A. BigPictureLoans.com) is a tribal enterprise wholly owned and operated by the Lac Vieux Desert Band of Lake Superior Chippewa Indians, a federally recognized American Indian tribe and sovereign government. Applicable tribal and federal law shall govern any agreement entered into as a result of your loan application. BigPictureLoans.com's contents do not signify a solicitation or offer for loans in all areas. Areas of operation may change with or without notice. Services mentioned on this website may or may not be available in your particular area. Each communication or transaction conducted via BigPictureLoans.com will be deemed to have occurred in BigPictureLoans.com's Lac Vieux Desert Band of Lake Superior Chippewa Indians offices, regardless of the location where you accessed or viewed this website. All content existing and/or submitted to and in association with this website will be considered BigPictureLoans.com's copyrighted property. All communications with the company are deemed confidential. Any unauthorized reproduction, distribution, or disclosure is prohibited without the company's express written consent.

**Consumer Notice:**
Big Picture loans should be used for short-term financial needs only, not as a long-term financial solution. Individuals with credit difficulties should seek credit counseling.

BIG PICTURE LOANS

HOME | APPLY NOW | CUSTOMER LOGIN | REQUIREMENTS | FAQ | CONTACT

APPLY NOW!

Big Picture Loans
Educational Resources

BUDGETING | CREDIT | MONEY MANAGEMENT | IDENTITY THEFT | LIFE CHANGES

00:08 | 00:57

### Learn About Finance

Congratulations on taking this important step to a brighter financial future. This website has over forty videos to help you improve your personal finances. These free tools help you become debt free, use your money wisely, plan for the future, and build wealth. The topics range from budgeting, money management and credit. We also include a section on critical life changing events, and how they can affect you financially. These videos demonstrate our dedication to personal financial literacy and providing a debt-free life for Americans. Simply click any of the topics to begin your video education series.

### Watch More Budgeting Videos:

> Budgeting Made Easy

> Managing Debt

> The Budget

> Credit Tips to Live By

> Student Loan Strategies

**MyMoney.gov** - the Federal Government's website dedicated to helping Americans understand more about their money - how to save it, invest it, and manage it to meet their personal goals.

**5 Tips: Improving your credit score** - Board of Governors of the Federal Reserve System. (FederalReserve.gov)

**Consumer Protection** - Your everyday guide to help you prevent identity theft, understand credit and be a smart shopper. (USA.gov)

**Free Credit Report** - This is the official site to obtain a free credit report (AnnualCreditReport.com)

Home | Apply Now | Customer Login | Requirements | Rates | FAQ
Educational Resources | Contact Us | Privacy Policy | Terms of Website Use

BigPictureLoans.com | ©2013 | All Rights Reserved | 1.888.945.2727

First time BigPictureLoans.com customers typically qualify for a loan of $200 to $1,000. Red Rock Tribal Lending, LLC (D.B.A. BigPictureLoans.com) is a tribal enterprise wholly owned and operated by the Lac Vieux Desert Band of Lake Superior Chippewa Indians, a federally recognized American Indian tribe and sovereign government. Applicable tribal and federal law shall govern any agreement entered into as a result of your loan application. BigPictureLoans.com's contents do not signify a solicitation or offer for loans in all areas. Areas of operation may change with or without notice. Services mentioned on this website may or may not be available in your particular area. Each communication or transaction conducted via BigPictureLoans.com will be deemed to have occurred in BigPictureLoans.com's Lac Vieux Desert Band of Lake Superior Chippewa Indians offices, regardless of the location where you accessed or viewed this website. All content existing and/or submitted to and in association with this website will be considered BigPictureLoans.com's copyrighted property. All communications with the company are deemed confidential. Any unauthorized reproduction, distribution, or disclosure is prohibited without the company's express written consent.

Consumer Notice:
Big Picture loans should be used for short-term financial needs only, not as a long-term financial solution. Individuals with credit difficulties should seek credit counseling.



BIG PICTURE LOANS

HOME | APPLY NOW | CUSTOMER LOGIN | REQUIREMENTS | FAQ | CONTACT

APPLY NOW!

Big Picture Loans
Privacy Policy

# PRIVACY POLICY

## Red Rock Tribal Lending, LLC dba Big Picture Loans

Rev. July 2013

**FACTS** — **What does Red Rock Tribal Lending, LLC do with your personal information?**

**Why?** Financial companies choose how they share your personal information. Federal law gives consumers the right to limit some but not all sharing. Federal law also requires lenders to tell you how they collect, share, and protect your personal information. Please read this notice carefully to understand what we do.

