# Exhibit 64

| | |
|---|---|
| **From:** | Matt Martorello |
| **To:** | Karrie Wichtman; Justin Martorello |
| **Subject:** | RE: 2014 08 22 TC Resolution 2014_____ Approving Chorus Loans_final.docx |
| **Date:** | Monday, August 25, 2014 12:52:23 PM |

BigPictureLoans.com

-----Original Message-----
From: Karrie Wichtman [mailto:kwichtman@rosettelaw.com]
Sent: Monday, August 25, 2014 3:48 PM
To: Matt Martorello; Justin Martorello
Subject: RE: 2014 08 22 TC Resolution 2014_____ Approving Chorus Loans_final.docx

Which one do you want me to use?  Let's talk about that today so I can modify the docs accordingly.

Karrie S. Wichtman, Partner
Rosette, LLP
Attorneys at Law
Michigan Office
25344 Red Arrow Hwy, Suite B
Mattawan, MI 49071
269.283.5005 - Office
480.242.6959 - Cell
517.913.6443 - Fax
kwichtman@rosettelaw.com
www.rosettelaw.com

CONFIDENTIAL COMMUNICATION: THIS MESSAGE IS A CONFIDENTIAL ATTORNEY
COMMUNICATION ONLY FOR USE BY THE INTENDED RECIPIENT.  ANY INADVERTENT RECEIPT
SHALL NOT CONSTITUTE A WAIVER OF ATTORNEY-CLIENT OR WORK PRODUCT PROTECTION.  IF
RECEIVED IN ERROR, PLEASE NOTIFY KARRIE S. WICHTMAN IMMEDIATELY AND DELETE THIS
MESSAGE.  THANK YOU FOR YOUR COOPERATION.

-----Original Message-----
From: Matt Martorello [mailto:mattm@bellicosevi.com]
Sent: Monday, August 25, 2014 2:26 PM
To: Karrie Wichtman; Justin Martorello
Subject: RE: 2014 08 22 TC Resolution 2014_____ Approving Chorus Loans_final.docx

Ok, sorry for the run around here Karrie... Chorus has been sold.  Attached is another really great brand with just as
much energy, money and time spent into developing.  Assuming LVD buys SPVI, BigPictureLoans.com would be
an excellent domain.  If LVD doesn't buy SPVI, then FirstNationLoans.com is the domain we can provide (which
we haven't yet gotten around to build out/design).

-----Original Message-----
From: Karrie Wichtman [mailto:kwichtman@rosettelaw.com]
Sent: Monday, August 25, 2014 11:58 AM
To: Matt Martorello; Justin Martorello
Subject: 2014 08 22 TC Resolution 2014_____ Approving Chorus Loans_final.docx


**This email and any files transmitted with it are confidential and may contain privileged or copyrighted
information. You must not present this message to another party without gaining permission from the sender. If you
are not the intended recipient you must not copy, distribute or use this email or the information contained in it for