# Exhibit 91

| | |
|---|---|
| **From:** | Lisa McGreevy </O=FIRST ORGANIZATION/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=41FF7D0D3CF143169CFDE14A64A42FB2-LMCGR> |
| **Sent:** | Monday, April 18, 2016 6:12 PM |
| **To:** | Matt Martorello <matt@liontllc.com> |
| **Subject:** | RE: Project |

Working on an answer


Lisa McGreevy
President & CEO
Online Lenders Alliance
202-669-1017
lmcgreevy@oladc.org


-----Original Message-----
From: Matt Martorello [mailto:matt@liontllc.com]
Sent: Monday, April 18, 2016 1:29 PM
To: Lisa McGreevy <lmcgreevy@oladc.org>
Subject: Project

Hi Lisa,

I have a project I needed someone to help me with.

I need a simple report written that justifies a position I have taken on the industry in a valuation study BDO did for me completed as of the state of the Tribal lending industry as of June 30, 2015... my position was that Servicing of Tribal Lending will be shut down from new loan originations and forced into orderly liquidation mode (at best) (I.e. No loan originations allowed, just collecting what's already out there) come January 1, 2017 as a result of two factors:

1) CFPB (new rule or otherwise)
2) Operation choke point (in this case that term includes AG lawsuits like VT/PA v Think, and C&D pressures against tribal clients)

I need all the bullet point support I can get, ideally with references to articles perhaps. This helps me should the IRS ever ask one day why my valuations used for tax calculations from 6/30/15 included the assumption that on January 1, 2017 we flipped into orderly liquidation mode.

Again, this was viewed based on the state of the world on June 30, 2015.

Do you have anyone that can just bullet list items to support that position? If so I'll send what I have done myself so far, just want to make sure it's a comprehensive as possible and in the files.

CONFIDENTIAL SUBJECT TO PROTECTIVE
ORDER DATED SEPT. 21, 2017

OLA_0000020