IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

LULA WILLIAMS, *et al.*,

    Plaintiffs,

v.                                        Civil Action No. 3:17-cv-461

BIG PICTURE LOANS, LLC, *et al.*,

    Defendants.

---

RENEE GALLOWAY, *et al.*,

    Plaintiffs,

v.                                        Civil Action No. 3:18-cv-406

BIG PICTURE LOANS, LLC, *et al.*,

    Defendants.

**ORDER**

Having reviewed the PLAINTIFFS' MOTION TO BAR TESTIMONY FROM DEFENDANT MATT MARTORELLO'S "EXPERTS" AT THE MISREPRESENTATIONS HEARING (Williams v. Big Picture Loans, LLC, 3:17-cv-461 (E.D. Va.) ("Williams"), ECF No. 792; Galloway v. Big Picture Loans, LLC, 3:18-cv-406 (E.D. Va.) ("Galloway I"), ECF No. 440) and the supporting, opposing, and reply memoranda, it is hereby ordered that, by **5:00 PM on July 9, 2020**, Matt Martorello shall file the expert reports of J. Howard Beales, Eric C. Henson, John M. Norman,

Richard E. Ross, Lawrence S. Roberts, Lance Morgan, and Gregory Cowhey.

It is so ORDERED.

/s/
David J. Novak
United States District Judge

Richmond, Virginia
Date: July 9, 2020