IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

JOETTE PETE,

    Movant,

v.                                                   Misc. No. 3:19-mc-26

BIG PICTURE LOANS, LLC, *et al.*,

    Respondents.

---

LULA WILLIAMS, *et al.*,

    Plaintiffs,

v.                                                   Civil Action No. 3:17-cv-461

BIG PICTURE LOANS, LLC, *et al.*,

    Defendants.

---

RENEE GALLOWAY, *et al.*,

    Plaintiffs,

v.                                                   Civil Action No. 3:18-cv-406

BIG PICTURE LOANS, LLC, *et al.*,

    Defendants.

**ORDER**

For the reasons to be set forth in the forthcoming MEMORANDUM OPINION, it is hereby ORDERED that:

(1) MATT MARTORELLO'S MOTION UNDER RULE 30(d) FOR FURTHER DEPOSITION BASED ON CONDUCT THAT IMPEDED QUESTIONING AND FOR

EXPEDITED RULING (Pete v. Big Picture Loans, LLC, 3:19-mc-26 (E.D. Va.) ("Pete"), ECF No. 23; Williams v. Big Picture Loans, LLC, 3:17-cv-461 (E.D. Va.) ("Williams"), ECF No. 747; Galloway v. Big Picture Loans, LLC, 3:18-cv-406 (E.D. Va.) ("Galloway I"), ECF No. 391) (the "MOTION") is GRANTED;

(2) MATT MARTORELLO'S MOTION UNDER RULE 30(d) FOR FURTHER DEPOSITION BASED ON CONDUCT THAT IMPEDED QUESTIONING AND FOR EXPEDITED RULING (Pete, ECF No. 24; Williams, ECF No. 748; Galloway I, ECF No. 392) is DENIED AS MOOT because it requests an expedited briefing schedule and the MOTION has already been briefed;

(3) Joette Pete ("Pete") may be deposed by counsel for Matt Martorello for up to an additional two hours with respect to the topics included in the list of questions contained in MATT MARTORELLO'S SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION UNDER RULE 30(D) FOR FURTHER DEPOSITION BASED ON CONDUCT THAT IMPEDED QUESTIONING AND FOR EXPEDITED RULING (Pete, ECF No. 32; Williams, ECF No. 769; Galloway I, ECF No. 419);

(4) Counsel for the Plaintiffs may cross-examine Pete for no more than two hours;

(5) Pete's deposition shall take place by July 14, 2020;

(6) By July 13, 2020, the parties shall inform the Court when they intend to depose Pete;

2

(7) At least two days before Pete's deposition, Martorello shall provide to counsel for Pete and the Plaintiffs any documents and other exhibits about which he intends to question Pete; and

(8) Plaintiffs' counsel collectively shall pay the reasonable attorneys' fees, expenses, and costs of the further deposition of Pete.

It is so ORDERED.

/s/ REP
Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: July 9, 2020

3