THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| JOETTE PETE, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:19-mc-26 (REP) |
| | ) | |
| BIG PICTURE LOANS, et al., | ) | |
| | ) | |
| Respondents. | ) | |

| | | |
|---|---|---|
| LULA WILLIAMS, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:17-cv-461 (REP) |
| | ) | |
| BIG PICTURE LOANS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| RENEE GALLOWAY, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:18-cv-406 (REP) |
| | ) | |
| BIG PICTURE LOANS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**JOINT NOTICE REGARDING CONTINUED DEPOSITION OF JOETTE PETE**

The Parties, by counsel and in response to the Paragraph 6 of the Court's Order entered July 9, 2020 in *Pete v. Big Picture Loans, LLC*, No. 3:19mc26 (ECF No. 35), *Williams v. Big Picture Loans, LLC*, No. 3:17cv461 (ECF No. 820), and *Galloway v. Big Picture Loans, LLC*, No.

3:18cv406 (ECF No. 480), inform the Court that the continued deposition of Ms. Joette Pete will commence at 2:00 PM Eastern / 1:00 PM Central by remote deposition on Monday, July 13, 2020.

Respectfully submitted,

By:/s/  *Kristi C. Kelly*
Kristi C. Kelly (VSB No. 72791)
Email: kkelly@kellyguzzo.com
Andrew J. Guzzo (VSB No. 82170)
Email: aguzzo@kellyguzzo.com
KELLY GUZZO, PLC
3925 Chain Bridge Road, Suite 202
Fairfax, Virginia 22030
Telephone: (703) 424-7572
Facsimile:  (703) 591-0167

*Counsel for Plaintiffs*

By:/s/  *Bhupesh Pattni*
Bhupesh Pattni (Minn. Bar No. 395168)
Trenti Law Firm
225 First Street North
Virginia, Minnesota 55792
bpattnie@trentilaw.com
Telephone: (218) 749-1962
Facsimile: (218) 749-4308

*Counsel for Joette Pete*

By:/s/  *John M. Erbach*
M. F. Connell Mullins, Jr. (VSB No. 47213)
Email: cmullins@spottsfain.com
Hugh McCoy Fain, III (VSB No. 26494)
Email: hfain@spottsfain.com
John Michael Erbach (VSB No. 76695)
Email: jerbach@spottsfain.com
SPOTTS FAIN PC
411 East Franklin Street, Suite 600
Richmond, Virginia 23219
Telephone: (804) 697-2000
Facsimile:  (804) 697-2100

Richard L. Scheff (*pro hac vice*)
Jonathan P. Boughrum (*pro hac vice*)
Michael C. Witsch (*pro hac vice*)
ARMSTRONG TEASDALE, LLP
2005 Market Street
29th Floor, One Commerce Square
Philadelphia, PA 19103
Telephone: 267.780.2000
Facsimile: 215.405.9070
Email: rlscheff@ armstrongteasdale.com
Email: jboughrum@armstrongteasdale.com
Email: mwitsch@armstrongteasdale.com

*Counsel for Defendant Matt Martorello*

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that on this 12th day of July, 2020, the foregoing was filed using the Court's CM/ECF system, thereby serving a copy on all counsel of record electronically.

By:/s/  *John M. Erbach*
John M. Erbach (VSB No. 76695)
jerbach@spottsfain.com
SPOTTS FAIN PC
411 East Franklin Street, Suite 600
Richmond, Virginia 23219
Telephone: (804) 697-2000
Facsimile:  (804) 697-2100