**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | | |
|---|---|---|
| LULA WILLIAMS, et al., Plaintiffs, v. BIG PICTURE LOANS, LLC, et al., Defendants. | ) | Civil Action No. 3:17-cv-461 (REP) |
| RENEE GALLOWAY, et al., Plaintiffs, v. BIG PICTURE LOANS, LLC, et al., Defendants. | ) | Civil Action No. 3:18-cv-406 (REP) |

**MATT MARTORELLO'S EXHIBITS TO ACCOMPANY RESPONSE TO PLAINTIFFS' STATEMENT OF POSITION (ECF NO. 784) - VOLUME I**

Matt Martorello, by counsel, files the attached Exhibits A through ZZ referenced in his Response to Plaintiffs' Statement of Position. Due to the volume and size of the exhibits, they are filed under three separate notices identified as Volumes I, II, and III.

Dated: July 13, 2020

Respectfully submitted,

MATT MARTORELLO

By: /s/ *John M. Erbach*

M. F. Connell Mullins, Jr. (VSB No. 47213)
Email: cmullins@spottsfain.com
Hugh McCoy Fain, III (VSB No. 26494)
Email: hfain@spottsfain.com
John Michael Erbach (VSB No. 76695)
Email: jerbach@spottsfain.com

SPOTTS FAIN PC
411 East Franklin Street, Suite 600
Richmond, Virginia 23219
Telephone: (804) 697-2000
Facsimile: (804) 697-2100

Richard L. Scheff (admitted *pro hac vice*)
Jon Boughrum (admitted *pro hac vice*)
Michael Witsch (admitted *pro hac vice*)
ARMSTRONG TEASDALE, LLP
2005 Market Street
29th Floor, One Commerce Square
Philadelphia, PA 19103
Telephone: 267.780.2000
Facsimile: 215.405.9070
Email: RLScheff@atllp.com
JBoughrum@atllp.com
MWitsch@atllp.com

*Counsel for Defendant Matt Martorello*

**CERTIFICATE OF SERVICE**

The undersigned counsel certifies that on this 13th day of July, 2020, the foregoing was filed using the Court's CM/ECF system, thereby serving a copy on all counsel of record electronically.

By: */s/ John M. Erbach*

John M. Erbach (VSB No. 76695)
Email: jerbach@spottsfain.com
SPOTTS FAIN PC
411 East Franklin Street, Suite 600
Richmond, VA 23219
(804) 697-2000 (Telephone)
(804) 697-2100 (Facsimile)