**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | | |
|---|---|---|
| LULA WILLIAMS, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:17-cv-461 (REP) |
| | ) | |
| BIG PICTURE LOANS, LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| RENEE GALLOWAY, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:18-cv-406 (REP) |
| | ) | |
| BIG PICTURE LOANS, LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MATT MARTORELLO'S EXHIBIT LIST

Matt Martorello submits his list of documents he intends to offer at the evidentiary hearing scheduled for July 21, 2020 as follows:

| Exhibit Number | Date of Document | Description | Bates Beg | Bates End |
|---|---|---|---|---|
| 001 | 2011 | LVD resolution | CM0000341 | CM0000398 |
| 002 | 2014 | Resolution T2014-__ Approving the Creation of the Wholly Owned and Operated Tribal Lending Entity - Chorus Loans, LLC | JPB 02122 | JPB 02136 |
| 003 | 2015 | Co-Manager Approvals 2015 | LVD-DEF00005286 | LVD-DEF00014280 |

| 004 | 2016 | Intratribal servicing agreement between Big Picture Loans, LLC and Ascension Technologies, LLC | n/a | n/a |
|-----|------|-----------------------------------------------------------------------------------------------|-----|-----|
| 005 | 6/18/1934 | Constitution of the Lac Vieux Desert Band of Lake Superior Chippewa Indians of Michigan | n/a | n/a |
| 006 | 6/6/2008 | FDIC's Guidance for Managing Third-Party Risk | n/a | n/a |
| 007 | 9/23/2010 | Email from F. Richardson to C. Potts | ROS002-0000006 | ROS002-0000007 |
| 008 | 7/8/2011 | Exclusivity Agreement and Letter of Intent between LVD and TLM and TLS | JPB 00382 | JPB 00387 |
| 009 | 7/8/2011 | LVD resolution | LVD-DEF00000774 | LVD-DEF00000801 |
| 010 | 7/8/2011 | Resolution No. 2011-30 re Approval and Adoption of the Tribal Lending Regulatory Code | n/a | n/a |
| 011 | 8/4/2011 | Email from M. Martorello to S. Merritt, cc F. Richardson, R. Rosette | ROSETTE_REVISED_048773 | ROSETTE_REVISED_048773 |
| 012 | 8/5/2011 | | ROSETTE_REVISED_048832 | ROSETTE_REVISED_048834 |
| 013 | 8/5/2011 | Email from M. Martorello to F. Richardson, cc S. Merritt, R. Rosette | ROSETTE_REVISED_048835 | ROSETTE_REVISED_048838 |
| 014 | 8/5/2011 | Email from M. Martorello to S. Merritt | ROSETTE_REVISED_052537 | ROSETTE_REVISED_052552 |
| 015 | 8/10/2011 | Email from M. Martorello to F. Richardson, cc S. Merritt, R. Rosette | ROSETTE_REVISED_052381 | ROSETTE_REVISED_052382 |
| 016 | 8/24/2011 | Email from R. Rosette to N. St. Germain | ROS002-0000693 | ROS002-0000699 |
| 017 | 8/24/2011 | Email from M. Martorello to F. Richardson, S. Merritt, cc R. Rosette | ROSETTE_REVISED_052323 | ROSETTE_REVISED_052333 |

| 018 | 8/24/2011 | Email from M. Martorello to R. Rosette, F. Richardson | ROSETTE_REVIS ED_052703 | ROSETTE_REVISED_0 52716 |
| 019 | 8/26/2011 | Email from M. Martorello to F. Richardson, cc S. Merritt, R. Rosette | ROSETTE_REVIS ED_052496 | ROSETTE_REVISED_0 52502 |
| 020 | 9/8/2011 | Email from M. Martorello to F. Richardson, S. Merritt | ROSETTE_REVIS ED_052104 | ROSETTE_REVISED_0 52105 |
| 021 | 9/14/2011 | Resolution 2011-041 Approving the creation of the  Lac Vieux Desert Band of Lake Superior Chippewa Indians Tribal Lending Enterprise - Red Rock Tribal Lending, LLC | n/a | n/a |
| 022 | 9/14/2011 | Articles of Organization of the Red Rock Tribal Lending, LLC | n/a | n/a |
| 023 | 9/27/2011 | Resolution No. 2011-043 Approval and Adoption of the Amendments to Tribal Lending Regulatory Code, AKA Consumer Financial Services Code | LVD-DEF00000809 | LVD-DEF00000842 |
| 024 | 10/8/2011 | Email from F. Richardson to M. Martorello, J. Weddle, S. Merritt, et al., re Bellicose VI Relationship, with attachment | ROSETTE_REVIS ED_004067 | ROSETTE_REVISED_0 04070 |
| 025 | 10/11/2011 | Email from F. Richardson to M. Martorello, K. Wichtman, cc S. Merritt, et al. | ROSETTE_REVIS ED_007017 | ROSETTE_REVISED_0 07020 |
| 026 | 10/19/2011 | Email from J. Weddle to K. Wichtman | ROSETTE_REVIS ED_007004 | ROSETTE_REVISED_0 07007 |
| 027 | 10/22/2011 | Email from K. Wichtman to J. Weddle | ROS002-0000148 | ROS002-0000153 |
| 028 | 10/25/2011 | Servicing Agreement Between Red Rock Tribal Lending, LLC and Bellicose VI, Inc. | MARTORELLO_0 26256 | MARTORELLO_02629 5 |
| 029 | 10/27/2011 | Email from F. Richardson to K. Wichtman, J. Weddle, cc M. Martorello, et al. | ROSETTE_REVIS ED_006281 | ROSETTE_REVISED_0 06283 |

