IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division


JOETTE PETE,

    Movant,

v.                                              Misc. No. 3:19-mc-26

BIG PICTURE LOANS, LLC, et al.,

    Respondents.

---

LULA WILLIAMS, et al.,

    Plaintiffs,

v.                                              Civil Action No. 3:17-cv-461

BIG PICTURE LOANS, LLC, et al.,

    Defendants.

---

RENEE GALLOWAY, et al.,

    Plaintiffs,

v.                                              Civil Action No. 3:18-cv-406

BIG PICTURE LOANS, LLC, et al.,

    Defendants.

**ORDER**

It is hereby ORDERED that the accompanying MEMORANDUM OPINION, MATT MARTORELLO'S MEMORANDUM IN SUPPORT OF MOTION UNDER RULE 30(d) FOR FURTHER DEPOSITION BASED ON CONDUCT THAT IMPEDED QUESTIONING AND FOR EXPEDITED RULING (Pete v. Big Picture Loans, LLC, 3:19-mc-26

(E.D. Va.) ("Pete"), ECF No. 29; Williams v. Big Picture Loans, LLC, 3:17-cv-461 (E.D. Va.) ("Williams"), ECF No. 753; Galloway v. Big Picture Loans, LLC, 3:18-cv-406 (E.D. Va.) ("Galloway I"), ECF No. 397), accompanying Exhibit A (Pete, ECF No. 29-1, Williams, ECF No. 753-1; Galloway I, ECF No. 397-1), and accompanying Exhibit C (Pete, ECF No. 29-2; Williams, ECF No. 753-2; Galloway I, ECF No. 397-2), and the PLAINTIFFS' RESPONSE TO DEFENDANT MATT MARTORELLO'S MOTIONS UNDER RULE 30(d) (Williams, ECF No. 777; Galloway I, ECF No. 427) and the accompanying exhibit (Williams, ECF No. 778; Galloway I, ECF No. 428) shall be removed from under seal by the Clerk and placed in the public record after fourteen (14) days of entry of this ORDER, unless a party demonstrates why sealing is appropriate.

It is so ORDERED.

/s/ REP
Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: July 14, 2020