# Exhibit 34

UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF VIRGINIA

LULA WILLIAMS, et al.,
   PLAINTIFF,

vs.                                           Civil Action No.:
                                              3:17-cv-461

BIG PICTURE LOANS, LLC, et al.,

   DEFENDANT.
--------------------------------

RENEE GALLOWAY, et al.,
   PLAINTIFF,

vs.                                           Civil Action No.:
                                              3:18-cv-406

BIG PICTURE LOANS, LLC, et al.,

   DEFENDANT.

Videotaped deposition of JOHN WILLIAMS taken pursuant to notice, was held virtually commencing June 22, 2020, 10:16 a.m. CST, on the above date, before Carla S. Kimbrough, Certified Shorthand Reporter in the State of Oklahoma.

MAGNA LEGAL SERVICES
(866) 624-6221
www.MagnaLS.com



Page 183

```
 1   destroy or whatever, right?
 2       A      Correct.
 3       Q      And then you looked at the agreement, the
 4   Clear Lake agreement, that we marked as an exhibit.
 5   And you acknowledged that there was no such -- no
 6   similar provision in that agreement, correct?
 7       A      Via my scan of it, no.
 8       Q      Okay.  And when you say your scan of it, I
 9   mean you had a chance to read the whole, thing,
10   right?
11       A      Yes, I read it.
12       Q      You looked through the whole thing.
13       A      I read it.  I did not see one.
14       Q      Okay.  Now -- and give a moment because I
15   know there's going to be an objection so, but we
16   want -- we need to have it right for the record,
17   okay?  So just take a second.
18              Did Mr. Martorello advise you to put
19   paragraph 2.6D or provisions to that effect into
20   the merger agreement between Bellicose, Eventide,
21   Bellicose, and the tribe?
22              MR. GRAY:  I'm going to object to the
23   extent it calls for attorney/client privileged
24   information and advise you not to answer.
25       Q      (By Mr. Caddell)  And, Mr. Williams, are
```



MAGNA
LEGAL SERVICES

```
                                              Page 184
 1   you going to follow that advice with -- that I
 2   guess was expressed by Mr. Gray?
 3        A    Yes.
 4        Q    Okay.  All right.
 5             MR. WITSCH:  Mr. Caddell, just so the
 6   record is clear to the extent that it calls for
 7   information that Matt may have had individually and
 8   just to maintain our position is clear, to the
 9   extent that that is a privilege, it could be held
10   by Matt, you know, we would raise the same
11   objection.
12             MR. CADDELL:  Okay.  That's fine.
13        Q    (By Mr. Caddell)  Okay.  Now,
14   Mr. Williams, I'm done for the time being.
15   Mr. Witsch may have some more and -- but hopefully
16   it won't be too long and this will be over shortly
17   and you can enjoy the rest of your day.
18             THE WITNESS:  Okay.
19             MR. CADDELL:  Thank you for your time.  I
20   appreciate it, and I know it's been an imposition.
21   And thank you for your patience.
22             THE WITNESS:  Thank you.
23             MR. WITSCH:  Mr. Williams, I actually
24   don't think I need a break.  I only have a couple
25   of questions for you.
```

