UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

**LULA WILLIAMS**, *et al.*,

        **Plaintiffs,**

v.                                          Civil Action No. 3:17-cv-461 (REP)

**BIdG PICTURE LOANS, LLC**, *et al.*,

        **Defendants.**

---

**RENEE GALLOWAY**, *et al.*,

        **Plaintiffs,**

v.                                          Civil Action No. 3:18-cv-406 (REP)

**BIG PICTURE LOANS, LLC**, *et al.*,

        **Defendants.**

## PLAINTIFFS' REBUTTAL EXHIBIT LIST

COME NOW, the Plaintiffs, by counsel, and hereby submit the following rebuttal exhibits they may introduce at the evidentiary hearing scheduled for July 21, 2020, as follows:

| Ex. No. | Date | Description | Bates No. |
|---|---|---|---|
| 136 | Aug. 20, 2014 | Agreement and Plan of Merger among Clear Take Tac S, Nagus Enterprises, LLC and Latinum Funding, LLC | |
| 138 | June 9, 2020 | Transcript of Render Ruling on Consumer Borrowers' Motion to Dismiss, *In re Eventide Credit Acquisitions, LLC,* No. 20-40349-elm11 (Bankr. N.D. Tx 2020). | |
| 139 | Oct. 18, 2017 | Email from Justin Gray re: destruction | |

1

Date: July 17, 2020  Respectfully submitted,

          /s/
Kristi C. Kelly, Esq., VSB #72791
Andrew J. Guzzo, Esq., VSB #82170
Casey S. Nash, Esq., VSB #84261
KELLY GUZZO, PLC
3925 Chain Bridge Road, Suite 202
Fairfax, VA 22030
Telephone: (703) 424-7572
Facsimile: (703) 591-0167
Email: kkelly@kellyguzzo.com
Email: aguzzo@kellyguzzo.com
Email: casey@kellyguzzo.com

*Attorneys for Plaintiffs and Proposed Classes*

## CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

Date: July 17, 2020  /s/
Kristi C. Kelly, Esq., VSB #72791
KELLY GUZZO, PLC
3925 Chain Bridge Road, Suite 202
Fairfax, VA 22030
Telephone: (703) 424-7572
Facsimile: (703) 591-0167
Email: kkelly@kellyguzzo.com

*Attorney for Plaintiffs and Proposed Classes*