**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| LULA WILLIAMS, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 3:17-cv-461 (REP) |
| ) | |
| BIG PICTURE LOANS, LLC, et al., ) | |
| ) | |
| Defendants. ) | |

| | |
|---|---|
| RENEE GALLOWAY, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 3:18-cv-406 (REP) |
| ) | |
| BIG PICTURE LOANS, LLC, et al., ) | |
| ) | |
| Defendants. ) | |

## <u>MATT MARTORELLO'S SUPPLEMENTAL EXHIBIT LIST</u>

Matt Martorello submits his supplemental list of documents he intends to offer at the evidentiary hearing scheduled for July 21, 2020, consisting exclusively of exhibits from the depositions of Jennifer Galloway and Karrie Wichtman, which were conducted after Martorello submitted his initial Exhibit list, as follows:

| Exhibit Number | Date of Document | Description | Bates Beg | Bates End |
|---|---|---|---|---|
| 322 | 2015 | SourcePoint VI - 2015 Regulatory Compliance Review for Duck Creek Financial and Red Rock Tribal Lending | LVD-DEF00017432 | LVD-DEF00017438 |

| 323 | 06/03/2020 | Plaintiffs' Statement of Position Regarding Material Misrepresentations and Omissions Made to the Court [REDACTED] | n/a | n/a |
|-----|-----------|---|---|---|
| 324 | 06/03/2020 | Plaintiffs' Statement of Position Regarding Material Misrepresentations and Omissions Made to the Court [UNREDACTED] | n/a | n/a |
| 325 | 11/04/2014 | Email from K. Wichtman to M. Martorello re: WSJ Press | ROSETTE_REVISED_001130 | ROSETTE_REVISED_001133 |

RESPECTFULLY SUBMITTED AND DATED this 20th day of July, 2020.

MATT MARTORELLO

By: /s/  *M. F. Connell Mullins, Jr.*
M. F. Connell Mullins, Jr. (VSB No. 47213)
Email: cmullins@spottsfain.com
Hugh McCoy Fain, III (VSB No. 26494)
Email: hfain@spottsfain.com
John Michael Erbach (VSB No. 76695)
Email: jerbach@spottsfain.com
SPOTTS FAIN PC
411 East Franklin Street, Suite 600
Richmond, Virginia 23219
Telephone: (804) 697-2000
Facsimile:  (804) 697-2100

Richard L. Scheff (admitted *pro hac vice*)
Jon Boughrum (admitted *pro hac vice*)
Michael Witsch (admitted *pro hac vice*)
ARMSTRONG TEASDALE, LLP
2005 Market Street
29th Floor, One Commerce Square
Philadelphia, PA 19103
Telephone: 267.780.2000
Facsimile: 215.405.9070
Email: RLScheff@atllp.com
        JBoughrum@atllp.com
        MWitsch@atllp.com

*Counsel for Defendant Matt Martorello*

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned counsel certifies that on this 20th day of July, 2020, the foregoing was filed using the Court's CM/ECF system, thereby serving a copy on all counsel of record electronically.

By: */s/ M. F. Connell Mullins, Jr.*
M. F. Connell Mullins, Jr. (VSB No. 47213)
Email: cmullins@spottsfain.com
SPOTTS FAIN PC
411 East Franklin Street, Suite 600
Richmond, VA 23219
(804) 697-2000 (Telephone)
(804) 697-2100 (Facsimile)