✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

EASTERN  DISTRICT OF  VIRGINIA-RICHMOND DIVISION

LULA WILLIAMS et al v. BIG PICTURE LOANS, LLC et al

&

RENEE GALLOWAY et al v. BIG PICTURE LOANS, LLC et al

## EXHIBIT AND WITNESS LIST

Case Numbers: 3:17-CV-461-REP & 3:18-CV-406-REP

| PRESIDING JUDGE<br>ROBERT E. PAYNE | PLAINTIFF'S ATTORNEY<br>LEONARD BENNETT, KRISTI KELLY, AMY AUSTIN, KEVIN DILLON | DEFENDANT'S ATTORNEY<br>RICHARD SCHEFF, JOHN ERBACH, MICHAEL WITSCH, DOUG MARSH |
|---|---|---|
| COURTROOM NUMBER 7400 | COURT REPORTER PEPPY PETERSON | COURTROOM DEPUTY NIKKI BROWN |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| ■ | | 07/21/20 | | | Audio Clip: 4CCA Argument of William Hurd (Plaintiffs' Opening Statement) |
| 139 | | 07/21/20 | ✓ | | Deposition Video: W. Scott Merritt (March 21, 2019) |
| ■ | | 07/21/20 | | | Direct Examination – Matt Martorello (Defendant) |
| 1 | | 07/21/20 | ✓ | | Document: Exclusivity Agreement and Letter of Intent |
| 3 | | 07/21/20 | ✓ | | Document: Email (Rob Rosette to Nicole St. Germain, August 24, 2011) |
| 2 | | 07/21/20 | ✓ | | Document: Email (Matt Martorello to Flint Richardson et al, August 11, 2011) |
| 5 | | 07/21/20 | ✓ | | Document: Email (Flint Richardson to Karrie Wichtman et al, September 7, 2011) |
| 4 | | 07/21/20 | ✓ | | Document: Email (Matt Martorello to Flint Richardson et al, August 26, 2011) |
| 10 | | 07/21/20 | ✓ | | Document: Email (Karrie Wichtman to Nicole St. Germain et al, October 22, 2011) |
| 123 | | 07/21/20 | ✓ | | Declaration: Matt Martorello (Paragraph 35) |
| 13 | | 07/21/20 | ✓ | | Document: Email (Flint Richardson to Matt Martorello et al, November 13, 2011) |
| 56 | | 07/21/20 | ✓ | | Document: Email (Matt Martorello to Karrie Wichtman, August 26, 2014) |
| 57 | | 07/21/20 | ✓ | | Document: Email (Matt Martorello to Karrie Wichtman, August 26, 2014) |
| 123 | | 07/21/20 | ✓ | | Declaration: Matt Martorello (Paragraphs 26, 27, 28, 34) |
| 16 | | 07/21/20 | ✓ | | Document: Email (Matt Martorello to Karrie Wichtman, June 19, 2012) |
| 15 | | 07/21/20 | ✓ | | Document: Email (W. Scott Merritt to Matt Martorello, June, 16, 2012) |
| 11 | | 07/21/20 | ✓ | | Document: Service Agreement (Paragraph 4.9) |
| 20 | | 07/21/20 | ✓ | | Document: Amended Service Agreement (Paragraph 4.9) |
| 115 | | 07/21/20 | ✓ | | Document: Email (Manish Goyal to Matt Martorello, December 6, 2016) |
| 47 | | 07/21/20 | ✓ | | Document: Email (Demetris Papademtriou to Matt Martorello et al, February 7, 2014) |
| 123 | | 07/21/20 | ✓ | | Declaration: Matt Martorello (Paragraph 49) |

