# Bellicose Capital
# Corporate Structure

Chronological Evolution of Bellicose Capital, LLC

As of June 25, 2015

CONFIDENTIAL                                                                                          MARTORELLO_003105

Initial structure consisted of Bellicose VI, LLC as the primary holding company.

As of June 1, 2013



Changes made after 6/1/13:
1) On 7/22/13, IFI Inc. was merged into IFI LLC (a DE LLC). The surviving entity name is Iron Fence Investments, LLC.
2) On 8/28/13, AOI, ATC, ICA, SPVI and GKM were converted to DE LLCs.

2

CONFIDENTIAL

Changes made on 12/31/13:
1) Bluetech purchases ATC from BVI.
2) 7X Services tranfers its BVI interests to ATC.  7X Services is then dissolved.
3) Breakwater transfers its BVI interests to ATC.

Structure after changes are made:



CONFIDENTIAL

MARTORELLO_003107

Changes made on 1/1/14:
1) Initial Bellicose Capital OA is created and BC begins operations in PR.  JM owns 10% Cl. B Economic Interests.
2) SPVI and ICA interests transferred to BC from BVI.
3) GKM interests transferred from BVI to Green Key Holdings.
4) 75% of GKT Cl. A Membership Interests transferred from GKH to BC.

Also, on 1/29/14, Dorado Analytics formed.

Structure after changes are made:





On 7/1/14:
Bellicose Capital grants Cl. B Economic Interests:
- 1.5% to Brian McFadden
- 1.5% to James Dowd
- 1.5% to Simon Liang

CONFIDENTIAL   MARTORELLO_003109







CONFIDENTIAL MARTORELLO_003112



On 1/1/15:
1) 20% Cl. A Membership Interests in DA transferred to JM.
2) GKT interests transferred from ATC to DA.

CONFIDENTIAL

MARTORELLO_003113

On 2/27/15:
ICA interests transferred from BC to KH.

On 2/28/15:
DA interests transferred from BC to KH.

Structure after changes are made:



On 3/1/15:
1) 0.5% Cl. B Economic Interests in BC transferred to Brian McFadden from ATC.
2) All remaining BC interests owned by ATC transferred to KH.
3) All BC interests owned by MBMS transferred to Liont. Liont is 100% owned by Matt Martorello.

Structure after changes are made:



CONFIDENTIAL

MARTORELLO_003115

On 3/13/15:
1) IFI merged into BC.
2) ATC merged into BC. BVI is now owned by BC.
3) MBMS merged into BC.

Structure after changes are made:

