**No. of Trust** **7038/2010**

**Lodged by:** ASIACITI TRUST PACIFIC LIMITED

**COOK ISLANDS**

**INTERNATIONAL TRUSTS ACT 1984**

**(Section 16)**

**CERTIFICATE OF REGISTRATION UPON CHANGE OF NAME**

I, Ngametua Arakua, Registrar of International Trusts, hereby certify that **BLUETECH IRREVOCABLE TRUST** previously called THE M. MARTORELLO IRREVOCABLE TRUST of which the name was changed by trustee resolution dated June 10, 2011 was registered under the Cook Islands International Trusts Act 1984 on the 22nd day of December, 2010.

**GIVEN** under my hand and seal at Rarotonga, Cook Islands this June 10, 2011.




Registrar of International Trusts