## ADDENDUM TO SECURED PROMISSORY NOTE

This addendum ("Addendum") is made and entered into this ___ day of September, 2016 by and between Tribal Economic Development Holdings, LLC (together with its Subsidiaries, the "Borrower"), and Eventide Credit Acquisitions, LLC ("Lender"), and constitutes an addendum to that Secured Promissory Note ("Note") made and entered into between Borrower and Lender on October 7, 2015.

Section 1.2(b)(1) of the Note is hereby amended and restated in its entirety as follows:

1.2(b)   Minus the following:

    1.   A monthly distribution to the Tribe equal to three percent (3%) of the Gross Revenues until such time as one hundred fifty million dollars and no cents ($150,000,000.00) inclusive of principal and inclusive of principal and interest has been paid toward the Acquisition Amount at which time the percentage shall increase from three percent (3%) to six percent (6%) ("Monthly Distribution"), except that in an Event of Default, the distribution under this provision shall be reduced to zero.

IN WITNESS WHEREOF, the parties have executed this Addendum to become effective as of January 1, 2017.

**LENDER:**

Eventide Credit Acquisitions, LLC

By: _____
Name: Matt Martorello
Its: President of Manager

**SUBSIDIARY:**

Big Picture Loans, LLC
By: _____
Name: Michelle Hazen
Its: Co-Manager and CEO

**BORROWER:**

Tribal Economic Development Holdings, LLC

By: _____
Name: Michelle Hazen
Its: Co-Manager

**SUBSIDIARY:**

Ascension Technologies, LLC
By: _____
Name: Brian McFadden
Its: President

LVD-DEF00006281