IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

JOETTE PETE,

    Movant,

v.                                                       Misc. No. 3:19-mc-26

BIG PICTURE LOANS, LLC, *et al.*,

    Respondents.

---

LULA WILLIAMS, *et al.*,

    Plaintiffs,

v.                                                 Civil Action No. 3:17-cv-461

BIG PICTURE LOANS, LLC, *et al.*,

    Defendants.

---

RENEE GALLOWAY, *et al.*,

    Plaintiffs,

v.                                                 Civil Action No. 3:18-cv-406

BIG PICTURE LOANS, LLC, *et al.*,

    Defendants.

**ORDER**

    The parties not having filed a notice in response to ORDER (Pete v. Big Picture Loans, LLC, 3:19-mc-26 (E.D. Va.) ("Pete"), ECF No. 39; Williams v. Big Picture Loans, LLC, 3:17-cv-461 (E.D. Va.) ("Williams"), ECF No. 855; Galloway v. Big Picture Loans, LLC, 3:18-

cv-406 (E.D. Va.) ("Galloway I"), ECF No. 515) and the requirements for sealing not having been met, it is hereby ORDERED that:

(1) MATT MARTORELLO'S MOTION TO FILE UNDER SEAL UNREDACTED MEMORANDUM AND EXHIBITS CONTAINING MATERIAL DESIGNATED CONFIDENTIAL-ATTORNEYS' EYES ONLY BY PLAINTIFFS (Pete, ECF No. 26; Williams, ECF No. 750; Galloway I, ECF No. 394) is DENIED;

(2) The Plaintiffs' MOTION TO SEAL (Williams, ECF No. 774; Galloway I, ECF No. 424) is DENIED;

(3) The MEMORANDUM OPINION (Pete, ECF No. 38; Williams, ECF No. 854; Galloway I, ECF No. 514), MATT MARTORELLO'S MEMORANDUM IN SUPPORT OF MOTION UNDER RULE 30(d) FOR FURTHER DEPOSITION BASED ON CONDUCT THAT IMPEDED QUESTIONING AND FOR EXPEDITED RULING (Pete, ECF No. 29; Williams, ECF No. 753; Galloway I, ECF No. 397), accompanying Exhibit A (Pete, ECF No. 29-1, Williams, ECF No. 753-1; Galloway I, ECF No. 397-1), and accompanying Exhibit C (Pete, ECF No. 29-2; Williams, ECF No. 753-2; Galloway I, ECF No. 397-2), and the PLAINTIFFS' RESPONSE TO DEFENDANT MATT MARTORELLO'S MOTIONS UNDER RULE 30(d) (Williams, ECF No. 777; Galloway I, ECF No. 427) and the accompanying exhibit (Williams, ECF No. 778; Galloway I, ECF No. 428) shall be removed from under seal by the Clerk and placed in the public record.

It is so ORDERED.

/s/ *[signature]*
Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: July **30**, 2020