Thursday January 14, 2016

Good Morning Honorable Chairman, LVD Tribal Council, Elders and LVD Tribal Membership

Tom McGeshick Sr. and Susan McGeshick wish to address the Council in regards to the Misconduct of the Vice-Chairwoman Joette Pete Baldwin. The incident in question happened on the early morning hours of December 18, 2015.

Joette Pete Baldwin unlawfully entered the premises of Erin McGeshick located on C Ave. in the township of Watersmeet. A fight ensued with Joette Baldwin and Donna Klingman. While this was happening Joette Pete Baldwin, Colette Pete held back Erin McGeshick so she couldn't stop the incident from occurring. King David Baldwin Jr. and Jason Jackson held down William McGeshick so could not help Erin from putting a stop to this altercation.

What parent in their right mind would take their child to someone's residence to continue a fight that started outside of the bar?

Tom Sr. and I are looking to this council to take necessary steps in the removal of Joette Pete Baldwin as the Vice Chairwoman of this tribe. Under Article VIII – Recall, Removal and Vacancy Section 2 part (b) Gross misconduct in office.

Joette Pete Baldwin should be setting an example for the Tribal Membership instead of creating problems by unlawfully entering another tribal member's home. What kind of example are we looking to the future of our leadership? Is it okay for the executive officers much less the tribal council to be taking matters into our own hands.

Tom Sr. and I have been to the police at LVD and have called the prosecutor's office of Gogebic County and have been told the investigation has been done and the paperwork is sitting on his desk. We feel that this matter deserves the attention of this council to settle this matter. Yes, we also have laws that protect the membership, and Tom Sr. and I feel Erin's rights have been violated by the Vice-Chairwoman and all that were involved in this incident.

So at this time I, Susan McGeshick make a motion for the resignation of Joette Pete Baldwin, Vice-Chairwoman of the Lac Vieux Desert Tribe.

Thursday January 14, 2016

Good Morning Honorable Chairman, LVD Tribal Council, Elders and LVD Tribal Membership

Tom McGeshick Sr. and Susan McGeshick wish to address the Council in regards to the Misconduct of the Vice-Chairwoman Joette Pete Baldwin. The incident in question happened on the early morning hours of December 18, 2015.

Joette Pete Baldwin unlawfully entered the premises of Erin McGeshick located on C Ave. in the township of Watersmeet. A fight ensued with Joette Baldwin and Donna Klingman. While this was happening Joette Pete Baldwin, Colette Pete held back Erin McGeshick so she couldn't stop the incident from occurring. King David Baldwin Jr. and Jason Jackson held down William McGeshick so could not help Erin from putting a stop to this altercation.

What parent in their right mind would take their child to someone's residence to continue a fight that started outside of the bar?

Tom Sr. and I are looking to this council to take necessary steps in the removal of Joette Pete Baldwin as the Vice Chairwoman of this tribe. Under Article VIII – Recall, Removal and Vacancy Section 2 part (b) Gross misconduct in office.

Joette Pete Baldwin should be setting an example for the Tribal Membership instead of creating problems by unlawfully entering another tribal member's home. What kind of example are we looking to the future of our leadership? Is it okay for the executive officers much less the tribal council to be taking matters into our own hands.

Tom Sr. and I have been to the police at LVD and have called the prosecutor's office of Gogebic County and have been told the investigation has been done and the paperwork is sitting on his desk. We feel that this matter deserves the attention of this council to settle this matter. Yes, we also have laws that protect the membership, and Tom Sr. and I feel Erin's rights have been violated by the Vice-Chairwoman and all that were involved in this incident.

So at this time I, Susan McGeshick make a motion for the resignation of Joette Pete Baldwin, Vice-Chairwoman of the Lac Vieux Desert Tribe.

Thursday January 14, 2016

Good Morning Honorable Chairman, LVD Tribal Council, Elders and LVD Tribal Membership

Tom McGeshick Sr. and Susan McGeshick wish to address the Council in regards to the Misconduct of the Vice-Chairwoman Joette Pete Baldwin. The incident in question happened on the early morning hours of December 18, 2015.

