IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

LULA WILLIAMS, *et al.*,

    Plaintiffs,

v.                             Civil Action No. 3:17-cv-461

BIG PICTURE LOANS, LLC, *et al.*,

    Defendants.

**ORDER**

It is hereby ORDERED that all proceedings in this case are stayed pending resolution of Martorello's interlocutory appeal. See PETITION FOR PERMISSION TO APPEAL UNDER RULE 23(f), ECF No. 1119-2.

It is so ORDERED.

                                            /s/   REP
                                   Robert E. Payne
                                   Senior United States District Judge

Richmond, Virginia
Date: August 13, 2021