**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | |
|---|---|
| **LULA WILLIAMS, *et al.*,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| **v.** ) | **Civil Action No. 3:17-cv-461 (REP)** |
| ) | |
| **BIG PICTURE LOANS, LLC, *et al.*,** ) | |
| ) | |
| **Defendants.** ) | |

## JOINT NOTICE PURSUANT TO THE COURT'S INSTRUCTION

During the conference before the Court in *Galloway v. Big Picture Loans, LLC, et al.*, Case No. 3:18-cv-406 (E.D. Va.) on September 21, 2021, the Court asked the parties to identify any remaining motions or miscellaneous cases pending before the Court. The parties have conferred and agree that the only outstanding motion or miscellaneous matter pending before the Court is the Renewed Motion to Clarify (Dkt No. 48), which is pending and has been fully briefed (Dkt. Nos. 49, 50, 51) in the miscellaneous case styled *Williams v. Microbilt Corporation*, Case No. 3:19-mc-00014(REP) (E.D. Va.). There is also another third-party discovery matter—*Weddle v. Williams*, Case No. 3:19-mc-00015(REP) (E.D. Va.)—that remains open as of today. However, contemporaneously with this filing, Plaintiffs are filing a notice in that matter withdrawing the subpoenas and requesting the motion to be denied as moot.

By: */s/     John David Taliaferro*
John David Taliaferro (Va. Bar. 71502)
Email: jtaliaferro@loeb.com
LOEB & LOEB LLP
901 New York Ave., NW
Suite 300-E
Washington, DC 20001
Telephone: (202) 618-5015
Facsimile: (202) 318-0691

1

Bernard R. Given, *Admitted Pro Hac Vice*
Email: bgiven@loeb.com
William N. Grosswendt, *Admitted Pro Hac Vice*
Email: wgrosswendt@loeb.com
LOEB & LOEB LLP
10100 Santa Monica Blvd., Suite 2200
Los Angeles, CA 90067
Telephone: (310) 282-2348
Facsimile: (310) 742-0414

*Attorneys for Matt Martorello*

*/s/ Kristi C. Kelly*
Kristi C. Kelly, VSB #72791
Andrew J. Guzzo, VSB #82170
KELLY GUZZO, PLC
3925 Chain Bridge Road, Suite 202
Fairfax, VA 22030
(703) 424-7572
(703) 591-0167 Facsimile
Email: kkelly@kellyguzzo.com
Email: aguzzo@kellyguzzo.com
*Counsel for Plaintiffs*

2

CERTIFICATE OF SERVICE

I hereby certify that on September 23, 2021, I electronically filed the foregoing with the

Clerk of the Court using the CM/ECF system which will send notification of such filing to the

following which will then send a notification of such filing (NEF) to the following:

Leonard A. Bennett, VSB #37523
Email: lenbennett@clalegal.com
Craig C. Marchiando, VSB #89736
Email: craig@clalegal.com
Amy Austin, VSB #46579
Email: amyaustin@clalegal.com
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, Virginia 23601
Telephone: (757) 930-3660
Facsimile: (757) 930-3662

Kristi C. Kelly, VSB #72791
Email: kkelly@kellyguzzo.com
Andrew J. Guzzo, VSB #82170
Email: aguzzo@kellyguzzo.com
Casey S. Nash, VSB #84261
Email: casey@kellyguzzo.com
KELLY GUZZO, PLC
3925 Chain Bridge Road, Suite 202
Fairfax, Virginia 22030
Telephone: (703) 424-7572
Facsimile: (703) 591-0167

E. Michelle Drake, *Admitted Pro Hac Vice*
Email: emdrake@bm.net
John G. Albanese, *Admitted Pro Hac Vice*
Email: jalbanese@bm.net
BERGER MONTAGUE PC
43 SE Main Street, Suite 505
Minneapolis, Minnesota 55414
Telephone: (612) 594-5999
Facsimile: (612) 584-4470

Beth E. Terrell, *Admitted Pro Hac Vice*
Email: bterrell@terrellmarshall.com
Jennifer Rust Murray, *Admitted Pro Hac Vice*
Email:  jmurray@terrellmarshall.com
Elizabeth A. Adams, *Admitted Pro Hac Vice*

3

Email: eadams@terrellmarshall.com
TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103
Telephone: (206) 816-6603
Facsimile: (206) 319-5450

Matthew Wessler, *Admitted Pro Hac Vice*
Email: matt@guptawessler.com
GUPTA WESSLER PLLC
1735 20th Street, NW
Washington, DC 20009
Telephone: (202) 888-1741
Facsimile: (202) 888-7792

*Attorneys for Plaintiffs and Classes*

David N. Anthony, Virginia State Bar #31696
Email: david.anthony@troutmansanders.com
Timothy J. St. George, Virginia State Bar #77349
Email: tim.stgeorge@troutmansanders.com
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, Virginia 23219
Telephone: (804) 697-5410
Facsimile: (804) 698-5118

*Attorneys for Defendants*

Justin Alexander Gray, *Admitted Pro Hac Vice*
Email: jgray@rosettelaw.com
ROSETTE, LLP
25344 Red Arrow Highway
Mattawan, Michigan 49071
Telephone: (269) 283-5005
Facsimile: (517) 913-6443

*Attorneys for Defendants Big Picture Loans, LLC and Ascension Technologies, LLC*

DATED this 23rd day of September, 2021.


By: /s/ John David Taliaferro
    John David Taliaferro (Va. Bar. 71502)
    Email: jtaliaferro@loeb.com
    LOEB & LOEB LLP
    901 New York Ave., NW
    Suite 300-E
    Washington, DC 20001
    Telephone: (202) 618-5015
    Facsimile: (202) 318-0691

    *Attorneys for Defendant Matt Martorello*