# **Exhibit JJ**

| | |
|---|---|
| **From:** | Justin Martorello |
| **To:** | Tanya Gibbs; Brian McFadden; Matt Martorello; Shelly Allen - DCTF (gkway@duckcreektf.com); James Williams Jr. |
| **Cc:** | Justin Martorello; Karrie Wichtman |
| **Subject:** | RE: CFPB On-Boarding Portal |
| **Date:** | Tuesday, June 10, 2014 12:42:20 PM |
| **Attachments:** | image001.png |

All contacts should be Duck Creek employees or legal representation (Rosette). Donna sounds like a great suggestion and she should be able to tell you which browser they use to access the internet.

---

**From:** Tanya Gibbs [mailto:TGibbs@rosettelaw.com]
**Sent:** Tuesday, June 10, 2014 3:36 PM
**To:** Justin Martorello; Brian McFadden; Matt Martorello; Shelly Allen - DCTF (gkway@duckcreektf.com); James Williams Jr.
**Cc:** Justin Martorello; Karrie Wichtman
**Subject:** RE: CFPB On-Boarding Portal

Just wanted to follow up regarding what internet browsers we use (Windows 8, Google Chrome, Safari?) as well as who we should have as the second contact person in addition to gkway. Karrie and I just discussed this a bit and the contact person will need to access the portal to gather any consumer complaint information as well as upload our responses. Maybe it makes sense to have Donna listed as the contact for DCTF and gkway for RRTL?

Let me know your thoughts so that I can follow up with the folks at the CFPB.

Thanks!

Tanya

---

**From:** Justin Martorello [mailto:justinm@bellicosecapital.com]
**Sent:** Friday, June 6, 2014 11:54 AM
**To:** Tanya Gibbs; Brian McFadden; Matt Martorello; Shelly Allen - DCTF (gkway@duckcreektf.com); James Williams Jr.
**Cc:** Justin Martorello; Karrie Wichtman
**Subject:** RE: CFPB On-Boarding Portal

Well, it looks like it's too late to update the author. C'est la vie.

---

**From:** Tanya Gibbs [mailto:TGibbs@rosettelaw.com]
**Sent:** Friday, June 6, 2014 11:47 AM
**To:** Brian McFadden; Matt Martorello; Shelly Allen - DCTF (gkway@duckcreektf.com); James Williams Jr.

ROSETTE_REVISED_030630

**Cc:** Justin Martorello; Karrie Wichtman
**Subject:** RE: CFPB On-Boarding Portal

I sent the information over to Donna at the CFPB, and she needs to know what browsers we use to make sure that it is compatible with the CFPB Portal site. She said that Internet Explorer 8 or higher, Google Chrome and Safari are all compatible. Please let me know what we use so I can confirm with her.

Also, she has sent the forms out to get everything started and that gkway will be getting an email in the next 24-48 hours with a confirmation and login information. In the email there will be instructions on how to access any consumer complaints and you should be able to view them right away.

---

**From:** Brian McFadden [mailto:BrianM@bellicosevi.com]
**Sent:** Thursday, June 5, 2014 5:52 PM
**To:** Matt Martorello; Tanya Gibbs; Shelly Allen - DCTF (gkway@duckcreektf.com); James Williams Jr.
**Cc:** Justin Martorello; Karrie Wichtman
**Subject:** RE: CFPB On-Boarding Portal

See attached…

---

**From:** Matt Martorello
**Sent:** Thursday, June 05, 2014 2:04 PM
**To:** Tanya Gibbs; Shelly Allen - DCTF (gkway@duckcreektf.com); James Williams Jr.
**Cc:** Justin Martorello; Karrie Wichtman; Brian McFadden
**Subject:** RE: CFPB On-Boarding Portal

Thanks Tanya, sounds like a solid plan to demonstrate the high level of integrity at LVD.  I'm copying Brian, as he might have some recommendations for how these specific complaints need to be handled by the DCTF office, given their unique nature.

Regarding the form in excel, remember that you are not "Payday Loans" but rather Column E, "Consumer Loans", and that the filing will apply for each RRTL and for DCTF.

Brian will help with the excel sheet (for each) and revert back, but looks pretty basic.

---

**From:** Tanya Gibbs [mailto:TGibbs@rosettelaw.com]
**Sent:** Thursday, June 5, 2014 1:28 PM
**To:** Shelly Allen - DCTF (gkway@duckcreektf.com); James Williams Jr.
**Cc:** Matt Martorello; Justin Martorello; Karrie Wichtman
**Subject:** CFPB On-Boarding Portal

I sent this a few weeks back and wanted to follow up.  Attached is the On-Boarding Form and a memo regarding my discussion with the CFPB about the On-Boarding Portal consumer complaint process and the next steps we need to take to get this going.  We will need some product information in order to complete the form, but should be able to complete the rest. Please let me

know if you have any further questions.

Thanks!

Tanya

**Tanya M. Gibbs**
**Rosette, LLP**
**Attorneys at Law**
Michigan Office
25344 Red Arrow Hwy, Suite B
Mattawan, MI 49071
269.283.5005 – Office
480.204.8009 - Cell
517.913.6443 – Fax
tgibbs@rosettelaw.com
www.rosettelaw.com

CONFIDENTIAL COMMUNICATION: THIS MESSAGE IS A CONFIDENTIAL ATTORNEY COMMUNICATION ONLY FOR USE BY THE INTENDED RECIPIENT.  ANY INADVERTENT RECEIPT SHALL NOT CONSTITUTE A WAIVER OF ATTORNEY-CLIENT OR WORK PRODUCT PROTECTION.  IF RECEIVED IN ERROR, PLEASE NOTIFY TANYA M. GIBBS IMMEDIATELY AND DELETE THIS MESSAGE.  THANK YOU FOR YOUR COOPERATION.

**This email and any files transmitted with it are confidential and may contain privileged or copyrighted information. You must not present this message to another party without gaining permission from the sender. If you are not the intended recipient you must not copy, distribute or use this email or the information contained in it for any purpose other than to notify us. If you have received this message in error, please notify the sender immediately, and delete this email from your system.**
**This email and any files transmitted with it are confidential and may contain privileged or copyrighted information. You must not present this message to another party without gaining permission from the sender. If you are not the intended recipient you must not copy, distribute or use this email or the information contained in it for any purpose other than to notify us. If you have received this message in error, please notify the sender immediately, and delete this email from your system.**
**This email and any files transmitted with it are confidential and may contain privileged or copyrighted information. You must not present this message to another party without gaining permission from the sender. If you are not the intended recipient you must not copy, distribute or use this email or the information contained in it for any purpose other than to notify us. If you have received this message in error, please notify the sender immediately, and delete this email from your system.**

ROSETTE_REVISED_030632