# **Exhibit WW**

```
 1                    UNITED STATES DISTRICT COURT
                         DISTRICT OF OREGON
 2                        PORTLAND DIVISION
 3
 4
 5
 6          RICHARD LEE SMITH, JR., individually and
            on behalf of persons similarly situated,
 7
 8                     Plaintiffs,
 9
10          vs                      Case No. 3:18-CV-01651-AC
11
12          BIG PICTURE LOANS, LLC,
            MATT MARTORELLO, ASCENSION
13          TECHNOLOGIES, LLC f/k/a
            BELLICOSE CAPITAL, LLC,
14
15                     Defendants.
                                              /
16
17
18                     SUBJECT TO PROTECTIVE ORDER
19
20              The videotaped deposition of CHAIRMAN JAMES
21          WILLIAMS, taken before Karyn S. Schultz, CSR-4269,
22          Certified Shorthand Reporter and Notary Public, at 44
23          Grandville Avenue, Grand Rapids, Michigan, on the 1st of
24          July, 2019, commencing at 9:06 a.m., pursuant to notice.
25
                                                     Page 1
```

```
 1                        APPEARANCES:
 2              FOR THE PLAINTIFF:
 3                   MR. JOHN SCOFIELD
                     Caddell & Chapman
 4                   628 East 9th Street
                     Houston, Texas 77007
 5                   (713) 751-0400
 6              FOR DEFENDANT MARTORELLO:
 7                   MR. JONATHAN P. BOUGHRUM
                     Armstrong Teasdale
 8                   1500 Market Street, 12th Floor, East Tower
                     Philadelphia, Pennsylvania 19102
 9                   (484) 222-1316
10              FOR DEFENDANT BIG PICTURE LOANS & ASCENSION
           TECHNOLOGIES:
11
                     MS. ANNA BRUTY
12                   MS. JENNIFER SAECKL
                     MS. NAZUNE MENKA
13                   Rosette, LLP
                     44 Grandville Avenue, Ste. 300
14                   Grand Rapids, Michigan 49503-4064
                     (616) 655-1601
15           and
                     MR. TIMOTHY J. ST. GEORGE (via telephone)
16                   Troutman Sanders
                     100 SW Main Street, Ste. 1000
17                   Portland, Oregon 97204
                     (503) 290-2400
18
19              ALSO PRESENT:
20                   MR. MARC MYERS, Videographer
21
22                        INDEX                         PAGE
23         Examination by Mr. Scofield                    5
           Examination by Mr. Boughrum                   94
24         Examination by Ms. Bruty                     117
           Further Examination by Mr. Scofield          117
25
```

Page 2

```
 1      Q      In your capacity as tribal Chairman, do you monitor the

 2             state of lending regulations by the United States

 3             Congress and the Consumer Financial Protection Bureau?

 4      A      We -- I actually go to DC quite a bit to educate and work

 5             with the CFPB, the DOJ on educating and getting educated

 6             on -- on lending -- lending laws, changes within -- in

 7             the lending business, yeah.

 8      Q      And you are going this afternoon for a -- a meeting

 9             tomorrow, correct?

10      A      Correct.

11      Q      Do you monitor the national landscape of enforcement

12             actions by the Federal Trade Commission and the CFPB?

13      A      Our business does, yes.

14      Q      And as a co-manager of the business, do you try to keep

15             in touch with that?

16      A      I try to do the best I can other than what I do as a --

17             as a Chairman of the Tribe, yes.

18      Q      And, in fact, you spend time lobbying the Federal

19             Government to loosen its regulations on online lending

20             services, particularly the Tribe affiliated lending

21             entities?

22                    MS. BRUTY:  Objection.  Vague as to loosen.

23                    COURT REPORTER:  I'm sorry, objection.

24             Vague --

25                    MR. SCOFIELD:  As to loosen.
```

