# **Exhibit CCC**

| | |
|---|---|
| From: | Matt Martorello |
| To: | Karrie Wichtman; gkway |
| Subject: | Consideration |
| Date: | Monday, March 24, 2014 12:58:38 PM |
| Attachments: | image001.jpg |

Hey guys, I heard the news you are firing Jason. Sorry it didn't work out, obviously I think you're going to have a lot of needs so recruiting ASAP might be in order (how about that compliance expert that applied as CEO?). I wanted to make sure Jason's access to the DC and RR bank accounts are terminated before he is fired. Brian and Justin will work on the other access points, but I think you'll need to be the one to notify CVB to disable his logins and any/all access he might have to any/all DC and RR bank accounts.

Regards,

**Matt Martorello**
Mobile: 773-209-7720
Email: mm@BellicoseVI.com



**This email and any files transmitted with it are confidential and may contain privileged or copyrighted information. You must not present this message to another party without gaining permission from the sender. If you are not the intended recipient you must not copy, distribute or use this email or the information contained in it for any purpose other than to notify us. If you have received this message in error, please notify the sender immediately, and delete this email from your system.**

CONFIDENTIAL                                                                                                               ROSETTE_REVISED 040016