# **Exhibit FF**

# RE: failure notice

| | |
|---|---|
| **From:** | Karrie Wichtman <kwichtman@rosettelaw.com> |
| **To:** | Justin Martorello <justinm@bellicosevi.com>, "Craig Mansfield - DCTF (craig.mansfield@lvdcasino.com)" <craig.mansfield@lvdcasino.com>, craiginlol63@gmail.com |
| **Cc:** | Brian McFadden <brianm@bellicosevi.com>, Matt Martorello <mattm@bellicosevi.com>, James Dowd <jamesd@bellicosevi.com> |
| **Date:** | Thu, 15 Aug 2013 16:49:27 +0000 |

Their internet is down.

Karrie S. Wichtman, Attorney
Rosette, LLP
Attorneys at Law
Michigan Office
25344 Red Arrow Hwy, Suite B
Mattawan, MI 49071
269.283.5005 - Office
480.242.6959 - Cell
517.913.6443 - Fax
kwichtman@rosettelaw.com
www.rosettelaw.com

CONFIDENTIAL COMMUNICATION: THIS MESSAGE IS A CONFIDENTIAL ATTORNEY COMMUNICATION ONLY FOR USE BY THE INTENDED RECIPIENT.  ANY INADVERTENT RECEIPT SHALL NOT CONSTITUTE A WAIVER OF ATTORNEY-CLIENT OR WORK PRODUCT PROTECTION.  IF RECEIVED IN ERROR, PLEASE NOTIFY KARRIE S. WICHTMAN IMMEDIATELY AND DELETE THIS MESSAGE.  THANK YOU FOR YOUR COOPERATION.


-----Original Message-----
From: Justin Martorello [mailto:JustinM@BellicoseVI.com]
Sent: Thursday, August 15, 2013 12:48 PM
To: Karrie Wichtman; Craig Mansfield - DCTF (craig.mansfield@lvdcasino.com); craiginlol63@gmail.com
Cc: Brian McFadden; Matt Martorello; James Dowd
Subject: FW: failure notice

Just a heads up that gkways emails are being bounced back.

" vdelivermail: account is locked email bounced gkway@2062404.2264219"


Regards,

Justin Martorello
M: 773-263-1554
O: 340-715-1807

-----Original Message-----
From: MAILER-DAEMON@mail.hostingplatform.com [mailto:MAILER-DAEMON@mail.hostingplatform.com]
Sent: Thursday, August 15, 2013 12:45 PM
To: Justin Martorello
Subject: failure notice

Hi. This is the qmail-send program at mail.hostingplatform.com.
I'm afraid I wasn't able to deliver your message to the following addresses.
This is a permanent error; I've given up. Sorry it didn't work out.

<gkway@lvdtribal.com>:
vdelivermail: account is locked email bounced gkway@2062404.2264219

--- Below this line is a copy of the message.

Return-Path: <JustinM@BellicoseVI.com>
Received: (qmail 997 invoked by uid 0); 15 Aug 2013 16:45:24 -0000
Received: from unknown (HELO atl4mhib45.myregisteredsite.com) (209)
 by 0 with SMTP; 15 Aug 2013 16:45:24 -0000
Received: from na01-bl2-obe.outbound.protection.outlook.com (mail-bl2lp0210.outbound.protection.outlook.com
[207.46.163.210])
    by atl4mhib45.myregisteredsite.com (8.14.4/8.14.4) with ESMTP id r7FGjF1v003235
    (version=TLSv1/SSLv3 cipher=AES128-SHA bits=128 verify=FAIL)
    for <gkway@lvdtribal.com>; Thu, 15 Aug 2013 12:45:16 -0400
Received: from BY2PR07MB025.namprd07.prod.outlook.com (10.255.241.39) by
BY2PR07MB076.namprd07.prod.outlook.com (10.255.240.156) with Microsoft SMTP
Server (TLS) id 15.0.731.16; Thu, 15 Aug 2013 16:45:00 +0000
Received: from BY2PR07MB025.namprd07.prod.outlook.com ([169.254.12.53]) by
BY2PR07MB025.namprd07.prod.outlook.com ([169.254.12.234]) with mapi id
15.00.0745.000; Thu, 15 Aug 2013 16:45:00 +0000
From: Justin Martorello <JustinM@BellicoseVI.com>
To: Karrie Wichtman <kwichtman@rosettelaw.com>,
    "Nicole St. Germain"
    <NStGermain@rosettelaw.com>,
    Matt Martorello <mattm@bellicosevi.com>
CC: "gkway@lvdtribal.com" <gkway@lvdtribal.com>,
    "craigm@duckcreektf.com"
    <craigm@duckcreektf.com>,
    Saba Bazzazieh <sbazzazieh@rosettelaw.com>,
    "craig.mansfield@lvdcasino.com" <craig.mansfield@lvdcasino.com>,
    "craiginlol63@gmail.com" <craiginlol63@gmail.com>,
    James Dowd
    <JamesD@bellicosevi.com>,
    Ken Akini <Kakini@rosettelaw.com>,
    Tanya Wanageshik
    <TWanageshik@rosettelaw.com>
Subject: RE: LST Financial - ACH Agreements URGENT
Thread-Topic: LST Financial - ACH Agreements URGENT
Thread-Index:
Ac6ZPETV60BVa8x0Rx6tcI5VZkPIAwADalRQAADW4SAAABqAYAAAAZ8gAAAdSjAAAKqncAAAHb3QA
AAjCgAAABBiYAAANowAAAACkAAAHXFHgAAAlRnfAAEtg4AAAOSs0AAAxAOAAAABKKA=
Date: Thu, 15 Aug 2013 16:45:00 +0000

CONFIDENTIAL

Message-ID: <3e4f7e4284a3474788a533cf7b33dcee@BY2PR07MB025.namprd07.prod.outlook.com>
References: <B4B8B9EBF47D5341BB08277AEB4A1585AA9AEE81@ROSETTE2K11.indianlawllc.local>
<492CF9C608613B4FA43F1B943C2ED13BAA8AA292@ROSETTE2K11.indianlawllc.local>
<0c53e2673ee04300bd00156044e591d2@BN1PR07MB069.namprd07.prod.outlook.com>
<B4B8B9EBF47D5341BB08277AEB4A1585AA9AEF8B@ROSETTE2K11.indianlawllc.local>,<f8dee751e5d649
df9c2898705a466a24@BN1PR07MB069.namprd07.prod.outlook.com>,<3030F66E-A9E4-4711-96A5-
6D70AD6F67BE@rosettelaw.com>
<jteead3h2xneb4464fdpfc4i.1376580079242@email.android.com>
<492CF9C608613B4FA43F1B943C2ED13BAA8AA485@ROSETTE2K11.indianlawllc.local>
<5362501d840448bb96b99f08d6725f46@BY2PR07MB025.namprd07.prod.outlook.com>
<B4B8B9EBF47D5341BB08277AEB4A1585AA9B0180@ROSETTE2K11.indianlawllc.local>
In-Reply-To: <B4B8B9EBF47D5341BB08277AEB4A1585AA9B0180@ROSETTE2K11.indianlawllc.local>
Accept-Language: en-US
Content-Language: en-US
X-MS-Has-Attach: yes
X-MS-TNEF-Correlator:
x-originating-ip: [204.11.157.21]
x-forefront-prvs: 0939529DE2
x-forefront-antispam-report:
SFV:NSPM;SFS:(189002)(199002)(377454003)(479174003)(40124003)(24454002)(74366001)(53806001)(765760
01)(76786001)(31966008)(56816003)(76796001)(74316001)(83072001)(74662001)(81816001)(54316002)(800220
01)(47446002)(66066001)(63696002)(74502001)(551944002)(81686001)(19580385001)(81342001)(77096001)(79
102001)(81542001)(47736001)(51856001)(65816001)(49866001)(77982001)(15202345003)(19580395003)(19580
405001)(83322001)(56776001)(54356001)(33646001)(218543002)(76482001)(59766001)(69226001)(46102001)(4
396001)(16406001)(47976001)(17760045001)(16236675002)(80976001)(74706001)(50986001)(74876001)(46230
03)(24736002)(80792004)(579004)(559001);DIR:OUT;SFP:;SCL:1;SRVR:BY2PR07MB076;H:BY2PR07MB025.
namprd07.prod.outlook.com;CLIP:204.11.157.21;RD:InfoNoRecords;MX:1;A:1;LANG:en;
Content-Type: multipart/related;
        boundary="_005_3e4f7e4284a3474788a533cf7b33dceeBY2PR07MB025namprd07pro_";
        type="multipart/alternative"
MIME-Version: 1.0
X-OriginatorOrg: bellicosevi.com
X-SpamScore: 0
X-MailHub-Apparently-To: gkway@lvdtribal.com

--_005_3e4f7e4284a3474788a533cf7b33dceeBY2PR07MB025namprd07pro_
Content-Type: multipart/alternative;
        boundary="_000_3e4f7e4284a3474788a533cf7b33dceeBY2PR07MB025namprd07pro_"

--_000_3e4f7e4284a3474788a533cf7b33dceeBY2PR07MB025namprd07pro_
Content-Type: text/plain; charset="us-ascii"
Content-Transfer-Encoding: quoted-printable

I'll confirm with LST but I wouldn't assume they are identical in all regar=
ds other than pricing.


Regards,

Justin Martorello
M: 773-263-1554
O: 340-715-1807

From: Karrie Wichtman [mailto:kwichtman@rosettelaw.com]
Sent: Thursday, August 15, 2013 12:43 PM
To: Justin Martorello; Nicole St. Germain; Matt Martorello
Cc: gkway@lvdtribal.com; craigm@duckcreektf.com; Saba Bazzazieh; craig.mans=

CONFIDENTIAL

field@lvdcasino.com; craiginlol63@gmail.com; James Dowd; Ken Akini; Tanya W=
anageshik
Subject: RE: LST Financial - ACH Agreements URGENT

Are we submitting Nicole's minimal redlines - I am assuming nothing else bu=
t the pricing has changed.

Karrie S. Wichtman, Attorney[cid:image001.png@01CE99B5.072CF440]
Rosette, LLP
Attorneys at Law
Michigan Office
25344 Red Arrow Hwy, Suite B
Mattawan, MI 49071
269.283.5005 - Office
480.242.6959 - Cell
517.913.6443 - Fax
kwichtman@rosettelaw.com<mailto:kwichtman@rosettelaw.com>
www.rosettelaw.com<http://www.rosettelaw.com/>

CONFIDENTIAL COMMUNICATION: THIS MESSAGE IS A CONFIDENTIAL ATTORNEY COMMUNI=
CATION ONLY FOR USE BY THE INTENDED RECIPIENT.  ANY INADVERTENT RECEIPT SHA=
LL NOT CONSTITUTE A WAIVER OF ATTORNEY-CLIENT OR WORK PRODUCT PROTECTION.  =
IF RECEIVED IN ERROR, PLEASE NOTIFY KARRIE S. WICHTMAN IMMEDIATELY AND DELE=
TE THIS MESSAGE.  THANK YOU FOR YOUR COOPERATION.


From: Justin Martorello [mailto:JustinM@BellicoseVI.com]
Sent: Thursday, August 15, 2013 12:24 PM
To: Nicole St. Germain; Matt Martorello; Karrie Wichtman
Cc: gkway@lvdtribal.com<mailto:gkway@lvdtribal.com>; craigm@duckcreektf.com=
<mailto:craigm@duckcreektf.com>; Saba Bazzazieh; craig.mansfield@lvdcasino.=
com<mailto:craig.mansfield@lvdcasino.com>; craiginlol63@gmail.com<mailto:cr=
aiginlol63@gmail.com>; James Dowd; Ken Akini; Tanya Wanageshik
Subject: RE: LST Financial - ACH Agreements URGENT
Importance: High

Attached are the new LST contracts, with the updated pricing schedules.


Regards,

Justin Martorello
M: 773-263-1554
O: 340-715-1807

From: Nicole St. Germain [mailto:NStGermain@rosettelaw.com]
Sent: Thursday, August 15, 2013 11:55 AM
To: Matt Martorello; Karrie Wichtman
Cc: gkway@lvdtribal.com<mailto:gkway@lvdtribal.com>; craigm@duckcreektf.com=
<mailto:craigm@duckcreektf.com>; Justin Martorello; Saba Bazzazieh; craig.m=
ansfield@lvdcasino.com<mailto:craig.mansfield@lvdcasino.com>; craiginlol63@=
gmail.com<mailto:craiginlol63@gmail.com>; James Dowd; Ken Akini; Tanya Wana=
geshik
Subject: RE: LST Financial - ACH Agreements URGENT

Here are the suggested redlines.  As you'll see, they deal with (1) the wai=
ver and (2) not warranting that RR/DC will follow state law.

CONFIDENTIAL

Sincerely,

Nicole M. St. Germain, Associate

Rosette, LLP
Attorneys at Law
193 Blue Ravine Road - Suite 255
Folsom, CA 95630
[Bear Paw]916.353.1084 - Office
916.353.1085 - Fax
480.241.5871 - Cell

NStGermain@rosettelaw.com<mailto:NStGermain@rosettelaw.com>
www.rosettelaw.com

CONFIDENTIAL COMMUNICATION: THIS MESSAGE IS A CONFIDENTIAL ATTORNEY COMMUNI=
CATION ONLY FOR USE BY THE INTENDED RECIPIENT.  ANY INADVERTENT RECEIPT SHA=
LL NOT CONSTITUTE A WAIVER OF ATTORNEY-CLIENT OR WORK PRODUCT PROTECTION.  =
IF RECEIVED IN ERROR, PLEASE NOTIFY THE SENDER IMMEDIATELY AND DELETE THIS =
MESSAGE.

From: Matt Martorello [mailto:mattm@bellicosevi.com]
Sent: Thursday, August 15, 2013 8:21 AM
To: Karrie Wichtman
Cc: Nicole St. Germain; gkway@lvdtribal.com<mailto:gkway@lvdtribal.com>; cr=
aigm@duckcreektf.com<mailto:craigm@duckcreektf.com>; Justin Martorello; Sab=
a Bazzazieh; craig.mansfield@lvdcasino.com<mailto:craig.mansfield@lvdcasino=
.com>; craiginlol63@gmail.com<mailto:craiginlol63@gmail.com>; James Dowd; K=
en Akini; Tanya Wanageshik
Subject: Re: LST Financial - ACH Agreements URGENT

Yes, James please get new contract. If the docs are not executed by tomorro=
w, they will cease processing and the portfolio would be out of business at=
end of day tomorrow and in default to alpha. I strongly suggest a very tig=
ht leash on handing back and forth redlines.


-------- Original message --------
From: Karrie Wichtman <kwichtman@rosettelaw.com<mailto:kwichtman@rosettelaw=
.com>>
Date: 08/15/2013 10:04 AM (GMT-06:00)
To: Matt Martorello <mattm@bellicosevi.com<mailto:mattm@bellicosevi.com>>
Cc: "Nicole St. Germain" <NStGermain@rosettelaw.com<mailto:NStGermain@roset=
telaw.com>>,gkway@lvdtribal.com,craigm@duckcreektf.com,Justin Martorello <J=
ustinM@BellicoseVI.com<mailto:JustinM@BellicoseVI.com>>,Saba Bazzazieh <sba=
zzazieh@rosettelaw.com<mailto:sbazzazieh@rosettelaw.com>>,craig.mansfield@l=
vdcasino.com,craiginlol63@gmail.com,James Dowd <JamesD@bellicosevi.com<mail=
to:JamesD@bellicosevi.com>>,Ken Akini <Kakini@rosettelaw.com<mailto:Kakini@=
rosettelaw.com>>,Tanya Wanageshik <TWanageshik@rosettelaw.com<mailto:TWanag=
eshik@rosettelaw.com>>
Subject: Re: LST Financial - ACH Agreements URGENT
Ok, so did the pricing go up? And after Nicole's review we have more issues=
than jut the immunity waiver. A redline will be circulated shortly.

