# **Exhibit GG**

## duck creek ads

| | |
|---|---|
| From: | craig mansfield <craiginlol63@gmail.com> |
| To: | Karrie Wichtman <kwichtman@rosettelaw.com> |
| Date: | Wed, 16 May 2012 09:21:07 -0500 |
| Attachments: | Asst.OperationsManagerAdvertisement.doc.doc (13.31 kB); DCTFcsrrepposting.doc.doc (25.6 kB) |

Good morning Karrie,

Attached are the 2 ads for the Duck Creek Tribal Financial Customer Service Reps. Im going to be working on the Policy Handbook this week.

Our new address:
 Duck Creek Tribal Financial LLC
 P.O Box 704
 E23967 Choate Road
 Watersmeet, Mi
  49969
Phone number- (906)-358-2008

Have a Great Day!!!

Craig

CONFIDENTIAL

CM0000286