# **Exhibit HH**

# Duck Creek Tribal Financial, LLC

E23967 Choate Rd., P.O. Box 704, Watersmeet, Michigan 49969
Telephone: 906-358-2008

## JOB ANNOUNCEMENT

Job Title: Customer Service Representative
Company: Duck Creek Tribal Financial, LLC (DCTF)
Type: Full-time
Compensation: $10.00 hourly with a 90 day review
Reports to: Operations Manager

**JOB DESCRIPTION**
This is a newly created position and an exciting opportunity for an experienced Customer Service Representative to make an immediate impact in a new and aggressively growing organization. The Customer Service Representative will be responsible for responding to e-mails concerning new and returning customer applications and general customer inquiries.

**COMPANY DESCRIPTION**
DCTF was established in October 2011 and is poised to become an innovative leader in the world of consumer financial service product offerings.

**MINIMUM QUALIFICATIONS**
- Possess a High School Diploma or Equivalent
- Possess the ability to be licensed under the Consumer Financial Services Regulatory Code (see Attachment A)* If applicable.

**DESIRED SKILLS & EXPERIENCE**
- Computer literate, i.e. familiarity with Microsoft Office Products, accessing Internet, using email
- Exceptional customer service and customer complaint mitigation skills
- Strong oral and written communication skills, highly detailed oriented with a strong desire to make a difference!

**DUTIES & RESPONSIBILITIES**
1. **Answer phones/emails and respond to customer requests.**
2. **Process new loan applications and verify application information.**
3. **Provide customers with product and service information.**
4. **Promote VIP and referral programs.**
5. **Identify, research, and resolve customer issues using the computer system.**
6. **Follow-up on customer inquiries not immediately resolved.**
7. **research customer complaints.**
8. **Recognize, document and alert the supervisor of trends in customer calls.**
9. **Recommend process improvements.**
10. **Other duties as assigned.**

- Hiring shall be subject to successful completion of all required background investigations as well as Indian Employment Preference Policies/Ordinances of the Lac Vieux Desert Band of Superior Chippewa Indians.

Interested applicants should send a cover letter and resume to Duck Creek Tribal Financial, LLC, c/o Craig Mansfield, P.O. Box 704, Watersmeet, MI 49969, or via email at craigm@duckcreektf.com, personal delivery of application materials will also be accepted. Application deadline 05/25/2012.

CONFIDENTIAL
CM0000287