# **Exhibit CCC**

| | |
|---|---|
| **From:** | weddlej@gtlaw.com |
| **To:** | Karrie Wichtman |
| **Cc:** | mattm@bellicosevi.com; JustinM@BellicoseVI.com |
| **Subject:** | Re: RRTL and DCTF Legal Opinion |
| **Date:** | Sunday, August 18, 2013 7:22:14 PM |

Greg has the Ft. Belknap letter and our separate email saying he can rely upon it,as can his ODFIs.  If it's sufficient for me to send him a note that says the same law applies and our views are identical with respect to LVD's operations, I am happy to do that.  Or do you think he really needs something different?

Sent from my iPad

On Aug 18, 2013, at 1:35 PM, "Karrie Wichtman" <kwichtman@rosettelaw.com<mailto:kwichtman@rosettelaw.com>> wrote:

I have not provided a legal opinion to LST re: any client. Checking with Nicole and Saba to see if they have.

Sent from my iPhone

On Aug 18, 2013, at 6:15 PM, "Matt Martorello" <mattm@bellicosevi.com<mailto:mattm@bellicosevi.com>> wrote:

Hi guys, Greg gave me a heads up that LST must have a legal opinion on file by Friday from each of its customers, or they will be turned off.  I know he's already received ones from each of you for other clients, so should be easy.  Please send one for each DCTF and RRTL.

Thanks!

Regards,

Matt Martorello
Mobile: 773-209-7720
Email: mm@BellicoseVI.com<mailto:mm@BellicoseVI.com>
<image001.jpg>

**This email and any files transmitted with it are confidential and may contain privileged or copyrighted information. You must not present this message to another party without gaining permission from the sender. If you are not the intended recipient you must not copy, distribute or use this email or the information contained in it for any purpose other than to notify us. If you have received this message in error, please notify the sender immediately, and delete this email from your system.**

---------------------------------------------------------------------
If you are not an intended recipient of confidential and privileged information in this email, please delete it, notify us immediately at postmaster@gtlaw.com, and do not use or disseminate such information.  Pursuant to IRS Circular 230, any tax advice in this email may not be used to avoid tax penalties or to promote, market or recommend any matter herein.