IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| LULA WILLIAMS, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Case No. 3:17-cv-00461 (REP) |
| v. | ) |
| | ) |
| BIG PICTURE LOANS, LLC, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**DEFENDANT MATT MARTORELLO'S NOTICE OF FILING CERTAIN EXHIBITS PREVIOUSLY FILED UNDER SEAL IN SUPPORT OF HIS OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

Pursuant to the Court's Memorandum Order [Dkt No. 1274] (the "Order") denying Defendant Matt Martorello's *Motion to Seal Certain Exhibits in Support of his Opposition to Plaintiffs' Motion for Partial Summary Judgment* [Dkt No. 1209], Defendant hereby files the following exhibits publically herewith:

| | |
|---|---|
| R | Big Picture Loans, LLC's 2nd Amended and Supp, Response to Plaintiff Lula Williams |
| OO | LVD-DEF00020785 |
| BBB | Hazen Dep. Excerpts (AAA) |
| FFF | ROSETTE_REVISED_003832 |
| GGG | ROSETTE_REVISED_003836 |
| JJJ | ROSETTE_REVISED_007062 |
| NNN | ROSETTE_REVISED_032369 |
| OOO | Big Picture Loans, LLC's Interrogatory Reponses |
| PPP | ROSETTE_REVISED_034686 |
| XXX | ROSETTE_REVISED_037600 |
| YYY | ROSETTE_REVISED_037605 |
| CCCC | ROSETTE_REVISED_046191 |
| DDDD | ROSETTE_REVISED_046892 |
| FFFF | ROSETTE_REVISED_047091 |
| HHHH | ROSETTE_REVISED_047747 |
| LLLL | ROSETTE_REVISED_052247 |

| | |
|---|---|
| TTTT | ROSETTE_REVISED_053244 |
| UUUU | ROSETTE_REVISED_053251 |
| WWWW | Exhibits 3 and 4 (Given Decl.) |

Dated:  June 2, 2023

  /s/ *John David Taliaferro*
John David Taliaferro (Va. Bar. 71502)
LOEB & LOEB LLP
901 New York Ave., NW
Suite 300-E
Washington, DC  20001
Tel. (202) 618-5015
Facsimile: (202) 318-0691
jtaliaferro@loeb.com

Bernard R. Given (*pro hac vice*)
LOEB & LOEB LLP
10100 Santa Monica Blvd., Suite 2200
Los Angeles, CA 90067
Telephone: (310) 282-2348
Facsimile: (310) 742-0414
bgiven@loeb.com

*Counsel for Defendant Matt Martorello*

## CERTIFICATE OF SERVICE

I certify that on this 2nd day of June, 2023, a true and correct copy of the foregoing was served upon all parties that are registered to receive electronic service through the Court's ECF notice system in the above case.

          */s/ John David Taliaferro*
John David Taliaferro (Va. Bar. 71502)

24146351.1
233953-10004