IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| LULA WILLIAMS, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 3:17-cv-00461 (REP) |
| BIG PICTURE LOANS, LLC, *et al.*, | ) |
| Defendants. | ) |

### DEFENDANT MATT MARTORELLO'S STIPULATION REGARDING REMAINING ELEMENTS OF RICO 1962(c) CLAIM

Defendant Matt Martorello, by and through his undersigned counsel, hereby files the following stipulation regarding Plaintiffs' Claim under 18 U.S.C. §1962(c):

Given the Court's June 27, 2023 ruling that control is not a prerequisite for purposes of § 1962(c) liability, (*see, e.g.*, June 27 Transcript at 177:1-5; 180:9-12), **Mr. Martorello stipulates that, for the entire class period, he was associated with an association-in-fact enterprise the activities of which affect, interstate or foreign commerce, and Mr. Martorello participated in the operation of the affairs of the enterprise through the collection of unlawful debt.**

As a result, there are no remaining triable issues of material fact regarding Plaintiffs' § 1962(c) claim, and the Court can enter summary judgment on Plaintiffs' § 1962(c) claim.[1]

Dated: June 30, 2023

        */s/ John David Taliaferro*
John David Taliaferro (Va. Bar. 71502)
LOEB & LOEB LLP
901 New York Ave., NW
Suite 300-E
Washington, DC 20001
Tel. (202) 618-5015
Facsimile: (202) 318-0691
jtaliaferro@loeb.com

---

[1] Defendant reserves the right to appeal the Court's legal rulings made with respect to § 1962.

        Bernard R. Given (*pro hac vice*)
        LOEB & LOEB LLP
        10100 Santa Monica Blvd., Suite 2200
        Los Angeles, CA 90067
        Telephone: (310) 282-2348
        Facsimile: (310) 742-0414
        bgiven@loeb.com

        *Counsel for Defendant Matt Martorello*

**AGREED TO:**

Dated:  June 30, 2023         /s/ *Kristi Cahoon Kelly*
        Kristi Cahoon Kelly (VSB #72791)
        Andrew Joseph Guzzo (VSB #82170)
        KELLY GUZZO, PLC
        3925 Chain Bridge Road, Suite 202
        Fairfax, VA 22030
        Phone: 703-424-7572
        Fax: 703-591-0167
        Email: kkelly@kellyguzzo.com
        Email: aguzzo@kellyguzzo.com

        Leonard Anthony Bennett
        Consumer Litigation Associates
        763 J Clyde Morris Boulevard, Suite 1A
        Newport News, VA 23601
        Telephone: 757-930-3660
        Facsimile: 757-930-3662
        Email: lenbennett@clalegal.com

        *Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I certify that on this 30th day of June, 2023, a true and correct copy of the foregoing was served upon all parties that are registered to receive electronic service through the Court's ECF notice system in the above case.

                                                    */s/ John David Taliaferro*
                                                 John David Taliaferro (Va. Bar. 71502)