IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| LULA WILLIAMS, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | Civil Action No. 3:17-cv-461 (REP) |
| ) | |
| BIG PICTURE LOANS, LLC, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**JOINT NOTICE AND STIPULATION REGARDING § 1962(c) DAMAGES**

Plaintiffs, on behalf of themselves and the classes certified by this Court, and Defendant Matt Martorello hereby file this Joint Notice in response to the Court's Order dated July 7, 2023 (ECF No. 1373), which requested the parties' position regarding: (1) the calculation of damages for the § 1962(c) claim; and (2) whether those damages are the same as the § 1962(d) claim.

The parties stipulate and agree that the damages amount for the § 1962(c) claim is $43,401,817.47. The parties further stipulate and agree that the damages for § 1962(c) claim are the same as the damages for the § 1962(d) claim.

Dated: July 10, 2023

Respectfully submitted,

**PLAINTIFFS,** *on behalf of themselves and the classes as certified by the Court*

By: */s/ Kristi C. Kelly*
Kristi Cahoon Kelly (VSB #72791)
Andrew Joseph Guzzo (VSB #82170)
KELLY GUZZO, PLC
3925 Chain Bridge Road, Suite 202
Fairfax, VA 22030
Phone: 703-424-7572
Fax: 703-591-0167

1

Email: kkelly@kellyguzzo.com
Email: aguzzo@kellyguzzo.com

Leonard Anthony Bennett
Consumer Litigation Associates
763 J Clyde Morris Boulevard, Suite 1A
Newport News, VA 23601
Telephone: 757-930-3660
Facsimile: 757-930-3662
Email: lenbennett@clalegal.com

*Counsel for Plaintiffs*

**DEFENDANT,** *Matt Martorello*

*/s/ John David Taliaferro*
John David Taliaferro (Va. Bar. 71502)
LOEB & LOEB LLP
901 New York Ave., NW
Suite 300-E
Washington, DC  20001
Tel. (202) 618-5015
Facsimile: (202) 318-0691
jtaliaferro@loeb.com

Bernard R. Given (*pro hac vice*)
LOEB & LOEB LLP
10100 Santa Monica Blvd., Suite 2200
Los Angeles, CA 90067
Telephone: (310) 282-2348
Facsimile: (310) 742-0414
bgiven@loeb.com

*Counsel for Defendant Matt Martorello*