IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

LULA WILLIAMS,
et al.,

    Plaintiffs,

v.                               Civil Action No. 3:17cv461

BIG PICTURE LOANS, LLC,
et al.,

    Defendants.

**FINAL JUDGMENT ORDER**

Having granted the PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT on COUNT THREE of the CLASS ACTION COMPLAINT (ECF No. 1165) as set forth in the ORDER (ECF No. 1328), and the MEMORANDUM OPINION (ECF No. 1398) having granted summary judgment on COUNT TWO of the CLASS ACTION COMPLAINT (ECF No. 1373) and (ECF No. 1350); having ruled on the PLAINTIFFS' OMNIBUS MOTIONS *IN LIMINE* (ECF No. 1173) as reflected in the ORDER (ECF No. 1328), having denied DEFENDANT MATT MARTORELLO'S MOTION FOR SUMMARY JUDGMENT (ECF No. 1254) as set forth in the ORDER (ECF No. 1354) and the MEMORANDUM OPINION (ECF No. 1392) and having entered the ORDER (ECF No. 1374) and the JOINT NOTICE AND STIPULATION REGARDING § 1962(c) DAMAGES (ECF No. 1389), it is hereby ORDERED that judgment is hereby entered in favor of the Plaintiffs, as representatives

of the Certified Class (see ORDER (ECF No. 1111) and against the defendant Matt Martorello as follows:

(1) For relief under COUNT TWO of the CLASS ACTION COMPLAINT, Matt Martorello shall pay damages to the Plaintiffs, as representatives of the Certified Class, in the amount of $43,401,817.47 with interest at the federal judgment rate of 5.35% per annum from July 7, 2023 until paid in full (none of which may be setoff based on any prior settlement of any part of the Plaintiffs' Class Claims;1 and

(2) For relief under COUNT THREE of the CLASS ACTION COMPLAINT, Matt Martorello shall pay damages to the Plaintiffs, as representatives of the Certified Class, in the amount of $43,401,817.47 with interest at the federal judgment rate of 5.35% per annum from July 7, 2023 until paid in full (none of which may be set off based on any prior settlement of any part of the Plaintiffs' Classes' Claims.

It is further ORDERED that, upon motion of the Plaintiffs and agreement of Matt Martorello, COUNTS ONE, FOUR, and FIVE of the

---

1 Pursuant to 18 U.S.C. § 1964, the total cumulative amount of damages paid for relief under COUNT TWO and COUNT THREE of the CLASS ACTION COMPLAINT shall not exceed $43,401,817.47 with interest at the federal judgment rate of 5.35% per annum from July 7, 2023 until paid in full (none of which may be set off based on any prior settlement of any part of the Plaintiffs' Class Claims).

CLASS ACTION COMPLAINT are dismissed without prejudice and with leave to amend; and

It is further ORDERED that, upon agreement of the parties, the time for filing a bill of costs and petition for attorneys' fees shall be extended until ninety (90) days after final resolution of any appeal.

It is so ORDERED.

/s/ _____

Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: September 22, 2023