IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

LULA WILLIAMS, et al.,

    Plaintiffs,

v.   Civil Action No. 3:17cv461

BIG PICTURE LOANS, LLC,
et al.,

    Defendants.

### ORDER

Having considered the plaintiffs' MOTION TO SEAL (ECF No. 1424), the supporting memorandum (ECF No. 1427), and the NOTICE OF FILING UNDER SEAL (ECF No. 1425), and the requirements of Local Civil Rule 5 and the decisions in Ashcraft, et al. v. Conoco, Inc., 218 F.3d 288 (4th Cir. 2000), In re Knight Publishing Co., 743 F.2d 231 (4th Cir. 1984) and Stone v. Univ. of Maryland, 855 F.2d 178 (4th Cir. 1988) having been met, it is hereby ORDERED that the plaintiffs' MOTION TO SEAL (ECF No. 1424) is granted and the REPLY IN SUPPORT OF PLAINTIFFS' MOTION TO REPATRIATE FOREIGN ASSETS AND FOR AN EVIDENTIARY HEARING (ECF No. 1426) and certain exhibits thereto are filed under seal; provided that appropriately redacted versions thereof are filed in the public record.

It is so ORDERED.

                                                    /s/ REP
                                      Robert E. Payne
                                      Senior United States District Judge

Richmond, Virginia
Date: November 27, 2023