# Exhibit 3

10:13 AM
09/27/22
Accrual Basis

# Martorello Investments, LP
## Balance Sheet Detail
### As of December 31, 2021

| Type | Date | Num | Memo | Split | Debit | Credit | Balance |
|---|---|---|---|---|---:|---:|---:|
| **ASSETS** | | | | | | | 42,862,827.31 |
| **Other Assets** | | | | | | | 42,862,827.31 |
| **14000 · Investments - LLCs** | | | | | | | 249,214.86 |
| **14100 · Gallant Distributions, LLC** | | | | | | | 249,214.86 |
| **1420-41 · Gallant Distributions-Distribut** | | | | | | | -23.40 |
| Total 1420-41 · Gallant Distributions-Distribut | | | | | | | -23.40 |
| **1420-42 · Gallant Distr-Tax Basis I/(L)** | | | | | | | 969,694.38 |
| General Journal | 12/31/2021 | 2020-... | 2021 GALLA... | -SPLIT- | | 82,929.20 | 886,765.18 |
| Total 1420-42 · Gallant Distr-Tax Basis I/(L) | | | | | 0.00 | 82,929.20 | 886,765.18 |
| **1420-43 · Gallant Distr-Unrealized G/(L)** | | | | | | | -720,456.12 |
| Total 1420-43 · Gallant Distr-Unrealized G/(L) | | | | | | | -720,456.12 |
| Total 14100 · Gallant Distributions, LLC | | | | | 0.00 | 82,929.20 | 166,285.66 |
| Total 14000 · Investments - LLCs | | | | | 0.00 | 82,929.20 | 166,285.66 |
| **15000 · Investments - Partnership** | | | | | | | -17,295,398.00 |
| **15100 · Braviant Holdings, LLC** | | | | | | | -17,295,398.00 |
| **1400-41 · Braviant Holdings-Distributions** | | | | | | | -81,913.00 |
| General Journal | 12/31/2021 | 2020-... | 2021 BRAVIA... | 1400-42 · Bravi... | | 112,794.00 | -194,707.00 |
| Total 1400-41 · Braviant Holdings-Distributions | | | | | 0.00 | 112,794.00 | -194,707.00 |
| **1400-42 · Braviant Hldgs-Tax Basis I/(L)** | | | | | | | -17,248,702.05 |
| General Journal | 12/31/2021 | 2020-... | 2021 BRAVIA... | -SPLIT- | 3,927,367.00 | | -13,321,335.05 |
| Total 1400-42 · Braviant Hldgs-Tax Basis I/(L) | | | | | 3,927,367.00 | 0.00 | -13,321,335.05 |
| **1400-43 · Braviant Hldgs-Unrealized G/(L)** | | | | | | | 35,217.05 |
| Total 1400-43 · Braviant Hldgs-Unrealized G/(L) | | | | | | | 35,217.05 |
| Total 15100 · Braviant Holdings, LLC | | | | | 3,927,367.00 | 112,794.00 | -13,480,825.00 |
| Total 15000 · Investments - Partnership | | | | | 3,927,367.00 | 112,794.00 | -13,480,825.00 |
| **1997-40 · Valuation Adjust dtd 10/5/2018** | | | | | | | 59,909,010.45 |
| Total 1997-40 · Valuation Adjust dtd 10/5/2018 | | | | | | | 59,909,010.45 |
| Total Other Assets | | | | | 3,927,367.00 | 195,723.20 | 46,594,471.11 |
| **TOTAL ASSETS** | | | | | **3,927,367.00** | **195,723.20** | **46,594,471.11** |

