# Exhibit 4

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 10:46 AM | | | | **RLM 2018 Family Trust** | | | |
| 09/27/22 | | | | **Balance Sheet Detail** | | | |
| Accrual Basis | | | | As of December 31, 2021 | | | |

| Type | Date | Num | Memo | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | | 12,956,753.59 |
| **Current Assets** | | | | | | | 517,041.10 |
| **Checking/Savings** | | | | | | | 7,865.30 |
| **1215-40 · Tolleson #9332 - Cash** | | | | | | | 7,865.30 |
| Check | 02/26/2021 | | | 1575-41 · Mart Inv Mgmt LLC... | | 3,564.50 | 4,300.80 |
| Transfer | 06/04/2021 | | Funds Transfer | 1025-30 · Fidelity #6482 - (C... | 7,000.00 | | 11,300.80 |
| Transfer | 06/08/2021 | | | 1575-41 · Mart Inv Mgmt LLC... | | 5,500.00 | 5,800.80 |
| Check | 08/13/2021 | | | 8760-20 · Legal - GBGR LLP | | 4,303.50 | 1,497.30 |
| Deposit | 12/30/2021 | | INTEREST INCOME F... | 8160-40 · Tolleson #9332 - O... | 2.06 | | 1,499.36 |
| Total 1215-40 · Tolleson #9332 - Cash | | | | | 7,002.06 | 13,368.00 | 1,499.36 |
| Total Checking/Savings | | | | | 7,002.06 | 13,368.00 | 1,499.36 |
| **Other Current Assets** | | | | | | | 509,175.80 |
| **Fidelity A/C 645-336482** | | | | | | | 508,431.30 |
| **1025-30 · Fidelity #6482 - (Cash-Inv A/C)** | | | | | | | 5,681.94 |
| Transfer | 06/04/2021 | | Funds Transfer | 1215-40 · Tolleson #9332 - C... | | 7,000.00 | -1,318.06 |
| General Journal | 12/31/2021 | 49/AM | | -SPLIT- | | 81,878.56 | -83,196.62 |
| General Journal | 12/31/2021 | 49/AM | | 1025-30 · Fidelity #6482 - (C... | | 4,969.24 | -88,165.86 |
| General Journal | 12/31/2021 | 49/AM | | 1025-30 · Fidelity #6482 - (C... | 193,424.26 | | 105,258.40 |
| General Journal | 12/31/2021 | 49/AM | | 1025-30 · Fidelity #6482 - (C... | 6,145.55 | | 111,403.95 |
| General Journal | 12/31/2021 | 49/AM | | 1025-30 · Fidelity #6482 - (C... | 2.90 | | 111,406.85 |
| General Journal | 12/31/2021 | 49/AM | | 1025-30 · Fidelity #6482 - (C... | 39.41 | | 111,446.26 |
| General Journal | 12/31/2021 | 49/AM | | 1025-30 · Fidelity #6482 - (C... | | 107,326.05 | 4,120.21 |
| General Journal | 12/31/2021 | 49/AM | | 1025-30 · Fidelity #6482 - (C... | | 2,115.12 | 2,005.09 |
| General Journal | 12/31/2021 | 50/AM | | 1025-51 · Fidelity-Unrealized ... | 693.87 | | 2,698.96 |
| Total 1025-30 · Fidelity #6482 - (Cash-Inv A/C) | | | | | 200,305.99 | 203,288.97 | 2,698.96 |
| **Fidelity-Exchange Traded Prod** | | | | | | | 502,749.36 |
| **1025-50 · Fidelity Cost/Tax Basis ETPs** | | | | | | | 483,334.57 |
| General Journal | 12/31/2021 | 49/AM | | 1025-30 · Fidelity #6482 - (C... | 81,878.56 | | 565,213.13 |
| General Journal | 12/31/2021 | 49/AM | | 1025-30 · Fidelity #6482 - (C... | | 404,991.90 | 160,221.23 |
| General Journal | 12/31/2021 | 50/AM | | 1025-51 · Fidelity-Unrealized ... | | 129,820.18 | 30,401.05 |
| Total 1025-50 · Fidelity Cost/Tax Basis ETPs | | | | | 81,878.56 | 534,812.08 | 30,401.05 |
| **1025-51 · Fidelity-Unrealized G/(L) ETPs** | | | | | | | 19,414.79 |
| General Journal | 12/31/2021 | 50/AM | | -SPLIT- | | 14,732.30 | 4,682.49 |
| Total 1025-51 · Fidelity-Unrealized G/(L) ETPs | | | | | 0.00 | 14,732.30 | 4,682.49 |
| Total Fidelity-Exchange Traded Prod | | | | | 81,878.56 | 549,544.38 | 35,083.54 |
| **Fidelity-Stocks** | | | | | | | 0.00 |
| **1025-60 · Fidelity Cost/Tax Basis Stocks** | | | | | | | 0.00 |
| General Journal | 12/31/2021 | 49/AM | | 1025-30 · Fidelity #6482 - (C... | 4,969.24 | | 4,969.24 |
| Total 1025-60 · Fidelity Cost/Tax Basis Stocks | | | | | 4,969.24 | 0.00 | 4,969.24 |

