# Exhibit 3



Martorello Ownership Structure Trusts & Entities — As of September 2018 (post Phase 2)



CONFIDENTIAL - FOR SETTLEMENT PURPOSES ONLY

MM_FRE408_00037464

