IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

LULA WILLIAMS, et al.,

    Plaintiffs,

v.                                                Civil Action No. 3:17cv461

BIG PICTURE LOANS, LLC, et al.,

    Defendants.

**ORDER**

This matter comes before the Court on the JOINT MOTION TO EXTEND DEADLINES (ECF No. 1532) . Having considered the Motion and for good cause shown, it is hereby ORDERED that the JOINT MOTION TO EXTEND DEADLINES (ECF No. 1532) is granted. It is further ORDERED that the new deadlines shall be as follows :

1.    Plaintiffs shall file, by February 26, 2024, any motions respecting the adequacy vel non of Martorello's interrogatory answers, production of documents, or privilege log; Martorello shall file his response by March 4, 2024; and Plaintiffs shall file their reply by March 11, 2024;

2.    Plaintiffs shall file their rebuttal expert report by March 4, 2024; and Martorello shall file any rebuttal expert report by March 14, 2024. Expert depositions shall be conducted on three days, to be chosen by the parties, between March 25, 2024, and April 01, 2024;

3.    Martorello shall file, by February 26, 2024, his response to Plaintiffs' MOTION TO SET ASIDE ALL TRANSFERS AND CONVEYANCES TO THE MARTORELLO 2018 CHILDREN'S TRUST and THE RLM 2018 TRUST (ECF No. 1491); and Plaintiffs shall file their reply by March 11, 2024;

4.    Martorello shall file, by February 26, 2024, any MOTION FOR LEAVE to supplement his response to Plaintiffs' MOTION TO REPATRIATE FOREIGN ASSETS AND

FOR AN EVIDENTIARY HEARING (ECF No. 1409) and shall attach his proposed supplemental motion as an exhibit; Plaintiffs shall file their response by March 11, 2024; and Martorello shall file his reply by March 18, 2024;

5. Plaintiffs shall file, by March 1, 2024, their response memorandum to Martorello's MOTION FOR LEAVE TO FILE SUR REPLY IN FURTHER RESPONSE TO PLAINTIFFS' MOTION FOR ENTRY OF PROPOSED ASSET FREEZE ORDER (ECF No. 1531); Martorello shall file his reply by March 8, 2024;

6. The deposition of Matt Martorello is continued until March 26, 2024, ~~at least~~ that Plaintiffs shall re-notice the deposition for a date, ~~agreed between the parties and subject to the Court's availability.~~

It is so ORDERED.

/s/ REP
Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: January 29, 2024