IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

LULA WILLIAMS,
et al.,

    Plaintiffs,

v.                            Civil Action No. 3:17cv461

BIG PICTURE LOANS, LLC,
et al.,

    Defendants.

## ORDER

    Having reviewed the MOTION TO SEAL (ECF No. 1493) filed by the plaintiffs, the supporting memorandum (ECF No. 1496), and DEFENDANT MATT MARTORELLO'S AMENDED RESPONSE TO PLAINTIFFS' MOTION TO SEAL CERTAIN EXHIBITS FILED IN SUPPORT OF THEIR MOTION TO SET ASIDE ALL TRANSFERS AND CONVEYANCES TO THE MARTORELLO 2018 CHILDREN'S TRUST AND THE RLM 2018 FAMILY TRUST (ECF No. 1535), and having considered:

    (1)  the content of Exhibit Nos. 3, 4, and 17, as to which the parties disagree respecting sealing; and

    (2)  the content of Exhibit Nos. 1, 2, 6, 7, 11 and 12, as to which the parties agree should not remain under seal (except that it is necessary to redact the names, dates of birth and personal identifiers of the defendant's children); and

(3) the content of Exhibit NoS. 5, 8, 9, 10, 13, 14, 15 and 16 (as to which the parties agree should remain under seal), it is hereby ORDERED that:

(A) Exhibit Nos. 1, 2, 6, 7, 11 and 12 shall be removed from seal after the names, birth dates and personal identifiers are redacted by counsel for the plaintiffs; and

(B) Exhibit Nos. 5, 8, 9, 10, 13, 14, 15 and 16 shall be sealed because the requisite for sealing under Fourth Circuit law, Ashcraft, et al. v. Conoco, Inc., 218 F.3d 288 (4th Cir. 200), In re Knight Publishing Co., 743 F.2d 231 (4th Cir. 1984) and Stone v. Univ. of Maryland, 855 F.2d 178 (4th Cir. 1988) and Local Civil Rule 5 have been met; and

(C) Exhibit Nos. 3, 4 and 17 shall be removed from seal because the defendant, Matt Martorello, has not carried the burden of proving the theories offered in support of sealing (ECF No. 1535, pp. 3-4).

It is so ORDERED.

/s/ REP
Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: February 20, 2024