IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

LULA WILLIAMS,
et al.,

    Plaintiffs,

v.                            Civil Action No. 3:17cv461

BIG PICTURE LOANS, LLC,
et al.,

    Defendants.

**ORDER**

Having considered the MOTION TO SEAL (ECF No. 1523) filed by the defendant, Matt Martorello, the supporting memorandum (ECF No. 1528), and the NOTICE OF FILING UNDER SEAL (ECF No. 1524), and the requirements of Local Civil Rule 5 and the decisions in Ashcraft, et al. v. Conoco, Inc., 218 F.3d 288 (4th Cir. 2000), In re Knight Publishing Co., 743 F.2d 231 (4th Cir. 1984) and Stone v. Univ. of Maryland, 855 F.2d 178 (4th Cir. 1988) having been met, it is hereby ORDERED that the MOTION TO SEAL (ECF No. 1523) is granted and Exhibits 4, 7, and 8 (ECF Nos. 1525, 1526, and 1527) to Exhibit A (ECF No. 1530-1) to DEFENDANT MATT MARTORELLO'S MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE SUR REPLY IN FURTHER RESPONSE TO PLAINTIFFS' MOTION FOR ENTRY OF PROPOSED ASSET FREEZE ORDER

(ECF No. 1530) are filed under seal; provided that appropriately redacted versions thereof are filed in the public record.

It is so ORDERED.

/s/ REP
Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: February 23, 2024