IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

LULA WILLIAMS,
et al.,

    Plaintiffs,

v.                                          Civil Action No. 3:17cv461

BIG PICTURE LOANS, LLC,
et al.,

    Defendants.

**ORDER**

Having considered the MOTION FOR WITHDRAWAL OF APPEARANCE OF LOEB & LOEB LLP AS COUNSEL FOR DEFENDANT MATT MARTORELLO PURSUANT TO LOCAL CIVIL RULE 83.1(H) (ECF No. 1486) and the plaintiffs' response thereto (ECF No. 1487), and having observed the reasonable fashion in which Loeb & Loeb has conducted its representation of Matt Martorello in this matter for three years or more, and having concern about Matt Martorello's inclination to change counsel, and having concern respecting requests for delay that have recently been received in this case, and having been advised that the parties are involved in settlement negotiations, the Court is concerned that granting the MOTION FOR WITHDRAWAL OF APPEARANCE OF LOEB & LOEB LLP AS COUNSEL FOR DEFENDANT MATT MARTORELLO PURSUANT TO LOCAL CIVIL RULE 83.1(H) (ECF No. 1486) could further delay proceedings herein, notwithstanding the assurances from the

proposed substitute counsel that the firm replacing Loeb & Loeb, in all respects, will be prepared to carry forward with the litigation without delay and without requesting extensions of time, and there having been no explanation for the proposed withdrawal of Loeb & Loeb, it is hereby ORDERED that the MOTION FOR WITHDRAWAL OF APPEARANCE OF LOEB & LOEB LLP AS COUNSEL FOR DEFENDANT MATT MARTORELLO PURSUANT TO LOCAL CIVIL RULE 83.1(H) (ECF No. 1486) is denied without prejudice to the filing of a motion for withdrawal that provides a substantive explanation justifying the proposed withdrawal.

It is so ORDERED.

/s/ REP
Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: February 23, 2024