IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

LULA WILLIAMS, <u>et al.</u>,

    Plaintiffs,

v.

                                                                 Civil Action No. 3:17cv461

BIG PICTURE LOANS, LLC, <u>et al.</u>,

    Defendants.

**ORDER**

Having considered the THIRD JOINT MOTION TO EXTEND DEADLINES (ECF No. 1546), and for good cause show, it is hereby ORDERED that the THIRD JOINT MOTION TO EXTEND DEADLINES (ECF No. 1546) is granted.  The new deadlines and settings will be as follows:

    1.    The parties shall jointly file a status report regarding the settlement conditions and a motion for stay no later than April 2, 2024. If the parties do not confirm the satisfaction of the conditions and seek a joint stay, the deadlines in Paragraphs 2-7 will apply.

    2.    Plaintiffs shall file, by April 11, 2024, any motions respecting the adequacy <u>vel non</u> of Martorello's interrogatory answers, production of documents, or privilege log; Martorello shall file his response by April 18, 2024; and Plaintiffs shall file their reply by April 25, 2024;

    3.    Plaintiffs shall file their rebuttal expert report by April 18, 2024; and Martorello shall file any rebuttal expert report by April 29, 2024. Expert depositions shall be conducted on three days, to be chosen by the parties, between April 30, 2024, and May 6, 2024;

    4.    Martorello shall file, by April 11, 2024, his response to Plaintiffs' MOTION TO SET ASIDE ALL TRANSFERS AND CONVEYANCES TO THE MARTORELLO 2018

CHILDREN'S TRUST and THE RLM 2018 TRUST (ECF No. 1491); and Plaintiffs shall file their reply by April 25, 2024;

5. Martorello shall file, by April 11, 2024, any MOTION FOR LEAVE to supplement his response to Plaintiffs' MOTION TO REPATRIATE FOREIGN ASSETS AND FOR AN EVIDENTIARY HEARING (ECF No. 1409) and shall attach his proposed supplemental motion as an exhibit; Plaintiffs shall file their response by April 25, 2024; and Martorello shall file his reply by May 1, 2024;

6. Plaintiffs shall file, by April 15, 2024, their response memorandum to Martorello's MOTION FOR LEAVE TO FILE SUR REPLY IN FURTHER RESPONSE TO PLAINTIFFS' MOTION FOR ENTRY OF PROPOSED ASSET FREEZE ORDER (ECF No. 1531); Martorello shall file his reply by April 22, 2024;

7. The deposition of Matt Martorello is continued until April 18-19, 2024.

It is so ORDERED.

/s/ REP
Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: March 1Y, 2024