IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| **LULA WILLIAMS**, *et al*., ) <br> ) <br> **Plaintiffs,** ) <br> v. ) <br> ) <br> **BIG PICTURE LOANS, LLC,** *et al*., ) <br> ) <br> **Defendants.** ) <br> ) | Civil Action No. 3:17-cv-461 (REP) |

## MEMORANDUM IN SUPPORT OF JOINT MOTION TO EXTEND DEADLINES

Plaintiffs and the Defendant, Matt Martorello, jointly request the Court to extend all deadlines. In support thereof, the parties state as follows:

1. On January 8, 2024, this Court entered an order establishing certain deadlines with respect to Plaintiffs' Motion to Repatriate (ECF No. 1472), as well as Plaintiffs' Motion to Set Aside All Transfers and Conveyances to the Martorello 2018 Children's Trust and the RLM 2018 Trust (ECF No. 1491).

2. On January 29, 2024, the Court granted the parties' joint motion to extend the deadlines with respect to Plaintiffs' Motion to Repatriate (ECF No. 1472), as well as Plaintiffs' Motion to Set Aside All Transfers and Conveyances to the Martorello 2018 Children's Trust and the RLM 2018 Trust (ECF No. 1491). *See generally* Jan. 29, 2024 Order at Dkt. 1534. The Court granted this motion based on the parties' representations that they were working on a potential global resolution of this case, as well as the broader litigation.

3. On March 4, 2024, the parties attended an in-person settlement conference with United States Magistrate Judge Mark Colombell. At its conclusion, the parties entered into a formal

and comprehensive settlement agreement for a global resolution of this and other litigation pending in the Court, as well as other venues.

4. After the settlement conference, the parties did not immediately move for a stay because certain conditions needed to be satisfied under the terms of the settlement agreement. *See, e.g.*, Dkt. 1548. Those conditions have now been timely satisfied. Thus, the parties request the Court to stay all deadlines until any rulings on preliminary approval of the settlement.

5. Accordingly, the parties jointly request entry of the Proposed Order submitted in connection with this motion.

Respectfully submitted,
**PLAINTIFFS**

By:_____*/s/ Kristi C. Kelly*_____
Kristi Cahoon Kelly (VSB #72791)
Andrew Joseph Guzzo (VSB #82170)
Casey S. Nash (VSB #84261)
J. Patrick McNichol, VSB # 92699
KELLY GUZZO, PLC
3925 Chain Bridge Road, Suite 202
Fairfax, VA 22030
Phone: 703-424-7572
Fax: 703-591-0167
Email: kkelly@kellyguzzo.com
Email: aguzzo@kellyguzzo.com
Email: casey@kellyguzzo.com
Email: pat@kellyguzzo.com

Leonard Anthony Bennett
Craig C Marchiando
Consumer Litigation Associates
763 J Clyde Morris Boulevard, Suite 1A
Newport News, VA 23601
Telephone: 757-930-3660
Facsimile: 757-930-3662
Email: lenbennett@clalegal.com
Email: craig@clalegal.com
*Counsel for Plaintiffs*

Respectfully submitted,
**DEFENDANT MATT MARTORELLO**

By: /s/ *Andrew Biondi*
Cullen D. Seltzer (VSB #35923)
Andrew Biondi (VSB #48100)
Laura Maughan (VSB #87798)
Sands Anderson PC
1111 E. Main St., Ste. 2400
Richmond, VA 23219
Phone: 804-648-1636
Fax: 804-783-7291
Email: cseltzer@sandsanderson.com
Email: abiondi@sandsanderson.com
Email: lmaughan@sandsanderson.com

*Counsel for Defendant Matt Martorello*