**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | |
|---|---|
| **LULA WILLIAMS, *et al*.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| **v.** ) | **Civil Action No. 3:17-cv-461 (REP)** |
| ) | |
| **BIG PICTURE LOANS, LLC, *et al*.,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**CULLEN SELTZER, ANDREW BIONDI,
LAURA MAUGHAN, AND SANDS ANDERSON P.C.
MOTION FOR LEAVE TO WITHDRAW
AS COUNSEL TO DEFENDANT MATTHEW MARTORELLO**

Cullen Seltzer, Andrew Biondi, Laura Maughan, and Sands Anderson P.C. ("Withdrawing Attorneys") request leave to withdraw as counsel.

1. Withdrawing Attorneys represent Defendant Matthew Martorello in this matter.

2. Mr. Martorello has engaged new counsel, Gary Bryant and John McIntyre, with the firm of Wilcox and Savage, to represent him in this matter.

3. In addition to Mr. Bryant and Mr. McIntyre, Mr. Martorello is represented by the Brophy & Johnson law firm. Joseph Brophy of that firm has been representing Mr. Martorello since at least 2023.

4. Mr. Martorello consents to the Withdrawing Attorneys' withdrawal.

5. No party will be prejudiced by the Withdrawing Attorneys' withdrawal.

6. Plaintiffs object to this motion to the extent that new counsel will be used as any basis for delaying any motions practice or hearing.

7. A proposed order granting this relief is attached.

1

For the foregoing reasons, Cullen Seltzer, Andrew Biondi, Laura Maughan, and the law firm of Sands Anderson P.C. respectfully request the Court to grant this Motion and allow them to withdraw as counsel of record for Defendant Matthew Martorello.

Dated: June 18, 2026

Respectfully submitted,

*/s/ Cullen D. Seltzer*
Cullen D. Seltzer (VSB #35923)
Andrew Biondi (VSB #48100)
Laura Maughan (VSB #87798)
Sands Anderson PC
919 East Main Street, Suite 2300
Richmond, VA 23219
Phone: 804-648-1636
Fax: 804-783-7291
Email: cseltzer@sandsanderson.com
Email: abiondi@sandsanderson.com
Email: lmaughan@sandsanderson.com

## CERTIFICATE OF SERVICE

I certify that on this 18th day of June, 2026, a true and correct copy of the foregoing was served upon all parties that are registered to receive electronic service through the Court's ECF notice system in the above case.

*/s/ Cullen D. Seltzer*
Cullen D. Seltzer (Virginia Bar No. 35923)

2