**What?** The types of personal information we collect and share depend on the product or service you have with us. This information can include:

- Social Security number and income
- Account balances and payment history
- Credit history and credit scores

**How?** All financial companies need to share customers' personal information to run their everyday business. In the section below, we list the reasons financial companies can share their customers' personal information; the reasons Red Rock Tribal Lending, LLC chooses to share; and whether you can limit this sharing.

| Reasons we can share your personal information | Does Red Rock Tribal Lending share? | Can you limit this sharing? |
|---|---|---|
| **For our everyday business purposes-** such as to process your transactions, maintain your account(s), respond to court orders and legal investigations, or report to credit bureaus | YES | NO |
| **For our marketing purposes-** to offer our products and services to you | YES | NO |
| **For joint marketing** with other financial companies | NO | We Don't Share |
| **For our affiliates' everyday business purposes-** information about your transactions and experiences | NO | NO |
| **For our affiliates' everyday business purposes -** information about your creditworthiness | NO | We Don't Share |
| **For nonaffiliates to market to you** | NO | We Don't Share |

**To limit our sharing**

Call 1-888-945-2727
Visit us online: www.BigPictureLoans.com or
Contact us via email: support@BigPictureLoans.com

**Please note:**

If you are a new customer, we can begin sharing your information as soon as the same day that you apply for a loan. When you are no longer our customer, we continue to share your information as described in this notice.

However, you can contact us at any time to limit our sharing.

**Questions?** Call 1-888-945-2727or go to www.BigPictureLoans.com

**What we do**

**How does Red Rock Tribal Lending, LLC protect my personal information?**
To protect your personal information from unauthorized access and use, we use security measures that comply with federal law. These measures include computer safeguards and secured files and buildings.

**How does Red Rock Tribal Lending, LLC collect my personal information?**
We collect your personal information, for example, when you

- Apply for a loan
- Give us your income information
- Provide employment information
- Provide account information
- Give us your contact information

We also collect your personal information from others, such as credit bureaus, affiliates, or other companies.

**Why can't I limit all sharing?**
Federal law gives you the right to limit only

- Sharing for affiliates' everyday business purposes - information about your creditworthiness
- Affiliates from using your information to market to you
- Sharing for nonaffiliates to market to you

**What happens when I limit sharing for an account I hold jointly with someone else?**
Your choices will apply to everyone on your account.

**Definitions**

**Affiliates** — Financial and nonfinancial companies related by common ownership or control.

- Duck Creek Tribal Financial, LLC

**Nonaffiliates** — Financial and nonfinancial companies not related by common ownership or control.

- Nonaffiliates we share with can include service providers, direct mail, data processor, advertisers, direct marketing companies for application resell and other purposes.

**Joint Marketing** — A formal agreement between nonaffiliated financial companies that together market financial products or services to you.

- Our joint marketing partners include financial institutions, credit card companies, partners that promote our products, pre-paid debit card providers and other lending companies.

**Short Message Services ("SMS")**
By submitting your information at the Website, you agree to receive mobile marketing including, but not limited to, text-message based marketing, from us and our third party advertisers and marketers. Notwithstanding that your mobile telephone number may be listed on state and/or federal do-not-call registries, we retain the right to contact you via text-message based marketing in accordance with applicable federal law. In addition, by registering and/or using the Website, you agree that such act constitutes an inquiry and/or application for purposes of the Amended Telemarketing Sales Rule (16 CFR 310 et seq.), as amended from time to time (the "Rule"). Notwithstanding that your telephone number may be listed at the Federal Trade Commission's Do-Not-Call List, we retain the right to contact you via telemarketing in accordance with the Rule.

**SMS Help Resources**
By submitting your information at the Website, you agree to receive mobile marketing including, but not limited to, text-message

**Short Message Services ("SMS")**
For help or additional information regarding our SMS courtesy text services please email us at Support@BigPictureLoans.com or reply "HELP" anytime from your mobile device to the message you receive.

**SMS Opt-out Information and Notice**
You may opt-out of receiving communications from us and or our third-party partners by not submitting your information. During registration and/or when you submit personally identifiable information to us at the Website, you have opted-in to request that we share your personal information (other than your Sensitive Information) with third parties to receive marketing communications. When contacted by any of these companies or third parties, you should notify them directly of your choices regarding their use and sharing of your information. As noted, we use personal information to provide promotional offers by SMS to our Website users. We may maintain separate SMS lists for different purposes. If SMS recipients wish to end their SMS subscription from a particular list, they need to reply "STOP" to the SMS message they received. Additionally, you may opt-out from receiving any additional SMS communications regarding the Website, by sending your request in writing via email to OptOut@BigPictureLoans.com.

Home | Apply Now | Customer Login | Requirements | Rates | FAQ
Educational Resources | Contact Us | Privacy Policy | Terms of Website Use

BigPictureLoans.com | ©2013 | All Rights Reserved | 1.888.945.2727

First time BigPictureLoans.com customers typically qualify for a loan of $200 to $1,000. Red Rock Tribal Lending, LLC (D.B.A. BigPictureLoans.com) is a tribal enterprise wholly owned and operated by the Lac Vieux Desert Band of Lake Superior Chippewa Indians, a federally recognized American Indian tribe and sovereign government. Applicable tribal and federal law shall govern any agreement entered into as a result of your loan application. BigPictureLoans.com's contents do not signify a solicitation or offer for loans in all areas. Areas of operation may change with or without notice. Services mentioned on this website may or may not be available in your particular area. Each communication or transaction conducted via BigPictureLoans.com will be deemed to have occurred in BigPictureLoans.com's Lac Vieux Desert Band of Lake Superior Chippewa Indians offices, regardless of the location where you accessed or viewed this website. All content existing and/or submitted to and in association with this website will be considered BigPictureLoans.com's copyrighted property. All communications with the company are deemed confidential. Any unauthorized reproduction, distribution, or disclosure is prohibited without the company's express written consent.