| 030 | 11/1/2011 | Email from M. Martorello to K. Wichtman | ROSETTE_REVISED_037655 | ROSETTE_REVISED_037656 |
|---|---|---|---|---|
| 031 | 11/11/2011 | Email from J. Weddle to K. Wichtman, H. Bobee, R. Rosette, et al. | ROSETTE 002168 | ROSETTE 002175 |
| 032 | 11/11/2011 | Email from J. Weddle to K. Wichtman, F. Richardson, S. Merritt, et al. | ROSETTE_REVISED_011010 | ROSETTE_REVISED_011010 |
| 033 | 11/21/2011 | Email from J. Weddle to K. Wichtman, M. Martorello, S. Merritt, et al. | ROSETTE 002820 | ROSETTE 002823 |
| 034 | 12/5/2011 | Servicing Agreement between Duck Creek Tribal Financial, LLC and Bellicose VI, Inc. | MARTORELLO_026214 | MARTORELLO_026255 |
| 035 | 12/12/2011 | Email from J. Weddle to M. Martorello, K. Wichtman, C. Mansfield, et al. | ROSETTE 010990 | ROSETTE 011009 |
| 036 | 12/28/2011 | Email from J. Weddle to K. Wichtman | ROSETTE 006142 | ROSETTE 006142 |
| 037 | 1/2/2012 | Email from J. Martorello to K. Wichtman, M. Martorello, M. Hazen, C. Mansfield | ROSETTE_REVISED_036355 | ROSETTE_REVISED_036356 |
| 038 | 1/9/2012 | Email from M. Martorello to K. Wichtman, M. Hazen, C. Mansfield, et al. | ROSETTE_REVISED_040120 | ROSETTE_REVISED_040163 |
| 039 | 1/10/2012 | Email from J. Martorello to K. Wichtman, cc M. Hazen, C. Mansfield, M. Martorello re: Template replies to specific customer issue | ROSETTE_REVISED_035946 | ROSETTE_REVISED_035948 |
| 040 | 1/11/2012 | Email from J. Weddle to K. Wichtman, M. Hazen, C. Mansfield, et al. | ROSETTE_REVISED_006657 | ROSETTE_REVISED_006658 |
| 041 | 1/18/2012 | Email from M. Martorello to K. Wichtman, cc M. Hazen, C. Mansfield, J. Martorello | ROSETTE_REVISED_045079 | ROSETTE_REVISED_045080 |

| 042 | 2/28/2012 | Email from M. Martorello to K. Wichtman cc C. Mansfield, J. Martorello, M. Hazen | ROSETTE_REVISED_053462 | ROSETTE_REVISED_053469 |
| 043 | 3/22/2012 | Email from C. Mansfield to C. Mansfield | CM0000620 | CM0000621 |
| 044 | 3/28/2012 | Email from M. Martorello to K. Wichtman, J. Martorello, M. Hazen, et al. | ROSETTE_REVISED_043977 | ROSETTE_REVISED_043977 |
| 045 | 3/28/2012 | Email from M. Martorello to K. Wichtman | ROSETTE_REVISED_043977 | ROSETTE_REVISED_043977 |
| 046 | 3/28/2012 | Email from M. Martorello to K. Wichtman, cc J. Martorello | ROSETTE_REVISED_044532 | ROSETTE_REVISED_044538 |
| 047 | 5/4/2012 | Email from M. Martorello to S. Allen | ROSETTE_REVISED_045806 | ROSETTE_REVISED_045807 |
| 048 | 5/7/2012 | Email from M. Hazen to M. Martorello, cc J. Weddle, K. Wichtman, et al. | ROSETTE_REVISED_002331 | ROSETTE_REVISED_002332 |
| 049 | 5/16/2012 | Email from C. Mansfield to K. Wichtman | CM000286 | CM000287 |
| 050 | 5/21/2012 | Email from C. Mansfield to Jason G. | CM000030 | CM0000310 |
| 051 | 6/13/2012 | Email from M. Martorello to K. Wichtman, J. Martorello, cc M. Hazen, C. Mansfield | ROSETTE_REVISED_045131 | ROSETTE_REVISED_045135 |
| 052 | 6/19/2012 | Email from M. Martorello to K. Wichtman | ROSETTE_REVISED_044598 | ROSETTE_REVISED_044605 |
| 053 | 6/20/2012 | Deposit account control agreement between DCTF, Iron Fence Investments, and CVB | n/a | n/a |
| 054 | 7/9/2012 | Email from J. Martorello to J. Weddle, K. Wichtman, M. Martorello, et al. | ROSETTE 035872 | ROSETTE 035876 |
| 055 | 7/10/2012 | Email from M. Martorello to K. Wichtman, cc C. Mansfield | ROSETTE_REVISED_045530 | ROSETTE_REVISED_045532 |

| 056 | 7/19/2012 | Email from M. Martorello to K. Wichtman re: TLM meeting | ROSETTE_REVISED_046394 | ROSETTE_REVISED_046396 |
| 057 | 7/31/2012 | Amended & Restated Servicing Agreement between Duck Creek Tribal Financial, LLC and SourcePoint VI, LLC | MARTORELLO_003435 | MARTORELLO_003473 |
| 058 | 7/31/2012 | Amended & Restated Servicing Agreement between Red Rock Tribal Lending, LLC and SourcePoint VI, LLC | MARTORELLO_003474 | MARTORELL0_003512 |
| 059 | 8/1/2012 | Email from M. Martorello to D. Gravel | GRAVEL - 000481 | GRAVEL - 000481 |
| 060 | 8/23/2012 | Email from M. Martorello to M. Hazen, C. Mansfield, cc K. Wichtman, J. Martorello, D. Gravel FW: Source Point - State "Payday" Matrix | ROSETTE_REVISED 042898 | ROSETTE_REVISED 042899 |
| 061 | 10/1/2012 | Email from M. Martorello to C. Mansfield, M. Hazen, J. Martorello, et al. | ROSETTE_REVISED_045533 | ROSETTE_REVISED_045533 |
| 062 | 10/5/2012 | Email from M. Martorello to M. Hazen, K. Wichtman | ROSETTE_REVISED_037492 | ROSETTE_REVISED_037492 |
| 063 | 10/5/2012 | Email from J. Martorello to M. Martorello | ROSETTE_REVISED_037729 | ROSETTE_REVISED_037730 |
| 064 | 11/2/2012 | Email from J. Martorello to B. McFadden, M. Martorello, K. Wichtman, et al. | ROSETTE_REVISED_014047 | ROSETTE_REVISED_014051 |
| 065 | 11/2/2012 | Email from M. Martorello to K. Wichtman | ROSETTE_REVISED_053374 | ROSETTE_REVISED_053376 |
| 066 | 11/7/2012 | Email from M. Martorello to K. Wichtman | ROSETTE_REVISED_053377 | ROSETTE_REVISED_053379 |
| 067 | 11/30/2012 | Letter from J. Weddle to Alpha Credit Resources, LLC | MARTORELLO_012696 | MARTORELLO_012699 |
| 068 | 1/25/2013 | Email from M. Martorello to K. Wichtman, Jason G., C. Mansfield | ROSETTE_REVISED_046999 | ROSETTE_REVISED_047003 |