| | | | | | |
|---|---|---|---|---|---|
| 18 | | 07/21/20 | ✓ | | Document: Email (Matt Martorello to Karrie Wichtman et al, July 13, 2012) |
| 19 | | 07/21/20 | ✓ | | Document: Email (Matt Martorello to Karrie Wichtman et al, July 25, 2012) |
| 25 | | 07/21/20 | ✓ | | Document: Email (John Evans to Matt Martorello, August 8, 2013) |
| 26 | | 07/21/20 | ✓ | | Document: Email (Matt Martorello to Rob Rosette, April 16, 2013) |
| 27 | | 07/21/20 | ✓ | | Document: Email (Matt Martorello to Karrie Wichtman, July 15, 2013) |
| 28 | | 07/21/20 | ✓ | | Document: Email (Jennifer Galloway to Matt Martorello, July 23, 2013) |
| 29 | | 07/21/20 | ✓ | | Document: Email (Matt Martorello to Karrie Wichtman, August 9, 2013) |
| 30 | | 07/21/20 | ✓ | | Document: Email (Matt Martorello to Karrie Wichtman, August 9, 2013) |
| 123 | | 07/21/20 | ✓ | | Declaration: Matt Martorello (Paragraph 69) |
| 33 | | 07/21/20 | ✓ | | Document: Domain Registry (September 18, 2013) |
| 34 | | 07/21/20 | ✓ | | Document: Email (Matt Martorello to Karrie Wichtman et al, September 29, 2013) |
| 36 | | 07/21/20 | ✓ | | Document: Email (Matt Martorello to Karrie Wichtman, October 3, 2013) |
| 37 | | 07/21/20 | ✓ | | Document: Email (Matt Martorello to Rob Rosette, October 14, 2013) |
| 38 | | 07/21/20 | ✓ | | Document: Email (Matt Martorello to Karrie Wichtman et al, October 14, 2013) |
| 39 | | 07/21/20 | ✓ | | Document: Letter (Gravel to Phenomenon Marketing, October 15, 2013) |
| 41 | | 07/21/20 | ✓ | | Document: Email (Matt Martorello to Karrie Wichtman, October 29, 2013) |
| 42 | | 07/21/20 | ✓ | | Document: Email (Matt Martorello to Karrie Wichtman, November 8, 2013) |
| 43 | | 07/21/20 | ✓ | | Document: Email (Matt Martorello to Nicole St. Germain et al, December 31, 2013) |
| 53 | | 07/21/20 | ✓ | | Document: Email (Matt Martorello to Rob Rosette, August 25, 2014) |
| 54 | | 07/21/20 | ✓ | | Document: Email (Matt Martorello to Karrie Wichtman, August 25, 2014) |
| 55 | | 07/21/20 | ✓ | | Document: Email (Matt Martorello to Karrie Wichtman, August 25, 2014) |
| 65 | | 07/21/20 | ✓ | | Document: Email (Matt Martorello to Karrie Wichtman, November 11, 2014) |
| 67 | | 07/21/20 | ✓ | | Document: Letter (Colorado Attorney General to Red Rock, November 24, 2014) |
| 69 | | 07/21/20 | ✓ | | Document: Email (Matt Martorello to Karrie Wichtman, December 2, 2014) |
| 71 | | 07/21/20 | ✓ | | Document: Email (Matt Martorello to Karrie Wichtman et al, January 9, 2015) |
| 72 | | 07/21/20 | ✓ | | Document: Big Picture's First Amended Operating Agreement (February, 2015) |
| 73 | | 07/21/20 | ✓ | | Document: Ascension's Operating Agreement (February 4, 2015) |
| 76 | | 07/21/20 | ✓ | | Document: Eventide's Operating Agreement (February 9, 2015) |
| 80 | | 07/21/20 | ✓ | | Document: Email (Matt Martorello to Karrie Wichtman, February 23, 2015) |
| 81 | | 07/21/20 | ✓ | | Document: Email (Karrie Wichtman to Justin Martorello, February 24, 2015) |
| 85 | | 07/21/20 | ✓ | | Document: Email (Matt Martorello to Justin Martorello, July 9, 2015) |
| 136 | | 07/21/20 | ✓ | | Document: Agreement and Plan of Merger, Upper Lake (August 20, 2014) |
| 91 | | 07/21/20 | ✓ | | Document: Agreement and Plan Merger (September 14, 2015) |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.