Joette Pete Baldwin unlawfully entered the premises of Erin McGeshick located on C Ave. in the township of Watersmeet. A fight ensued with Joette Baldwin and Donna Klingman. While this was happening Joette Pete Baldwin, Colette Pete held back Erin McGeshick so she couldn't stop the incident from occurring. King David Baldwin Jr. and Jason Jackson held down William McGeshick so could not help Erin from putting a stop to this altercation.

What parent in their right mind would take their child to someone's residence to continue a fight that started outside of the bar?

Tom Sr. and I are looking to this council to take necessary steps in the removal of Joette Pete Baldwin as the Vice Chairwoman of this tribe. Under Article VIII – Recall, Removal and Vacancy Section 2 part (b) Gross misconduct in office.

Joette Pete Baldwin should be setting an example for the Tribal Membership instead of creating problems by unlawfully entering another tribal member's home. What kind of example are we looking to the future of our leadership? Is it okay for the executive officers much less the tribal council to be taking matters into our own hands.

Tom Sr. and I have been to the police at LVD and have called the prosecutor's office of Gogebic County and have been told the investigation has been done and the paperwork is sitting on his desk. We feel that this matter deserves the attention of this council to settle this matter. Yes, we also have laws that protect the membership, and Tom Sr. and I feel Erin's rights have been violated by the Vice-Chairwoman and all that were involved in this incident.

So at this time I, Susan McGeshick make a motion for the resignation of Joette Pete Baldwin, Vice-Chairwoman of the Lac Vieux Desert Tribe.

Thursday January 14, 2016

Good Morning Honorable Chairman, LVD Tribal Council, Elders and LVD Tribal Membership

Tom McGeshick Sr. and Susan McGeshick wish to address the Council in regards to the Misconduct of the Vice-Chairwoman Joette Pete Baldwin. The incident in question happened on the early morning hours of December 18, 2015.

Joette Pete Baldwin unlawfully entered the premises of Erin McGeshick located on C Ave. in the township of Watersmeet. A fight ensued with Joette Baldwin and Donna Klingman. While this was happening Joette Pete Baldwin, Colette Pete held back Erin McGeshick so she couldn't stop the incident from occurring. King David Baldwin Jr. and Jason Jackson held down William McGeshick so could not help Erin from putting a stop to this altercation.

What parent in their right mind would take their child to someone's residence to continue a fight that started outside of the bar?

Tom Sr. and I are looking to this council to take necessary steps in the removal of Joette Pete Baldwin as the Vice Chairwoman of this tribe. Under *Article VIII – Recall, Removal and Vacancy* Section 2 part (b) Gross misconduct in office.

Joette Pete Baldwin should be setting an example for the Tribal Membership instead of creating problems by unlawfully entering another tribal member's home. What kind of example are we looking to the future of our leadership? Is it okay for the executive officers much less the tribal council to be taking matters into our own hands.

Tom Sr. and I have been to the police at LVD and have called the prosecutor's office of Gogebic County and have been told the investigation has been done and the paperwork is sitting on his desk. We feel that this matter deserves the attention of this council to settle this matter. Yes, we also have laws that protect the membership, and Tom Sr. and I feel Erin's rights have been violated by the Vice-Chairwoman and all that were involved in this incident.

So at this time I, Susan McGeshick make a motion for the resignation of Joette Pete Baldwin, Vice-Chairwoman of the Lac Vieux Desert Tribe.

Thursday January 14, 2016

Good Morning Honorable Chairman, LVD Tribal Council, Elders and LVD Tribal Membership

Tom McGeshick Sr. and Susan McGeshick wish to address the Council in regards to the Misconduct of the Vice-Chairwoman Joette Pete Baldwin. The incident in question happened on the early morning hours of December 18, 2015.

Joette Pete Baldwin unlawfully entered the premises of Erin McGeshick located on C Ave. in the township of Watersmeet. A fight ensued with Joette Baldwin and Donna Klingman. While this was happening Joette Pete Baldwin, Colette Pete held back Erin McGeshick so she couldn't stop the incident from occurring. King David Baldwin Jr. and Jason Jackson held down William McGeshick so could not help Erin from putting a stop to this altercation.

What parent in their right mind would take their child to someone's residence to continue a fight that started outside of the bar?