Page 21

```
 1    A    I think we, we -- we lobby to what we believe in lending

 2         is about as far as being consistent with other lending

 3         companies and things of that nature.

 4    Q    You lobbied the Federal Government, including the CFPB

 5         and congressional officials, to lessen the -- the

 6         regulation of the tribal affiliated lending industry,

 7         true?

 8    A    Lobbying -- I can't say I did that.  I can say that I --

 9         I lobbied to, to -- to keep the existing, you know,

10         language in lending business.

11    Q    So you try to prevent regulations from becoming more

12         strict as far as challenging to the process of tribal

13         affiliated lending?

14    A    No, I can't say I lobby to -- to lessen the restrictions

15         because that's one of our most -- that's one of our most,

16         you know, important things in our lending business is

17         regulation.  And that's one thing that we have pushed

18         with the CFPB and the DOJ as far as how our tribal law

19         complies with -- with Federal law when it comes to

20         lending.

21    Q    So do you try to work with the CFPB to keep them from

22         pursuing claims against your Tribe and its affiliated

23         lending entities?

24    A    No.  We work with the CB -- CFPB to understand what our

25         business is, what our model is, and what our regulations
```

```
 1              are, and how they -- how they comply with -- with Federal

 2              law.

 3      Q       What is TED Investments, LLC?

 4      A       It's a tribal economic development holding company that's

 5              -- that's our -- is -- is the oversight of BPL and

 6              Ascensions.

 7      Q       And that's TED Investments, LLC?

 8      A       Economic development holding company, it's a holding

 9              company.

10      Q       Okay.  And I'm not making reference to Tribal Economic

11              Development Holding, LLC, I'm making reference to an

12              entity called TED Investments, LLC.  Are you familiar

13              with that?

14      A       TED Investments is, you know, we -- you know, all I'm --

15              I'm not sure the question that you are asking.  I mean --

16      Q       Are you familiar with the name of that company?

17      A       TED -- TED Holdings?

18      Q       TED Investments.

19      A       TED Investments.  I'm not sure how -- how that -- that is

20              -- the investments, as far as the Tribe or -- that, that

21              invests into our own business.  Like that's, you know, I

22              guess we really haven't really talked about that a whole

23              lot, just other than, you know, when the Tribe, you know,

24              is able to invest and it goes through TED, and it

25              reinvests back into our own business.
```

```
 1    A    I would, I would -- I don't know the exact number.  I

 2         would have to refer to our accounting to -- to get those

 3         -- those numbers.  Yeah, I, I -- I couldn't -- I would

 4         be -- I would be guessing if I -- if I gave you a number.

 5    Q    Setting aside that amount of money that was invested as a

 6         requirement for doing business with Eventide, has the

 7         Tribe invested other capital into Big Picture Loans as a

 8         part of -- well, just, just -- let me try again.

 9    A    Yeah.

10    Q    Setting aside the amount that was invested as a

11         requirement for doing business with Eventide, has the

12         Tribe invested other capital into Big Picture Loans?

13    A    Yes.

14    Q    How much has it invested?

15    A    Around $9 million.

16    Q    Where it did that $9 million come from?

17    A    From our other investments we have made throughout the

18         Tribe.

19    Q    So Big Picture Loans have received $9 million from the

20         Tribe with the Tribe serving as an investor into the

21         company?

22    A    Yes.

23    Q    What is the return the Tribe gets on its investment of $9

24         million?

25    A    It's a -- right around $1.5 million so far since we
```

Page 27

```
 1                          CERTIFICATE

 2

         STATE OF MICHIGAN    )

 3                            )  ss

         COUNTY OF BERRIEN    )

 4

 5              I certify that this transcript, consisting of

 6         133 pages is a complete, true, and correct record of the

 7         testimony of CHAIRMAN JAMES WILLIAMS held in this case on

 8         July 1, 2019.

 9              I also certify that prior to taking this

10         deposition the witness was duly sworn to tell the truth.

11              I also certify that I am not a relative or

12         employee of or an attorney for a party, or financially

13         interested in the action.

14              In witness whereof I have hereunto set my hand

15         this 18th day of July, 2019.

16

17

18                          <%33,Signature%>

19                            Karyn S. Schultz (CSR-4269)

                              Notary Public in and for

20                            Berrien County, Michigan

21

22         My commission expires 10-5-2025

23

24

25

                                               Page 135
```