Sent from my iPhone

On Aug 14, 2013, at 9:03 PM, "Matt Martorello" <mattm@bellicosevi.com<mailt=
o:mattm@bellicosevi.com>> wrote:
yes

From: Karrie Wichtman [mailto:kwichtman@rosettelaw.com]
Sent: Wednesday, August 14, 2013 9:01 PM
To: Matt Martorello; Nicole St. Germain; 'gkway@lvdtribal.com<mailto:gkway@=
lvdtribal.com>'; 'craigm@duckcreektf.com<mailto:craigm@duckcreektf.com>'; J=
ustin Martorello; Saba Bazzazieh; 'craig.mansfield@lvdcasino.com<mailto:cra=
ig.mansfield@lvdcasino.com>'; 'craiginlol63@gmail.com<mailto:craiginlol63@g=
mail.com>'
Cc: James Dowd; Ken Akini; Tanya Wanageshik
Subject: RE: LST Financial - ACH Agreements URGENT

So is the call over?

Karrie S. Wichtman, Attorney<image001.png>
Rosette, LLP
Attorneys at Law
Michigan Office
25344 Red Arrow Hwy, Suite B
Mattawan, MI 49071
269.283.5005 - Office
480.242.6959 - Cell
517.913.6443 - Fax
kwichtman@rosettelaw.com<mailto:kwichtman@rosettelaw.com>
www.rosettelaw.com<http://www.rosettelaw.com/>

CONFIDENTIAL COMMUNICATION: THIS MESSAGE IS A CONFIDENTIAL ATTORNEY COMMUNI=
CATION ONLY FOR USE BY THE INTENDED RECIPIENT.  ANY INADVERTENT RECEIPT SHA=
LL NOT CONSTITUTE A WAIVER OF ATTORNEY-CLIENT OR WORK PRODUCT PROTECTION.  =
IF RECEIVED IN ERROR, PLEASE NOTIFY KARRIE S. WICHTMAN IMMEDIATELY AND DELE=
TE THIS MESSAGE.  THANK YOU FOR YOUR COOPERATION.

From: Matt Martorello [mailto:mattm@bellicosevi.com]
Sent: Wednesday, August 14, 2013 8:59 PM
To: Nicole St. Germain; Karrie Wichtman; 'gkway@lvdtribal.com<mailto:gkway@=
lvdtribal.com>'; 'craigm@duckcreektf.com<mailto:craigm@duckcreektf.com>'; J=
ustin Martorello; Saba Bazzazieh; 'craig.mansfield@lvdcasino.com<mailto:cra=
ig.mansfield@lvdcasino.com>'; 'craiginlol63@gmail.com<mailto:craiginlol63@g=
mail.com>'
Cc: James Dowd; Ken Akini; Tanya Wanageshik
Subject: RE: LST Financial - ACH Agreements URGENT

What time can council submit the resolution in the morning.  Just not going=
to work without the waiver.  They need these to be at the bank by 8am ET. =
That's a really tall order, but is that even possible?   I'm hearing rumor=
s that ACH Works is now turned off from processing as well, which leaves LS=
T the last other than Kapcharge if true.

From: Nicole St. Germain [mailto:NStGermain@rosettelaw.com]
Sent: Wednesday, August 14, 2013 8:54 PM
To: Karrie Wichtman; Matt Martorello; 'gkway@lvdtribal.com<mailto:gkway@lvd=
tribal.com>'; 'craigm@duckcreektf.com<mailto:craigm@duckcreektf.com>'; Just=
in Martorello; Saba Bazzazieh; 'craig.mansfield@lvdcasino.com<mailto:craig.=
mansfield@lvdcasino.com>'; 'craiginlol63@gmail.com<mailto:craiginlol63@gmai=

CONFIDENTIAL

l.com>'
Cc: James Dowd; Ken Akini; Tanya Wanageshik
Subject: Re: LST Financial - ACH Agreements URGENT

Yes. Give me 5 mins. I just got out of the car.

From: Karrie Wichtman
Sent: Wednesday, August 14, 2013 05:49 PM
To: Matt Martorello <mattm@bellicosevi.com<mailto:mattm@bellicosevi.com>>; =
Nicole St. Germain; Gkway (gkway@lvdtribal.com<mailto:gkway@lvdtribal.com>)=
<gkway@lvdtribal.com<mailto:gkway@lvdtribal.com>>; craigm@duckcreektf.com<=
mailto:craigm@duckcreektf.com> <craigm@duckcreektf.com<mailto:craigm@duckcr=
eektf.com>>; Justin Martorello <JustinM@BellicoseVI.com<mailto:JustinM@Bell=
icoseVI.com>>; Saba Bazzazieh; craig.mansfield@lvdcasino.com<mailto:craig.m=
ansfield@lvdcasino.com> <craig.mansfield@lvdcasino.com<mailto:craig.mansfie=
ld@lvdcasino.com>>; Craig (craiginlol63@gmail.com<mailto:craiginlol63@gmail=
.com>) <craiginlol63@gmail.com<mailto:craiginlol63@gmail.com>>
Cc: James Dowd <JamesD@bellicosevi.com<mailto:JamesD@bellicosevi.com>>; Ken=
Akini; Tanya Wanageshik
Subject: RE: LST Financial - ACH Agreements URGENT

I have NO cell phone service - Nicole can you get on?

Karrie S. Wichtman, Attorney<image001.png>
Rosette, LLP
Attorneys at Law
Michigan Office
25344 Red Arrow Hwy, Suite B
Mattawan, MI 49071
269.283.5005 - Office
480.242.6959 - Cell
517.913.6443 - Fax
kwichtman@rosettelaw.com<mailto:kwichtman@rosettelaw.com>
www.rosettelaw.com<http://www.rosettelaw.com/>

CONFIDENTIAL COMMUNICATION: THIS MESSAGE IS A CONFIDENTIAL ATTORNEY COMMUNI=
CATION ONLY FOR USE BY THE INTENDED RECIPIENT.  ANY INADVERTENT RECEIPT SHA=
LL NOT CONSTITUTE A WAIVER OF ATTORNEY-CLIENT OR WORK PRODUCT PROTECTION.  =
IF RECEIVED IN ERROR, PLEASE NOTIFY KARRIE S. WICHTMAN IMMEDIATELY AND DELE=
TE THIS MESSAGE.  THANK YOU FOR YOUR COOPERATION.


From: Matt Martorello [mailto:mattm@bellicosevi.com]
Sent: Wednesday, August 14, 2013 8:49 PM
To: Karrie Wichtman; Nicole St. Germain; Gkway (gkway@lvdtribal.com<mailto:=
gkway@lvdtribal.com>); craigm@duckcreektf.com<mailto:craigm@duckcreektf.com=
>; Justin Martorello; Saba Bazzazieh; craig.mansfield@lvdcasino.com<mailto:=
craig.mansfield@lvdcasino.com>; Craig (craiginlol63@gmail.com<mailto:craigi=
nlol63@gmail.com>)
Cc: James Dowd; Ken Akini; Tanya Wanageshik
Subject: RE: LST Financial - ACH Agreements URGENT

Greg Colton is getting a call set up for us right now with his council to d=
iscuss 7.5.   Coming to you with dial in right now...  GC is just taking o=
ff so won't be on but defers to his council.

CONFIDENTIAL
CM0000161

From: Karrie Wichtman [mailto:kwichtman@rosettelaw.com]
Sent: Wednesday, August 14, 2013 8:46 PM
To: Matt Martorello; Nicole St. Germain; Gkway (gkway@lvdtribal.com<mailto:=
gkway@lvdtribal.com>); craigm@duckcreektf.com<mailto:craigm@duckcreektf.com=
>; Justin Martorello; Saba Bazzazieh; craig.mansfield@lvdcasino.com<mailto:=
craig.mansfield@lvdcasino.com>; Craig (craiginlol63@gmail.com<mailto:craigi=
nlol63@gmail.com>)
Cc: James Dowd; Ken Akini; Tanya Wanageshik
Subject: RE: LST Financial - ACH Agreements URGENT
Importance: High

All,

I have Craig's signed agreements as I asked him to go ahead and execute in =
the off chance that no revisions were needed - my suggestion is to just cro=
ss out Section 7.5 and put Craig's initials there if they have to be sent i=
n tonight.  Once I make sure there are no other issues with the "new and im=
proved" Agreement - I will send them.  If GC will give us some relief - the=
n attached here also are the resolution for limited waiver approval for the=
Tribal Council which can be added to the agenda and approved tomorrow.   I=
note also that the documents were sent to us with items to fill in - James=
: how is your penmanship as these things will need to be completed in the s=
igned agreements since they were blank when they came to us.  I believe you=
all have the fully completed LST Agreement as I cannot find it in my files=
. Note that the address of the both entities has changed - so you'll need t=
o use the P.O. Box 704 address.

As far as the other items needed - please send over what those things are s=
o that we can get them signed in the morning.  Tanya is the only one left o=
n-site at LVD and she will coordinate whatever is needed before she takes o=
ff tomorrow.

I would note also -that we have an agreement with LST - ALREADY - isn't the=
re something in the agreement that requires them to give notice of pricing =
changes.  I see that this Agreement was actually received on August 2, 2013=
- perhaps from then until now that was our notice period.

Ken, Tanya, Nicole - do we see any other changes that need to be made?  If =
not, I will forward Craig's signed agreements.

Sincerely

Karrie S. Wichtman, Attorney<image001.png>
Rosette, LLP
Attorneys at Law
Michigan Office
25344 Red Arrow Hwy, Suite B
Mattawan, MI 49071
269.283.5005 - Office
480.242.6959 - Cell
517.913.6443 - Fax
kwichtman@rosettelaw.com<mailto:kwichtman@rosettelaw.com>
www.rosettelaw.com<http://www.rosettelaw.com/>

CONFIDENTIAL COMMUNICATION: THIS MESSAGE IS A CONFIDENTIAL ATTORNEY COMMUNI=
CATION ONLY FOR USE BY THE INTENDED RECIPIENT.  ANY INADVERTENT RECEIPT SHA=
LL NOT CONSTITUTE A WAIVER OF ATTORNEY-CLIENT OR WORK PRODUCT PROTECTION.  =

IF RECEIVED IN ERROR, PLEASE NOTIFY KARRIE S. WICHTMAN IMMEDIATELY AND DELE=
TE THIS MESSAGE. THANK YOU FOR YOUR COOPERATION.

From: Matt Martorello [mailto:mattm@bellicosevi.com]
Sent: Wednesday, August 14, 2013 8:26 PM
To: Karrie Wichtman; Nicole St. Germain; Gkway (gkway@lvdtribal.com<mailto:=
gkway@lvdtribal.com>); craigm@duckcreektf.com<mailto:craigm@duckcreektf.com=
>; Justin Martorello; Saba Bazzazieh; craig.mansfield@lvdcasino.com<mailto:=
craig.mansfield@lvdcasino.com>
Cc: James Dowd; Ken Akini; Tanya Wanageshik
Subject: RE: LST Financial - ACH Agreements URGENT

Ok worth a shot Justin will convert it to word and remove 7.5 and we'll se=
nd GC a prayer for relief :)

From: Karrie Wichtman [mailto:kwichtman@rosettelaw.com]
Sent: Wednesday, August 14, 2013 8:25 PM
To: Matt Martorello; Nicole St. Germain; Gkway (gkway@lvdtribal.com<mailto:=
gkway@lvdtribal.com>); craigm@duckcreektf.com<mailto:craigm@duckcreektf.com=
>; Justin Martorello; Saba Bazzazieh; craig.mansfield@lvdcasino.com<mailto:=
craig.mansfield@lvdcasino.com>
Cc: James Dowd; Ken Akini; Tanya Wanageshik
Subject: RE: LST Financial - ACH Agreements URGENT

Co-Managers could be on the hook personally for doing something like that w=
ithout authorization - it's not just a validity of the waiver issue.

Karrie S. Wichtman, Attorney<image001.png>
Rosette, LLP
Attorneys at Law
Michigan Office
25344 Red Arrow Hwy, Suite B
Mattawan, MI 49071
269.283.5005 - Office
480.242.6959 - Cell
517.913.6443 - Fax
kwichtman@rosettelaw.com<mailto:kwichtman@rosettelaw.com>
www.rosettelaw.com<http://www.rosettelaw.com/>

CONFIDENTIAL COMMUNICATION: THIS MESSAGE IS A CONFIDENTIAL ATTORNEY COMMUNI=
CATION ONLY FOR USE BY THE INTENDED RECIPIENT. ANY INADVERTENT RECEIPT SHA=
LL NOT CONSTITUTE A WAIVER OF ATTORNEY-CLIENT OR WORK PRODUCT PROTECTION. =
IF RECEIVED IN ERROR, PLEASE NOTIFY KARRIE S. WICHTMAN IMMEDIATELY AND DELE=
TE THIS MESSAGE. THANK YOU FOR YOUR COOPERATION.

From: Matt Martorello [mailto:mattm@bellicosevi.com]
Sent: Wednesday, August 14, 2013 8:23 PM
To: Karrie Wichtman; Nicole St. Germain; Gkway (gkway@lvdtribal.com<mailto:=
gkway@lvdtribal.com>); craigm@duckcreektf.com<mailto:craigm@duckcreektf.com=
>; Justin Martorello; Saba Bazzazieh; craig.mansfield@lvdcasino.com<mailto:=
craig.mansfield@lvdcasino.com>
Cc: James Dowd
Subject: RE: LST Financial - ACH Agreements URGENT

CONFIDENTIAL

CM0000163

Aggressive, but can't they sign it and it is just not a valid waiver (not L=
VD's problem) until the resolution is provide later to supplement it?

From: Karrie Wichtman [mailto:kwichtman@rosettelaw.com]
Sent: Wednesday, August 14, 2013 8:02 PM
To: Matt Martorello; Nicole St. Germain; Gkway (gkway@lvdtribal.com<mailto:=
gkway@lvdtribal.com>); craigm@duckcreektf.com<mailto:craigm@duckcreektf.com=
>; Justin Martorello; Saba Bazzazieh; craig.mansfield@lvdcasino.com<mailto:=
craig.mansfield@lvdcasino.com>
Cc: James Dowd
Subject: RE: LST Financial - ACH Agreements URGENT
Importance: High

Big problem-RRTL and DCTF cannot sign without a resolution authorizing sign=
ature as there is a limited sovereign immunity waiver in Section 7.5 of the=
new contract.  There was no SI in the last contract and so we can't even f=
all back on that waiver - Sorry.  A few hours of turnaround time are just n=
ot enough when government action is required. LVD does not do poll votes.

We are still reviewing - so far that is the only hang up.  If LST is willin=
g to take that out and would allow for a waiver in a separate letter agreem=
ent related to be incorporated by reference into the contract at a later da=
te - I can prepare the resolutions for approval at the meeting scheduled fo=
r tomorrow.  James/Matt please call Greg and let him know of our dilemma.

Karrie S. Wichtman, Attorney<image001.png>
Rosette, LLP
Attorneys at Law
Michigan Office
25344 Red Arrow Hwy, Suite B
Mattawan, MI 49071
269.283.5005 - Office
480.242.6959 - Cell
517.913.6443 - Fax
kwichtman@rosettelaw.com<mailto:kwichtman@rosettelaw.com>
www.rosettelaw.com<http://www.rosettelaw.com/>

CONFIDENTIAL COMMUNICATION: THIS MESSAGE IS A CONFIDENTIAL ATTORNEY COMMUNI=
CATION ONLY FOR USE BY THE INTENDED RECIPIENT.  ANY INADVERTENT RECEIPT SHA=
LL NOT CONSTITUTE A WAIVER OF ATTORNEY-CLIENT OR WORK PRODUCT PROTECTION.  =
IF RECEIVED IN ERROR, PLEASE NOTIFY KARRIE S. WICHTMAN IMMEDIATELY AND DELE=
TE THIS MESSAGE.  THANK YOU FOR YOUR COOPERATION.