Page 1

CONFIDENTIAL - FOR SETTLEMENT PURPOSES ONLY                                        MM_FRE408_00031549

10:13 AM
09/27/22
Accrual Basis

# Martorello Investments, LP
## Balance Sheet Detail
### As of December 31, 2021

| Type | Date | Num | Memo | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| **LIABILITIES & EQUITY** | | | | | | | 42,862,827.31 |
| **Equity** | | | | | | | 42,862,827.31 |
| **30100 · Martorello Investment Mgmt, LLC** | | | | | | | 42,863.10 |
| **3110-40 · Martorello Invest Mgmt-Distribu** | | | | | | | -81.91 |
| General Journal | 12/31/2021 | 2020-... | 0.1% | 1400-42 · Bravi... | 112.79 | | -194.70 |
| Total 3110-40 · Martorello Invest Mgmt-Distribu | | | | | 112.79 | 0.00 | -194.70 |
| **3110-60 · Mart Invest Mgmt-Tax Basis** | | | | | | | -16,278.71 |
| General Journal | 12/31/2021 | 2020-... | 0.1% | 3999-99 · Retai... | | 3,844.44 | -12,434.27 |
| Total 3110-60 · Mart Invest Mgmt-Tax Basis | | | | | 0.00 | 3,844.44 | -12,434.27 |
| **3110-80 · Mart Inv Mgmt-Unrealized G/(L)** | | | | | | | 59,223.72 |
| Total 3110-80 · Mart Inv Mgmt-Unrealized G/(L) | | | | | | | 59,223.72 |
| Total 30100 · Martorello Investment Mgmt, LLC | | | | | 112.79 | 3,844.44 | 46,594.75 |
| **30200 · Martorello 2018 Childrens Trust** | | | | | | | 30,423,114.82 |
| **3100-40 · Mart 2018 Childrns Tr-Distribut** | | | | | | | -59,281.20 |
| General Journal | 12/31/2021 | 2020-... | 72.35% | 1400-42 · Bravi... | 81,606.46 | | -140,887.66 |
| Total 3100-40 · Mart 2018 Childrns Tr-Distribut | | | | | 81,606.46 | 0.00 | -140,887.66 |
| **3100-60 · Mart 2018 Childrns Tr-Tax Basis** | | | | | | | -11,777,810.62 |
| General Journal | 12/31/2021 | 2020-... | 72.35% | 3999-99 · Retai... | | 2,781,450.75 | -8,996,359.87 |
| Total 3100-60 · Mart 2018 Childrns Tr-Tax Basis | | | | | 0.00 | 2,781,450.75 | -8,996,359.87 |
| **3100-80 · Mart 2018 Childrns Tr-Unrlz G/L** | | | | | | | 42,260,206.64 |
| Total 3100-80 · Mart 2018 Childrns Tr-Unrlz G/L | | | | | | | 42,260,206.64 |
| Total 30200 · Martorello 2018 Childrens Trust | | | | | 81,606.46 | 2,781,450.75 | 33,122,959.11 |
| **30300 · RLM 2018 Family Trust** | | | | | | | 12,396,849.39 |
| **3170-40 · RLM 2018 Family Trust-Distribut** | | | | | | | -22,573.29 |
| General Journal | 12/31/2021 | 2020-... | 27.55% | 1400-42 · Bravi... | 31,074.75 | | -53,648.04 |
| Total 3170-40 · RLM 2018 Family Trust-Distribut | | | | | 31,074.75 | 0.00 | -53,648.04 |
| **3170-60 · RLM 2018 Family Trust-Tax Basis** | | | | | | | -4,484,918.34 |
| General Journal | 12/31/2021 | 2020-... | 27.55% | 3999-99 · Retai... | | 1,059,142.61 | -3,425,775.73 |
| Total 3170-60 · RLM 2018 Family Trust-Tax Basis | | | | | 0.00 | 1,059,142.61 | -3,425,775.73 |
| **3170-80 · RLM 2018 Family Trust-Unrlz G/L** | | | | | | | 16,904,341.02 |
| Total 3170-80 · RLM 2018 Family Trust-Unrlz G/L | | | | | | | 16,904,341.02 |
| Total 30300 · RLM 2018 Family Trust | | | | | 31,074.75 | 1,059,142.61 | 13,424,917.25 |

CONFIDENTIAL - FOR SETTLEMENT PURPOSES ONLY					MM_FRE408_00031550

10:13 AM
09/27/22
Accrual Basis

**Martorello Investments, LP**
## Balance Sheet Detail
As of December 31, 2021

| Type | Date | Num | Memo | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| **3999-99 · Retained Earnings** | | | | | | | 0.00 |
| General Journal | 12/31/2021 | 2020-... | 2021 ALLOC... | -SPLIT- | 3,844,437.80 | | -3,844,437.80 |
| Total 3999-99 · Retained Earnings | | | | | 3,844,437.80 | 0.00 | -3,844,437.80 |
| **Net Income** | | | | | | | 0.00 |
| Total Net Income | | | | | 615,191.20 | 4,459,629.00 | 3,844,437.80 |
| Total Equity | | | | | 4,572,423.00 | 8,304,066.80 | 46,594,471.11 |
| **TOTAL LIABILITIES & EQUITY** | | | | | 4,572,423.00 | 8,304,066.80 | 46,594,471.11 |

Page 3

CONFIDENTIAL - FOR SETTLEMENT PURPOSES ONLY                                                                                                                    MM_FRE408_00031551