CONFIDENTIAL - FOR SETTLEMENT PURPOSES ONLY

MM_FRE408_00032718

10:46 AM
09/27/22
Accrual Basis

# RLM 2018 Family Trust
## Balance Sheet Detail
As of December 31, 2021

| Type | Date | Num | Memo | Split | Debit | Credit | Balance |
|---|---|---|---|---|---:|---:|---:|
| **1025-64 · Fidelity Unrealized G/(L)Stocks** | | | | | | | 0.00 |
| General Journal | 12/31/2021 | 50/AM | | 1025-51 · Fidelity-Unrealized ... | | 694.63 | -694.63 |
| Total 1025-64 · Fidelity Unrealized G/(L)Stocks | | | | | 0.00 | 694.63 | -694.63 |
| Total Fidelity-Stocks | | | | | 4,969.24 | 694.63 | 4,274.61 |
| Total Fidelity A/C 645-336482 | | | | | 287,153.79 | 753,527.98 | 42,057.11 |
| **1025-95 · Fidelity - Dividends Receivable** | | | | | | | 744.50 |
| General Journal | 12/31/2021 | 50/AM | | 1025-51 · Fidelity-Unrealized ... | | 744.50 | 0.00 |
| Total 1025-95 · Fidelity - Dividends Receivable | | | | | 0.00 | 744.50 | 0.00 |
| Total Other Current Assets | | | | | 287,153.79 | 754,272.48 | 42,057.11 |
| Total Current Assets | | | | | 294,155.85 | 767,640.48 | 43,556.47 |
| **Other Assets** | | | | | | | 12,439,712.49 |
| **Investments-SMLLCs** | | | | | | | 42,863.10 |
| **1575-41 · Mart Inv Mgmt LLC-Distributions** | | | | | | | -81.91 |
| Check | 02/26/2021 | | | 1215-40 · Tolleson #9332 - C... | 3,564.50 | | 3,482.59 |
| Transfer | 06/08/2021 | | Funds Transfer | 1215-40 · Tolleson #9332 - C... | 5,500.00 | | 8,982.59 |
| General Journal | 12/31/2021 | 47/AM | 2021 MIM DISTR | 1550-42 · Martorello Inv LP-T... | | 112.79 | 8,869.80 |
| Total 1575-41 · Mart Inv Mgmt LLC-Distributions | | | | | 9,064.50 | 112.79 | 8,869.80 |
| **1575-42 · Mart Inv Mgmt LLC-Tax Basis** | | | | | | | 45,037.91 |
| General Journal | 12/31/2021 | 47/AM | 2021 MIM LOSS | 1550-42 · Martorello Inv LP-T... | | 4,656.43 | 40,381.48 |
| Total 1575-42 · Mart Inv Mgmt LLC-Tax Basis | | | | | 0.00 | 4,656.43 | 40,381.48 |
| **1575-43 · Mart Inv Mgmt-Unrealized G/(L)** | | | | | | | -2,092.90 |
| Total 1575-43 · Mart Inv Mgmt-Unrealized G/(L) | | | | | | | -2,092.90 |
| Total Investments-SMLLCs | | | | | 9,064.50 | 4,769.22 | 47,158.38 |
| **Investments-Partnerships** | | | | | | | 12,396,849.39 |
| **1550-41 · Martorello Inv LP-Distributions** | | | | | | | -22,573.29 |
| General Journal | 12/31/2021 | 47/AM | 2021 MILP DISTR | 1550-42 · Martorello Inv LP-T... | | 31,074.75 | -53,648.04 |
| Total 1550-41 · Martorello Inv LP-Distributions | | | | | 0.00 | 31,074.75 | -53,648.04 |
| **1550-42 · Martorello Inv LP-Tax Basis** | | | | | | | -4,484,918.34 |
| General Journal | 12/31/2021 | 47/AM | 2021 MILP INCOME | -SPLIT- | 1,059,142.61 | | -3,425,775.73 |
| Total 1550-42 · Martorello Inv LP-Tax Basis | | | | | 1,059,142.61 | 0.00 | -3,425,775.73 |