**Consumer Notice:**
Big Picture loans should be used for short-term financial needs only, not as a long-term financial solution. Individuals with credit difficulties should seek credit counseling.

BIG PICTURE LOANS

HOME | APPLY NOW | CUSTOMER LOGIN | REQUIREMENTS | FAQ | CONTACT

**JOHN DOE, you have been Approved for a loan. Please choose your Loan amount below.**

AMOUNT YOU WANT TO BORROW: **$800**

FIRST PAYMENT AMOUNT: $200 * FULL PAY OFF AMOUNT: $1000

* If loan paid in fill on or before the first payment due date

For additional information on payments please review the Truth-In-Lending Disclosure of the Loan Agreement.

RESET LOAN AMOUNT

Your Big Picture Loan

| | |
|---|---|
| **Original Date** | 09/14/2013 |
| **Effective Date** | 09/11/2013 |
| **First Payment Due Date** | 09/20/2013 |

QUESTIONS?
**Call us at 1.888.945.2727**

## Consent to Electronic Communications

You must consent to transact business with Red Rock Tribal Lending, LLC d/b/a BigPictureLoans.com through electronic communications in order for us to process your loan request. The following terms and conditions govern electronic communications in connection with your loan request, the Loan Agreement (if approved) and any communications regarding your account with us (the "Consent").

By electronically signing this Consent, you are confirming that you have agreed to the terms and conditions of the Consent and that you have downloaded or printed a copy of this Consent for your records.

You agree that:

- Any disclosure, notice, record or other type of information that is provided to you in connection with your transaction with us, including but not limited to, the Loan Agreement, this Consent, the Truth in Lending disclosures set forth in the Loan Agreement, change-in-terms notices, fee and transaction information, statements, delayed disbursement letters, notices of adverse action, and transaction information (collectively, "Communications"), may be sent to you electronically by posting the information at our website, www.CastlePayday.com, or by sending it to you by email from us or any vendor/servicer contracted through us at any time.

**Click Here**

☑ I acknowledge and agree to the Consent to Electronic Communication

## Loan Agreement

**CONSUMER INSTALLMENT LOAN AGREEMENT**

**Application Date: September 11, 2013**
**Effective Date : September 11, 2013 (you may get funds prior to this date)**
**QA -- Red Rock Tribal Lending, LLC DBA BigPictureLoans**
**PO Box 704**
**Watersmeet, MI 49969**
**Phone: 8889452727**
**Email address: legal@CastlePayday.com**

**Loan No.: 59443854**
**Final Maturity Date: September 9, 2015**
**Borrower Name: Test1238 Test**
**Borrower Address : 123 Test St**
**Address: City, CO 12345**
**Phone: 1112223333**
**Cell Phone: 1112223333**
**Email address: test1238@test.com**

IMPORTANT NOTICE: This Loan Agreement (hereinafter, the "Agreement") is governed by the laws of the Lac Vieux Desert Band of Lake Superior Chippewa Indians

**Click Here**

☐ I acknowledge and agree to the Loan Agreement, including but not limited to the Governing Law and Forum Selection, Waiver of Jury Duty and Tribal Dispute Resolution Procedure provisions and I ackowledge and agree to the Privacy Policy.

**Click Here**

☐ I agree that Castlepayday.com, may contact me in any manner (including text messages or auto-dialed calls) at any telephone number provided on my credit applicaiton, including my cell phone number or any other mobile device, to provide me reminders, notices and information on special sales offers.

## Funding Options

**Please review and select one of these funding options:**

☐ **Electronic Credit (as soon as next business day) -** I choose to receive my loan proceeds by ACH credit to my bank account. By choosing this funding options I also agree to the ACH Authorizations set forth in the Loan Agreement.

☐ **Paper Check (up to 7 to 10 days) -** I choose to receive my loan proceeds by check, delivered by the United States Postal Service. By choosing this funding option, I acknowledge that I must make my scheduled loan payments by mailing a certified check or money order to Red Rock Tribal Lending, LLC (D/B/A BigPictureLoans.com), P.O. Box 704, Watersmeet, MI 49969. BigPictureLoans.com must receive my check or money order on or before the scheduled installment due date. **I am also aware that if I choose to have my loan funded by check, it may take up to 7 to 10 days to arrive. Interest will begin accruing on the date the check is issued.**

GET MY CASH

Home | Apply Now | Customer Login | Requirements | Rates | FAQ
Educational Resources | Contact Us | Privacy Policy | Terms of Website Use