| 069 | 2/4/2013 | Email from M. Martorello to R. Rosette | ROSETTE_REVISED_048729 | ROSETTE_REVISED_048732 |
|---|---|---|---|---|
| 070 | 2/5/2013 | Email from J. Martorello to G. Martin, cc M. Martorello, C. Mansfield, et al., | ROSETTE_REVISED_031984 | ROSETTE_REVISED_031986 |
| 071 | 2/21/2013 | Email from M. Martorello to J. Martorello, M. Hazen, C. Mansfield, et al. | ROSETTE_REVISED 037614 | ROSETTE_REVISED 037615 |
| 072 | 3/6/2013 | Email from J. Martorello to M. Martorello, B. McFadden, B. Burdick, et al. | ROSETTE_REVISED_031987 | ROSETTE_REVISED_031989 |
| 073 | 4/16/2013 | Email from M. Martorello to K. Wichtman Fwd: Significant Ruling in Colorado Western Sky Case, with attachment | ROSETTE 037187 | ROSETTE 037203 |
| 074 | 4/29/2013 | Email from M. Martorello to R. Rosette | ROSETTE_REVISED_048681 | ROSETTE_REVISED_048682 |
| 075 | 5/7/2013 | Email from J. Martorello to K. Wichtman, M. Martorello, B. McFadden re: Updated DCTF Org. Chart | ROSETTE_REVISED_034840 | ROSETTE_REVISED_034849 |
| 076 | 5/17/2013 | Red Rock Lending, LLC Compliance Management System Procedures/Guide | ROSETTE_REVISED_032370 | ROSETTE_REVISED_032469 |
| 077 | 7/7/2013 | Purchase and Sale Agreement | ROSETTE_REVISED_055756 | ROSETTE_REVISED_055777 |
| 078 | 7/8/2013 | Email from M. Martorello to K. Wichtman, R. Rosette, cc G. Martin et al. | ROSETTE_REVISED_049307 | ROSETTE_REVISED_049310 |
| 079 | 7/11/2013 | Letter from C. Mansfield to G. Colton | CM0000017 | CM0000023 |
| 080 | 7/16/2013 | Email from V. Gayles to A. Jalali, L. Hunt, T. Jepson, et al. | PHEN0002519 | PHEN0002521 |
| 081 | 7/18/2013 | Email from N. St. Germain to D. Gravel, cc K. Wichtman | ROSETTE_REVISED_055695 | ROSETTE_REVISED_055777 |

| 082 | 7/30/2013 | Email from M. Martorello to K. Wichtman | ROSETTE_REVISED_044773 | ROSETTE_REVISED_044777 |
| 083 | 8/15/2013 | Email from M. Martorello to R. Rosette, K. Wichtman, J. Williams, Jr., et al. | ROSETTE_REVISED_052701 | ROSETTE_REVISED_052702 |
| 084 | 8/19/2013 | Email from J. Weddle to M. Martorello, K. Wichtman, cc J. Martorello | ROSETTE 002801 | ROSETTE 002815 |
| 085 | 8/19/2013 | Email from J. Weddle to M. Martorello, K. Wichtman, cc J. Martorello | ROSETTE_REVISED_002801 | ROSETTE_REVISED_002816 |
| 086 | 8/21/2013 | Email from M. Martorello to K. Wichtman | ROSETTE_REVISED_053063 | ROSETTE_REVISED_053065 |
| 087 | 8/22/2013 | Letter from members of Congress to DOJ and FDIC | MidMarch_DD 000546 | MidMarch_DD 000549 |
| 088 | 8/22/2013 | Email from J. Martorello to K. Wichtman, B. McFadden | ROSETTE_REVISED_035993 | ROSETTE_REVISED_035994 |
| 089 | 8/22/2013 | Declaration of James Williams, Jr. in Support of Motion for a Preliminary Injunction | | |
| 090 | 8/23/2013 | Email from K. Wichtman to J. Williams, Jr., C. McGeshick, E. Edwards, et al. | CM0000331 | CM0000466 |
| 091 | 8/24/2013 | Email from J. Martorello to K. Wichtman, cc B. McFadden, J. Dowd, M. Martorello | ROSETTE_REVISED_028628 | ROSETTE_REVISED_028631 |
| 092 | 8/29/2013 | Declaration of James Williams, Jr. filed in Otoe-Missouria | n/a | n/a |
| 093 | 8/30/2013 | Email from J. Martorello to K. Wichtman | ROSETTE_REVISED_030201 | ROSETTE_REVISED_030204 |
| 094 | 9/4/2013 | Email from M. Martorello to S. Bazzazieh, J. Martorello, cc K. Wichtman re: TLE Operational | ROSETTE_REVISED_046388 | ROSETTE_REVISED_046389 |

| | | Diagram.pdf | | |
|---|---|---|---|---|
| 095 | 9/5/2013 | Email from M. Martorello to R. Gerber | MARTORELLO_ROSS_001392 | MARTORELLO_ROSS_001392 |
| 096 | 9/5/2013 | Email from M. Martorello to R. Gerber | n/a | n/a |
| 097 | 9/9/2013 | Email from K. Wichtman to R. Gerber re: | n/a | n/a |
| 098 | 9/12/2013 | Email from J. Martorello to G. Martin, Craig M., K. Wichtman | ROSETTE_REVISED_029177 | ROSETTE_REVISED_029179 |
| 099 | 9/16/2013 | Email from J. Martorello to K. Wichtman, G. Martin, C. Mansfield, et al. | ROSETTE_REVISED_030688 | ROSETTE_REVISED_030688 |
| 100 | 9/26/2013 | Email from Jason G. to C. Rademacher, cc R. Gerber | n/a | n/a |
| 101 | 9/29/2013 | Email from M. Martorello to K. Wichtman, J. Dowd, G. Martin, et al., r | ROSETTE_REVISED_047091 | ROSETTE_REVISED_047093 |
| 102 | 9/30/2013 | Email from M. Martorello to K. Wichtman cc D. Gravel, J. Martorello, R. Rosette | ROSETTE_REVISED_044063 | ROSETTE_REVISED_044067 |
| 103 | 9/30/2013 | Bellicose Communications Plan | PHEN0001866 | PHEN0001883 |
| 104 | 10/3/2013 | Email from G. Martin to K. Wichtman, M. Martorello, J. Williams, Jr., et al. | ROSETTE 002699 | ROSETTE 002705 |
| 105 | 10/3/2013 | Email from G. Martin to K. Wichtman, M. Martorello, J. Williams, Jr., et al. | ROSETTE 006300 | ROSETTE 006309 |