Tom Sr. and I are looking to this council to take necessary steps in the removal of Joette Pete Baldwin as the Vice Chairwoman of this tribe. Under Article VIII – Recall, Removal and Vacancy Section 2 part (b) Gross misconduct in office.

Joette Pete Baldwin should be setting an example for the Tribal Membership instead of creating problems by unlawfully entering another tribal member's home. What kind of example are we looking to the future of our leadership? Is it okay for the executive officers much less the tribal council to be taking matters into our own hands.

Tom Sr. and I have been to the police at LVD and have called the prosecutor's office of Gogebic County and have been told the investigation has been done and the paperwork is sitting on his desk. We feel that this matter deserves the attention of this council to settle this matter. Yes, we also have laws that protect the membership, and Tom Sr. and I feel Erin's rights have been violated by the Vice-Chairwoman and all that were involved in this incident.

So at this time I, Susan McGeshick make a motion for the resignation of Joette Pete Baldwin, Vice-Chairwoman of the Lac Vieux Desert Tribe.

Thursday January 14, 2016

Good Morning Honorable Chairman, LVD Tribal Council, Elders and LVD Tribal Membership

Tom McGeshick Sr. and Susan McGeshick wish to address the Council in regards to the Misconduct of the Vice-Chairwoman Joette Pete Baldwin. The incident in question happened on the early morning hours of December 18, 2015.

Joette Pete Baldwin unlawfully entered the premises of Erin McGeshick located on C Ave. in the township of Watersmeet. A fight ensued with Joette Baldwin and Donna Klingman. While this was happening Joette Pete Baldwin, Colette Pete held back Erin McGeshick so she couldn't stop the incident from occurring. King David Baldwin Jr. and Jason Jackson held down William McGeshick so could not help Erin from putting a stop to this altercation.

What parent in their right mind would take their child to someone's residence to continue a fight that started outside of the bar?

Tom Sr. and I are looking to this council to take necessary steps in the removal of Joette Pete Baldwin as the Vice Chairwoman of this tribe. Under Article VIII – Recall, Removal and Vacancy Section 2 part (b) Gross misconduct in office.

Joette Pete Baldwin should be setting an example for the Tribal Membership instead of creating problems by unlawfully entering another tribal member's home. What kind of example are we looking to the future of our leadership? Is it okay for the executive officers much less the tribal council to be taking matters into our own hands.

Tom Sr. and I have been to the police at LVD and have called the prosecutor's office of Gogebic County and have been told the investigation has been done and the paperwork is sitting on his desk. We feel that this matter deserves the attention of this council to settle this matter. Yes, we also have laws that protect the membership, and Tom Sr. and I feel Erin's rights have been violated by the Vice-Chairwoman and all that were involved in this incident.

So at this time I, Susan McGeshick make a motion for the resignation of Joette Pete Baldwin, Vice-Chairwoman of the Lac Vieux Desert Tribe.

Thursday January 14, 2016

Good Morning Honorable Chairman, LVD Tribal Council, Elders and LVD Tribal Membership

Tom McGeshick Sr. and Susan McGeshick wish to address the Council in regards to the Misconduct of the Vice-Chairwoman Joette Pete Baldwin. The incident in question happened on the early morning hours of December 18, 2015.

Joette Pete Baldwin unlawfully entered the premises of Erin McGeshick located on C Ave. in the township of Watersmeet. A fight ensued with Joette Baldwin and Donna Klingman. While this was happening Joette Pete Baldwin, Colette Pete held back Erin McGeshick so she couldn't stop the incident from occurring. King David Baldwin Jr. and Jason Jackson held down William McGeshick so could not help Erin from putting a stop to this altercation.

What parent in their right mind would take their child to someone's residence to continue a fight that started outside of the bar?

Tom Sr. and I are looking to this council to take necessary steps in the removal of Joette Pete Baldwin as the Vice Chairwoman of this tribe. Under Article VIII – Recall, Removal and Vacancy Section 2 part (b) Gross misconduct in office.

Joette Pete Baldwin should be setting an example for the Tribal Membership instead of creating problems by unlawfully entering another tribal member's home. What kind of example are we looking to the future of our leadership? Is it okay for the executive officers much less the tribal council to be taking matters into our own hands.