From: Matt Martorello [mailto:mattm@bellicosevi.com]
Sent: Wednesday, August 14, 2013 6:22 PM
To: Karrie Wichtman; Nicole St. Germain; Gkway (gkway@lvdtribal.com<mailto:=
gkway@lvdtribal.com>); craigm@duckcreektf.com<mailto:craigm@duckcreektf.com=
>; Justin Martorello; Saba Bazzazieh
Cc: James Dowd
Subject: FW: LST Financial - ACH Agreements URGENT
Importance: High

Hey guys, these are the new LST contracts. Colton just called to tell me th=
at if these are signed tonight, then we will not be required to sign the on=
es that are coming out TOMORROW MORNING at DOUBLE the price.  That is a $15=

0,000 per month cost.  Can someone at Rosette please review these for RRTL/=
DCTF tonight?  I very much hope they are executable!

From: Erica Thomas [mailto:ethomas@lstfinancial.com]
Sent: Friday, August 2, 2013 6:36 PM
To: Justin Martorello; Matt Martorello
Cc: Edward Tucker; Ellen Sarem
Subject: LST Financial - ACH Agreements

Good Evening Matt and Justin,

We have completed the updates the our ACH Contract.
Attached are new contracts for Red Rock Tribal Lending, LLC, Duck Creek Tri=
bal Financial, LLC and Waterfront Marketing Services. Please note the updat=
ed pricing and terms.
Should you have any questions regarding pricing, terms, etc, please contact=
Edward Tucker or Greg.
For due diligence purposes, please also provide any new or updated organiza=
tional documents or licenses. This includes items not received at contract =
initiation.

We sincerely appreciate your help in completing this process in a timely an=
d efficient manner,
LST Financial, Inc.

CONFIDENTIALITY NOTICE: This message is intended only for the individual or=
entity to which it is addressed and may contain information that is confid=
ential or exempt from disclosure under applicable law. If you are not the i=
ntended recipient, you have received this communication in error. In such c=
ase, please notify us immediately by reply e-mail and immediately delete th=
is message and its attachments. Any use, dissemination, redistribution or r=
eproduction of this communication is strictly prohibited. Unless the messag=
e explicitly states otherwise, no e-mail correspondence claims to be a cont=
ractual offer or acceptance. LST Financial has instructed its employees not=
to send libelous or inappropriate statements and disclaims responsibility =
for such. Subject to applicable law, LST Financial may monitor, review and =
retain e-communications traveling through its networks/systems. By messagin=
g with LST Financial you consent to the foregoing.
**This email and any files transmitted with it are confidential and may con=
tain privileged or copyrighted information. You must not present this messa=
ge to another party without gaining permission from the sender. If you are =
not the intended recipient you must not copy, distribute or use this email =
or the information contained in it for any purpose other than to notify us.=
If you have received this message in error, please notify the sender immed=
iately, and delete this email from your system.**
**This email and any files transmitted with it are confidential and may con=
tain privileged or copyrighted information. You must not present this messa=
ge to another party without gaining permission from the sender. If you are =
not the intended recipient you must not copy, distribute or use this email =
or the information contained in it for any purpose other than to notify us.=
If you have received this message in error, please notify the sender immed=
iately, and delete this email from your system.**
**This email and any files transmitted with it are confidential and may con=
tain privileged or copyrighted information. You must not present this messa=
ge to another party without gaining permission from the sender. If you are =
not the intended recipient you must not copy, distribute or use this email =
or the information contained in it for any purpose other than to notify us.=

CONFIDENTIAL

If you have received this message in error, please notify the sender immed=
iately, and delete this email from your system.**
**This email and any files transmitted with it are confidential and may con=
tain privileged or copyrighted information. You must not present this messa=
ge to another party without gaining permission from the sender. If you are =
not the intended recipient you must not copy, distribute or use this email =
or the information contained in it for any purpose other than to notify us.=
If you have received this message in error, please notify the sender immed=
iately, and delete this email from your system.**
**This email and any files transmitted with it are confidential and may con=
tain privileged or copyrighted information. You must not present this messa=
ge to another party without gaining permission from the sender. If you are =
not the intended recipient you must not copy, distribute or use this email =
or the information contained in it for any purpose other than to notify us.=
If you have received this message in error, please notify the sender immed=
iately, and delete this email from your system.**
**This email and any files transmitted with it are confidential and may con=
tain privileged or copyrighted information. You must not present this messa=
ge to another party without gaining permission from the sender. If you are =
not the intended recipient you must not copy, distribute or use this email =
or the information contained in it for any purpose other than to notify us.=
If you have received this message in error, please notify the sender immed=
iately, and delete this email from your system.**
**This email and any files transmitted with it are confidential and may con=
tain privileged or copyrighted information. You must not present this messa=
ge to another party without gaining permission from the sender. If you are =
not the intended recipient you must not copy, distribute or use this email =
or the information contained in it for any purpose other than to notify us.=
If you have received this message in error, please notify the sender immed=
iately, and delete this email from your system.**
**This email and any files transmitted with it are confidential and may con=
tain privileged or copyrighted information. You must not present this messa=
ge to another party without gaining permission from the sender. If you are =
not the intended recipient you must not copy, distribute or use this email =
or the information contained in it for any purpose other than to notify us.=
If you have received this message in error, please notify the sender immed=
iately, and delete this email from your system.**
**This email and any files transmitted with it are confidential and may con=
tain privileged or copyrighted information. You must not present this messa=
ge to another party without gaining permission from the sender. If you are =
not the intended recipient you must not copy, distribute or use this email =
or the information contained in it for any purpose other than to notify us.=
If you have received this message in error, please notify the sender immed=
iately, and delete this email from your system.**

--_000_3e4f7e4284a3474788a533cf7b33dceeBY2PR07MB025namprd07pro_
Content-Type: text/html; charset="us-ascii"
Content-Transfer-Encoding: quoted-printable

<html>
<head>
<meta http-equiv=3D"Content-Type" content=3D"text/html; charset=3Dus-ascii"=
>
<style>
<!--
@font-face

```
        {font-family:Wingdings}
@font-face
        {font-family:"Cambria Math"}
@font-face
        {font-family:Calibri}
@font-face
        {font-family:Tahoma}
p.MsoNormal, li.MsoNormal, div.MsoNormal
        {margin:0in;
        margin-bottom:.0001pt;
        font-size:11.0pt;
        font-family:"Calibri","sans-serif"}
a:link, span.MsoHyperlink
        {color:blue;
        text-decoration:underline}
a:visited, span.MsoHyperlinkFollowed
        {color:purple;
        text-decoration:underline}
p.MsoAcetate, li.MsoAcetate, div.MsoAcetate
        {margin:0in;
        margin-bottom:.0001pt;
        font-size:8.0pt;
        font-family:"Tahoma","sans-serif"}
span.BalloonTextChar
        {font-family:"Tahoma","sans-serif"}
p.msochpdefault, li.msochpdefault, div.msochpdefault
        {margin-right:0in;
        margin-left:0in;
        font-size:12.0pt;
        font-family:"Calibri","sans-serif"}
span.balloontextchar0
        {font-family:"Tahoma","sans-serif"}
span.balloontextchar00
        {font-family:"Tahoma","sans-serif"}
span.balloontextchar000
        {font-family:"Tahoma","sans-serif"}
span.balloontextchar0000
        {font-family:"Tahoma","sans-serif"}
span.balloontextchar00000
        {font-family:"Tahoma","sans-serif"}
span.balloontextchar000000
        {font-family:"Tahoma","sans-serif"}
span.emailstyle17
        {font-family:"Calibri","sans-serif";
        color:windowtext}
span.emailstyle19
        {font-family:"Calibri","sans-serif";
        color:#1F497D}
span.emailstyle22
        {font-family:"Calibri","sans-serif";
        color:#1F497D}
span.emailstyle23
        {font-family:"Calibri","sans-serif";
        color:#1F497D}
span.emailstyle25
        {font-family:"Calibri","sans-serif";
```

CONFIDENTIAL

CM0000167

```
        color:#1F497D}
span.emailstyle26
        {font-family:"Calibri","sans-serif";
        color:#1F497D}
span.emailstyle28
        {font-family:"Calibri","sans-serif";
        color:#1F497D}
span.emailstyle29
        {font-family:"Calibri","sans-serif";
        color:#1F497D}
span.emailstyle31
        {font-family:"Calibri","sans-serif";
        color:#1F497D}
span.emailstyle32
        {font-family:"Calibri","sans-serif";
        color:#1F497D}
span.emailstyle34
        {font-family:"Calibri","sans-serif";
        color:#1F497D}
span.emailstyle35
        {font-family:"Calibri","sans-serif";
        color:#1F497D}
span.emailstyle37
        {font-family:"Calibri","sans-serif";
        color:#1F497D}
span.emailstyle38
        {font-family:"Calibri","sans-serif";
        color:#1F497D}
span.EmailStyle40
        {font-family:"Calibri","sans-serif";
        color:#1F497D}
span.EmailStyle41
        {font-family:"Calibri","sans-serif";
        color:#1F497D}
.MsoChpDefault
        {font-size:10.0pt}
@page WordSection1
        {margin:1.0in 1.0in 1.0in 1.0in}
div.WordSection1
        {}
-->
</style>
</head>
<body lang=3D"EN-US" link=3D"blue" vlink=3D"purple">
<div class=3D"WordSection1">
<p class=3D"MsoNormal"><a name=3D"_MailEndCompose"><span style=3D"color:#1F=
497D">I&#8217;ll confirm with LST but I wouldn&#8217;t assume they are iden=
tical in all regards other than pricing.</span></a></p>
<p class=3D"MsoNormal"><span style=3D"color:#1F497D"> </span></p>
<div>
<p class=3D"MsoNormal"><span style=3D"color:#1F497D"> </span></p>
<p class=3D"MsoNormal"><b><span style=3D"color:#1F497D">Regards,</span></b>=
</p>
<p class=3D"MsoNormal"><span style=3D"color:#1F497D"> </span></p>
<p class=3D"MsoNormal"><b><span style=3D"color:#1F497D">Justin Martorello</=
span></b></p>
```

CONFIDENTIAL

CM0000168

```
<p class=3D"MsoNormal"><span style=3D"color:#1F497D">M: 773-263-1554</span>=
</p>
<p class=3D"MsoNormal"><span style=3D"color:#1F497D">O: 340-715-1807</span>=
</p>
</div>
<p class=3D"MsoNormal"><span style=3D"color:#1F497D"> </span></p></div>
<div>
<div style=3D"border:none; border-top:solid #E1E1E1 1.0pt; padding:3.0pt 0i=
n 0in 0in">
<p class=3D"MsoNormal"><b>From:</b> Karrie Wichtman [mailto:kwichtman@roset=
telaw.com]
<br>
<b>Sent:</b> Thursday, August 15, 2013 12:43 PM<br>
<b>To:</b> Justin Martorello; Nicole St. Germain; Matt Martorello<br>
<b>Cc:</b> gkway@lvdtribal.com; craigm@duckcreektf.com; Saba Bazzazieh; cra=
ig.mansfield@lvdcasino.com; craiginlol63@gmail.com; James Dowd; Ken Akini; =
Tanya Wanageshik<br>
<b>Subject:</b> RE: LST Financial - ACH Agreements URGENT</p>
</div>
</div>
<p class=3D"MsoNormal"> </p>
<p class=3D"MsoNormal"><span style=3D"color:#1F497D">Are we submitting Nico=
le&#8217;s minimal redlines &#8211; I am assuming nothing else but the pric=
ing has changed.</span></p>
<p class=3D"MsoNormal"><span style=3D"color:#1F497D"> </span></p>
<div>
<table class=3D"MsoNormalTable" border=3D"0" cellspacing=3D"0" cellpadding=
=3D"0" width=3D"100%" style=3D"width:100.0%; border-collapse:collapse">
<tbody>
<tr style=3D"height:66.4pt">
<td width=3D"31%" valign=3D"top" style=3D"width:31.12%; padding:0in 5.4pt 0=
in 5.4pt; height:66.4pt">
<p class=3D"MsoNormal"><b><span style=3D"color:#3B1615">Karrie S. Wichtman,=
Attorney</span></b><span style=3D"color:#3B1615"><img width=3D"38" height=
=3D"40" id=3D"Picture_x0020_1" src=3D"cid:image001.png@01CE99B5.072CF440"><=
/span></p>
<p class=3D"MsoNormal"><b><span style=3D"color:maroon">Rosette, LLP</span><=
/b></p>
<p class=3D"MsoNormal"><b><span style=3D"color:maroon">Attorneys at Law&nbs=
p;          </span>
</b></p>
<p class=3D"MsoNormal"><span style=3D"color:#3B1615">Michigan Office</span>=
</p>
<p class=3D"MsoNormal"><span style=3D"color:#3B1615">25344 Red Arrow Hwy, S=
uite B</span></p>
<p class=3D"MsoNormal"><span style=3D"color:#3B1615">Mattawan, MI 49071</sp=
an></p>
<p class=3D"MsoNormal"><span style=3D"color:#3B1615">269.283.5005 &#8211; O=
ffice </span></p>
<p class=3D"MsoNormal"><span style=3D"color:#3B1615">480.242.6959 - Cell&nb=
sp;           =
 
</span></p>
<p class=3D"MsoNormal"><span style=3D"color:#3B1615">517.913.6443 &#8211; F=
ax</span></p>
<p class=3D"MsoNormal"><span style=3D"color:#3B1615"><a href=3D"mailto:kwic=
```