CONFIDENTIAL - FOR SETTLEMENT PURPOSES ONLY                                    MM_FRE408_00032719

10:46 AM
09/27/22
Accrual Basis

# RLM 2018 Family Trust
## Balance Sheet Detail
### As of December 31, 2021

| Type | Date | Num | Memo | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| **1550-43 · Martorello Inv-Unrealized G/(L)** | | | | | | | 16,904,341.02 |
| Total 1550-43 · Martorello Inv-Unrealized G/(L) | | | | | | | 16,904,341.02 |
| Total Investments-Partnerships | | | | | 1,059,142.61 | 31,074.75 | 13,424,917.25 |
| Total Other Assets | | | | | 1,068,207.11 | 35,843.97 | 13,472,075.63 |
| **TOTAL ASSETS** | | | | | **1,362,362.96** | **803,484.45** | **13,515,632.10** |
| **LIABILITIES & EQUITY** | | | | | | | 12,956,753.59 |
|   **Liabilities** | | | | | | | 7,185,763.01 |
|     **Current Liabilities** | | | | | | | 6,763.01 |
|       **Other Current Liabilities** | | | | | | | 6,763.01 |
|         **Interest Payable** | | | | | | | 6,763.01 |
|           **2760-40 · Accrued Interest Payable - MM** | | | | | | | 6,763.01 |
|           General Journal | 12/31/2021 | 49/AM | | 1025-30 · Fidelity #6482 - (C... | 107,326.05 | | -100,563.04 |
|           General Journal | 12/31/2021 | 51/AM | | 8996-30 · Accrued Int Exp-M... | | 100,563.04 | 0.00 |
|           Total 2760-40 · Accrued Interest Payable - MM | | | | | 107,326.05 | 100,563.04 | 0.00 |
|         Total Interest Payable | | | | | 107,326.05 | 100,563.04 | 0.00 |
|       Total Other Current Liabilities | | | | | 107,326.05 | 100,563.04 | 0.00 |
|     Total Current Liabilities | | | | | 107,326.05 | 100,563.04 | 0.00 |
|     **Long Term Liabilities** | | | | | | | 7,179,000.00 |
|       **2725-40 · Note Payable-M Martorello** | | | | | | | 7,179,000.00 |
|       General Journal | 12/31/2021 | 49/AM | | 1025-30 · Fidelity #6482 - (C... | 404,991.90 | | 6,774,008.10 |
|       Total 2725-40 · Note Payable-M Martorello | | | | | 404,991.90 | 0.00 | 6,774,008.10 |
|     Total Long Term Liabilities | | | | | 404,991.90 | 0.00 | 6,774,008.10 |
|   Total Liabilities | | | | | 512,317.95 | 100,563.04 | 6,774,008.10 |
|   **Equity** | | | | | | | 5,770,990.58 |
|     **3150-20 · Contributions to Trust Corpus** | | | | | | | 934,993.74 |
|     Total 3150-20 · Contributions to Trust Corpus | | | | | | | 934,993.74 |
|     **3450-20 · Accumulated Trust Income** | | | | | | | 1,720,698.01 |
|       General Journal | 12/31/2021 | 47/AM | 2021 MILP DISTR | 1550-42 · Martorello Inv LP-T... | 31,074.75 | | 1,689,623.26 |
|       General Journal | 12/31/2021 | 47/AM | 2021 MIM DISTR | 1550-42 · Martorello Inv LP-T... | 112.79 | | 1,689,510.47 |
|       General Journal | 12/31/2021 | 48/AM | ALLOCATE 2021 NI | 3999-99 · Retained Earnings | | 1,207,570.37 | 2,897,080.84 |
|     Total 3450-20 · Accumulated Trust Income | | | | | 31,187.54 | 1,207,570.37 | 2,897,080.84 |

CONFIDENTIAL - FOR SETTLEMENT PURPOSES ONLY

MM_FRE408_00032720

10:46 AM
09/27/22
Accrual Basis

# RLM 2018 Family Trust
## Balance Sheet Detail
### As of December 31, 2021

| Type | Date | Num | Memo | Split | Debit | Credit | Balance |
|---|---|---|---|---|---:|---:|---:|
| **3850-20 · Other** | | | | | | | 3,115,298.83 |
| General Journal | 12/31/2021 | 48/AM | ALLOCATE 2021 NI | 3999-99 · Retained Earnings | 263,904.91 | | 2,851,393.92 |
| General Journal | 12/31/2021 | 50/AM | | 1025-51 · Fidelity-Unrealized ... | | 58,155.50 | 2,909,549.42 |
| Total 3850-20 · Other | | | | | 263,904.91 | 58,155.50 | 2,909,549.42 |
| **3999-99 · Retained Earnings** | | | | | | | 0.00 |
| General Journal | 12/31/2021 | 48/AM | ALLOCATE 2021 NI | -SPLIT- | 943,665.46 | | -943,665.46 |
| Total 3999-99 · Retained Earnings | | | | | 943,665.46 | 0.00 | -943,665.46 |
| **Net Income** | | | | | | | 0.00 |
| Total Net Income | | | | | 462,474.01 | 1,406,139.47 | 943,665.46 |
| Total Equity | | | | | 1,701,231.92 | 2,671,865.34 | 6,741,624.00 |
| **TOTAL LIABILITIES & EQUITY** | | | | | **2,213,549.87** | **2,772,428.38** | **13,515,632.10** |

Page 4

CONFIDENTIAL - FOR SETTLEMENT PURPOSES ONLY

MM_FRE408_00032721