BigPictureLoans.com | ©2013 | All Rights Reserved | 1.888.945.2727

First time BigPictureLoans.com customers typically qualify for a loan of $200 to $1,000. Red Rock Tribal Lending, LLC (D.B.A. BigPictureLoans.com) is a tribal enterprise wholly owned and operated by the Lac Vieux Desert Band of Lake Superior Chippewa Indians, a federally recognized American Indian tribe and sovereign government. Applicable tribal and federal law shall govern any agreement entered into as a result of your loan application. BigPictureLoans.com's contents do not signify a solicitation or offer for loans in all areas. Areas of operation may change with or without notice. Services mentioned on this website may or may not be available in your particular area. Each communication or transaction conducted via BigPictureLoans.com will be deemed to have occurred in BigPictureLoans.com's Lac Vieux Desert Band of Lake Superior Chippewa Indians offices, regardless of the location where you accessed or viewed this website. All content existing and/or submitted to and in association with this website will be considered BigPictureLoans.com's copyrighted property. All communications with the company are deemed confidential. Any unauthorized reproduction, distribution, or disclosure is prohibited without the company's express written consent.

**Consumer Notice:**
Big Picture loans should be used for short-term financial needs only, not as a long-term financial solution. Individuals with credit difficulties should seek credit counseling.

# TERMS OF WEBSITE USE

**(Revised 3.26.2013)**

PLEASE CAREFULLY REVIEW THESE TERMS OF WEBSITE USE BEFORE USING THIS SITE. BigPicture REQUIRES THAT ALL VISITORS TO OUR WEBSITE (the "Site") ADHERE TO THE FOLLOWING TERMS OF WEBSITE USE. BY ACCESING THE SITE YOU AGREE TO AND ACCEPT THE TERMS AND CONDITIONS CONTAINED HEREIN. IF YOU DO NOT AGREE TO THESE TERMS AND CONDITIONS YOU SHOULD IMMEDIATELY CEASE USING THE SITE.

BigPicture reserves the right, at its sole discretion, to change, modify, add or remove portions of these Terms of Website Use (the "Terms"), at any time. It is your sole responsibility to check these Terms periodically for any changes. Your continued use of the Site following the posting of changes will constitute your agreement with and acceptance of the changes.

You agree to use this Site for lawful purposes only. You are prohibited from using this Site or its content in a manner that would violate any applicable federal, state, local or tribal law, regulation, rule or ordinance or that could give rise to any civil or criminal liability.

## Information Provided on Website

The contents of this Site, including its look and feel (e.g., text, graphics, images, logos and button icons), photographs, editorial content, notices, software (including html-based computer programs) and other material are protected under United States copyright, trademark and other intellectual property laws. The contents of the Site belong or are licensed to BigPicture or its software or content suppliers. BigPicture grants you the right to view and use the Site subject to these Terms. You may download or print a copy of information provided on the Site for your personal, non-commercial use only. Any distribution, reprint or electronic reproduction of any content from this Site, in whole or in part, for any other purpose, is expressly prohibited without our prior written consent. BigPicture neither represents nor warrants that your use of materials displayed at the Site will not infringe rights of third parties. While BigPicture uses reasonable efforts to include accurate and up-to-date information at the Site, we make no warranties or representations as to the Site's accuracy.

You understand that by posting materials on the Site or otherwise providing materials to BigPicture, you are granting to BigPicture a royalty-free, perpetual, irrevocable license to use this information in the course of offering our services. Furthermore, you understand that BigPicture retains the right to reformat, excerpt, or translate any materials submitted by you. You understand that all information publicly posted or privately transmitted through the Site is the sole responsibility of the person from whom such content originated and that BigPicture will not be liable for any errors or omissions in any content.

## Site Security

As a condition of your use of this Site, you agree that you will not take any action intended to: (i) access data that is not intended for you; (ii) invade the privacy of, obtain the identity of, or obtain any personal information about any BigPicture customer or user of this Site; (iii) probe, scan or test the vulnerability of this Site or the BigPicture network or breach security or authentication measures without proper authorization; (iv) attempt to interfere with service to any user, host or network or otherwise attempt to disrupt our business, including, without limitation, via means of submitting a virus to this Site, overloading, "flooding", "spamming", "mail bombing" or "crashing"; or (v) send unsolicited mail, including promotions and/or advertising of products and services. Violations of system or network security may result in civil or criminal liability.

While BigPicture uses reasonable efforts to safeguard the security of the Site, there can be no guaranty that such safeguards will successfully prevent unauthorized alterations in the content or functionality of the Site. BigPicture assumes no liability or responsibility for any unauthorized alterations in the content or functionality of the Site.

## Privacy Policy

BigPicture's PRIVACY POLICY applies to your use of this Site, and its terms are made a part of these Terms by this reference. Additionally, by using the Site, you acknowledge and agree that Internet transmissions are never completely private or secure. You understand that any message or information you send to the Site may be read or intercepted by others, notwithstanding BigPicture's efforts to protect such transmissions.

## Linking

This site may contain links to sites maintained by third parties. BigPicture is not responsible for the content of those sites, and the existence of such links should not be considered an endorsement or recommendation of those sites or of any party who is associated with those sites. Please note that other websites and web pages linked to this Site may be governed by separate terms and conditions, including privacy policies. Please refer to the applicable terms and conditions of those websites and web pages when visiting them.