| 106 | 10/4/2013 | Email from M. Martorello to J. Williams, Jr., G. Martin, C. Mansfield, et al. | ROSETTE_REVISED_037700 | ROSETTE_REVISED_037701 |
| 107 | 10/7/2013 | Email from J. Martorello to K. Wichtman, M. Martorello, J. Williams, Jr., et al. | ROSETTE_REVISED_038187 | ROSETTE_REVISED_038190 |
| 108 | 10/8/2013 | Letter from K. Wichtman to G. Colton | MidMarch_DD 000536 | MidMarch_DD 000545 |
| 109 | 10/8/2013 | Email from M. Martorello to J. Martorello, K. Wichtman, J. Williams, Jr., et al. | ROSETTE_REVISED_045701 | ROSETTE_REVISED_045704 |
| 110 | 10/16/2013 | Email from M. Martorello to K. Wichtman, J. Williams, Jr, G. Martin, et al. | ROSETTE_REVISED_045705 | ROSETTE_REVISED_045707 |
| 111 | 11/8/2013 | Email from M. Martorello to K. Wichtman | ROSETTE_REVISED_052790 | ROSETTE_REVISED_052793 |
| 112 | 11/12/2013 | Email from M. Martorello to R. Rosette | ROSETTE_REVISED_052243 | ROSETTE_REVISED_052246 |
| 113 | 11/14/2013 | Email from M. Martorello to K. Wichtman | ROSETTE_REVISED_43466 | ROSETTE_REVISED_43468 |
| 114 | 11/21/2013 | Email from M. Martorello to R. Rosette, J. Williams, Jr. G. Martin, et al. | ROSETTE_REVISED_044365 | ROSETTE_REVISED_044366 |
| 115 | 12/3/2013 | Email from D. Gravel to K. Wichtman, G. Martin, C. Mansfield, et al. | ROSETTE_REVISED_058149 | ROSETTE_REVISED_058150 |
| 116 | 12/11/2013 | Email from J. Martorello to K. Wichtman, M. Martorello, G. Martin, et al. | ROSETTE_REVISED_035991 | ROSETTE_REVISED_035992 |

| 117 | 1/3/2014 | Recommendation to Take Action and Request for Approval | LVD-DEF00017128 | LVD-DEF00017128 |
|---|---|---|---|---|
| 118 | 1/3/2014 | Recommendation to Take Action and Request for Approval | LVD-DEF00017130 | LVD-DEF00017130 |
| 119 | 1/6/2014 | SourcePoint VI, LLC Recommendations | LVD-DEF00017132 | LVD-DEF00017132 |
| 120 | 1/6/2014 | Email from M. Martorello to R. Rosette, J. Williams, Jr., J. McGeshick, et al. | LVD-DEF00018126 | LVD-DEF00018133 |
| 121 | 1/13/2014 | Exhibit A to Agreement for Data Services Request | LVD-DEF00017138 | LVD-DEF00017139 |
| 122 | 1/22/2014 | Letter from K. Wichtman to L. Hoch | LVD-DEF00018372 | LVD-DEF00018403 |
| 123 | 1/22/2014 | Rosette Memoranda to L. Hoch | LVD-DEF00018405 | LVD-DEF00018436 |
| 124 | 2/6/2014 | Email from K. Wichtman to M. Martorello, R. Rosette, J. Williams, Jr., et al. | LVD-DEF00006161 | LVD-DEF00006163 |
| 125 | 2/13/2014 | Email from M. Martorello to R. Rosette, K. Wichtman, G. Martin, et al. | ROSETTE_REVISED_030815 | ROSETTE_REVISED_030817 |
| 126 | 2/13/2014 | Email from M. Martorello to R. Rosette, K. Wichtman, G. Martin, et al. | ROSETTE_REVISED_043601 | ROSETTE_REVISED_043603 |
| 127 | 2/23/2014 | Request for approval | n/a | n/a |
| 128 | 3/7/2014 | Email from M. Martorello to K. Wichtman, J. Martorello | ROSETTE_REVISED_045953 | ROSETTE_REVISED_045955 |
| 129 | 3/18/2014 | Recommendation to Take Action and Request for Approval | LVD-DEF00017189 | LVD-DEF00017189 |
| 130 | 3/20/2014 | Email from M. Martorello to R. Rosette, K. Wichtman, J. Williams, J. Martorello | ROSETTE_REVISED_039876 | ROSETTE_REVISED_039876 |

| 131 | 3/24/2014 | Email from M. Martorello to K. Wichtman, G. Martin | ROSETTE_REVISED_040016 | ROSETTE_REVISED_040016 |
|-----|-----------|------|------|------|
| 132 | 4/1/2014 | Nothing Nefarious: Article by J. Weddle | MARTORELLO_012230 | MARTORELLO_012236 |
| 133 | 4/9/2014 | Email from J. Dowd to G. Martin, J. Williams and K. Wichtman | LVD-DEF00017208 | LVD-DEF00017208 |
| 134 | 4/16/2014 | Email from P. Wilson to M. Martorello re: El Dorado Intro | MARTORELLO_003936 | MARTORELLO_003937 |
| 135 | 4/16/2014 | Email from D. Papdemetriou to M. Martorello, D. Chaney, W. Stacy, et al. | Middlemarch 001721 | Middlemarch 001722 |
| 136 | 4/16/2014 | Email from D. Papademetriou to M. Martorello, D. Chaney, W. Stacy IV | Middlemarch_001721 | Middlemarch_001722 |
| 137 | 4/23/2014 | Email from M. Martorello to G. Martin, cc J. Williams, Jr., S. Bazzazieh, et al. | ROSETTE_REVISED_044130 | ROSETTE_REVISED_044131 |
| 138 | 4/23/2014 | Email from M. Martorello to K. Wichtman, R. Rosette, J. Martorello, et al. | ROSETTE_REVISED_052572 | ROSETTE_REVISED_052576 |
| 139 | 5/8/2014 | Big Picture Loans Powerpoint | LVD-DEF00022047 | LVD-DEF00022074 |
| 140 | 5/8/2014 | Recommendation to Take Action and Request for Approval | LVD-DEF00022840 | LVD-DEF00022840 |
| 141 | 5/12/2014 | Email from G. Martin to J. Dowd, D. Gravel, J. Williams, et al. | ROSETTE_REVISED_058461 | ROSETTE_REVISED_058462 |
| 142 | 5/15/2014 | Underwriting Policy/Procedures re Tribal Law | LVD-DEF00008398 | LVD-DEF00008402 |
| 143 | 5/29/2014 | Email from M. Martorello to R. Gerber | Chippewa_000033 | CM0000023 |
| 144 | 5/29/2014 | Email from M. Martorello to R. Gerber | n/a | n/a |