Tom Sr. and I have been to the police at LVD and have called the prosecutor's office of Gogebic County and have been told the investigation has been done and the paperwork is sitting on his desk. We feel that this matter deserves the attention of this council to settle this matter. Yes, we also have laws that protect the membership, and Tom Sr. and I feel Erin's rights have been violated by the Vice-Chairwoman and all that were involved in this incident.

So at this time I, Susan McGeshick make a motion for the resignation of Joette Pete Baldwin, Vice-Chairwoman of the Lac Vieux Desert Tribe.

JPB 02178

Thursday January 14, 2016

Good Morning Honorable Chairman, LVD Tribal Council, Elders and LVD Tribal Membership

Tom McGeshick Sr. and Susan McGeshick wish to address the Council in regards to the Misconduct of the Vice-Chairwoman Joette Pete Baldwin. The incident in question happened on the early morning hours of December 18, 2015.

Joette Pete Baldwin unlawfully entered the premises of Erin McGeshick located on C Ave. in the township of Watersmeet. A fight ensued with Joette Baldwin and Donna Klingman. While this was happening Joette Pete Baldwin, Colette Pete held back Erin McGeshick so she couldn't stop the incident from occurring. King David Baldwin Jr. and Jason Jackson held down William McGeshick so could not help Erin from putting a stop to this altercation.

What parent in their right mind would take their child to someone's residence to continue a fight that started outside of the bar?

Tom Sr. and I are looking to this council to take necessary steps in the removal of Joette Pete Baldwin as the Vice Chairwoman of this tribe. Under Article VIII – Recall, Removal and Vacancy Section 2 part (b) Gross misconduct in office.

Joette Pete Baldwin should be setting an example for the Tribal Membership instead of creating problems by unlawfully entering another tribal member's home. What kind of example are we looking to the future of our leadership? Is it okay for the executive officers much less the tribal council to be taking matters into our own hands.

Tom Sr. and I have been to the police at LVD and have called the prosecutor's office of Gogebic County and have been told the investigation has been done and the paperwork is sitting on his desk. We feel that this matter deserves the attention of this council to settle this matter. Yes, we also have laws that protect the membership, and Tom Sr. and I feel Erin's rights have been violated by the Vice-Chairwoman and all that were involved in this incident.

So at this time I, Susan McGeshick make a motion for the resignation of Joette Pete Baldwin, Vice-Chairwoman of the Lac Vieux Desert Tribe.

JPB 02179

Thursday January 14, 2016

Good Morning Honorable Chairman, LVD Tribal Council, Elders and LVD Tribal Membership

Tom McGeshick Sr. and Susan McGeshick wish to address the Council in regards to the Misconduct of the Vice-Chairwoman Joette Pete Baldwin. The incident in question happened on the early morning hours of December 18, 2015.

Joette Pete Baldwin unlawfully entered the premises of Erin McGeshick located on C Ave. in the township of Watersmeet. A fight ensued with Joette Baldwin and Donna Klingman. While this was happening Joette Pete Baldwin, Colette Pete held back Erin McGeshick so she couldn't stop the incident from occurring. King David Baldwin Jr. and Jason Jackson held down William McGeshick so could not help Erin from putting a stop to this altercation.

What parent in their right mind would take their child to someone's residence to continue a fight that started outside of the bar?

Tom Sr. and I are looking to this council to take necessary steps in the removal of Joette Pete Baldwin as the Vice Chairwoman of this tribe. Under Article VIII – Recall, Removal and Vacancy Section 2 part (b) Gross misconduct in office.

Joette Pete Baldwin should be setting an example for the Tribal Membership instead of creating problems by unlawfully entering another tribal member's home. What kind of example are we looking to the future of our leadership? Is it okay for the executive officers much less the tribal council to be taking matters into our own hands.

Tom Sr. and I have been to the police at LVD and have called the prosecutor's office of Gogebic County and have been told the investigation has been done and the paperwork is sitting on his desk. We feel that this matter deserves the attention of this council to settle this matter. Yes, we also have laws that protect the membership, and Tom Sr. and I feel Erin's rights have been violated by the Vice-Chairwoman and all that were involved in this incident.

So at this time I, Susan McGeshick make a motion for the resignation of Joette Pete Baldwin, Vice-Chairwoman of the Lac Vieux Desert Tribe.