htman@rosettelaw.com">kwichtman@rosettelaw.com</a></span></p>
<p class=3D"MsoNormal"><span style=3D"color:#3B1615"><a href=3D"http://www.=
rosettelaw.com/"><span style=3D"color:#3B1615">www.rosettelaw.com</span></a=
></span></p>
<p class=3D"MsoNormal"><span style=3D"color:#1F497D"> </span></p>
</td>
<td width=3D"8%" valign=3D"top" style=3D"width:8.3%; padding:0in 5.4pt 0in =
5.4pt; height:66.4pt">
<p class=3D"MsoNormal"><span style=3D"color:black"> </span></p>
<p class=3D"MsoNormal" style=3D"text-align:justify"><span style=3D"color:bl=
ack"> </span></p>
<p class=3D"MsoNormal" style=3D"text-align:justify"><span style=3D"color:bl=
ack"> </span></p>
<p class=3D"MsoNormal" style=3D"text-align:justify"><span style=3D"color:bl=
ack"> </span></p>
</td>
</tr>
</tbody>
</table>
<p class=3D"MsoNormal"><span style=3D"color:#1F497D">CONFIDENTIAL COMMUNICA=
TION: THIS MESSAGE IS A CONFIDENTIAL ATTORNEY COMMUNICATION ONLY FOR USE BY=
THE INTENDED RECIPIENT.  ANY INADVERTENT RECEIPT SHALL NOT CONSTITUTE=
A WAIVER OF ATTORNEY-CLIENT OR WORK PRODUCT
PROTECTION.  IF RECEIVED IN ERROR, PLEASE NOTIFY KARRIE S. WICHTMAN I=
MMEDIATELY AND DELETE THIS MESSAGE.  THANK YOU FOR YOUR COOPERATION.</=
span></p>
<p class=3D"MsoNormal"><span style=3D"font-family:&quot;Times New Roman&quo=
t;,&quot;serif&quot;; color:#1F497D"> </span></p>
</div>
<p class=3D"MsoNormal"><span style=3D"color:#1F497D"> </span></p>
<div>
<div style=3D"border:none; border-top:solid #B5C4DF 1.0pt; padding:3.0pt 0i=
n 0in 0in">
<p class=3D"MsoNormal"><b><span style=3D"font-size:10.0pt; font-family:&quo=
t;Tahoma&quot;,&quot;sans-serif&quot;">From:</span></b><span style=3D"font-=
size:10.0pt; font-family:&quot;Tahoma&quot;,&quot;sans-serif&quot;"> Justin=
Martorello [<a href=3D"mailto:JustinM@BellicoseVI.com">mailto:JustinM@Bell=
icoseVI.com</a>]
<br>
<b>Sent:</b> Thursday, August 15, 2013 12:24 PM<br>
<b>To:</b> Nicole St. Germain; Matt Martorello; Karrie Wichtman<br>
<b>Cc:</b> <a href=3D"mailto:gkway@lvdtribal.com">gkway@lvdtribal.com</a>; =
<a href=3D"mailto:craigm@duckcreektf.com">
craigm@duckcreektf.com</a>; Saba Bazzazieh; <a href=3D"mailto:craig.mansfie=
ld@lvdcasino.com">
craig.mansfield@lvdcasino.com</a>; <a href=3D"mailto:craiginlol63@gmail.com=
">craiginlol63@gmail.com</a>; James Dowd; Ken Akini; Tanya Wanageshik<br>
<b>Subject:</b> RE: LST Financial - ACH Agreements URGENT<br>
<b>Importance:</b> High</p>
</div>
</div>
<p class=3D"MsoNormal"> </p>
<div>
<p class=3D"MsoNormal"><span style=3D"color:#1F497D">Attached are the new L=
ST contracts, with the updated pricing schedules.</span></p>
<p class=3D"MsoNormal"><span style=3D"color:#1F497D"> </span></p>

```
<div>
<p class=3D"MsoNormal"><span style=3D"color:#1F497D"> </span></p>
<p class=3D"MsoNormal"><b><span style=3D"color:#1F497D">Regards,</span></b>=
</p>
<p class=3D"MsoNormal"><span style=3D"color:#1F497D"> </span></p>
<p class=3D"MsoNormal"><b><span style=3D"color:#1F497D">Justin Martorello</=
span></b></p>
<p class=3D"MsoNormal"><span style=3D"color:#1F497D">M: 773-263-1554</span>=
</p>
<p class=3D"MsoNormal"><span style=3D"color:#1F497D">O: 340-715-1807</span>=
</p>
</div>
<p class=3D"MsoNormal"><span style=3D"color:#1F497D"> </span></p>
<div>
<div style=3D"border:none; border-top:solid #E1E1E1 1.0pt; padding:3.0pt 0i=
n 0in 0in">
<p class=3D"MsoNormal"><b>From:</b> Nicole St. Germain [<a href=3D"mailto:N=
StGermain@rosettelaw.com">mailto:NStGermain@rosettelaw.com</a>]
<br>
<b>Sent:</b> Thursday, August 15, 2013 11:55 AM<br>
<b>To:</b> Matt Martorello; Karrie Wichtman<br>
<b>Cc:</b> <a href=3D"mailto:gkway@lvdtribal.com">gkway@lvdtribal.com</a>; =
<a href=3D"mailto:craigm@duckcreektf.com">
craigm@duckcreektf.com</a>; Justin Martorello; Saba Bazzazieh; <a href=3D"m=
ailto:craig.mansfield@lvdcasino.com">
craig.mansfield@lvdcasino.com</a>; <a href=3D"mailto:craiginlol63@gmail.com=
">craiginlol63@gmail.com</a>; James Dowd; Ken Akini; Tanya Wanageshik<br>
<b>Subject:</b> RE: LST Financial - ACH Agreements URGENT</p>
</div>
</div>
<p class=3D"MsoNormal"> </p>
<p class=3D"MsoNormal"><span style=3D"color:#1F497D">Here are the suggested=
redlines.  As you&#8217;ll see, they deal with (1) the waiver and (2)=
not warranting that RR/DC will follow state law.
</span></p>
<p class=3D"MsoNormal"><span style=3D"color:#1F497D"> </span></p>
<div>
<p class=3D"MsoNormal"><span style=3D"color:black">Sincerely,</span></p>
<p class=3D"MsoNormal"><span style=3D"color:black"> </span></p>
<p class=3D"MsoNormal"><span style=3D"color:black"> </span></p>
<p class=3D"MsoNormal"><span style=3D"color:black">Nicole M. St. Germain, A=
ssociate</span></p>
<p class=3D"MsoNormal"><span style=3D"color:black"> </span></p>
<p class=3D"MsoNormal"><b><span style=3D"color:maroon">Rosette, LLP </span>=
</b></p>
<p class=3D"MsoNormal"><b><span style=3D"color:maroon">Attorneys at Law</sp=
an></b></p>
<p class=3D"MsoNormal"><span style=3D"color:black">193 Blue Ravine Road - S=
uite 255</span></p>
<p class=3D"MsoNormal"><span style=3D"color:black">Folsom, CA 95630</span><=
/p>
<p class=3D"MsoNormal"><img border=3D"0" width=3D"31" height=3D"33" id=3D"_=
x0000_i1026" src=3D"cid:image002.jpg@01CE99B5.072CF440" alt=3D"Bear Paw"><s=
pan style=3D"color:black">916.353.1084 &#8211; Office</span></p>
<p class=3D"MsoNormal"><span style=3D"color:black">916.353.1085 &#8211; Fax=
</span></p>
```

CONFIDENTIAL

```
<p class=3D"MsoNormal"><span style=3D"color:black">480.241.5871 &#8211; Cel=
l </span></p>
<p class=3D"MsoNormal"><span style=3D"color:blue"> </span></p>
<p class=3D"MsoNormal"><span style=3D"color:#1F497D"><a href=3D"mailto:NStG=
ermain@rosettelaw.com">NStGermain@rosettelaw.com</a></span></p>
<p class=3D"MsoNormal"><span style=3D"color:#1F497D"><a href=3D"www.rosette=
law.com"><span style=3D"color:#1F497D">www.rosettelaw.com</span></a></span>=
</p>
<p class=3D"MsoNormal"><span style=3D"color:#1F497D"> </span></p>
<p class=3D"MsoNormal"><span style=3D"font-size:10.0pt; font-family:&quot;A=
rial&quot;,&quot;sans-serif&quot;; color:#1F497D">CONFIDENTIAL COMMUNICATIO=
N: THIS MESSAGE IS A CONFIDENTIAL ATTORNEY COMMUNICATION ONLY FOR USE BY TH=
E INTENDED RECIPIENT.  ANY INADVERTENT RECEIPT SHALL NOT
CONSTITUTE A WAIVER OF ATTORNEY-CLIENT OR WORK PRODUCT PROTECTION.  I=
F RECEIVED IN ERROR, PLEASE NOTIFY THE SENDER IMMEDIATELY AND DELETE THIS M=
ESSAGE.</span></p>
</div>
<p class=3D"MsoNormal"><span style=3D"color:#1F497D"> </span></p>
<div>
<div style=3D"border:none; border-top:solid #B5C4DF 1.0pt; padding:3.0pt 0i=
n 0in 0in">
<p class=3D"MsoNormal"><b><span style=3D"font-size:10.0pt; font-family:&quo=
t;Tahoma&quot;,&quot;sans-serif&quot;">From:</span></b><span style=3D"font-=
size:10.0pt; font-family:&quot;Tahoma&quot;,&quot;sans-serif&quot;"> Matt M=
artorello [<a href=3D"mailto:mattm@bellicosevi.com">mailto:mattm@bellicosev=
i.com</a>]
<br>
<b>Sent:</b> Thursday, August 15, 2013 8:21 AM<br>
<b>To:</b> Karrie Wichtman<br>
<b>Cc:</b> Nicole St. Germain; <a href=3D"mailto:gkway@lvdtribal.com">gkway=
@lvdtribal.com</a>;
<a href=3D"mailto:craigm@duckcreektf.com">craigm@duckcreektf.com</a>; Justi=
n Martorello; Saba Bazzazieh;
<a href=3D"mailto:craig.mansfield@lvdcasino.com">craig.mansfield@lvdcasino.=
com</a>;
<a href=3D"mailto:craiginlol63@gmail.com">craiginlol63@gmail.com</a>; James=
Dowd; Ken Akini; Tanya Wanageshik<br>
<b>Subject:</b> Re: LST Financial - ACH Agreements URGENT</span></p>
</div>
</div>
<p class=3D"MsoNormal"> </p>
<p class=3D"MsoNormal" style=3D"margin-bottom:12.0pt">Yes, James please get=
new contract. If the docs are not executed by tomorrow, they will cease pr=
ocessing and the portfolio would be out of business at end of day tomorrow =
and in default to alpha. I strongly
suggest a very tight leash on handing back and forth redlines.<br>
<br>
<br>
-------- Original message --------<br>
From: Karrie Wichtman &lt;<a href=3D"mailto:kwichtman@rosettelaw.com">kwich=
tman@rosettelaw.com</a>&gt;
<br>
Date: 08/15/2013 10:04 AM (GMT-06:00) <br>
To: Matt Martorello &lt;<a href=3D"mailto:mattm@bellicosevi.com">mattm@bell=
icosevi.com</a>&gt;
<br>
```

CM0000172

Cc: &quot;Nicole St. Germain&quot; &lt;<a href=3D"mailto:NStGermain@rosette-
law.com">NStGermain@rosettelaw.com</a>&gt;,gkway@lvdtribal.com,craigm@duckc=
reektf.com,Justin Martorello &lt;<a href=3D"mailto:JustinM@BellicoseVI.com"=
>JustinM@BellicoseVI.com</a>&gt;,Saba Bazzazieh &lt;<a href=3D"mailto:sbazz=
azieh@rosettelaw.com">sbazzazieh@rosettelaw.com</a>&gt;,craig.mansfield@lvd=
casino.com,craiginlol63@gmail.com,James
Dowd &lt;<a href=3D"mailto:JamesD@bellicosevi.com">JamesD@bellicosevi.com<=
/a>&gt;,Ken Akini &lt;<a href=3D"mailto:Kakini@rosettelaw.com">Kakini@roset=
telaw.com</a>&gt;,Tanya Wanageshik &lt;<a href=3D"mailto:TWanageshik@rosett=
elaw.com">TWanageshik@rosettelaw.com</a>&gt;
<br>
Subject: Re: LST Financial - ACH Agreements URGENT </p>
<div>
<div>
<p class=3D"MsoNormal">Ok, so did the pricing go up? And after Nicole's rev=
iew we have more issues than jut the immunity waiver. A redline will be cir=
culated shortly.<br>
<br>
Sent from my iPhone</p>
</div>
<div>
<p class=3D"MsoNormal" style=3D"margin-bottom:12.0pt"><br>
On Aug 14, 2013, at 9:03 PM, &quot;Matt Martorello&quot; &lt;<a href=3D"mai=
lto:mattm@bellicosevi.com">mattm@bellicosevi.com</a>&gt; wrote:</p>
</div>
<blockquote style=3D"margin-top:5.0pt; margin-bottom:5.0pt">
<div>
<div>
<p class=3D"MsoNormal"><span style=3D"color:#1F497D">yes</span></p>
<p class=3D"MsoNormal"><span style=3D"color:#1F497D"> </span></p>
<div>
<div style=3D"border:none; border-top:solid #E1E1E1 1.0pt; padding:3.0pt 0i=
n 0in 0in">
<p class=3D"MsoNormal"><b>From:</b> Karrie Wichtman [<a href=3D"mailto:kwic=
htman@rosettelaw.com">mailto:kwichtman@rosettelaw.com</a>]
<br>
<b>Sent:</b> Wednesday, August 14, 2013 9:01 PM<br>
<b>To:</b> Matt Martorello; Nicole St. Germain; '<a href=3D"mailto:gkway@lv=
dtribal.com">gkway@lvdtribal.com</a>'; '<a href=3D"mailto:craigm@duckcreekt=
f.com">craigm@duckcreektf.com</a>'; Justin Martorello; Saba Bazzazieh; '<a =
href=3D"mailto:craig.mansfield@lvdcasino.com">craig.mansfield@lvdcasino.com=
</a>';
'<a href=3D"mailto:craiginlol63@gmail.com">craiginlol63@gmail.com</a>'<br>
<b>Cc:</b> James Dowd; Ken Akini; Tanya Wanageshik<br>
<b>Subject:</b> RE: LST Financial - ACH Agreements URGENT</p>
</div>
</div>
<p class=3D"MsoNormal"> </p>
<p class=3D"MsoNormal"><span style=3D"color:#1F497D">So is the call over?</=
span></p>
<p class=3D"MsoNormal"><span style=3D"color:#1F497D"> </span></p>
<div>
<table class=3D"MsoNormalTable" border=3D"0" cellspacing=3D"0" cellpadding=
=3D"0" width=3D"100%" style=3D"width:100.0%; border-collapse:collapse">
<tbody>
<tr style=3D"height:66.4pt">