## Disclaimers of Warranties

THE INFORMATION AND MATERIALS CONTAINED ON THIS SITE ARE PROVIDED "AS IS" AND WITHOUT ANY WARRANTY OF ANY KIND, EITHER EXPRESS OR IMPLIED, INCLUDING BUT NOT LIMITED TO, ANY IMPLIED WARRANTY OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, NON-INFRINGEMENT OR ACCURACY. ADDITIONALLY, BigPicture DOES NOT WARRANT THAT THE SITE IS FREE FROM HARMFUL VIRUSES.

BigPicture MAY AMEND OR MODIFY THE CONTENT OF THIS SITE WITHOUT NOTICE TO YOU OR ANY LIABILITY TO YOU. YOU USE THIS SITE AT YOUR OWN RISK AND YOU ASSUME TOTAL RESPONSIBILITY FOR YOUR USE OF THE SITE AND ANY LINKED SITES.

## Limitations of Liabilities

UNDER NO CIRCUMSTANCES WILL BigPicture, ITS DIRECTORS, OFFICERS, EMPLOYEES, AGENTS, CONTRACTORS, SUCCESSORS OR ASSIGNS BE LIABLE TO YOU FOR ANY INDIRECT, CONSEQUENTIAL, EXEMPLARY, INCIDENTAL OR PUNITIVE DAMAGES, INCLUDING LOST PROFITS, COST OF PROCURING SUBSTITUTE SERVICE OR LOST OPPORTUNITY, EVEN IF BigPicture HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES, WHETHER IN AN ACTION IN CONTRACT, TORT, STRICT LIABILITY OR OTHERWISE, ARISING OUT OF OR IN CONNECTION WITH YOUR USE OF THE SITE, ANY LINKED SITE, OR RESULTING FROM A DELAY OR INABILITY TO USE THE SITE OR A LINKED SITE. UNLESS OTHERWISE EXPRESSLY SET FORTH IN A WRITTEN AGREEMENT WITH YOU, BigPicture'S MAXIMUM LIABILITY FOR ALL CLAIMS ARISING OUT OF OR RELATING TO THIS SITE OR ITS CONTENT SHALL BE LIMITED TO THE AMOUNT YOU PAID TO ACCESS THE SITE.

## Indemnity

By using the Site, you agree to defend, indemnify, and hold harmless BigPicture from and against any and all losses, claims, damages, costs and expenses (including but not limited to reasonable legal and accounting fees) that BigPicture may incur arising or resulting from your use of this Site, the content of the Site, or your breach of these Terms. BigPicture reserves the right to assume or participate, at your expense, in the investigation, settlement and defense of any such action or claim.

## Tribal Dispute Resolution Procedure

Your use of this website and all related documents, agreements, and transactions shall be governed by the laws of the Lac Vieux Desert Band of Lake Superior Chippewa Indians (the "Tribe"). As an accommodation to consumers and users of this Site, the Tribe and Red Rock Tribal Lending, LLC d/b/a BigPicture, have established a Tribal Dispute Resolution Procedure to review and consider any and all types of complaints made by or on behalf of consumers or Site users. The Tribal Dispute Resolution Procedure is found at Section 9 of the Tribal Consumer Financial Services Regulatory Code, a copy of which may be obtained upon request. The Tribe and BigPicture intend and require, to the extent permitted by law, for any complaint lodged, filed, or otherwise submitted by you or on your behalf to follow the Tribal Dispute Resolution Procedure.

Under the Tribal Dispute Resolution Procedure, a consumer who, in the course of their otherwise lawful and proper use of BigPicture's services, has concerns about the operation of any part of BigPicture or who otherwise believes himself or herself to be aggrieved by some aspect of the operation of any part of BigPicture's services, shall direct his or her concerns or dispute in the first instance to BigPicture's management, either orally or in writing. A person's complaint to BigPicture shall be considered similar in nature to a petition for redress submitted to a sovereign government, without waiver of sovereign immunity and exclusive jurisdiction, and does not create any binding procedural or substantive rights for a petitioner. In the event that the consumer is dissatisfied with BigPicture's initial determination, he or she may request review of BigPicture's initial determination by submitting such request in writing to the Tribal Financial Services Regulatory Authority ("Authority"), P.O. Box 704, Watersmeet, MI 49969, no later than ten (10) days after receiving the initial determination. A consumer may then appeal an Authority opinion by submitting such request in writing to the Tribal Council within twenty (20) days of receiving the Authority's final written decision. Any determination by or on behalf of the Tribe or Authority, whether procedural or substantive, shall be made by the Tribe in its sovereign discretion.

## No Waiver of Sovereign Immunity

These Terms are being submitted to you by Red Rock Tribal Lending, LLC d/b/a BigPictureLoans.com, P.O. Box 704, Watersmeet, MI 49969. BigPicture is an economic development arm, instrumentality, and limited liability company of the Lac Vieux Desert Band of Superior Chippewa Indians. The Tribe is a federally-recognized Indian Tribe and enjoys governmental sovereign immunity. In its contract and dealings with you, the Tribe and BigPicture intend to fully preserve, and not waive either in whole or in part, exclusive jurisdiction, sovereign immunity, or any and other rights, titles and privileges and immunities to which they are entitled.