| 145 | 6/3/2014 | Email from J. Dowd to G. Martin, J. Williams, Jr., cc K. Wichtman, et al., | LVD-DEF00006043 LVD-DEF00017101 | LVD-DEF00017251 |
| 146 | 6/3/2014 | Email from J. Dowd to G. Martin, J. Williams, Jr., cc K. Wichtman, et al., | LVD-DEF00017101 | LVD-DEF00017102 |
| 147 | 6/4/2014 | Email from M. Martorello to K. Wichtman re: Service Docs | ROSETTE_REVISED_046264 | ROSETTE_REVISED_046265 |
| 148 | 6/27/2014 | Email from D. Papademetriou to M. Martorello et al. | Middlemarch 002002 | Middlemarch 002003 |
| 149 | 6/27/2014 | Email from D. Papademetriou to M. Martorello, D. Chaney | Middlemarch_002002 | Middlemarch_002003 |
| 150 | 7/2/2014 | Email from M. Martorello to R. Gerber | Chippewa_000028 | Chippewa_000028 |
| 151 | 7/7/2014 | Sourcepoint VI Investor Presentation | Middlemarch 000268 | |
| 152 | 7/7/2014 | Sourcepoint VI Investor Presentation | Middlemarch_000268 | Middlemarch_000291 |
| 153 | 7/17/2014 | Email from M. Martorello to G. Martin, J. Martorello cc B. McFadden, et al. | ROSETTE_REVISED_053208 | ROSETTE_REVISED_053208 |
| 154 | 7/29/2014 | Email from P. Barden to OLA Contact | MARTORELLO_032879 | MARTORELLO_041383 |
| 155 | 7/30/2014 | Email from M. Martorello to K. Wichtman | ROSETTE_REVISED_047747 | ROSETTE_REVISED_047751 |
| 156 | 7/30/2014 | Email from M. Martorello to K. Wichtman | ROSETTE_REVISED_047744 | ROSETTE_REVISED_047745 |
| 157 | 7/31/2014 | Email from M. Martorello to K. Wichtman | ROSETTE_REVISED_047736 | ROSETTE_REVISED_047739 |
| 158 | 8/6/2014 | Email from M. Martorello to J. Williams, K. Wichtman | ROSETTE_REVISED_047730 | ROSETTE_REVISED_047735 |

| 159 | 8/12/2014 | Email from M. Martorello to R. Rosette, S. Bazzazieh cc N. St. Germain | ROSETTE_REVISED_052280 | ROSETTE_REVISED_052281 |
|---|---|---|---|---|
| 160 | 8/13/2014 | Email from M. Martorello to J. Williams, Jr. | LVD-DEF00020785 | LVD-DEF00020785 |
| 161 | 8/13/2014 | Email from M. Martorello to R. Rosette cc N. St. Germain, K. Wichtman, J. Martorello | ROSETTE_REVISED_053089 | ROSETTE_REVISED_053091 |
| 162 | 8/15/2014 | Email from M. Martorello to N. St. Germain cc R. Rosette, K. Wichtman, T. Gibbs | ROSETTE_REVISED_052619 | ROSETTE_REVISED_052620 |
| 163 | 8/18/2014 | Email from M. Martorello to K. Wichtman, N. St. Germain cc R. Rosette, T. Gibbs | ROSETTE_REVISED_052616 | ROSETTE_REVISED_052618 |
| 164 | 8/19/2014 | Email from J. Martorello to K. Wichtman, G. Martin, J. Williams, Jr., et al. | ROSETTE_REVISED_029171 | ROSETTE_REVISED_029171 |
| 165 | 8/20/2014 | Email from M. Martorello to K. Wichtman, Jennifer S., B. McFadden, and S. Liang | ROSETTE_REVISED_046799 | ROSETTE_REVISED_046800 |
| 166 | 8/22/2014 | SPVI Equity Purchase Term Sheet | LVD-DEF00023023 | LVD-DEF00023023 |
| 167 | 8/22/2014 | Email from M. Martorello to K. Wichtman, J. Martorello, cc J. Williams, Jr., et al. | ROSETTE_REVISED_037600 | ROSETTE_REVISED_037605 |
| 168 | 8/22/2014 | Email from M. Martorello to K. Wichtman, J. Martorello, cc J. Williams, Jr., et al. | ROSETTE_REVISED_052299 | ROSETTE_REVISED_052304 |
| 169 | 8/22/2014 | Email from M. Martorello to K. Wichtman, J. Martorello, cc J. Williams, Jr., et al. | ROSETTE_REVISED_053244 | ROSETTE_REVISED_053350 |
| 170 | 8/25/2014 | Email from M. Martorello to R. Rosette | ROSETTE_REVISED_048520 | ROSETTE_REVISED_048520 |
| 171 | 8/26/2014 | LVD Resolution No. 2014-066 | n/a | n/a |
| 172 | 8/26/2014 | Email from M. Martorello to K. Wichtman | ROSETTE_REVISED_045267 | ROSETTE_REVISED_045268 |

| 173 | 8/26/2014 | Email from M. Martorello to K. Wichtman | ROSETTE_REVIS ED_045272 | ROSETTE_REVISED_0 45277 |
|---|---|---|---|---|
| 174 | 8/26/2014 | Email from M. Martorello to J. Williams, Jr., G. Martin, cc. N. St. Germain, et al. | ROSETTE_REVIS ED_048541 | ROSETTE_REVISED_0 48555 |
| 175 | 8/26/2014 | Email from M. Martorello to R. Rosette | ROSETTE_REVIS ED_052400 | ROSETTE_REVISED_0 52403 |
| 176 | 8/28/2014 | Email from M. Martorello to K. Wichtman | ROSETTE_REVIS ED_045282 | ROSETTE_REVISED_0 45290 |
| 177 | 9/9/2014 | Email from M. Martorello to J. McGeshick, K. Wichtman, J. Williams, Jr., and J. Pete | ROSETTE_REVIS ED_037429 | ROSETTE_REVISED_0 37431 |
| 178 | 10/1/2014 | Email from M. Martorello to J. Martorello, D. Gravel, K. Wichtman | ROSETTE_REVIS ED_053383 | ROSETTE_REVISED_0 53385 |
| 179 | 10/1/2014 | Email from M. Martorello to J. Martorello, D. Gravel, K. Wichtman | ROSETTE_REVIS ED_053386 | ROSETTE_REVISED_0 53387 |
| 180 | 10/1/2014 | Email from M. Martorello to J. Martorello, D. Gravel, K. Wichtman | ROSETTE_REVIS ED_053388 | ROSETTE_REVISED_0 53389 |
| 181 | 10/13/2014 | Email from M. Martorello to K. Wichtman | ROSETTE_REVIS ED_046191 | ROSETTE_REVISED_0 46192 |
| 182 | 10/13/2014 | Email from M. Martorello to R. Rosette | ROSETTE_REVIS ED_048583 | ROSETTE_REVISED_0 48583 |
| 183 | 10/14/2014 | Email from M. Martorello to D. Gravel, K. Wichtman, Shelley H., J. Williams | LVD-DEF00017855 | LVD-DEF00017858 |
| 184 | 10/14/2014 | Email from K. Wichtman to J. Williams, Jr., M. Hazen, J. Gray, et al. | LVD-DEF00018495, LVD-DEF00018466 | LVD-DEF00018467 |
| 185 | 10/20/2014 | Tribal Law Compliance Board Policy | LVD-DEF00014804 | LVD-DEF00014808 |
| 186 | 10/30/2014 | Email from J. Martorello to D. Gravel, K. Wichtman, cc M. Hazen, et al | ROSETTE_REVIS ED_035674 | ROSETTE_REVISED_0 35680 |