CONFIDENTIAL

```
<td width=3D"31%" valign=3D"top" style=3D"width:31.12%; padding:0in 5.4pt 0=
in 5.4pt; height:66.4pt">
<p class=3D"MsoNormal"><b><span style=3D"color:#3B1615">Karrie S. Wichtman,=
Attorney</span></b><span style=3D"color:#3B1615">&lt;image001.png&gt;</spa=
n></p>
<p class=3D"MsoNormal"><b><span style=3D"color:maroon">Rosette, LLP</span><=
/b></p>
<p class=3D"MsoNormal"><b><span style=3D"color:maroon">Attorneys at Law&nbs=
p;          </span>
</b></p>
<p class=3D"MsoNormal"><span style=3D"color:#3B1615">Michigan Office</span>=
</p>
<p class=3D"MsoNormal"><span style=3D"color:#3B1615">25344 Red Arrow Hwy, S=
uite B</span></p>
<p class=3D"MsoNormal"><span style=3D"color:#3B1615">Mattawan, MI 49071</sp=
an></p>
<p class=3D"MsoNormal"><span style=3D"color:#3B1615">269.283.5005 &#8211; O=
ffice </span></p>
<p class=3D"MsoNormal"><span style=3D"color:#3B1615">480.242.6959 - Cell&nb=
sp;           =
 
</span></p>
<p class=3D"MsoNormal"><span style=3D"color:#3B1615">517.913.6443 &#8211; F=
ax</span></p>
<p class=3D"MsoNormal"><span style=3D"color:#3B1615"><a href=3D"mailto:kwic=
htman@rosettelaw.com">kwichtman@rosettelaw.com</a></span></p>
<p class=3D"MsoNormal"><span style=3D"color:#3B1615"><a href=3D"http://www.=
rosettelaw.com/"><span style=3D"color:#3B1615">www.rosettelaw.com</span></a=
></span></p>
<p class=3D"MsoNormal"><span style=3D"color:#1F497D"> </span></p>
</td>
<td width=3D"8%" valign=3D"top" style=3D"width:8.3%; padding:0in 5.4pt 0in =
5.4pt; height:66.4pt">
<p class=3D"MsoNormal"><span style=3D"color:black"> </span></p>
<p class=3D"MsoNormal" style=3D"text-align:justify"><span style=3D"color:bl=
ack"> </span></p>
<p class=3D"MsoNormal" style=3D"text-align:justify"><span style=3D"color:bl=
ack"> </span></p>
<p class=3D"MsoNormal" style=3D"text-align:justify"><span style=3D"color:bl=
ack"> </span></p>
</td>
</tr>
</tbody>
</table>
<p class=3D"MsoNormal"><span style=3D"color:#1F497D">CONFIDENTIAL COMMUNICA=
TION: THIS MESSAGE IS A CONFIDENTIAL ATTORNEY COMMUNICATION ONLY FOR USE BY=
THE INTENDED RECIPIENT.  ANY INADVERTENT RECEIPT SHALL NOT CONSTITUTE=
A WAIVER OF ATTORNEY-CLIENT OR WORK PRODUCT
PROTECTION.  IF RECEIVED IN ERROR, PLEASE NOTIFY KARRIE S. WICHTMAN I=
MMEDIATELY AND DELETE THIS MESSAGE.  THANK YOU FOR YOUR COOPERATION.</=
span></p>
<p class=3D"MsoNormal"><span style=3D"font-family:&quot;Times New Roman&quo=
t;,&quot;serif&quot;; color:#1F497D"> </span></p>
</div>
<p class=3D"MsoNormal"><span style=3D"color:#1F497D"> </span></p>
<div>
```

```
<div style=3D"border:none; border-top:solid #B5C4DF 1.0pt; padding:3.0pt 0i=
n 0in 0in">
<p class=3D"MsoNormal"><b><span style=3D"font-size:10.0pt; font-family:&quo=
t;Tahoma&quot;,&quot;sans-serif&quot;">From:</span></b><span style=3D"font-=
size:10.0pt; font-family:&quot;Tahoma&quot;,&quot;sans-serif&quot;"> Matt M=
artorello [<a href=3D"mailto:mattm@bellicosevi.com">mailto:mattm@bellicosev=
i.com</a>]
<br>
<b>Sent:</b> Wednesday, August 14, 2013 8:59 PM<br>
<b>To:</b> Nicole St. Germain; Karrie Wichtman; '<a href=3D"mailto:gkway@lv=
dtribal.com">gkway@lvdtribal.com</a>'; '<a href=3D"mailto:craigm@duckcreekt=
f.com">craigm@duckcreektf.com</a>'; Justin Martorello; Saba Bazzazieh; '<a =
href=3D"mailto:craig.mansfield@lvdcasino.com">craig.mansfield@lvdcasino.com=
</a>';
'<a href=3D"mailto:craiginlol63@gmail.com">craiginlol63@gmail.com</a>'<br>
<b>Cc:</b> James Dowd; Ken Akini; Tanya Wanageshik<br>
<b>Subject:</b> RE: LST Financial - ACH Agreements URGENT</span></p>
</div>
</div>
<p class=3D"MsoNormal"> </p>
<div>
<p class=3D"MsoNormal"><span style=3D"color:#1F497D">What time can council =
submit the resolution in the morning.  Just not going to work without =
the waiver.  They need these to be at the bank by 8am ET.  That&#=
8217;s a really tall order, but is that even possible?   I&#8217;=
m
hearing rumors that ACH Works is now turned off from processing as well, w=
hich leaves LST the last other than Kapcharge if true.</span></p>
<p class=3D"MsoNormal"><span style=3D"color:#1F497D"> </span></p>
<div>
<div style=3D"border:none; border-top:solid #E1E1E1 1.0pt; padding:3.0pt 0i=
n 0in 0in">
<p class=3D"MsoNormal"><b>From:</b> Nicole St. Germain [<a href=3D"mailto:N=
StGermain@rosettelaw.com">mailto:NStGermain@rosettelaw.com</a>]
<br>
<b>Sent:</b> Wednesday, August 14, 2013 8:54 PM<br>
<b>To:</b> Karrie Wichtman; Matt Martorello; '<a href=3D"mailto:gkway@lvdtr=
ibal.com">gkway@lvdtribal.com</a>'; '<a href=3D"mailto:craigm@duckcreektf.c=
om">craigm@duckcreektf.com</a>'; Justin Martorello; Saba Bazzazieh; '<a hre=
f=3D"mailto:craig.mansfield@lvdcasino.com">craig.mansfield@lvdcasino.com</a=
>';
'<a href=3D"mailto:craiginlol63@gmail.com">craiginlol63@gmail.com</a>'<br>
<b>Cc:</b> James Dowd; Ken Akini; Tanya Wanageshik<br>
<b>Subject:</b> Re: LST Financial - ACH Agreements URGENT</p>
</div>
</div>
<p class=3D"MsoNormal"> </p>
<p class=3D"MsoNormal"><span style=3D"color:#1F497D">Yes. Give me 5 mins. I=
just got out of the car.</span><span style=3D"font-size:12.0pt; font-famil=
y:&quot;Times New Roman&quot;,&quot;serif&quot;"><br>
 </span></p>
<div style=3D"border:none; border-top:solid #B5C4DF 1.0pt; padding:3.0pt 0i=
n 0in 0in">
<p class=3D"MsoNormal"><b><span style=3D"font-size:10.0pt; font-family:&quo=
t;Tahoma&quot;,&quot;sans-serif&quot;">From</span></b><span style=3D"font-s=
ize:10.0pt; font-family:&quot;Tahoma&quot;,&quot;sans-serif&quot;">: Karrie=
```

Wichtman
&lt;br&gt;
&lt;b&gt;Sent&lt;/b&gt;: Wednesday, August 14, 2013 05:49 PM&lt;br&gt;
&lt;b&gt;To&lt;/b&gt;: Matt Martorello &amp;lt;&lt;a href=3D"mailto:mattm@bellicosevi.com"&gt;mat=
tm@bellicosevi.com&lt;/a&gt;;; Nicole St. Germain; Gkway (&lt;a href=3D"mailto:gk=
way@lvdtribal.com"&gt;gkway@lvdtribal.com&lt;/a&gt;) &amp;lt;&lt;a href=3D"mailto:gkway@lvd=
tribal.com"&gt;gkway@lvdtribal.com&lt;/a&gt;&amp;gt;;
&lt;a href=3D"mailto:craigm@duckcreektf.com"&gt;craigm@duckcreektf.com&lt;/a&gt; &amp;lt;&lt;a=
href=3D"mailto:craigm@duckcreektf.com"&gt;craigm@duckcreektf.com&lt;/a&gt;&amp;gt;; Jus=
tin Martorello &amp;lt;&lt;a href=3D"mailto:JustinM@BellicoseVI.com"&gt;JustinM@Belli=
coseVI.com&lt;/a&gt;&amp;gt;; Saba Bazzazieh;
&lt;a href=3D"mailto:craig.mansfield@lvdcasino.com"&gt;craig.mansfield@lvdcasino.=
com&lt;/a&gt; &amp;lt;&lt;a href=3D"mailto:craig.mansfield@lvdcasino.com"&gt;craig.mansfiel=
d@lvdcasino.com&lt;/a&gt;&amp;gt;; Craig (&lt;a href=3D"mailto:craiginlol63@gmail.com"&gt;c=
raiginlol63@gmail.com&lt;/a&gt;) &amp;lt;&lt;a href=3D"mailto:craiginlol63@gmail.com"&gt;cr=
aiginlol63@gmail.com&lt;/a&gt;&amp;gt;
&lt;br&gt;
&lt;b&gt;Cc&lt;/b&gt;: James Dowd &amp;lt;&lt;a href=3D"mailto:JamesD@bellicosevi.com"&gt;JamesD@=
bellicosevi.com&lt;/a&gt;&amp;gt;; Ken Akini; Tanya Wanageshik
&lt;br&gt;
&lt;b&gt;Subject&lt;/b&gt;: RE: LST Financial - ACH Agreements URGENT &lt;br&gt;
&lt;/span&gt;&lt;span style=3D"font-size:12.0pt; font-family:&quot;Times New Roman&q=
uot;,&quot;serif&quot;"&gt; &lt;/span&gt;&lt;/p&gt;
&lt;/div&gt;
&lt;p class=3D"MsoNormal"&gt;&lt;span style=3D"color:#1F497D"&gt;I have NO cell phone s=
ervice &amp;#8211; Nicole can you get on?&lt;/span&gt;&lt;/p&gt;
&lt;p class=3D"MsoNormal"&gt;&lt;span style=3D"color:#1F497D"&gt; &lt;/span&gt;&lt;/p&gt;
&lt;div&gt;
&lt;table class=3D"MsoNormalTable" border=3D"0" cellspacing=3D"0" cellpadding=
=3D"0" width=3D"100%" style=3D"width:100.0%; border-collapse:collapse"&gt;
&lt;tbody&gt;
&lt;tr style=3D"height:66.4pt"&gt;
&lt;td width=3D"31%" valign=3D"top" style=3D"width:31.12%; padding:0in 5.4pt 0=
in 5.4pt; height:66.4pt"&gt;
&lt;p class=3D"MsoNormal"&gt;&lt;b&gt;&lt;span style=3D"color:#3B1615"&gt;Karrie S. Wichtman,=
Attorney&lt;/span&gt;&lt;/b&gt;&lt;span style=3D"color:#3B1615"&gt;&lt;image001.png&amp;gt;&lt;/spa=
n&gt;&lt;/p&gt;
&lt;p class=3D"MsoNormal"&gt;&lt;b&gt;&lt;span style=3D"color:maroon"&gt;Rosette, LLP&lt;/span&gt;&lt;=
/b&gt;&lt;/p&gt;
&lt;p class=3D"MsoNormal"&gt;&lt;b&gt;&lt;span style=3D"color:maroon"&gt;Attorneys at Law&nbs=
p;         &lt;/span&gt;=
&lt;/b&gt;&lt;/p&gt;
&lt;p class=3D"MsoNormal"&gt;&lt;span style=3D"color:#3B1615"&gt;Michigan Office&lt;/span&gt;=
&lt;/p&gt;
&lt;p class=3D"MsoNormal"&gt;&lt;span style=3D"color:#3B1615"&gt;25344 Red Arrow Hwy, S=
uite B&lt;/span&gt;&lt;/p&gt;
&lt;p class=3D"MsoNormal"&gt;&lt;span style=3D"color:#3B1615"&gt;Mattawan, MI 49071&lt;/sp=
an&gt;&lt;/p&gt;
&lt;p class=3D"MsoNormal"&gt;&lt;span style=3D"color:#3B1615"&gt;269.283.5005 &amp;#8211; O=
ffice &lt;/span&gt;&lt;/p&gt;
&lt;p class=3D"MsoNormal"&gt;&lt;span style=3D"color:#3B1615"&gt;480.242.6959 - Cell&nb=
sp;           =
 
&lt;/span&gt;&lt;/p&gt;
&lt;p class=3D"MsoNormal"&gt;&lt;span style=3D"color:#3B1615"&gt;517.913.6443 &amp;#8211; F=
ax&lt;/span&gt;&lt;/p&gt;

```
<p class=3D"MsoNormal"><span style=3D"color:#3B1615"><a href=3D"mailto:kwic=
htman@rosettelaw.com">kwichtman@rosettelaw.com</a></span></p>
<p class=3D"MsoNormal"><span style=3D"color:#3B1615"><a href=3D"http://www.=
rosettelaw.com/"><span style=3D"color:#3B1615">www.rosettelaw.com</span></a=
></span></p>
<p class=3D"MsoNormal"><span style=3D"color:#1F497D"> </span></p>
</td>
<td width=3D"8%" valign=3D"top" style=3D"width:8.3%; padding:0in 5.4pt 0in =
5.4pt; height:66.4pt">
<p class=3D"MsoNormal"><span style=3D"color:black"> </span></p>
<p class=3D"MsoNormal" style=3D"text-align:justify"><span style=3D"color:bl=
ack"> </span></p>
<p class=3D"MsoNormal" style=3D"text-align:justify"><span style=3D"color:bl=
ack"> </span></p>
<p class=3D"MsoNormal" style=3D"text-align:justify"><span style=3D"color:bl=
ack"> </span></p>
</td>
</tr>
</tbody>
</table>
<p class=3D"MsoNormal"><span style=3D"color:#1F497D">CONFIDENTIAL COMMUNICA=
TION: THIS MESSAGE IS A CONFIDENTIAL ATTORNEY COMMUNICATION ONLY FOR USE BY=
THE INTENDED RECIPIENT.  ANY INADVERTENT RECEIPT SHALL NOT CONSTITUTE=
A WAIVER OF ATTORNEY-CLIENT OR WORK PRODUCT
PROTECTION.  IF RECEIVED IN ERROR, PLEASE NOTIFY KARRIE S. WICHTMAN I=
MMEDIATELY AND DELETE THIS MESSAGE.  THANK YOU FOR YOUR COOPERATION.</=
span></p>
<p class=3D"MsoNormal"><span style=3D"font-family:&quot;Times New Roman&quo=
t;,&quot;serif&quot;; color:#1F497D"> </span></p>
</div>
<p class=3D"MsoNormal"><span style=3D"color:#1F497D"> </span></p>
<div>
<div style=3D"border:none; border-top:solid #B5C4DF 1.0pt; padding:3.0pt 0i=
n 0in 0in">
<p class=3D"MsoNormal"><b><span style=3D"font-size:10.0pt; font-family:&quo=
t;Tahoma&quot;,&quot;sans-serif&quot;">From:</span></b><span style=3D"font-=
size:10.0pt; font-family:&quot;Tahoma&quot;,&quot;sans-serif&quot;"> Matt M=
artorello [<a href=3D"mailto:mattm@bellicosevi.com">mailto:mattm@bellicosev=
i.com</a>]
<br>
<b>Sent:</b> Wednesday, August 14, 2013 8:49 PM<br>
<b>To:</b> Karrie Wichtman; Nicole St. Germain; Gkway (<a href=3D"mailto:gk=
way@lvdtribal.com">gkway@lvdtribal.com</a>);
<a href=3D"mailto:craigm@duckcreektf.com">craigm@duckcreektf.com</a>; Justi=
n Martorello; Saba Bazzazieh;
<a href=3D"mailto:craig.mansfield@lvdcasino.com">craig.mansfield@lvdcasino.=
com</a>; Craig (<a href=3D"mailto:craiginlol63@gmail.com">craiginlol63@gmai=
l.com</a>)<br>
<b>Cc:</b> James Dowd; Ken Akini; Tanya Wanageshik<br>
<b>Subject:</b> RE: LST Financial - ACH Agreements URGENT</span></p>
</div>
</div>
<p class=3D"MsoNormal"> </p>
<div>
<p class=3D"MsoNormal"><span style=3D"color:#1F497D">Greg Colton is getting=
a call set up for us right now with his council to discuss 7.5. &nbsp=
```