## Agreement to Pursue All Disputes Through the Tribal Dispute Resolution Procedure and Waiver of Jury Trial

All claims, demands, disputes or controversies between you and BigPicture (its employees, officers, directors, members, agents or assigns), including disputes regarding the scope and validity of this section, and any loan you have had in the past, any loan you may now have, or any loan you may obtain in the future, shall be subject to the Tribal Dispute Resolution Procedure as provided above. If your loan application is approved and you enter into a loan agreement with us, this Tribal Dispute Resolution Procedure is incorporated into the loan agreement and made part thereof. You agree that YOU ARE WAIVING YOUR RIGHT TO HAVE A TRIAL BY JURY. This agreement shall apply to all claims, whether under common law or pursuant to Tribal, federal, state or local statute, regulation or ordinance, or for claims of fraud, misrepresentation or collection on the loan, and you specifically waive your right to bring, join or participate in any class action lawsuit in any federal court.

YOU AND WE WOULD HAVE HAD A RIGHT OR OPPORTUNITY TO LITIGATE DISPUTES THROUGH A COURT AND HAVE A JUDGE OR JURY DECIDE THE DISPUTE(S) BUT HAVE AGREED INSTEAD TO RESOLVE ANY DISPUTE(S) THROUGH THE TRIBAL DISPUTE RESOLUTION PROCEDURE.

## Agreement to Not to Bring, Join or Participate in Class Actions

To the extent permitted by applicable Tribal and federal law, you agree that you will not bring, join or participate in any class action as to any claim, dispute or controversy you may have against us, our employees, officers, directors, servicers and assigns. You agree to the entry of injunctive relief to stop such a lawsuit or to remove you as a participant in the suit. You agree to pay any attorneys' fees and court costs we might incur in seeking such relief.

## Minors

This Site is not directed at children under the age of eighteen (18) and BigPicture does not knowingly collect personal information at this Site from any child under the age of eighteen (18).

## Content Submitted or Made Available for Inclusion at the Site

BigPicture's policy is to not accept or review unsolicited ideas or suggestions from persons outside the company. Notwithstanding such policy, any ideas, suggestions, know-how, comments, questions or concepts that are offered or communicated to BigPicture through this site or otherwise shall become the property of BigPicture and may be treated by BigPicture as non-confidential and non-proprietary. BigPicture shall have the unrestricted right to use and disclose such ideas, suggestions, know-how, comments, questions or concepts for any purpose without compensation or obligation to any party.

## Conduct of Site Visitors

Although BigPicture may from time to time monitor or review postings, transmissions, and the like on the Site (collectively, "Communication(s)"), BigPicture is under no obligation to do so and assumes no responsibility or liability arising from the content of any Communications, nor for any error, defamation, libel, slander, omission, falsehood, obscenity, pornography, profanity, danger, or inaccuracy contained in any Communication on the Site. You are prohibited from posting or transmitting any unlawful, threatening, libelous, defamatory, obscene, scandalous, inflammatory, pornographic, or profane material or any material that could constitute or encourage conduct that would be considered a criminal offense, give rise to civil liability, or otherwise violate any law, regulation, rule or ordinance. BigPicture retains the right to remove any such posting and will fully cooperate with any law enforcement authorities or court order requesting or directing BigPicture to disclose the identity of anyone posting any such information or materials.

## Dealings with Advertisers

Your correspondence or business dealings with, or participation in promotions of, advertisers found on or through the Site, including payment and delivery of related goods or services, and any other terms, conditions, warranties or representations associated with such dealings, are solely between you and such advertiser. You agree that BigPicture shall not be responsible or liable for any loss or damage of any sort incurred as the result of any such dealings or as the result of the presence of such advertisers on the Site. Any and all offers or promotions advertised on this Site are void where prohibited, and are subject to the posting of any official rules pertaining to such offers or promotions. It is also essential that users review the laws and regulations of the state they reside in prior to participating in any promotions advertised on this Site.

## Notices

BigPicture may give notice to its users by means of a general notice on this Site, email to a user's email address in our records, or by written communication sent by first class mail to a user's address in our records.

## International Use

None of the products or underlying information or technology available at this Site may be downloaded or otherwise exported (i) to (or to a national or resident of) Cuba, Iraq, Iran, Libya, North Korea, Sudan, Syria, or any other country to which the United States has embargoed goods; or (ii) to anyone on the United Stated Treasury Department's list of Specially Designated Nationals or the U.S. Commerce Department's Table of Deny Orders. By downloading from, or using the Site, you represent and warrant that you are not located in, under the control of, or a national or resident of any such country or on any such list. You further agree to indemnify BigPicture against any all costs, liabilities, losses or expenses arising from, or relating to, any asserted violation by you of any of the laws and administrative regulations of the United States relating to the control of exports of commodities and technical data.