| 187 | 11/4/2014 | Email from M. Martorello to R. Rosette, K. Wichtman, cc J. Martorello | ROSETTE_REVISED_001110 | ROSETTE_REVISED_001115 |
| 188 | 11/4/2014 | Email from R. Rosette to M. Martorello, K. Wichtman, cc J. Martorello, et al. | ROSETTE_REVISED_001116 | ROSETTE_REVISED_001120 |
| 189 | 11/4/2014 | Email from M. Martorello to K. Wichtman, cc J. Martorello, G. Martin, et al. | ROSETTE_REVISED_052654 | ROSETTE_REVISED_052657 |
| 190 | 11/11/2014 | Email from M. Martorello to K. Wichtman, cc T. Gibbs | ROSETTE_REVISED_044075 | ROSETTE_REVISED_044079 |
| 191 | 12/5/2014 | Recommendation to Take Action and Request for Approval | LVD-DEF00016838 | LVD-DEF00016838 |
| 192 | 12/9/2014 | Email from B. Bartlett to J. Williams, Jr., cc K. Wichtman, P. Dorton, et al., | LVD-DEF00018920 | LVD-DEF00018936 |
| 193 | 12/16/2014 | Recommendation to Take Action and Request for Approval | LVD-DEF00021160 | LVD-DEF00021160 |
| 194 | 12/23/2014 | Batch Renewal Processing | LVD-DEF00018890 | LVD-DEF00018894 |
| 195 | 12/31/2014 | Bellicose Capital, LLC Valuation of Certain Assets | BDO-Bellicose 000065 | BDO-Bellicose 000076 |
| 196 | 12/31/2014 | Red Rock Tribal Lending, LLC Financial Statements Years Ended December 31, 2014 and 2013 | LVD-DEF00016235 | LVD-DEF00016250 |
| 197 | 12/31/2014 | Bellicose Capital, LLC Valuation of Certain Assets | BDO-Bellicose000065 | BDO-Bellicose00007 |
| 198 | 1/9/2015 | Email from M. Martorello to J. Williams, Jr., cc J. Pete, J. Martorello, et al. | ROSETTE_REVISED_045972 | ROSETTE_REVISED_045973 |
| 199 | 2/20/2015 | Email from J. Williams to K. Wichtman, cc M. Martorello | ROSETTE_REVISED_015524 | ROSETTE_REVISED_015558 |
| 200 | 3/4/2015 | Email from K. Wichtman to J. Williams, cc M. Martorello, J. Martorello, T. Gibbs | ROSETTE_REVISED_014574 | ROSETTE_REVISED_014609 |

| 201 | 3/11/2015 | Email from J. Martorello to K. Wichtman | ROSETTE_REVISED_029088 | ROSETTE_REVISED_029092 |
| 202 | 4/4/2015 | Email from M. Martorello to J. Williams, Jr., | ROSETTE_REVISED_044639 | ROSETTE_REVISED_044642 |
| 203 | 4/9/2015 | Email from M. Martorello to K. Wichtman, J. Williams, Jr., M. Hazen, et al. | ROSETTE_REVISED_006669 | ROSETTE_REVISED_006671 |
| 204 | 4/16/2015 | Email from K. Wichtman to J. Williams | CW_01786 | CW_01788 |
| 205 | 4/21/2015 | Email from J. Martorello to J. Weddle, K. Wichtman, J. Dowd, et al. | ROSETTE_REVISED_006782 | ROSETTE_REVISED_006784 |
| 206 | 5/11/2015 | Email from M. Bousque to J. Steiner, cc D. Gravel, A. Karam, et al. | ROSETTE_REVISED_054875 | ROSETTE_REVISED_054881 |
| 207 | 5/14/2015 | Email from J. Martorello to Jennifer S., M. Martinez, K. Wichtman, B. McFadden | ROSETTE_REVISED_031665 | ROSETTE_REVISED_031675 |
| 208 | 7/10/2015 | Email from M. Martorello to K. Wichtman, | ROSETTE_REVISED_014254 | ROSETTE_REVISED_014317 |
| 209 | 7/24/2015 | Letter from R. Gerber | n/a | n/a |
| 210 | 7/24/2015 | Email from K. Wichtman to B. McFadden | ROSETTE_REVISED_006609 | ROSETTE_REVISED_006615 |
| 211 | 7/28/2015 | Email from J. Martorello to A. Karam, | LVD-DEF00023327 | LVD-DEF00023330 |

| 212 | 8/15/2015 | Email from Jennifer S. to B. McFadden | LVD-DEF00023021 | LVD-DEF00023021 |
|-----|-----------|----------------------------------------|-----------------|-----------------|
| 213 | 8/27/2015 | Email from K. Wichtman to J. Martorello, M. Martorello | ROSETTE_REVISED_014682 | ROSETTE_REVISED_014706 |
| 214 | 9/1/2015 | Email from J. Martorello to K. Wichtman, M. Martorello, M. Hazen, et al. | ROSETTE_REVISED_029547 | ROSETTE_REVISED_029550 |
| 215 | 9/14/2015 | Guarantee and Waiver | LVD-DEF00021493 | LVD-DEF0002153 |
| 216 | 9/14/2015 | Loan and Security agreement between TED and Eventide | MARTORELLO_000067 | MARTORELLO_000095 |
| 217 | 9/14/2015 | Agreement and plan of merger among LVD, BC Capital, and Eventide | MARTORELLO_000096 | MARTORELLO_000116 |
| 218 | 9/14/2015 | Secured promissory note between TED and Eventide | MARTORELLO_000128 | MARTORELLO_000134 |
| 219 | 10/20/2015 | Tribal Law Vendor Oversight Procedure Policy | LVD-DEF00014809 | LVD-DEF00014814 |
| 220 | 11/30/2015 | Meeting Minutes from Nov. 30, 2015 | LVD-DEF00000435 | LVD-DEF00000435 |
| 221 | 11/30/2015 | Email from T. Olzer to J. Dowd, J. Norris, cc B. McFadden, et al. | LS 000190 | LS 000191 |
| 222 | 12/8/2015 | Letter from M. Hazen to J. Wiles | n/a | n/a |
| 223 | 12/11/2015 | Letter from SPVI to RRTL | MARTORELLO_004601 | MARTORELLO_004601 |
| 224 | 12/16/2015 | Email from K. Wichtman to M. Martorello, J. Martorello, T. Gibbs, S. Hazen, J. Williams | LVD-DEF00018915 | LVD-DEF00018921 |
| 225 | 1/14/2016 | Email from J. Williams to K. Wichtman, J. Martorello, T. Gibbs, et al. | ROSETTE_REVISED_020478 | ROSETTE_REVISED_020483 |