;  Coming to you with dial in right now&#8230;  GC is just taking=
off so won&#8217;t be on but defers to his council.</span></p>
<p class=3D"MsoNormal"><span style=3D"color:#1F497D"> </span></p>
<div>
<div style=3D"border:none; border-top:solid #E1E1E1 1.0pt; padding:3.0pt 0i=
n 0in 0in">
<p class=3D"MsoNormal"><b>From:</b> Karrie Wichtman [<a href=3D"mailto:kwic=
htman@rosettelaw.com">mailto:kwichtman@rosettelaw.com</a>]
<br>
<b>Sent:</b> Wednesday, August 14, 2013 8:46 PM<br>
<b>To:</b> Matt Martorello; Nicole St. Germain; Gkway (<a href=3D"mailto:gk=
way@lvdtribal.com">gkway@lvdtribal.com</a>);
<a href=3D"mailto:craigm@duckcreektf.com">craigm@duckcreektf.com</a>; Justi=
n Martorello; Saba Bazzazieh;
<a href=3D"mailto:craig.mansfield@lvdcasino.com">craig.mansfield@lvdcasino.=
com</a>; Craig <a href=3D"mailto:craiginlol63@gmail.com">craiginlol63@gmai=
l.com</a>)<br>
<b>Cc:</b> James Dowd; Ken Akini; Tanya Wanageshik<br>
<b>Subject:</b> RE: LST Financial - ACH Agreements URGENT<br>
<b>Importance:</b> High</p>
</div>
</div>
<p class=3D"MsoNormal"> </p>
<p class=3D"MsoNormal"><span style=3D"color:#1F497D">All,</span></p>
<p class=3D"MsoNormal"><span style=3D"color:#1F497D"> </span></p>
<p class=3D"MsoNormal"><span style=3D"color:#1F497D">I have Craig&#8217;s s=
igned agreements as I asked him to go ahead and execute in the off chance t=
hat no revisions were needed &#8211; my suggestion is to just cross out Sec=
tion 7.5 and put Craig&#8217;s initials there if they
have to be sent in tonight.  Once I make sure there are no other issu=
es with the &#8220;new and improved&#8221; Agreement - I will send them.&nb=
sp; If GC will give us some relief &#8211; then attached here also are the =
resolution for limited waiver approval for the Tribal Council
which can be added to the agenda and approved tomorrow.   I note=
also that the documents were sent to us with items to fill in &#8211; Jame=
s: how is your penmanship as these things will need to be completed in the =
signed agreements since they were blank when they
came to us.  I believe you all have the fully completed LST Agreement=
as I cannot find it in my files. Note that the address of the both entitie=
s has changed &#8211; so you&#8217;ll need to use the P.O. Box 704 address.=
</span></p>
<p class=3D"MsoNormal"><span style=3D"color:#1F497D"> </span></p>
<p class=3D"MsoNormal"><span style=3D"color:#1F497D">As far as the other it=
ems needed &#8211; please send over what those things are so that we can ge=
t them signed in the morning.  Tanya is the only one left on-site at L=
VD and she will coordinate whatever is needed before
she takes off tomorrow.</span></p>
<p class=3D"MsoNormal"><span style=3D"color:#1F497D"> </span></p>
<p class=3D"MsoNormal"><span style=3D"color:#1F497D">I would note also &#82=
11;that we have an agreement with LST &#8211; ALREADY &#8211; isn&#8217;t t=
here something in the agreement that requires them to give notice of pricin=
g changes.  I see that this Agreement was actually received
on August 2, 2013 &#8211; perhaps from then until now that was our notice =
period.</span></p>
<p class=3D"MsoNormal"><span style=3D"color:#1F497D"> </span></p>
<p class=3D"MsoNormal"><span style=3D"color:#1F497D">Ken, Tanya, Nicole &#8=

CM0000178

211; do we see any other changes that need to be made?  If not, I will=
forward Craig&#8217;s signed agreements. 
</p class=3D"MsoNormal"><span style=3D"color:#1F497D"> </span></p>
<p class=3D"MsoNormal"><span style=3D"color:#1F497D"> </span></p>
<p class=3D"MsoNormal"><span style=3D"color:#1F497D">Sincerely</span></p>
<p class=3D"MsoNormal"><span style=3D"color:#1F497D"> </span></p>
<p class=3D"MsoNormal"><span style=3D"color:#1F497D"> </span></p>
<p class=3D"MsoNormal"><span style=3D"color:#1F497D"> </span></p>
<div>
<table class=3D"MsoNormalTable" border=3D"0" cellspacing=3D"0" cellpadding=
=3D"0" width=3D"100%" style=3D"width:100.0%; border-collapse:collapse">
<tbody>
<tr style=3D"height:66.4pt">
<td width=3D"31%" valign=3D"top" style=3D"width:31.12%; padding:0in 5.4pt 0=
in 5.4pt; height:66.4pt">
<p class=3D"MsoNormal"><b><span style=3D"color:#3B1615">Karrie S. Wichtman,=
Attorney</span></b><span style=3D"color:#3B1615">&lt;image001.png&gt;</spa=
n></p>
<p class=3D"MsoNormal"><b><span style=3D"color:maroon">Rosette, LLP</span><=
/b></p>
<p class=3D"MsoNormal"><b><span style=3D"color:maroon">Attorneys at Law&nbs=
p;         </span>
</b></p>
<p class=3D"MsoNormal"><span style=3D"color:#3B1615">Michigan Office</span>=
</p>
<p class=3D"MsoNormal"><span style=3D"color:#3B1615">25344 Red Arrow Hwy, S=
uite B</span></p>
<p class=3D"MsoNormal"><span style=3D"color:#3B1615">Mattawan, MI 49071</sp=
an></p>
<p class=3D"MsoNormal"><span style=3D"color:#3B1615">269.283.5005 &#8211; O=
ffice </span></p>
<p class=3D"MsoNormal"><span style=3D"color:#3B1615">480.242.6959 - Cell&nb=
sp;           =
 
</span></p>
<p class=3D"MsoNormal"><span style=3D"color:#3B1615">517.913.6443 &#8211; F=
ax</span></p>
<p class=3D"MsoNormal"><span style=3D"color:#3B1615"><a href=3D"mailto:kwic=
htman@rosettelaw.com">kwichtman@rosettelaw.com</a></span></p>
<p class=3D"MsoNormal"><span style=3D"color:#3B1615"><a href=3D"http://www.=
rosettelaw.com/"><span style=3D"color:#3B1615">www.rosettelaw.com</span></a=
></span></p>
<p class=3D"MsoNormal"><span style=3D"color:#1F497D"> </span></p>
</td>
<td width=3D"8%" valign=3D"top" style=3D"width:8.3%; padding:0in 5.4pt 0in =
5.4pt; height:66.4pt">
<p class=3D"MsoNormal"><span style=3D"color:black"> </span></p>
<p class=3D"MsoNormal" style=3D"text-align:justify"><span style=3D"color:bl=
ack"> </span></p>
<p class=3D"MsoNormal" style=3D"text-align:justify"><span style=3D"color:bl=
ack"> </span></p>
<p class=3D"MsoNormal" style=3D"text-align:justify"><span style=3D"color:bl=
ack"> </span></p>
</td>
</tr>
</tbody>

CONFIDENTIAL

```
</table>
<p class=3D"MsoNormal"><span style=3D"color:#1F497D">CONFIDENTIAL COMMUNICA=
TION: THIS MESSAGE IS A CONFIDENTIAL ATTORNEY COMMUNICATION ONLY FOR USE BY=
THE INTENDED RECIPIENT.  ANY INADVERTENT RECEIPT SHALL NOT CONSTITUTE=
A WAIVER OF ATTORNEY-CLIENT OR WORK PRODUCT
PROTECTION.  IF RECEIVED IN ERROR, PLEASE NOTIFY KARRIE S. WICHTMAN I=
MMEDIATELY AND DELETE THIS MESSAGE.  THANK YOU FOR YOUR COOPERATION.</=
span></p>
<p class=3D"MsoNormal"><span style=3D"font-family:&quot;Times New Roman&quo=
t;,&quot;serif&quot;; color:#1F497D"> </span></p>
</div>
<p class=3D"MsoNormal"><span style=3D"color:#1F497D"> </span></p>
<div>
<div style=3D"border:none; border-top:solid #B5C4DF 1.0pt; padding:3.0pt 0i=
n 0in 0in">
<p class=3D"MsoNormal"><b><span style=3D"font-size:10.0pt; font-family:&quo=
t;Tahoma&quot;,&quot;sans-serif&quot;">From:</span></b><span style=3D"font-=
size:10.0pt; font-family:&quot;Tahoma&quot;,&quot;sans-serif&quot;"> Matt M=
artorello [<a href=3D"mailto:mattm@bellicosevi.com">mailto:mattm@bellicosev=
i.com</a>]
<br>
<b>Sent:</b> Wednesday, August 14, 2013 8:26 PM<br>
<b>To:</b> Karrie Wichtman; Nicole St. Germain; Gkway (<a href=3D"mailto:gk=
way@lvdtribal.com">gkway@lvdtribal.com</a>);
<a href=3D"mailto:craigm@duckcreektf.com">craigm@duckcreektf.com</a>; Justi=
n Martorello; Saba Bazzazieh;
<a href=3D"mailto:craig.mansfield@lvdcasino.com">craig.mansfield@lvdcasino.=
com</a><br>
<b>Cc:</b> James Dowd; Ken Akini; Tanya Wanageshik<br>
<b>Subject:</b> RE: LST Financial - ACH Agreements URGENT</span></p>
</div>
</div>
<p class=3D"MsoNormal"> </p>
<div>
<p class=3D"MsoNormal"><span style=3D"color:#1F497D">Ok worth a shot  =
Justin will convert it to word and remove 7.5 and we&#8217;ll send GC a pra=
yer for relief
</span><span style=3D"font-family:Wingdings; color:#1F497D">J</span></p>
<p class=3D"MsoNormal"><span style=3D"color:#1F497D"> </span></p>
<p class=3D"MsoNormal"><span style=3D"color:#1F497D"> </span></p>
<div>
<div style=3D"border:none; border-top:solid #E1E1E1 1.0pt; padding:3.0pt 0i=
n 0in 0in">
<p class=3D"MsoNormal"><b>From:</b> Karrie Wichtman [<a href=3D"mailto:kwic=
htman@rosettelaw.com">mailto:kwichtman@rosettelaw.com</a>]
<br>
<b>Sent:</b> Wednesday, August 14, 2013 8:25 PM<br>
<b>To:</b> Matt Martorello; Nicole St. Germain; Gkway (<a href=3D"mailto:gk=
way@lvdtribal.com">gkway@lvdtribal.com</a>);
<a href=3D"mailto:craigm@duckcreektf.com">craigm@duckcreektf.com</a>; Justi=
n Martorello; Saba Bazzazieh;
<a href=3D"mailto:craig.mansfield@lvdcasino.com">craig.mansfield@lvdcasino.=
com</a><br>
<b>Cc:</b> James Dowd; Ken Akini; Tanya Wanageshik<br>
<b>Subject:</b> RE: LST Financial - ACH Agreements URGENT</p>
</div>
```

```
</div>
<p class=3D"MsoNormal"> </p>
<p class=3D"MsoNormal"><span style=3D"color:#1F497D">Co-Managers could be o=
n the hook personally for doing something like that without authorization &=
#8211; it&#8217;s not just a validity of the waiver issue.</span></p>
<p class=3D"MsoNormal"><span style=3D"color:#1F497D"> </span></p>
<div>
<table class=3D"MsoNormalTable" border=3D"0" cellspacing=3D"0" cellpadding=
=3D"0" width=3D"100%" style=3D"width:100.0%; border-collapse:collapse">
<tbody>
<tr style=3D"height:66.4pt">
<td width=3D"31%" valign=3D"top" style=3D"width:31.12%; padding:0in 5.4pt 0=
in 5.4pt; height:66.4pt">
<p class=3D"MsoNormal"><b><span style=3D"color:#3B1615">Karrie S. Wichtman,=
Attorney</span></b><span style=3D"color:#3B1615">&lt;image001.png&gt;</spa=
n></p>
<p class=3D"MsoNormal"><b><span style=3D"color:maroon">Rosette, LLP</span><=
/b></p>
<p class=3D"MsoNormal"><b><span style=3D"color:maroon">Attorneys at Law&nbs=
p;          </span>
</b></p>
<p class=3D"MsoNormal"><span style=3D"color:#3B1615">Michigan Office</span>=
</p>
<p class=3D"MsoNormal"><span style=3D"color:#3B1615">25344 Red Arrow Hwy, S=
uite B</span></p>
<p class=3D"MsoNormal"><span style=3D"color:#3B1615">Mattawan, MI 49071</sp=
an></p>
<p class=3D"MsoNormal"><span style=3D"color:#3B1615">269.283.5005 &#8211; O=
ffice </span></p>
<p class=3D"MsoNormal"><span style=3D"color:#3B1615">480.242.6959 - Cell&nb=
sp;           =
 
</span></p>
<p class=3D"MsoNormal"><span style=3D"color:#3B1615">517.913.6443 &#8211; F=
ax</span></p>
<p class=3D"MsoNormal"><span style=3D"color:#3B1615"><a href=3D"mailto:kwic=
htman@rosettelaw.com">kwichtman@rosettelaw.com</a></span></p>
<p class=3D"MsoNormal"><span style=3D"color:#3B1615"><a href=3D"http://www.=
rosettelaw.com/"><span style=3D"color:#3B1615">www.rosettelaw.com</span></a=
></span></p>
<p class=3D"MsoNormal"><span style=3D"color:#1F497D"> </span></p>
</td>
<td width=3D"8%" valign=3D"top" style=3D"width:8.3%; padding:0in 5.4pt 0in =
5.4pt; height:66.4pt">
<p class=3D"MsoNormal"><span style=3D"color:black"> </span></p>
<p class=3D"MsoNormal" style=3D"text-align:justify"><span style=3D"color:bl=
ack"> </span></p>
<p class=3D"MsoNormal" style=3D"text-align:justify"><span style=3D"color:bl=
ack"> </span></p>
<p class=3D"MsoNormal" style=3D"text-align:justify"><span style=3D"color:bl=
ack"> </span></p>
</td>
</tr>
</tbody>
</table>
<p class=3D"MsoNormal"><span style=3D"color:#1F497D">CONFIDENTIAL COMMUNICA=
```