## Miscellaneous

If any portion of these Terms is deemed unlawful, void or unenforceable by any arbitrator or court of competent jurisdiction, the Terms as a whole shall not be deemed unlawful, void or unenforceable, but only that portion that is unlawful, void or unenforceable shall be stricken from these Terms. You agree that if BigPicture does not exercise or enforce any legal right or remedy which is contained in the Terms (or which BigPicture has the benefit of under any applicable law), this will not be taken to be a formal waiver of BigPicture's rights and that those rights or remedies will still be available to BigPicture. All covenants, agreements, representations and warranties made in these Terms shall survive your acceptance of the Terms and the termination of the agreement(s) contained herein. These Terms represent the entire understanding and agreement between you and BigPicture regarding your use of the Site and supersede all other previous agreements regarding same.

## Contact

If you have any questions or concerns regarding this site, please contact us by email at Legal@BigPictureLoans.com or by phone at (888) 945-2727.

BigPictureLoans.com | ©2013 | All Rights Reserved | 1.888.945.2727

First time BigPictureLoans.com customers typically qualify for a loan of $200 to $1,000. Red Rock Tribal Lending, LLC (D.B.A. BigPictureLoans.com) is a tribal enterprise wholly owned and operated by the Lac Vieux Desert Band of Lake Superior Chippewa Indians, a federally recognized American Indian tribe and sovereign government. Applicable tribal and federal law shall govern any agreement entered into as a result of your loan application. BigPictureLoans.com's contents do not signify a solicitation or offer for loans in all areas. Areas of operation may change with or without notice. Services mentioned on this website may or may not be available in your particular area. Each communication or transaction conducted via BigPictureLoans.com will be deemed to have occurred in BigPictureLoans.com's Lac Vieux Desert Band of Lake Superior Chippewa Indians offices, regardless of the location where you accessed or viewed this website. All content existing and/or submitted to and in association with this website will be considered BigPictureLoans.com's copyrighted property. All communications with the company are deemed confidential. Any unauthorized reproduction, distribution, or disclosure is prohibited without the company's express written consent.

**Consumer Notice:**
Big Picture loans should be used for short-term financial needs only, not as a long-term financial solution. Individuals with credit difficulties should seek credit counseling.

BIG PICTURE LOANS

HOME | APPLY NOW | CUSTOMER LOGIN | REQUIREMENTS | FAQ | CONTACT

**Again, we woud like to congratulate you!**
**Your application is complete pending verification.**

**What's Next...**

Your money will be deposited into your bank account as soon as we verify your information - usually in just a day!

**Remember:**

You'll receive an email reminder prior to each payment due date. If you selected ACH, your payment will automatically be deducted from your bank account on the due date.

**Money Saving Reminders**

When your budget allows, you can save by:

Paying off your loan early. The sooner you pay, the more you'll save.

Paying extra on your due date. This will reduce your future payments and save future finance charges.

**Debit Card Verification**

We are unable to validate the devit card you submitted with your application. By having a debit card on file, you may qualify for instant funding in the future. Set up a debit card profile.

PRINT DOCUMENTS

**QUESTIONS/ Call (888) 945-2727 or email support@BigPictureLoans.com**

## PRIVACY POLICY

**Red Rock Tribal Lending, LLC dba Big Picture Loans**

**Rev. July 2013**

| | |
|---|---|
| **FACTS** | **What does Red Rock Tribal Lending, LLC do with your personal information?** |
| **Why?** | Financial companies choose how they share your personal information. Federal law gives consumers the right to limit some but not all sharing. Federal law also requires lenders to tell you how they collect, share, and protect your personal information. Please read this notice carefully to understand what we do. |
| **What?** | The types of personal information we collect and share depend on the product or service you have with us. This information can include:<br>Social Security number and income<br>Account balances and payment history<br>Credit history and credit scores |
| **How?** | All financial companies need to share customers' personal information to run their everyday business. In the section below, we list the reasons financial companies can share their customers' personal information; the reasons Red Rock Tribal Lending, LLC chooses to share; and whether you can limit this sharing. |

Home | Apply Now | Customer Login | Requirements | Rates | FAQ
Educational Resources | Contact Us | Privacy Policy | Terms of Website Use

BigPictureLoans.com | ©2013 | All Rights Reserved | 1.888.945.2727

First time BigPictureLoans.com customers typically qualify for a loan of $200 to $1,000. Red Rock Tribal Lending, LLC (D.B.A. BigPictureLoans.com) is a tribal enterprise wholly owned and operated by the Lac Vieux Desert Band of Lake Superior Chippewa Indians, a federally recognized American Indian tribe and sovereign government. Applicable tribal and federal law shall govern any agreement entered into as a result of your loan application. BigPictureLoans.com's contents do not signify a solicitation or offer for loans in all areas. Areas of operation may change with or without notice. Services mentioned on this website may or may not be available in your particular area. Each communication or transaction conducted via BigPictureLoans.com will be deemed to have occurred in BigPictureLoans.com's Lac Vieux Desert Band of Lake Superior Chippewa Indians offices, regardless of the location where you accessed or viewed this website. All content existing and/or submitted to and in association with this website will be considered BigPictureLoans.com's copyrighted property. All communications with the company are deemed confidential. Any unauthorized reproduction, distribution, or disclosure is prohibited without the company's express written consent.