| 226 | 1/14/2016 | Email from M. Martorello to K. Wichtman, J. Williams, cc J. Martorello, et al. | ROSETTE_REVIS ED_043978 | ROSETTE_REVISED_0 4398 |
|---|---|---|---|---|
| 227 | 1/27/2016 | Assignment and Assumption Agreement between Tribal Economic Development Holdings, LLC and Ascension Technologies, LLC | LVD-DEF00002862 | LVD-DEF00002865 |
| 228 | 2/16/2016 | Intratribal Servicing Agreement between Big Picture Loans, LLC and Ascension Technologies, LLC | LVD-DEF00002335 | LVD-DEF00002348 |
| 229 | 2/16/2016 | Assignment and Assumption Agreement between Red Rock Tribal Lending and Big Picture Loans | LVD-DEF00003085 | LVD-DEF00003088 |
| 230 | 3/2/2016 | Email from S. Chopra to M. Martorello | MARTORELLO_0 09769 | MARTORELLO_00978 2 |
| 231 | 3/13/2016 | Co-Manager Meeting Minutes from May 13, 2016 | LVD-DEF00000447 | LVD-DEF00000447 |
| 232 | 7/19/2016 | FDIC's Examination Guidance for Third-Party Lending | n/a | n/a |
| 233 | 7/21/2016 | Email from C. Mansfield to C. Mansfield | CM0000578 | CM0000578 |
| 234 | 9/29/2016 | Email from B. McFadden to M. Hazen | LVD-DEF00008254 | LVD-DEF00008254 |
| 235 | 12/5/2016 | Email from M. Martorello to Z. Emanuelli | MARTORELLO_0 09282 | MARTORELLO_00929 0 |
| 236 | 12/13/2016 | Letter from K. Wichtman to Chippewa Valley Bank | n/a | n/a |
| 237 | 12/22/2016 | Email from M. Martorello to A. Rane, Z. Emanuelli | MARTORELLO_0 41389 | MARTORELLO_04139 1 |
| 238 | 1/10/2017 | Red Rock Tribal Lending LLC Final Statement | Chippewa_000013 | |

| 239 | 3/9/2017 | Memorandum from R. Hackett to M. Martorello | MARTORELLO_011257 | MARTORELLO_011263 |
|---|---|---|---|---|
| 240 | 3/10/2017 | Email from M. Martorello to A. Rane, cc Z. Emanuelli | MARTORELLO_011255 | MARTORELLO_011263 |
| 241 | 4/21/2017 | Email from J. Dowd to S. Liang, B. Jackson | LVD-DEF00008365 | LVD-DEF00008365 |
| 242 | 5/5/2017 | Email from M. Hazen to S. Liang, cc X. Moreno | | |
| 243 | 6/22/2017 | Williams, et al., v. Big Picture Loans, et al. Class Action Complaint | n/a | n/a |
| 244 | 8/14/2017 | Email from J. Dowd to B. McFadden, S. Liang | LVD-DEF00008696 | LVD-DEF00008697 |
| 245 | 8/20/2017 | Email from M. Martorello to S. Merritt | ROSETTE_REVISED_052365 | ROSETTE_REVISED_052367 |
| 246 | 9/8/2017 | Tribal Loan Management, LLC's Articles of Termination | | |
| 247 | 9/28/2017 | Declaration of Hazen | n/a | |
| 248 | 10/2/2017 | Defendant Ascension Technologies, LLC's Response to Plaintiff Lula Williams's First Set of Interrogatories | n/a | n/a |
| 249 | 10/16/2017 | Excerpt of transcript of M. Hazen | n/a | n/a |
| 250 | 10/30/2017 | Affidavit of James Williams Jr. | n/a | n/a |
| 251 | 11/13/2017 | Excerpt of transcript of J. Williams, Jr. | n/a | n/a |
| 252 | 11/17/2017 | Email from M. Hazen to J. Wiles | n/a | n/a |
| 253 | 11/27/2017 | NCAI Amicus Brief in Support of Defendants' Motion to Dismiss | n/a | n/a |
| 254 | 12/21/2017 | McFadden Declaration | n/a | |

| 255 | 12/31/2017 | Email from M. Martorello to N. St. Germain, K. Wichtman, J. Martorello, cc D. Gravel, R. Rosette | ROSETTE_REVISED_052247 | ROSETTE_REVISED_052249 |
| 256 | 1/26/2018 | Email from K. Wichtman to C. Mansfield | CM0000297 | CM0000298 |
| 257 | 2/12/2018 | Letter from M. McCollum. | n/a | n/a |
| 258 | 11/13/2018 | Excerpt of transcript of J. Dowd | n/a | n/a |
| 259 | 11/13/2018 | Excerpt of transcript of J. Dowd | n/a | n/a |
| 260 | 11/13/2018 | Excerpt of transcript of J. Dowd | n/a | n/a |
| 261 | 11/15/2018 | Statement of the Federal Deposit Insurance Corporation | n/a | n/a |
| 262 | 11/20/2018 | Email from A. Kelly to G. Cowhey | MARTORELLO_COWHEY_005700 | MARTORELLO_COWHEY_005700 |
| 263 | 12/3/2018 | Declaration of J. Williams Jr. filed in Galloway matter | | |
| 264 | 12/5/2018 | Errata sheet for the Deposition of M. Martorello dated Aug. 30, 2018 | n/a | n/a |
| 265 | 12/13/2018 | Affidavit of Jennifer Weddle in Support of Motion to Quash | n/a | n/a |
| 266 | 12/17/2018 | Excerpt of transcript of R. Gerber | n/a | n/a |
| 267 | 1/10/2019 | Expert Report of Lance Morgan | n/a | n/a |
| 268 | 1/11/2019 | Expert Report of Richard Ross | n/a | n/a |
| 269 | 1/11/2019 | Expert Report of Eric Henson | n/a | n/a |
| 270 | 1/11/2019 | Expert Report of John Norman | n/a | n/a |
| 271 | 1/11/2019 | Expert Report of J. Howard Beales, III | n/a | n/a |
| 272 | 1/11/2019 | Expert Report of Gregory Cowhey | n/a | n/a |
| 273 | 1/18/2019 | Expert Report of Lawrence Roberts | n/a | n/a |
| 274 | 1/18/2019 | Excerpt of transcript of C. Mansfield | n/a | n/a |
| 275 | 1/24/2019 | Declaration of Jennifer Weddle | n/a | n/a |