TION: THIS MESSAGE IS A CONFIDENTIAL ATTORNEY COMMUNICATION ONLY FOR USE BY=
THE INTENDED RECIPIENT.  ANY INADVERTENT RECEIPT SHALL NOT CONSTITUTE=
A WAIVER OF ATTORNEY-CLIENT OR WORK PRODUCT
PROTECTION.  IF RECEIVED IN ERROR, PLEASE NOTIFY KARRIE S. WICHTMAN I=
MMEDIATELY AND DELETE THIS MESSAGE.  THANK YOU FOR YOUR COOPERATION.</=
span></p>
<p class=3D"MsoNormal"><span style=3D"font-family:&quot;Times New Roman&quo=
t;,&quot;serif&quot;; color:#1F497D"> </span></p>
</div>
<p class=3D"MsoNormal"><span style=3D"color:#1F497D"> </span></p>
<div>
<div style=3D"border:none; border-top:solid #B5C4DF 1.0pt; padding:3.0pt 0i=
n 0in 0in">
<p class=3D"MsoNormal"><b><span style=3D"font-size:10.0pt; font-family:&quo=
t;Tahoma&quot;,&quot;sans-serif&quot;">From:</span></b><span style=3D"font-=
size:10.0pt; font-family:&quot;Tahoma&quot;,&quot;sans-serif&quot;"> Matt M=
artorello [<a href=3D"mailto:mattm@bellicosevi.com">mailto:mattm@bellicosev=
i.com</a>]
<br>
<b>Sent:</b> Wednesday, August 14, 2013 8:23 PM<br>
<b>To:</b> Karrie Wichtman; Nicole St. Germain; Gkway (<a href=3D"mailto:gk=
way@lvdtribal.com">gkway@lvdtribal.com</a>);
<a href=3D"mailto:craigm@duckcreektf.com">craigm@duckcreektf.com</a>; Justi=
n Martorello; Saba Bazzazieh;
<a href=3D"mailto:craig.mansfield@lvdcasino.com">craig.mansfield@lvdcasino.=
com</a><br>
<b>Cc:</b> James Dowd<br>
<b>Subject:</b> RE: LST Financial - ACH Agreements URGENT</span></p>
</div>
</div>
<p class=3D"MsoNormal"> </p>
<div>
<p class=3D"MsoNormal"><span style=3D"color:#1F497D">Aggressive, but can&#8=
217;t they sign it and it is just not a valid waiver (not LVD&#8217;s probl=
em) until the resolution is provide later to supplement it? 
</span></p>
<p class=3D"MsoNormal"><span style=3D"color:#1F497D"> </span></p>
<div>
<div style=3D"border:none; border-top:solid #E1E1E1 1.0pt; padding:3.0pt 0i=
n 0in 0in">
<p class=3D"MsoNormal"><b>From:</b> Karrie Wichtman [<a href=3D"mailto:kwic=
htman@rosettelaw.com">mailto:kwichtman@rosettelaw.com</a>]
<br>
<b>Sent:</b> Wednesday, August 14, 2013 8:02 PM<br>
<b>To:</b> Matt Martorello; Nicole St. Germain; Gkway (<a href=3D"mailto:gk=
way@lvdtribal.com">gkway@lvdtribal.com</a>);
<a href=3D"mailto:craigm@duckcreektf.com">craigm@duckcreektf.com</a>; Justi=
n Martorello; Saba Bazzazieh;
<a href=3D"mailto:craig.mansfield@lvdcasino.com">craig.mansfield@lvdcasino.=
com</a><br>
<b>Cc:</b> James Dowd<br>
<b>Subject:</b> RE: LST Financial - ACH Agreements URGENT<br>
<b>Importance:</b> High</p>
</div>
</div>
<p class=3D"MsoNormal"> </p>

```
<p class=3D"MsoNormal"><span style=3D"color:#1F497D">Big problem&#8212;RRTL=
and DCTF cannot sign without a resolution authorizing signature as there i=
s a limited sovereign immunity waiver in Section 7.5 of the new contract.&n=
bsp; There was no SI in the last contract and so
we can&#8217;t even fall back on that waiver &#8211; Sorry.  A few ho=
urs of turnaround time are just not enough when government action is requir=
ed. LVD does not do poll votes. 
</span></p>
<p class=3D"MsoNormal"><span style=3D"color:#1F497D"> </span></p>
<p class=3D"MsoNormal"><span style=3D"color:#1F497D">We are still reviewing=
&#8211; so far that is the only hang up.  If LST is willing to take t=
hat out and would allow for a waiver in a separate letter agreement related=
to be incorporated by reference into the contract
at a later date &#8211; I can prepare the resolutions for approval at the =
meeting scheduled for tomorrow.  James/Matt please call Greg and let h=
im know of our dilemma.
</span></p>
<p class=3D"MsoNormal"><span style=3D"color:#1F497D"> </span></p>
<div>
<table class=3D"MsoNormalTable" border=3D"0" cellspacing=3D"0" cellpadding=
=3D"0" width=3D"100%" style=3D"width:100.0%; border-collapse:collapse">
<tbody>
<tr style=3D"height:66.4pt">
<td width=3D"31%" valign=3D"top" style=3D"width:31.12%; padding:0in 5.4pt 0=
in 5.4pt; height:66.4pt">
<p class=3D"MsoNormal"><b><span style=3D"color:#3B1615">Karrie S. Wichtman,=
Attorney</span></b><span style=3D"color:#3B1615">&lt;image001.png&gt;</spa=
n></p>
<p class=3D"MsoNormal"><b><span style=3D"color:maroon">Rosette, LLP</span><=
/b></p>
<p class=3D"MsoNormal"><b><span style=3D"color:maroon">Attorneys at Law&nbs=
p;          </span>
</b></p>
<p class=3D"MsoNormal"><span style=3D"color:#3B1615">Michigan Office</span>=
</p>
<p class=3D"MsoNormal"><span style=3D"color:#3B1615">25344 Red Arrow Hwy, S=
uite B</span></p>
<p class=3D"MsoNormal"><span style=3D"color:#3B1615">Mattawan, MI 49071</sp=
an></p>
<p class=3D"MsoNormal"><span style=3D"color:#3B1615">269.283.5005 &#8211; O=
ffice </span></p>
<p class=3D"MsoNormal"><span style=3D"color:#3B1615">480.242.6959 - Cell&nb=
sp;           =
 
</span></p>
<p class=3D"MsoNormal"><span style=3D"color:#3B1615">517.913.6443 &#8211; F=
ax</span></p>
<p class=3D"MsoNormal"><span style=3D"color:#3B1615"><a href=3D"mailto:kwic=
htman@rosettelaw.com">kwichtman@rosettelaw.com</a></span></p>
<p class=3D"MsoNormal"><span style=3D"color:#3B1615"><a href=3D"http://www.=
rosettelaw.com/"><span style=3D"color:#3B1615">www.rosettelaw.com</span></a=
></span></p>
<p class=3D"MsoNormal"><span style=3D"color:#1F497D"> </span></p>
</td>
<td width=3D"8%" valign=3D"top" style=3D"width:8.3%; padding:0in 5.4pt 0in =
5.4pt; height:66.4pt">
```

```
<p class=3D"MsoNormal"><span style=3D"color:black"> </span></p>
<p class=3D"MsoNormal" style=3D"text-align:justify"><span style=3D"color:bl=
ack"> </span></p>
<p class=3D"MsoNormal" style=3D"text-align:justify"><span style=3D"color:bl=
ack"> </span></p>
<p class=3D"MsoNormal" style=3D"text-align:justify"><span style=3D"color:bl=
ack"> </span></p>
</td>
</tr>
</tbody>
</table>
<p class=3D"MsoNormal"><span style=3D"color:#1F497D">CONFIDENTIAL COMMUNICA=
TION: THIS MESSAGE IS A CONFIDENTIAL ATTORNEY COMMUNICATION ONLY FOR USE BY=
THE INTENDED RECIPIENT.  ANY INADVERTENT RECEIPT SHALL NOT CONSTITUTE=
A WAIVER OF ATTORNEY-CLIENT OR WORK PRODUCT
PROTECTION.  IF RECEIVED IN ERROR, PLEASE NOTIFY KARRIE S. WICHTMAN I=
MMEDIATELY AND DELETE THIS MESSAGE.  THANK YOU FOR YOUR COOPERATION.</=
span></p>
<p class=3D"MsoNormal"><span style=3D"font-family:&quot;Times New Roman&quo=
t;,&quot;serif&quot;; color:#1F497D"> </span></p>
</div>
<p class=3D"MsoNormal"><span style=3D"color:#1F497D"> </span></p>
<div>
<div style=3D"border:none; border-top:solid #B5C4DF 1.0pt; padding:3.0pt 0i=
n 0in">
<p class=3D"MsoNormal"><b><span style=3D"font-size:10.0pt; font-family:&quo=
t;Tahoma&quot;,&quot;sans-serif&quot;">From:</span></b><span style=3D"font-=
size:10.0pt; font-family:&quot;Tahoma&quot;,&quot;sans-serif&quot;"> Matt M=
artorello [<a href=3D"mailto:mattm@bellicosevi.com">mailto:mattm@bellicosev=
i.com</a>]
<br>
<b>Sent:</b> Wednesday, August 14, 2013 6:22 PM<br>
<b>To:</b> Karrie Wichtman; Nicole St. Germain; Gkway (<a href=3D"mailto:gk=
way@lvdtribal.com">gkway@lvdtribal.com</a>);
<a href=3D"mailto:craigm@duckcreektf.com">craigm@duckcreektf.com</a>; Justi=
n Martorello; Saba Bazzazieh<br>
<b>Cc:</b> James Dowd<br>
<b>Subject:</b> FW: LST Financial - ACH Agreements URGENT<br>
<b>Importance:</b> High</span></p>
</div>
</div>
<p class=3D"MsoNormal"> </p>
<div>
<p class=3D"MsoNormal"><span style=3D"color:#1F497D">Hey guys, these are th=
e new LST contracts. Colton just called to tell me that if these are signed=
tonight, then we will not be required to sign the ones that are coming out=
TOMORROW MORNING at DOUBLE the price. 
That is a $150,000 per month cost.  Can someone at Rosette please rev=
iew these for RRTL/DCTF tonight?  I very much hope they are executable=
!</span></p>
<p class=3D"MsoNormal"><span style=3D"color:#1F497D"> </span></p>
<div>
<div style=3D"border:none; border-top:solid #E1E1E1 1.0pt; padding:3.0pt 0i=
n 0in">
<p class=3D"MsoNormal"><b>From:</b> Erica Thomas [<a href=3D"mailto:ethomas=
@lstfinancial.com">mailto:ethomas@lstfinancial.com</a>]
```

&lt;br&gt;
&lt;b&gt;Sent:&lt;/b&gt; Friday, August 2, 2013 6:36 PM&lt;br&gt;
&lt;b&gt;To:&lt;/b&gt; Justin Martorello; Matt Martorello&lt;br&gt;
&lt;b&gt;Cc:&lt;/b&gt; Edward Tucker; Ellen Sarem&lt;br&gt;
&lt;b&gt;Subject:&lt;/b&gt; LST Financial - ACH Agreements&lt;/p&gt;
&lt;/div&gt;
&lt;/div&gt;
&lt;p class=3D"MsoNormal"&gt;&amp;nbsp;&lt;/p&gt;
&lt;div&gt;
&lt;p class=3D"MsoNormal"&gt;Good Evening Matt and Justin,&lt;/p&gt;
&lt;p class=3D"MsoNormal"&gt;&amp;nbsp;&lt;/p&gt;
&lt;p class=3D"MsoNormal"&gt;We have completed the updates the our ACH Contract.&lt;=
/p&gt;
&lt;p class=3D"MsoNormal"&gt;Attached are new contracts for Red Rock Tribal Lendi=
ng, LLC, Duck Creek Tribal Financial, LLC and Waterfront Marketing Services=
. Please note the updated pricing and terms.
&lt;/p&gt;
&lt;p class=3D"MsoNormal"&gt;Should you have any questions regarding pricing, ter=
ms, etc, please contact Edward Tucker or Greg.&lt;/p&gt;
&lt;p class=3D"MsoNormal"&gt;For due diligence purposes, please also provide any =
new or updated organizational documents or licenses. This includes items no=
t received at contract initiation.&lt;/p&gt;
&lt;p class=3D"MsoNormal"&gt;&amp;nbsp;&lt;/p&gt;
&lt;p class=3D"MsoNormal"&gt;We sincerely appreciate your help in completing this=
process in a timely and efficient manner,&lt;/p&gt;
&lt;p class=3D"MsoNormal"&gt;LST Financial, Inc.&lt;/p&gt;
&lt;p class=3D"MsoNormal"&gt;&amp;nbsp;&lt;/p&gt;
&lt;/div&gt;
&lt;p class=3D"MsoNormal"&gt;&lt;span style=3D"font-size:12.0pt; font-family:&amp;quot;T=
imes New Roman&amp;quot;,&amp;quot;serif&amp;quot;"&gt;CONFIDENTIALITY NOTICE: This messag=
e is intended only for the individual or entity to which it is addressed an=
d may contain information that is confidential or exempt
from disclosure under applicable law. If you are not the intended recipien=
t, you have received this communication in error. In such case, please noti=
fy us immediately by reply e-mail and immediately delete this message and i=
ts attachments. Any use, dissemination,
redistribution or reproduction of this communication is strictly prohibite=
d. Unless the message explicitly states otherwise, no e-mail correspondence=
claims to be a contractual offer or acceptance. LST Financial has instruct=
ed its employees not to send libelous
or inappropriate statements and disclaims responsibility for such. Subject=
to applicable law, LST Financial may monitor, review and retain e-communic=
ations traveling through its networks/systems. By messaging with LST Financ=
ial you consent to the foregoing.
&lt;/span&gt;&lt;/p&gt;
&lt;/div&gt;
&lt;p class=3D"MsoNormal"&gt;&lt;span style=3D"font-size:12.0pt; font-family:&amp;quot;T=
imes New Roman&amp;quot;,&amp;quot;serif&amp;quot;"&gt;**This email and any files transmit=
ted with it are confidential and may contain privileged or copyrighted info=
rmation. You must not present this message to another party
without gaining permission from the sender. If you are not the intended re=
cipient you must not copy, distribute or use this email or the information =
contained in it for any purpose other than to notify us. If you have receiv=
ed this message in error, please
notify the sender immediately, and delete this email from your system.** &lt;=
/span&gt;

CONFIDENTIAL

&lt;/p&gt;
&lt;/div&gt;
&lt;p class=3D"MsoNormal"&gt;&lt;span style=3D"font-size:12.0pt; font-family:&quot;T=
imes New Roman&quot;,&quot;serif&quot;"&gt;**This email and any files transmit=
ted with it are confidential and may contain privileged or copyrighted info=
rmation. You must not present this message to another party
without gaining permission from the sender. If you are not the intended re=
cipient you must not copy, distribute or use this email or the information =
contained in it for any purpose other than to notify us. If you have receiv=
ed this message in error, please
notify the sender immediately, and delete this email from your system.** &lt;=
/span&gt;
&lt;/p&gt;
&lt;/div&gt;
&lt;p class=3D"MsoNormal"&gt;&lt;span style=3D"font-size:12.0pt; font-family:&quot;T=
imes New Roman&quot;,&quot;serif&quot;"&gt;**This email and any files transmit=
ted with it are confidential and may contain privileged or copyrighted info=
rmation. You must not present this message to another party
without gaining permission from the sender. If you are not the intended re=
cipient you must not copy, distribute or use this email or the information =
contained in it for any purpose other than to notify us. If you have receiv=
ed this message in error, please
notify the sender immediately, and delete this email from your system.** &lt;=
/span&gt;
&lt;/p&gt;
&lt;/div&gt;
&lt;p class=3D"MsoNormal"&gt;&lt;span style=3D"font-size:12.0pt; font-family:&quot;T=
imes New Roman&quot;,&quot;serif&quot;"&gt;**This email and any files transmit=
ted with it are confidential and may contain privileged or copyrighted info=
rmation. You must not present this message to another party
without gaining permission from the sender. If you are not the intended re=
cipient you must not copy, distribute or use this email or the information =
contained in it for any purpose other than to notify us. If you have receiv=
ed this message in error, please
notify the sender immediately, and delete this email from your system.** &lt;=
/span&gt;
&lt;/p&gt;
&lt;/div&gt;
&lt;p class=3D"MsoNormal"&gt;&lt;span style=3D"font-size:12.0pt; font-family:&quot;T=
imes New Roman&quot;,&quot;serif&quot;"&gt;**This email and any files transmit=
ted with it are confidential and may contain privileged or copyrighted info=
rmation. You must not present this message to another party
without gaining permission from the sender. If you are not the intended re=
cipient you must not copy, distribute or use this email or the information =
contained in it for any purpose other than to notify us. If you have receiv=
ed this message in error, please
notify the sender immediately, and delete this email from your system.** &lt;=
/span&gt;
&lt;/p&gt;
&lt;/div&gt;
&lt;p class=3D"MsoNormal"&gt;&lt;span style=3D"font-size:12.0pt; font-family:&quot;T=
imes New Roman&quot;,&quot;serif&quot;"&gt;**This email and any files transmit=
ted with it are confidential and may contain privileged or copyrighted info=
rmation. You must not present this message to another party
without gaining permission from the sender. If you are not the intended re=
cipient you must not copy, distribute or use this email or the information =

contained in it for any purpose other than to notify us. If you have receiv=
ed this message in error, please
notify the sender immediately, and delete this email from your system.** <=
/span>
</p>
</div>
</blockquote>
</div>
<p class=3D"MsoNormal"><span style=3D"font-size:12.0pt; font-family:&quot;T=
imes New Roman&quot;,&quot;serif&quot;">**This email and any files transmit=
ted with it are confidential and may contain privileged or copyrighted info=
rmation. You must not present this message to another party
without gaining permission from the sender. If you are not the intended re=
cipient you must not copy, distribute or use this email or the information =
contained in it for any purpose other than to notify us. If you have receiv=
ed this message in error, please
notify the sender immediately, and delete this email from your system.** <=
/span>
</p>
</div>
<p class=3D"MsoNormal"><span style=3D"font-size:12.0pt; font-family:&quot;T=
imes New Roman&quot;,&quot;serif&quot;">**This email and any files transmit=
ted with it are confidential and may contain privileged or copyrighted info=
rmation. You must not present this message to another party
without gaining permission from the sender. If you are not the intended re=
cipient you must not copy, distribute or use this email or the information =
contained in it for any purpose other than to notify us. If you have receiv=
ed this message in error, please
notify the sender immediately, and delete this email from your system.** <=
/span>
</p>
</div>
**This email and any files transmitted with it are confidential and may con=
tain privileged or copyrighted information. You must not present this messa=
ge to another party without gaining permission from the sender. If you are =
not the intended recipient you must
not copy, distribute or use this email or the information contained in it =
for any purpose other than to notify us. If you have received this message =
in error, please notify the sender immediately, and delete this email from =
your system.**
</body>
</html>