**Consumer Notice:**

Big Picture loans should be used for short-term financial needs only, not as a long-term financial solution. Individuals with credit difficulties should seek credit counseling.



BIG PICTURE LOANS

HOME | APPLY NOW | CUSTOMER LOGIN | REQUIREMENTS | FAQ | CONTACT

| | | | |
|---|---|---|---|
| **Customer Name:** | **John Doe** | **Customer Name:** | **John Doe** |
| | | **TO PAY IN FULL** | |
| Application #: | 59443854 | Loan Amount: | $800.00 |
| Application Date: | 9/11/2013 | Finance Charge: | $200.00 |
| Next Payment Date: | 9/20/2013 | Pay Off Balance: | Pending |

**Your application is currently pending, please review, sign your documents, or contact us if you have any questions.**

* The pay off balance is valid until the next payment date.

PREVIEW AND SIGN DOCUMENTS

**If you have any questions please contact us at: (888) 945-2727**

Home | Apply Now | Customer Login | Requirements | Rates | FAQ
Educational Resources | Contact Us | Privacy Policy | Terms of Website Use

BigPictureLoans.com | ©2013 | All Rights Reserved | 1.888.945.2727

First time BigPictureLoans.com customers typically qualify for a loan of $200 to $1,000. Red Rock Tribal Lending, LLC (D.B.A. BigPictureLoans.com) is a tribal enterprise wholly owned and operated by the Lac Vieux Desert Band of Lake Superior Chippewa Indians, a federally recognized American Indian tribe and sovereign government. Applicable tribal and federal law shall govern any agreement entered into as a result of your loan application. BigPictureLoans.com's contents do not signify a solicitation or offer for loans in all areas. Areas of operation may change with or without notice. Services mentioned on this website may or may not be available in your particular area. Each communication or transaction conducted via BigPictureLoans.com will be deemed to have occurred in BigPictureLoans.com's Lac Vieux Desert Band of Lake Superior Chippewa Indians offices, regardless of the location where you accessed or viewed this website. All content existing and/or submitted to and in association with this website will be considered BigPictureLoans.com's copyrighted property. All communications with the company are deemed confidential. Any unauthorized reproduction, distribution, or disclosure is prohibited without the company's express written consent.

**Consumer Notice:**

Big Picture loans should be used for short-term financial needs only, not as a long-term financial solution. Individuals with credit difficulties should seek credit counseling.

BIG PICTURE LOANS

HOME | APPLY NOW | CUSTOMER LOGIN | REQUIREMENTS | FAQ | CONTACT

APPLY NOW!

## LOAN APPLICATION RESULTS

Unfortunately we are unable to approve your loan application.

We're sorry but we are unable to approve your loan application. We hope to help you see The Big Picture in the future, so feel free to try again at a later date.

Home | Apply Now | Customer Login | Requirements | Rates | FAQ
Educational Resources | Contact Us | Privacy Policy | Terms of Website Use

BigPictureLoans.com | ©2013 | All Rights Reserved | 1.888.945.2727

First time BigPictureLoans.com customers typically qualify for a loan of $200 to $1,000. Red Rock Tribal Lending, LLC (D.B.A. BigPictureLoans.com) is a tribal enterprise wholly owned and operated by the Lac Vieux Desert Band of Lake Superior Chippewa Indians, a federally recognized American Indian tribe and sovereign government. Applicable tribal and federal law shall govern any agreement entered into as a result of your loan application. BigPictureLoans.com's contents do not signify a solicitation or offer for loans in all areas. Areas of operation may change with or without notice. Services mentioned on this website may or may not be available in your particular area. Each communication or transaction conducted via BigPictureLoans.com will be deemed to have occurred in BigPictureLoans.com's Lac Vieux Desert Band of Lake Superior Chippewa Indians offices, regardless of the location where you accessed or viewed this website. All content existing and/or submitted to and in association with this website will be considered BigPictureLoans.com's copyrighted property. All communications with the company are deemed confidential. Any unauthorized reproduction, distribution, or disclosure is prohibited without the company's express written consent.

**Consumer Notice:**
Big Picture loans should be used for short-term financial needs only, not as a long-term financial solution. Individuals with credit difficulties should seek credit counseling.

CONFIDENTIAL

ROSETTE_REVISED 043455

# THANKS!

PHENOMENON®

CONFIDENTIAL ROSETTE_REVISED 043456

**BRAND PYRAMID**

# Big Picture Loans

Brand Idea
For what matters most
Personality
Approachable. Direct. Assuring.
Values
Empathy. Trust. Simplicity.
Emotional Benefit
Freedom to focus on life beyond your financial stress.
Functional Benefit
A quick, reliable solution that is worry-free.
Aspirational Target
For responsible individuals who need money and are overwhelmed by their financial worries.
Pivotal Insight
Financial distress can be a huge burden that overshadows everything else in life.