| 276 | 2/12/2019 | Excerpt of Transcript of A. Karam | n/a | n/a |
|---|---|---|---|---|
| 277 | 2/12/2019 | LinkedIn Profile for A. Karam | n/a | n/a |
| 278 | 2/25/2019 | Excerpt of transcript of M. Martorello | n/a | n/a |
| 279 | 3/11/2019 | Excerpt of Transcript of Z. Emanuelli | n/a | n/a |
| 280 | 3/21/2019 | Excerpt of transcript of W. S. Merritt | n/a | n/a |
| 281 | 4/9/2019 | Hengle, et al., v. Asner, et al. Class Action Complaint | n/a | n/a |
| 282 | 5/20/2019 | Excerpt of transcript of J. Weddle | n/a | n/a |
| 283 | 5/20/2019 | Excerpt of transcript of J. Weddle and Ex. 9 Marked in Same | ROSETTE 004067 | ROSETTE 004070 |
| 284 | 5/22/2019 | Excerpt of May 22, 2019 Hearing Transcript | n/a | n/a |
| 285 | 6/12/2019 | Declaration of Justin Martorello | n/a | n/a |
| 286 | 6/12/2019 | Declaration of John Norman | n/a | n/a |
| 287 | 7/1/2019 | Excerpt of transcript of B. McFadden, taken in the matter of Smith v. Big Picture Loans | n/a | n/a |
| 288 | 7/2/2019 | Excerpt of transcript of M. Hazen, taken in the matter of Smith v. Big Picture Loans | n/a | n/a |
| 289 | 7/8/2019 | ECA and Matt Martorello's Memo in Opposition to Plaintiffs' Cross Motion to Compel Against Non-Party Conner & Winters, LLP, and Response to Plaintiffs' Purported "Additional Evidence" | n/a | n/a |
| 290 | 8/9/2019 | Tribal Defendants' Chart Regarding Alleged Misrepresentations | n/a | n/a |
| 291 | 8/9/2019 | Declaration of Michelle Hazen | n/a | n/a |
| 292 | 8/9/2019 | M. Martorello's Chart re Purported Misrepresentations and Actual Declaration Averments/Deposition Testimony | n/a | n/a |
| 293 | 8/19/2019 | Email from A. Guzzo to J. Murray, et | JoettePetePlffsCou | JPB 00387 |

| | | al | nsel000001 | |
|---|---|---|---|---|
| 294 | 8/20/2019 | Declaration of Joette Pete Email from M. Martorello to K. Wichtman, J. Williams, Jr., C. McGeshick, et al. | Misc. | Misc. |
| 295 | 10/15/2019 | Letter from D. Gravel to D. Amin re Master Services Agreement | PHEN0004113 | PHEN0004113 |
| 296 | 12/13/2019 | Affidavit of John Williams | n/a | n/a |
| 297 | 6/4/2020 | Affidavit of M. Hazen in Williams | MARTORELLO_ ROSS_002069 | MARTORELLO_ROSS _002074 |
| 298 | 11/14/13 | Email from M. Martorello to K. Wichtman RE: 2014 Proposed Business Plans and Budgets RRTL/DCTF | ROSETTE_REVIS ED_043466 | ROSETTE_REVISED_0 43468 |
| 299 | | Tribal Resolutions | LVD-DEF00000716 | LVD-DEF00000764 |
| 300 | | BPL co-managers request log | LVD-DEF00000565 | LVD-DEF00000568 |
| 301 | | BPL draft memo | LVD-DEF00021802 | LVD-DEF00021802 |
| 302 | | Big Picture Loans Powerpoint | LVD-DEF00022009 | LVD-DEF00022046 |
| 303 | | Project Ares - Sovereign Lending Assumptions | Middlemarch 000642 | Middlemarch 001722 |
| 304 | | Project Ares - Master Data Request List | MidMarch_DD 000255 | MidMarch_DD 000258 |
| 305 | | Miscellaneous Tribal Resolutions | Misc. | Misc. |
| 306 | | Compilation of Recommendation to Take Action and Request for Approval forms | Misc. | Misc. |
| 307 | | Compilation of Approval Forms | Misc. | Misc. |
| 308 | | Compilation of emails from M. Martorello to F. Richardson and S. Merritt | Misc. | Misc. |

| 309 | | Attorney biography of J. Weddle | n/a | n/a |
|---|---|---|---|---|
| 310 | | Phase I (0-6 Month Timeline) | ROSETTE_REVISED_040124 | ROSETTE_REVISED_040125 |
| 311 | | Flyer for BPL | LVD-DEF00007042 | LVD-DEF00007042 |
| 312 | | Spreadsheet titled RRTL | LVD-DEF00022981 | LVD-DEF00022984 |
| 313 | | BPL & Ascension Technologies Compliance Organization Chart | n/a | n/a |
| 314 | | Salary and active employees chart | n/a | n/a |
| 315 | | Salary and active employees chart for Ascension | n/a | n/a |
| 316 | | CSR template for answering customer calls | n/a | n/a |
| 317 | | Spreadsheet titled tribal distribution and eventide repayment | n/a | n/a |
| 318 | | Lac Vieux Desert Band of Lake Superior Chippewa Indians' tribal consumer financial services regulatory code | n/a | n/a |
| 319 | | John Williams Attorney Bio | n/a | n/a |
| 320 | | Pre-Conference Workshop: Sovereign Nation Lending Compliance Article | OLA_0000073 | OLA_0000122 |
| 321 | | Lac Vieux Desert: Customer Care Center | ROSETTE_REVISED_036363 | ROSETTE_REVISED_036371 |

RESPECTFULLY SUBMITTED AND DATED this 13th day of July, 2020.

MATT MARTORELLO

By:/s/ *M. F. Connell Mullins, Jr.*
M. F. Connell Mullins, Jr. (VSB No. 47213)
Email: cmullins@spottsfain.com
Hugh McCoy Fain, III (VSB No. 26494)
Email: hfain@spottsfain.com
John Michael Erbach (VSB No. 76695)

Email: jerbach@spottsfain.com
SPOTTS FAIN PC
411 East Franklin Street, Suite 600
Richmond, Virginia 23219
Telephone: (804) 697-2000
Facsimile:  (804) 697-2100

Richard L. Scheff (admitted *pro hac vice*)
Jon Boughrum (admitted *pro hac vice*)
Michael Witsch (admitted *pro hac vice*)
ARMSTRONG TEASDALE, LLP
2005 Market Street
29th Floor, One Commerce Square
Philadelphia, PA 19103
Telephone: 267.780.2000
Facsimile: 215.405.9070
Email: RLScheff@atllp.com
        JBoughrum@atllp.com
        MWitsch@atllp.com

*Counsel for Defendant Matt Martorello*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned counsel certifies that on this 13th day of July, 2020, the foregoing was filed using the Court's CM/ECF system, thereby serving a copy on all counsel of record electronically.

By: *<u>/s/ M. F. Connell Mullins, Jr.</u>*
M. F. Connell Mullins, Jr. (VSB No. 47213)
Email: cmullins@spottsfain.com
SPOTTS FAIN PC
411 East Franklin Street, Suite 600
Richmond, VA 23219
(804) 697-2000 (Telephone)
(804) 697-2100 (Facsimile)