--_000_3e4f7e4284a3474788a533cf7b33dcceBY2PR07MB025namprd07pro_--

--_005_3e4f7e4284a3474788a533cf7b33dcceBY2PR07MB025namprd07pro_
Content-Type: image/png; name="image001.png"
Content-Description: image001.png
Content-Disposition: inline; filename="image001.png"; size=3883;
        creation-date="Thu, 15 Aug 2013 16:44:59 GMT";
        modification-date="Thu, 15 Aug 2013 16:44:59 GMT"
Content-ID: <image001.png@01CE99B5.072CF440>
Content-Transfer-Encoding: base64

iVBORw0KGgoAAAANSUhEUgAAACYAAAAoCAYAAACSN4jeAAAAAXNSR0IArs4c6QAAAAlwSFlzAA
AO

CONFIDENTIAL

xAAADsQBISsOGwAAABI0RVh0U29mdHdhcmUATWljcm9zb2Z0IE9mZmljZXZ/tNXEAAA6rSURBVFhH
7VhpcFTnlT29r2q11GrtQgi0ICSBJATIFiAMhjg2xkQ2tkUM2EXG9tRMJfmREKfKk7Fd5clUZYqp
JFXEBKeSuOLESxxjY2yNAQmCtaAyImCE0K6W1Nq7W63e9znflwgS4ankT37Ng65uve733v3uPfec
cz/lyy+/DHH84MUfJMR7yB9EQimHVquGJ+CH17eAtDQrv4lDxn/ib3EkG5Kk98nJcYRCIfRc7YHP
58OMwwmFQoGc3Fzk5OQgOzsXmZmZ0vWBQAA6nUa6zj03h2SzGVDHi44JiehSUzm2fleOWVV2Tie6X0
K3HEgSAv1Bp14PMxPT0Na0Y69DotxibGIVcAORnZSGJATuccmlpb0XzmNNrb2mC32zHvmEcikUA0
EoNMqWAAOpiSU1BeVobqdevQ2NiIoqIiOB2zUKvVSLakwTkzLT3akpGxGMatD4uBJeJxaHmzWJQR
ymWwWq0Ih8OIy+LI46pF5MNDgzjbfAYff3QSn124AM+8H6lmI4xJehSuKEAkEpFWneDC5ufnMWob
hm1wGOfPt+CNX/8SL774IhoaHuPvme1oDAZjEjR6PRwzMwxOZPX2cTtj4pycWfOxIFy50WSATJaA
170AXZoFb739Fn775m/QfPY0YuE48vNysHf3bmy6t46lTkV6ejqUSiUisTgGBwfR2tqOq9euMcAF
BMMhzLBchw8fRltbBw4ePIh1zKLWYJQi0TFA6eF3C0ymkktlMBj10rvf74der0UoEMRLL/073nv3
Xdy43o/0NBMan9mLB+7fidKSIiQnmRAMEQJ6DVwul3Trfdu24mu7H8bM7CzeeOM3+K8j/42snDyM
jo3jk49OYXh4WMpe/dZtxOgksrKyvryUEsxYzmAgypJqoFRrMTIygl+8/nMcO/YaZIkYqtcUY9cD
D+KRhx9Cfk4uoix1YGEBci424PbDoFLAaDTCH/RhfGiSWTfj6af2oWZdFb57+AWkp6bCbLHg2pWr
OPqzY1i2vFAKKhiKQKtRfUkpiQuFSgnfwjzUWhU87nm8fvw4jh09ikScmWSw27ZsZWBfQX5WNpQ8
lyCmVOwUvU4Nh2seCwEvFHHRMDoEiVM18WIJNUNWXIQf/fA/8P1/ewndV7thzcpEZ+fnXPBxHH7h
+xJGBSVI7fjn4zb4+Y1o55SUFAljb775Jk6eeF/0AVJTzKi7pxYNnux5CVXk5fE4nIkG2PhcSY9yaC
rgAiXi+c0xPQ8sZmUoUqHkXANcf3BOSxMO6pqca/PPcN/OTcmYRjcowRc2+//Tbqt29H/eYtUGm+
BGM+f0DCIzhGR0eli5wOB4w6PbRqQDRofbcDK5csxPWJDShl7MdkM59gY+ntuYGP9QZgTEZw8fwGV
66qRm8nyzDthn5zA+o11CInsEoc776sntUzip6+9DqvFKhgKr776Kna0bCWMBF35lmZMryd/8RgY
GEBLy1nYR23sSsEcCdy7YT0KCwqQajCQPuQsVxw3LnbCYk6Gj4Ta09GG0ns2wMxFXGOJSvKXQ8sK
jNzow8rcfJjZsf5wECryiLjX+c86cK2vH1BpMUOqcM17kUbaEcS8tJQMws/ydHRexIcffih1WKrJ
BAPxtvP+bbDwczwYhlJldk1NoYvBNOzaBWU0jCsdF1FaU4NUjQGdLRewvrwCpWWrMTEwiAGCe2Pq
FuhkSonfaqrWon5TLbr7egmZGMnaQbxdxIM7t0Olut0AixiLJ+IStjo7O3C955rUXXY1Ucl7OzUbZq
FWTkpwBTLQ9Hcam9HV7iTEvs6bjK0b5BuHv60KOQxClptt5+rCkuhiIcQe+VK6SVEiRZ06GRqSh1
WqvvqkROehOm2dGxWAIff/wx6Wc7u/s2zhYDC0cjEnNfvnwZnxpaWGBLmN9A82O2qSqZG8
5IGZGmbkQxXsTBV1UB6jVJFEk5IM7N5+qYMXFtwICUGmVYqx3G3sKRgFcw0AY4FD9QGHXkrDh+x
Zx+fQEIAoFIAAXXL8pGXmYseZpp+BJNc6Et6PNYxJhC8Ig3gnil1sUbQpLcgCgfomBTxNh5rCV/
HkM4GiJJKA3m9BP97CqsAh2lwNnm2thYkbbk6clYd389zMvzIGdzWCIdhrQsuP2XYZ+iNYor2QB6
Uo8aRrkOVr0ZDhqFqXG7BKElgUVCdCIsBavFg9vaF9rxY1ERE1CwU/g/EqeeMVhBoO2OPKOTdqxevRoF
xNquhj3YLNqdTaKg8BeWljKLUazduAFIZRXXQm51xNedEQUUVDKIWeIUZjctgJC9qNRp25k3TcFce
i/DhYUpHmCwdZUnC1DkFgwrQssTItD7ihKIDTnEhKqqqJHDX1tXUFEmZ+ZZXeeXZ2IGXI7Dv3YvcT
dVu3YvcTT4BygcuGrX6C0ohxFpBUsIxUJd5JdQWCCSZ/6n5WV/F/z+ZKslF4zXmKVrKJRlabJuXRXqRaUR
i/vkfAaALoZ3y5YVfpUFsj8SFHUp099INF50T2c12yKfw5/D10sfLz5Giwlh
DnQGGBGmznHMOKVAdz4uZ4c5jMcTAgk/yWQc5Zs1NTOCLK5fpPpM5/7nQ+sdWbKqu4ZyYByBy/Brqdd
4Fjwqq5T79O3KRhEMolZQ+ISUaTDkTjef+cP+OT0GdR/9QFseGQXWzGGdf8KFKwsxPCYHefPEMG
ddIXCkNH2jjw1H52tndpxgSnkD1RWISMJx97FEO0JW7nPPJlKG2tHZhp3Ee3EJMylH2wwtAlhwu7
RJYGvQJy6qrHs4A4pUzFJkowdUG6Cyeb1sSyzVGqcmiHJsn+Ql2cM7MYHbRRIdLIgw9BTXyKbC8p
pcSofK3MX4a0vY/jHMtz8qMPuNAw3CxT0+ImHOJgkaBR9BMbJo5vmXy1X/gj5PT4mZyqqXDrZ/a8
lBwWIUbSjFSWSEO3K1xHmBCQE6nm1swPDhCuTNymPHj6QPPSEPwXQOLi4tYTSo7R5Cwr9rHNv7je
jb7Bfsm9njrDsmzZhIrCQgT4UIPRgGL6/2I2zMJL0DAbZIGlSiTKbYVkM2bThG7bUYQ07IOIqudep
mTIE5Eo0/c9pzHFyV1DMl1/D6VaWr+VxuQNwtY1Fqo0OcAO+OOL1Z/Y7taOw7gCNHjsDN865xN47+
6pd44dvfpPErxRQZXXZks7/PXnDqGrrR1TQzb4P4G4P4G4EEKejWnAyUVVejoKRY4wqwZlk1GgCu4mPfeO4E+
m437IkFo6Nf+lZ0bjUTp91TSpLS0K0l1seeLByDHNQ4tjNKVg3z3zMHMHMTo9iXfeeYddYdFfsLJs59yFszD

c0+bSLJm8pZS6tIq+iD9g18lZUwgQEqwZFkhFxRCUxgU/EbVCJF+zn3WiI+99TtcpyuxpmXjG8/9
MzZxJFSyjHHyY4IyuBRj1EeI2IIhOmN8CS+RlZmHA8/+E5UgjnMcUFws2W850gUjQTy552EUZGdB
6fAzcyYkKCf69DToGGxCLYePAXmEDtJc+qkmHZe68NPjxzDNPQ0rFWL/U4fwre9I9cxT5KjFntJ
t2u5SBfCzIm9BGGxxS9IfLm886haXYnD3/ke/PRWHbTUE8zKu++fwJhtBI179+K+uns5AZE4OU2b
OHmHCH63zwsTFSSDGyVXuq+h6fcn8DvSSk+fDbW1tbhv2/14+aVXpOREaLNECW/a/bt4fhVHL3GI
tk1JujnKWY1m6b0kZzI+/J9HcOKDP+AXPz+Oq+S4T1va0T9kxwcVzaheW4mKsnJSmwMGllZMO3/q
uoaW8+c4Cragt3+AwJbhwP6ncejQIdTUbFjMjYrePCaR+ZcMvHdGeyuht6c8IpXC/UTD48hITUdT
U5P0wK4r16VX++d/kiYsEZDwVGKYEfOiOFdCv/boY0/i+eefx4oVKySGF+eDHAXFu6AJJffT/vr4
y22oJV/fPjHFWTItLY37Ww3Ys2cPurq6pKZobm6Gm4ItghFaKIKzcOOkvr5e2mrasWOHVD6x16an
TZfKx3ILcReifac5vPPxf3NgYrtSrNBBshWrrKR4ix3CZ599VnqICEoIswhAeDGRHUG4tw6xHSp+
IwlR14uXOMQ9hXs1COW541gM7Nbe5/+RtH/oV39zxv6hUfFh/x/Y35vx/wX9KIydf/PLugAAAABJ
RU5ErkJggg==

--_005_3e4f7e4284a3474788a533cf7b33dceeBY2PR07MB025namprd07pro_
Content-Type: image/jpeg; name="image002.jpg"
Content-Description: image002.jpg
Content-Disposition: inline; filename="image002.jpg"; size=1094;
    creation-date="Thu, 15 Aug 2013 16:44:59 GMT";
    modification-date="Thu, 15 Aug 2013 16:44:59 GMT"
Content-ID: <image002.jpg@01CE99B5.072CF440>
Content-Transfer-Encoding: base64

/9j/4AAQSkZJRgABAQEAYABgAAD/2wBDAAoHBwkHBgoJCAkLCwoMDxkQDw4ODx4WFxIZJCAmJSMg
IyIoLTkwKCo2KyIjMkQyNjs9QEBAJjBGS8U+Sjk/QD3/2wBDAQsLCw8NDx0QEB09KSMpPT09PT09
PT09PT09PT09PT09PT09PT09PT09PT09PT3/wAARCAAhAB8DASIA
AhEBAxEB/8QAHwAAAQUBAQEBAQEAAAAAAAAAAAECAwQFBgcICQoL/8QAtRAAAgEDAwIEAwUF
BAQA
AAF9AQIDAAQRBRIhMUEGE1FhByJxFDKBkaEII0KxwRVS0fAkM3NY3
ODk6Q0RFRkdISUpTVFVWV1hZWmNkZWZnaGlqc3R1dnd4eXqDhIWGh4iJipKTlJWWl5iZmqKjpKWm
p6ipqrKztLW2t7i5usLDxMXGx8jJytLT1NXW19jZ2uHi4+Tl5ufo6erx8vP09fb3+Pn6/8QAHwEA
AwEBAQEBAQEBAQAAAAAAAAECAwQFBgcICQoL/8QAtREAAgECBAQDBACAAQJ3AAECAxEE
BSEx
BhJBUQdhcRMiMoEIFEKRobHBCSMzUvAVYYnLRChYkNOEI8RcYGRomJygpKjU2Nzg5OkNERUZHSEIK
U1RVVldYWVpjZGVmZ2hpanN0dXZ3eHl6goOEhYaHiImKkpOUlZaXmJmaoqOkpaanqKmqsrO0tba3
uLm6wsPExcbHyMnK0tPU1dbX2Nna4eLj5OXm5+jp6vLz9PX29/j5+v/aAADAMBAAIRAxEAPwDvDfG/j
aLwlawxww/atSujtrcHr2yfbJxv7msH+wNXX1W2P48p8ebn6Onq8+P09fb3+Pn6/9oADAMBAAIRAxEAPwDvDfG/j
+ZNPVhGp6AooA/8AHmJq9q9zy6lcpGHaWG/FuseOPKkBR8R6KmctDooUfaXIdR8P8R6XiB0pP8P09fb3
aLwlawxww/atSujtrcHr2yfbJxv7msH+wNXX1W2P48p8ebn6Onq8+P09fb3
+ZNPVhGp6AooA/8AHmJq9q9zy6lcpGHaWG/FuseOPKkBR8R6KmctDooUfaXIdR8P8R6XiB0pP
vC2t31wsA3y2dzZ5oG28FcLrfxhoou1EVzEdlxCDnDxN3EEdxxXS0R8PfthMX0Pia6j0e8WbzzbvC4KyFaP97c41
d+zbGPQiQZH/Al8MV0Pia6j0e8WbzzbvC4KyFbeL97c4OK8ZfHvbXhyPWt3Wk6+Ml6kHcLsy+f8mMHX
e+0n0yOyV1yEviGxmgj0zx/x/x/2T2GoW/AnZWCSdtysvr36Ii3qh3epMvMve/x/2+c4OK8ZfHvbX
8kNyCZ1GG4hIb+Pk9+gJsOrfHJyi7n/x5gKx2Os2MNo9l4FsJu5f8x4YEYRIez
SSNgccgrpvA3gweFrSea7mFzqt42+5n7Z67R7Z7J+popxa1YYipP93i9qqzIV6Xv/PD/gVFFOWdN/
5B8P0q1RRQB//9k=

--_005_3e4f7e4284a3474788a533cf7b33dceeBY2PR07MB025namprd07pro_--

**This email and any files transmitted with it are confidential and may contain privileged or copyrighted
information. You must not present this message to another party without gaining permission from the sender. If you
are not the intended recipient you must not copy, distribute or use this email or the information contained in it for
any purpose other than to notify us. If you have received this message in error, please notify the sender immediately,
and delete this email from your system.**

CONFIDENTIAL

CM0000189